# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 20-15029

**Case Name** | Cal. Dept. of Toxic Substances, et al. v. Century Indem. Co., et al.

**Counsel submitting this form** | Sara M. Thorpe
Randall P. Berdan

**Represented party/parties** | The Continental Insurance Company

*Briefly describe the dispute that gave rise to this lawsuit.*

On March 3, 2014, Plaintiffs filed the present action, seeking cost recovery under CERCLA, 42 U.S.C. § 9607, declaratory relief under CERCLA, 42 U.S.C. § 9613(g), and damages, injunctive relief, and civil penalties under the Hazardous Substance Account Act, Cal. Health & Safety Code §§ 25300, et seq. against potentially responsible parties at the Site.  Here, Century Indemnity Company, Allianz Underwriters Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, and The Continental Insurance Company ("Proposed Intervenors") are putative insurers of underlying Defendant Collins & Aikman Products, LLC ("C&A Products, LLC") or its predecessor.  As a result of Plaintiffs' delay in providing notice to Proposed Intervenors of the instant action and pending Application for Default Judgment Against C&A Products, LLC, which did not occur until September 10, 2019, Proposed Intervenors immediately sought to intervene in the instant action to protect their respective interests and also sought to vacate entry of default against C&A Products, LLC.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     1     Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

> The District Court denied Proposed Intervenors' motion to intervene and to vacate the default entered against C&A Products, LLC. No other party represents the interests of Proposed Intervenors. The District Court has set the hearing on Plaintiffs' motion for default judgment for January 29, 2020. Following entry of judgment, Plaintiffs will seek to enforce any monetary judgment awarded in this action against Proposed Intervenors, pursuant to Cal. Ins. Code § 11580.
>
> Proposed Intervenors now seek to appeal the District Court's ruling on these motions.
>
> Proposed Intervenors argue that clear statutory and case law authority on this issue dictate that Proposed Intervenors, be permitted to intervene in the instant action, as any rulings or judgment made against C&A Products, LLC in this case may impact Proposed Intervenors' obligations, if any, to DTSC, if DTSC becomes a judgment creditor of C&A Products, LLC.  Accordingly, Proposed Intervenors have a "significantly protectable" interest regarding C&A Products, LLC's exposure in this action, and disposition of this action without intervention will significantly impair Proposed Intervenors' interest.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> The hearing on Plaintiffs' motion for default judgment against C&A Products, LLC is presently set for hearing on January 29, 2020.  However, Proposed Intervenors intend to file a Motion to Stay the Proceedings Pending Appeal by, at the latest, January 17, 2020.

**Signature**  s/ Randall P. Berdan        **Date**  January 15, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Nicolaides Fink Thorpe Michaelides Sullivan LLP, 101 Montgomery Street, Suite 2300, San Francisco, CA 94104. My electronic notification address is mdelosreyes@nicolaidesllp.com. On January 15, 2020 I served the within document(s):

## MEDIATION QUESTIONNAIRE

☒ (BY ELECTRONIC FILING WITH THE CALIFORNIA COURT OF APPEAL) I certify that I electronically transmitted the attached document to the California Court of Appeal, Ninth Appellate District using its e-filing system and transmittal of a Notice of Electronic Filing to registrants/recipients registered with the California Court of Appeal according to the Court of Appeal requirements.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 15, 2020, at San Francisco, California.

_____
Maricar De Los Reyes