# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 20-15029

**Case Name:** Cal. Dept. of Toxic, et al. v. Century Indemnity Co., et al

**Counsel submitting this form:** Thomas F. Vandenburg, Esq.
Stratton P. Constantinides, Esq.

**Represented party/parties:** Century Indemnity Co.; Allianz Underwriters Inc. Co.; Chicago Ins. Co.; Fireman's Fund Ins. Co.

*Briefly describe the dispute that gave rise to this lawsuit.*

On March 3, 2014, Plaintiffs filed the present action, seeking cost recovery under CERCLA, 42 U.S.C. § 9607, declaratory relief under CERCLA 42 U.S.C. § 9613(g), and damages, injunctive relief, and civil penalties under the Hazardous Substance Account Act, Cal. Health & Safety Code §§ 25300, et seq. against potentially responsible parties at the Site. Here, Century Indemnity Company, Allianz Underwriters Insurance Company, Chicago Insurance Company, Fireman's Fund Insurance Company, and The Continental Insurance Company ("Proposed Intervenors") are putative insurers of underlying Defendant Collins & Aikman Products, LLC ("C&A Products LLC") or its predecessor and also sought to vacate entry of default against C&A Products, LLC. As a result of Plaintiffs' delay in providing notice to Proposed Intervenors of the instant action and pending Application for Default Judgment Against C&A Products, LLC, which did not occur until September 10, 2019, Proposed Intervenors immediately sought to intervene in the instant action to protect their respective interests.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7        1        *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

The District Court denied Proposed Intervenors' motions to intervene and vacate the default entered against C&A Products, LLC. No other party represents the interests of Proposed Intervenors because C&A Products, LLC is the only remaining defendant. The District Court has set the hearing on Plaintiff's Application for Default Judgment against C&A Products, LLC for January 29, 2020. Following entry of judgment, Plaintiffs will seek to enforce any monetary judgment awarded in this action against Proposed Intervenors pursuant to Cal. Ins. Code § 11580.

Proposed Intervenors now seek to appeal the District Court's denial of these motions.

Proposed Intervenors argue that clear statutory and case law authority on this issue dictate that Proposed Intervenors be permitted to intervene in the instant action, as any rulings or judgment made against C&A Products, LLC in this case may impact Proposed Intervenors' obligations, if any, to DTSC, if DTSC becomes a judgment creditor of C&A Products, LLC. Accordingly, Proposed Intervenors have a "significantly protectable" interest regarding C&A Products, LLC's exposure in this action, and disposition of this action without intervention will significantly impair Proposed Intervenors' interest.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The hearing on Plaintiffs' Application for Default Judgment Against C&A Products, LLC is presently set for hearing on January 29, 2020. However, Proposed Intervenors intend to file a Motion to Stay the Proceedings Pending Appeal by, at the latest, January 17, 2020.

**Signature** | /s/ Stratton P. Constantinides | **Date** | Jan 15, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7     2     *Rev. 12/01/2018*

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On January 15, 2020, I served the following document(s) described as **MEDIATION QUESTIONNAIRE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address csamayoa@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 15, 2020, at Los Angeles, California.

*/s/Christina Samayoa*
Christina Samayoa

-1-

# SERVICE LIST

*California Dept. of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al,*
United States District Court, Eastern District of California
Case No. 2:14-cv-0595-WBS-EFB

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service) State Bar No. 161896
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-1299
Fax: (510) 622-2270
E-mail: Laura.Zuckerman@doj.ca.gov
**Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account**

U.S.MAIL

Brian M. Rostocki
Reed Smith LLP - Delaware
1201 Market Street - Suite 1500
Wilmington, DE 19801
**Registered Agent for C&A Products, LLC**

Alexander Eugene Potente
Clyde & Co US LLP
101 2nd Street, Suite 2400
San Francisco, CA 94105
Telephone: (415) 365-9800
Fax: (415) 365-9801
Email: alex.potente@clydeco.us
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**Attorneys for Intervenor, THE TRAVELERS INDEMNITY COMPANY**

Sam M. Thorpe
Nicolaides Fink Thorpe Michaelides Sullivan LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 745-3772
Fax: (415) 745-3771
Email: ssthorpe@nicolaidesllp.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**Attorneys for the Intervenor, THE CONTINENTAL INSURANCE COMPANY**