UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT, Plaintiffs - Appellees, v. JIM DOBBAS, INC., a California corporation; et al., Defendants, v. CENTURY INDEMNITY COMPANY; et al., Movants - Appellants. | No. 20-15029 D.C. No. 2:14-cv-00595-WBS-EFB U.S. District Court for Eastern California, Sacramento **ORDER** **(DIAL-IN CONFERENCE)** |

A <u>dial-in</u> telephone conference **with Movants-Appellants only** will be held on March 9, 2020, at 3:00 p.m. **Pacific Time.**

**Each participant will receive an email with dial-in information.**

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

bls/mediation