UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>  Defendants,<br><br> v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>  Movants - Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

 The dial-in telephone conference <u>with counsel for Movants-Appellants only</u> originally scheduled for March 9, 2020, is rescheduled to March 16, 2020, at 10:00 a.m. **Pacific Time.**

 Each participant will receive an email modifying the dial-in information.

             FOR THE COURT:

             Steven J. Saltiel
cl/mediation            Circuit Mediator