Case No. 20-15029

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company as successor to Insurance Company of North America; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; and THE CONTINENTAL INSURANCE COMPANY

*Appellants,*

v.

CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT

*Respondents.*

Appeal From The United States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB, Hon. William B. Shubb

**NOTICE OF AUTOMATIC EXTENSION OF BRIEFING SCHEDULE PURSUANT TO THE NINTH CIRCUIT COVID-19 NOTICE**

Wood, Smith, Henning & Berman LLP
Thomas F. Vandenburg
Stratton P. Constantinides
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Telephone: 310-481-7600
Facsimile: 310-481-7650

Attorneys for Appellants, Century Indemnity Company as successor to CCI Insurance Company as successor to Insurance Company of North America, Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company

**NOTICE**: The court is notified that due to logistical issues related to the COVID-19 virus, Appellants, CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company as successor to Insurance Company of North America, ALLIANZ UNDERWRITERS INSURANCE COMPANY, CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, and THE CONTINENTAL INSURANCE COMPANY, require a 60-day extension of time to file the Appellants' Opening Brief, currently due on April 13, 2020.

DATED: April 2, 2020                WOOD, SMITH, HENNING & BERMAN LLP


By:  */s/ Stratton P. Constantinides*
       THOMAS F. VANDENBURG
       STRATTON P. CONSTANTINIDES
Attorneys for Appellants, Century Indemnity Company, Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company


DATED: April 2, 2020                NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP


By:  */s/ Randall P. Berdan*
       SARA M. THORPE
       RANDALL P. BERDAN
Attorneys for Appellant, The Continental Insurance Company

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On April 2, 2020, I served the following document(s) described as **NOTICE OF AUTOMATIC EXTENSION OF BRIEFING SCHEDULE PURSUANT TO THE NINTH CIRCUIT COVID-19 NOTICE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2020, at Los Angeles, California.

*/s/ Christina Samayoa*
Christina Samayoa

# SERVICE LIST

*California Dept. of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al,*
*United States District Court, Eastern District of California*
Case No. 2:14-cv-0595-WBS-EFB

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>EDWARD H. OCHOA<br>Supervising Deputy Attorney General<br>OLIVIA W. KARLIN, State Bar No. 150432<br>LAURA J. ZUCKERMAN (Counsel for service) State Bar No. 161896<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Telephone: (510) 879-1299<br>Fax: (510) 622-2270<br>E-mail: Laura.Zuckerman@doj.ca.gov<br>**Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account** | Alexander Eugene Potente<br>Clyde & Co US LLP<br>101 2nd Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 365-9800<br>Fax: (415) 365-9801<br>Email: alex.potente@clydeco.us<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>**Attorneys for Intervenor, THE TRAVELERS INDEMNITY COMPANY** |
| U.S.MAIL<br><br>Brian M. Rostocki<br>Reed Smith LLP - Delaware<br>1201 Market Street - Suite 1500<br>Wilmington, DE 19801<br>**Registered Agent for C&A Products, LLC** | Sam M. Thorpe<br>Nicolaides Fink Thorpe<br>Michaelides Sullivan LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 745-3772<br>Fax: (415) 745-3771<br>Email: ssthorpe@nicolaidesllp.com<br>LEAD ATTORNEY<br>ATTORNEY 70 BE NOTICED<br>**Attorneys for the Intervenor, THE CONTINENTAL INSURANCE COMPANY** |