UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JIM DOBBAS, INC., a California corporation; et al., <br><br> Defendants, <br><br> v. <br><br> CENTURY INDEMNITY COMPANY; et al., <br><br> Movants - Appellants. | No. 20-15029 <br><br> D.C. No. 2:14-cv-00595-WBS-EFB <br> U.S. District Court for Eastern California, Sacramento <br><br> **ORDER** |

On or before June 30, 2020, counsel for appellants shall provide a status report by email to the Circuit Mediator (steven_saltiel@ca9.uscourts.gov) and to all counsel. The status report should not be filed with the court.

The briefing schedule previously set by the court is amended as follows: appellants' opening brief is due November 12, 2020; appellee's answering brief is due December 14, 2020 and appellants' optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

FOR THE COURT:

Steven J. Saltiel
cl/mediation                    Circuit Mediator