**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>        Defendants,<br><br> v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>        Movants-Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

      This case shall be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes only until December 21, 2020. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

SJS/Mediation

If this matter is resolved before December 21, 2020, appellants shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

At any time before December 21, 2020, any party may request that this appeal be reopened.

On or before December 11, 2020, counsel are requested to contact the mediator to report on the status of the case.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator