UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>   Defendants,<br><br> v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>   Movants - Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER**<br><br>**(DIAL-IN CONFERENCE)** |

A dial-in telephone conference will be held on December 17, 2020, at 4:00 p.m. **Pacific Time.** Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

              FOR THE COURT:

              Steven J. Saltiel

cl/mediation             Circuit Mediator