

**FILED**

DEC 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT, Plaintiffs-Appellees, v. JIM DOBBAS, INC., a California corporation; et al., Defendants, v. CENTURY INDEMNITY COMPANY; et al., Movants-Appellants. | No. 20-15029 D.C. No. 2:14-cv-00595-WBS-EFB Eastern District of California, Sacramento ORDER |

In an order filed September 24, 2020, this appeal was administratively closed. The administrative closure period is extended until March 8, 2021. At any time before March 8, 2021, any party may request that this appeal be reopened. On or before March 8, 2021, counsel are requested to contact the mediator to report on the status of the case.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

sjs/mediation