FILED

MAR 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>    Defendants,<br><br> v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>    Movants-Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

  In an order filed September 24, 2020, this appeal was administratively closed until March 8, 2021. The appeal is reopened.

  The briefing schedule previously set by the court is reset as follows: appellants' opening brief is due April 8, 2021; appellees' answering brief is due June 8, 2021; appellants' optional reply brief is due July 8, 2021.

SJS/Mediation

2

This case is RELEASED from the Mediation Program.

                                                FOR THE COURT:

                                                By: Steven J. Saltiel
                                                Circuit Mediator

SJS/Mediation                                                      2