CASE NO. 20-15029

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company as successor to Insurance Company of North America; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; and THE CONTINENTAL INSURANCE COMPANY

*Appellants,*

v.

CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT

*Respondents.*

Appeal From The United States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB, Hon. William B. Shubb

## APPELLANTS' EXCERPTS OF RECORD INDEX VOLUME

Wood, Smith, Henning & Berman LLP
THOMAS F. VANDENBURG (STATE BAR NO. 163446)
NICHOLAS M. GEDO (STATE BAR NO. 130503)
STRATTON P. CONSTANTINIDES (STATE BAR NO. 305103)
10960 WILSHIRE BLVD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024
TEL: (310) 481-7600 / FAX: (310) 481-7650

*Attorneys for Proposed Intervenors - Appellants,*
*CENTURY INDEMNITY COMPANY, ALLIANZ UNDERWRITERS INSURANCE*
*COMPANY, CHICAGO INSURANCE COMPANY, and FIREMAN'S FUND*
*INSURANCE COMPANY*

Nicolaides Fink Thorpe Michaelides Sullivan LLP
SARA M. THORPE (STATE BAR NO. 146529)
RANDALL P. BERDAN (STATE BAR NO. 199623)
101 MONTGOMERY STREET, SUITE 2300
SAN FRANCISCO, CA 94104
TEL: 415-745-3770 / FAX: 415-745-3771

*Attorneys for Proposed Intervenor - Appellant,*
*THE CONTINENTAL INSURANCE COMPANY*

## INDEX FOR EXCERPTS OF RECORD

| DOCUMENT | FILE DATE | USDC DKT. NO. | ER NO. |
|---|---|---|---|
| **VOLUME 1 OF 4** | | | |
| Order Re: Motions To Intervene And Vacate Default | 12/4/19 | 237 | 3-8 |
| **VOLUME 2 OF 4** | | | |
| Minutes (Text Only) re Administrative Termination of Plaintiffs' Motion For Default Judgment | 2/26/20 | 256 | 11 |
| Order Re: Motion To Stay | 2/26/20 | 255 | 12-13 |
| Transcript of Proceedings – Motions To Intervene 12/2/19 | 1/23/20 | 245 | 14-41 |
| Minutes (Text Only) re Court Setting Plaintiffs' Motion For Default Judgment (Dkt. 184) For Hearing On 1/29/20 | 12/18/19 | 238 | 42 |
| Century Indemnity Company And The Continental Insurance Company's Joint Memorandum Of Points And Authorities In Reply To Plaintiffs' Opposition To Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default | 11/25/19 | 232 | 43-57 |
| Century Indemnity Company And The Continental Insurance Company's Joint Memorandum Of Points And Authorities In Reply To Plaintiffs' Opposition To Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default | 11/25/19 | 231 | 58-72 |
| Allianz Underwriters Insurance Company, Chicago Insurance Company, And Fireman's Fund Insurance Company's Memorandum Of Points And Authorities In Reply To Plaintiffs' Opposition To Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default | 11/25/19 | 230 | 73-87 |
| Declaration Of Laura J. Zuckerman In Support Of Plaintiffs' Memorandum Of Points And Authorities In Opposition To Allianz, Allstate, Century, And Continental's Motions To Intervene And To Vacate Default | 11/18/19 | 228 | 88-90 |
| Exhibit A – Declaration Of Laura J. Zuckerman In Support Of Plaintiffs' Memorandum Of Points And Authorities In Opposition To Allianz, Allstate, Century, And Continental's Motions To Intervene And To Vacate Default *(California DOJ – Wickes Policy Chart)* | 11/18/19 | 228-1 | 91-92 |
| Exhibit B – Declaration Of Laura J. Zuckerman In Support Of Plaintiffs' Memorandum Of Points And Authorities In Opposition To Allianz, Allstate, Century, And Continental's Motions To Intervene And To Vacate Default | 11/18/19 | 228-2 | 93-94 |

| | | | |
|---|---|---|---|
| *(November 15, 2019 Email from Laura Zuckerman (DTSC) to Counsel re Coverage)* | | | |
| Plaintiffs' Memorandum Of Points And Authorities In Opposition To Allianz, Allstate, Century, And Continental's Motions To Intervene And To Vacate Default | 11/18/19 | 227 | 95-127 |
| Allianz Underwriters Insurance Company, Chicago Insurance Company, And Fireman's Fund Insurance Company's Notice Of Motion And Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default; Memorandum Of Points And Authorities | 11/4/19 | 222 | 128-159 |
| Declaration of Joey D. Solomon In Support Of Allianz Underwriters Insurance Company, Chicago Insurance Company, And Fireman's Fund Insurance Company's Notice Of Motion And Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default | 11/4/19 | 222-1 | 160-181 |
| Order Re: Motion To Intervene And Set Aside Default | 10/22/19 | 221 | 182-187 |
| Century Indemnity Company's Notice Of Motion And Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default; Memorandum Of Points And Authorities | 10/17/19 | 217 | 188-212 |
| Declaration Of Natalie M. Jacobs In Support Of Century Indemnity Company's Notice Of Motion And Motion To Intervene As Alleged Insurer Of Defendant Collins & Aikman Products, LLC And To Vacate Default | 10/17/19 | 217-1 | 213-220 |
| The Continental Insurance Company's Notice Of Motion And Motion To Intervene And To Set Aside Default; Memorandum Of Points And Authorities In Support Of Motion To Intervene And To Set Aside Default | 9/20/19 | 205 | 221-239 |
| Declaration Of Randall P. Berdan In Support Of The Continental Insurance Company's Notice Of Motion And Motion To Intervene And To Set Aside Default | 9/20/19 | 205-1 | 240-242 |
| Exhibit A – Declaration Of Randall P. Berdan In Support Of The Continental Insurance Company's Notice Of Motion And Motion To Intervene And To Set Aside Default<br>*(September 10, 2019 Letter from Arcina Risk Group to Resolute Management)* | 9/20/19 | 205-2 | 243-245 |
| Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default | 9/18/19 | 197 | 246-250 |
| Exhibit A – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity | 9/18/19 | 197-1 | 251-253 |

| | | | |
|---|---|---|---|
| Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(June 7, 2018 Demand Letter without attachments from Counsel for DTSC, Olivia W. Karlin, to Travelers)* | | | |
| Exhibit B – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(Correspondence between counsel for Travelers and Counsel for DTSC, July 2018-January 2019)* | 9/18/19 | 197-2 | 254-259 |
| Exhibit C – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(January 15, 2019 Letter from Counsel for Travelers to DTSC)* | 9/18/19 | 197-3 | 260-262 |
| Exhibit D – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(DTSC's Verified Petition for the Appointment of Receiver for a Cancelled Limited Liability Company)* | 9/18/19 | 197-4 | 263-271 |
| Exhibit E – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(Correspondence between Counsel for Travelers and Counsel for DTSC, September 2019)* | 9/18/19 | 197-5 | 272-276 |
| Exhibit F – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(September 17, 2019 Email from Counsel for Travelers to Counsel for DTSC)* | 9/18/19 | 197-6 | 277 |
| Exhibit G – Declaration of Alexander E. Potente In Support Of Proposed Intervenor The Travelers Indemnity Company's Ex Parte Application And Notice Of Motion And Motion To Intervene And To Vacate Default *(September 17, 2019 Email from Counsel for DTSC to Counsel for Travelers)* | 9/18/19 | 197-7 | 278 |
| Declaration Of Laura J. Zuckerman In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC | 8/21/19 | 190 | 279-280 |
| Exhibit A – Declaration Of Laura J. Zuckerman In Support Of Plaintiffs' Application For Entry Of Default | 8/21/19 | 190-1 | 281-282 |

| | | | |
|---|---|---|---|
| Judgment By Court Against Defendant Collins & Aikman Products, LLC<br>*(Clerk's Certificate of Entry of Default (Collins & Aikman Products, LLC))* | | | |
| Declaration Of McKinley Lewis, Jr., In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC | 8/21/19 | 189 | 283-290 |
| Exhibit M (Selected Portions) – Declaration Of McKinley Lewis, Jr., In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC<br>*(2016 Five-Year Review Report, GeoCon Consultants)* | 8/21/19 | 189-14 (pp. 1-18) | 291-308 |
| **VOLUME 3 OF 4** | | | |
| (Cont.) Exhibit M (Selected Portions) – Declaration Of McKinley Lewis, Jr., In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC<br>*(2016 Five-Year Review Report, GeoCon Consultants)* | 8/21/19 | 189-14 (pp. 19-30) | 311-322 |
| Declaration Of Anthony Westlake In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC | 8/21/19 | 187 | 323-326 |
| Exhibit A – Declaration Of Anthony Westlake In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC<br>*(Cost of Suit Summary Report)* | 8/21/19 | 187-1 | 327-335 |
| Exhibit B – Declaration Of Anthony Westlake In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC<br>*(Matter Time Activity by Professional Report)* | 8/21/19 | 187-2 | 336-420 |
| Declaration Of Robin McGinnis In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC | 8/21/19 | 186 | 421-423 |
| Memorandum Of Points And Authorities In Support Of Plaintiffs' Application For Entry Of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC | 8/21/19 | 185 | 424-444 |
| Application For Default Judgment By Court Against Defendant Collins & Aikman Products, LLC; Memorandum Of Points & Authorities; Declarations Of Robin McGinnis, McKinley Lewis, Jr., Anthony Westlake, Jason Xiao, And Laura J. Zuckerman in support | 8/21/19 | 184 | 445-448 |

| | | | |
|---|---|---|---|
| Consent Decree Between Plaintiffs And Defendant David Van Over; Exhibit A | 3/28/18 | 182 | 449-467 |
| Memorandum And Order Re: Motion For Judicial Approval Of Proposed Consent Decree | 3/21/18 | 181 | 468-471 |
| Minutes (Text Only) re Court Approval Of Consent Decree Between Plaintiffs and David Van Over (Dkt. 177) | 3/21/18 | 180 | 472 |
| Consent Decree Between Plaintiffs And Defendant Jim Dobbas, Inc. | 11/18/15 | 150 | 473-486 |
| Consent Decree Between Plaintiffs And Defendant West Coast Wood Preserving, LLC | 9/16/15 | 141 | 487-500 |
| Memorandum And Order Re: Motion For Order Approving Consent Decree | 8/25/15 | 139 | 501-514 |
| Clerk's Certificate of Entry of Default (Collins & Aikman Products, LLC) | 3/26/15 | 129 | 515 |
| Request To Enter Default Of Defendant Collins & Aikman Products, LLC | 3/25/15 | 126 | 516-518 |
| Summons In A Civil Case (Collins & Aikman Products, LLC; Continental Rail, Inc.; Pacific Wood Preserving; David Van Over) | 2/2/15 | 102 | 519-521 |
| Proof Of Service Of Summons, First Amended Complaint, And Related Documents On Defendant Collins & Aikman Products, LLC | 1/6/15 | 92 | 522-523 |
| Summons In A Civil Case (Collins & Aikman Products, LLC) | 12/12/14 | 78 | 524-525 |
| First Amended Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties | 12/11/14 | 77 | 526-538 |
| Exhibit A – First Amended Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(October 27, 1995 Covenant to Restrict Use of Property)* | 12/11/14 | 77-1 | 539-551 |
| Exhibit B – First Amended Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(Stipulation Regarding the Claims of California Department of Toxic Substances Control and the Central Valley Regional Water Quality Control Board and to Resolve Objections to the First Amended Joint Plan of Collins & Aikman Corporation and its Debtor Subsidiaries – In Re Collins & Aikman Corporation (Case No. 05-55927 (SWR), United States Bankruptcy Court, Eastern District of Michigan, Southern Division, July 16, 2007)* | 12/11/14 | 77-2 | 552-561 |

| | | | |
|---|---|---|---|
| Exhibit C – First Amended Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(Order Confirming First Amended Joint Plan of Collins & Aikman Corporation and its Debtor Subsidiaries – In Re Collins & Aikman Corporation (Case No. 05-55927 (SWR), United States Bankruptcy Court, Eastern District of Michigan, Southern Division, July 18, 2007)* | 12/11/14 | 77-3 (pp. 1-47) | 562-608 |
| **VOLUME 4 OF 4** | | | |
| (Cont.) Exhibit C – First Amended Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(Order Confirming First Amended Joint Plan of Collins & Aikman Corporation and its Debtor Subsidiaries – In Re Collins & Aikman Corporation (Case No. 05-55927 (SWR), United States Bankruptcy Court, Eastern District of Michigan, Southern Division, July 18, 2007)* | 12/11/14 | 77-3 (pp. 48-63) | 611-626 |
| Exhibit D – First Amended Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(March 16, 2011 DTSC Imminent or Substantial Endangerment Determination Order and Remedial Action Order)* | 12/11/14 | 77-4 | 627-648 |
| Answer of Jim Dobbas, Inc. To Complaint By California Department Of Toxic Substances Control And The Toxic Substances Control Account & Demand For Jury Trial | 6/10/14 | 23 | 649-669 |
| Jim Dobbas, Inc. Counterclaim | 6/10/14 | 23-1 | 670-677 |
| Exhibit A – Jim Dobbas, Inc. Counterclaim *(1983 Remedial Action Plan)* | 6/10/14 | 23-2 | 678-703 |
| Exhibit B – Jim Dobbas, Inc. Counterclaim *(1996 Certification of Remedial Action)* | 6/10/14 | 23-3 | 704-714 |
| Jim Dobbas, Inc. Crossclaims | 6/10/14 | 23-4 | 715-725 |
| Exhibit A – Jim Dobbas, Inc. Crossclaims *(February 2011 Sales Agreement)* | 6/10/14 | 23-5 | 726-746 |
| Clerk's Certificate of Entry of Default (Pacific Wood Preserving) | 6/2/14 | 19 | 747 |
| Clerk's Certificate of Entry of Default (Continental Rail, Inc.) | 6/2/14 | 18 | 748 |
| Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties | 3/3/14 | 1 | 749-760 |
| Exhibit A – Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(October 27, 1995 Covenant to Restrict Use of Property)* | 3/3/14 | 1-1 | 761-773 |

| | | | |
|---|---|---|---|
| Exhibit B – Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties *(March 16, 2011 DTSC Imminent or Substantial Endangerment Determination Order and Remedial Action Order)* | 3/3/14 | 1-2 | 774-795 |
| Civil Case Cover Sheet – Complaint For Recovery Of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; And Civil Penalties | 3/3/14 | 1-3 | 796 |
| Joint Notice Of Appeal To The United States Court Of Appeals For The Ninth Circuit; Representation Statement | 1/3/20 | 241 | 797-809 |
| Civil Docket for Case No. 2:14-cv-00595-WBS-EFB, United States District Court, Eastern District of California – *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.* | N/A | N/A | 810-839 |