UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 09 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>  Defendants,<br><br> v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>  Movants - Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

 The opening brief submitted on April 8, 2021 is filed.

 Within 7 days of this order, appellants are ordered to file 6 copies of the brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The excerpts of record submitted on April 8, 2021 are filed. Within 7 days of this order, appellants are ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7