IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>        Plaintiffs-Appellees,<br><br>        v.<br><br>**JIM DOBBAS, INC., ET. AL,**<br><br>        Defendants,<br><br>        v.<br><br>**CENTURY INDEMNITY CO., ET AL.,**<br><br>        Proposed Intervenors-Appellants. | Case No. 20-15029 |

On Appeal from the United States District Court
for the Eastern District of California

Case No. 2:14-CV-00595
(Hon. William B. Shubb)

**APPELLEES' UNOPPOSED MOTION TO
MODIFY THE BRIEFING SCHEDULE**

ROB BONTA
Attorney General of California
DAVID A. ZONANA
Acting Senior Assistant Attorney
General
DENNIS L. BECK, JR.
Supervising Deputy Attorney
General

LAURA J. ZUCKERMAN
State Bar No. 161896
Deputy Attorney General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone: (510) 879-1299
 Fax: (510) 622-2270
 Email:
 Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs-Appellees
California Department of Toxic
Substances Control and the Toxic
Substances Control Account*

## ARGUMENT

Pursuant to Fed. R. App. P. 27 and Ninth Circuit Rules 27-1 and 31-2.2(b), Plaintiffs-Appellees the California Department of Toxic Substances Control and the Toxic Substances Control Account respectfully request that the Court modify the briefing schedule set in the Order issued on March 15, 2021. Plaintiffs-Appellees have contacted counsel for the Proposed Intervenors-Appellants, who stated that none of the Proposed Intevenors-Appellants opposes this request. Declaration of Counsel, attached hereto, ¶ 6. The grounds for this motion are as follows.

In light of the impact of the COVID-19 pandemic on state government operations, and the summer holidays and scheduled time off during the briefing period, the parties have met and conferred and agree that the below modification of the remainder of the briefing schedule would serve the best interest of all parties.

|  | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Plaintiffs-Appellees' Answering Brief and Excerpts of Record | June 8, 2021 | July 9, 2021 |
| Proposed Intervenors-Appellants' Reply Brief | July 8, 2021 | September 9, 2021 |

Declaration of Counsel, ¶ 3.

On April 2, 2020, Proposed Intervenors-Appellants obtained an automatic 60-day extension of the briefing schedule pursuant to the Ninth Circuit COVID-19 Notice. Declaration of Counsel, ¶ 5. No previous extensions of time have been sought or obtained by Plaintiffs-Appellees. *Ibid*.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court modify the remainder of the briefing schedule set in the March 15, 2021 Order as indicated above.

Dated: May 26, 2021         Respectfully Submitted,

                                       ROB BONTA
                                       Attorney General of California
                                       DAVID A. ZONANA
                                       Acting Senior Assistant Attorney General
                                       DENNIS L. BECK, JR.
                                       Supervising Deputy Attorney General

                                       /s/ *Laura J. Zuckerman*

                                       LAURA J. ZUCKERMAN
                                       Deputy Attorney General
                                       *Attorneys for Plaintiffs-Appellees California Department of Toxic Substances Control and the Toxic Substances Control Account*

## DECLARATION OF COUNSEL

I, Laura J. Zuckerman, declare as follows:

1. I am a Deputy Attorney General for the State of California Department of Justice and a counsel of record for Plaintiffs-Appellees California Department of Toxic Substances Control and the Toxic Substances Control Account in this action. I am a member in good standing of the Bar of the State of California and of this Court. I make this declaration based on my personal knowledge, and, if called upon, could and would testify competently as to the truth of the matters asserted herein.

2. I am submitting this Declaration pursuant to Rule 27(a) of the Federal Rules of Appellate Procedure in support of Plaintiffs-Appellees' Unopposed Motion to Modify the Briefing Schedule in this appeal ("Motion").

3. In light of the impact of the COVID-19 pandemic on state government operations, and the summer holidays and scheduled time off during the briefing period, the parties have met and conferred and agree that the following modification of the remainder of the briefing schedule would serve the best interest of all parties.

///

///

///

|  | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Plaintiffs-Appellees' Answering Brief and Excerpts of Record | June 8, 2021 | July 9, 2021 |
| Proposed Intervenors-Appellants' Reply Brief | July 8, 2021 | September 9, 2021 |

4. Counsel for Plaintiffs-Appellees have exercised diligence, and will file their brief by the new proposed deadline of July 9, 2021.

5. On April 3, 2020, Proposed Intervenors-Appellants obtained an automatic 60-day extension of the briefing schedule pursuant to the Ninth Circuit COVID-19 Notice. No previous extensions of time have been sought or obtained by Plaintiffs-Appellees.

6. On May 26, 2021, I e-mailed counsel for the Proposed Intervenors-Appellants, pursuant to Circuit Rule 27-1(2), to determine the Proposed Intervenors-Appellants' position on the Motion. I was informed that none of the Proposed Intervenors-Appellants opposes the Motion.

7. I am not aware of any court reporter being in default with respect to any designated transcripts.

///

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Dated: May 26, 2021  By:  /s/ *Laura J. Zuckerman*

Laura J. Zuckerman