**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL; TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>Defendants,<br><br>v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>Movants-Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

The appellees' unopposed motion (Docket Entry No. 24) to extend the due dates for the answering brief and the optional reply brief is granted. The appellees' answering brief is due July 9, 2021. The appellants' optional reply brief is due September 9, 2021.

tah/5.24.21/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7