No. 20-15029

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES
CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,
Plaintiffs-Appellees

v.

JIM DOBBAS, INC., a California corporation, et al.,
Defendants,

v.

CENTURY INDEMNITY COMPANY, et al.,
Movants-Appellants.

_____

on Appeal from the United States District Court
for the Eastern District of California

No. 2:14-cv-00595-WBS-EFB
(Hon. William B. Shubb)

_____

**PLAINTIFFS'-APPELLEES' SUPPLEMENTAL
EXCERPTS OF RECORD – INDEX VOLUME**

_____

ROB BONTA
Attorney General of the State of California
DENNIS L. BECK, JR.
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone: (510) 879-1299
 Fax: (510) 622-2270
 Email:
Laura.Zuckerman@doj.ca.gov

GRAY-DUFFY, LLP
TIMOTHY M. THORNTON, JR.
State Bar No. 106413
 15760 Ventura Blvd, 16th Floor
 Encino, CA  91436-3027
 Telephone: (818) 907-4000
 Fax: (818) 783-4551
 Email:
 tthornton@grayduffylaw.com

*Attorneys for Plaintiffs-Appellees
California Department of Toxic
Substances Control and the Toxic
Substances Control Account*

| DOCUMENT | FILE DATE | USDC DOCKET NO. | SER NO. |
|---|---|---|---|
| **VOLUME 1 OF 2** | | | |
| Exhibit B to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-3 | 2-6 |
| Exhibit C to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-4 | 7-8 |
| Exhibit D to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-5 | 9-11 |
| Exhibit E to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-6 | 12-14 |
| Exhibit F to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-7 | 15-16 |
| Exhibit G to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-8 | 17-19 |
| Exhibit H to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-9 | 20-23 |
| Exhibit L to Declaration of McKinley Lewis, Jr. in support of Motion for Default Judgment. | 08/21/19 | 189-13 | 24-45 |
| Declaration of Jason Xiao in support of Motion for Default Judgment. | 08/21/19 | 188 | 46-53 |
| Declaration of William Beckman in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over | 02/16/18 | 178 | 54-60 |

| | | | |
|---|---|---|---|
| Exhibit 1 to Declaration of William Beckman in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over | 02/16/18 | 178-1 | 61-63 |
| Exhibit 2 to Declaration of William Beckman in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over | 02/16/18 | 178-2 | 64-65 |
| Exhibit 3 to Declaration of William Beckman in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over | 02/16/18 | 178-3 | 66-67 |
| Declaration of Deena Stanley in support of Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant David Van Over | 05/05/17 | 161 | 68-73 |
| Exhibit A to Declaration of Deena Stanley in support of Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant David Van Over | 05/05/17 | 161-1 | 74-80 |
| Exhibit B to Declaration of Deena Stanley in support of Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant David Van Over | 05/05/17 | 161-2 | 81-101 |
| Exhibit C to Declaration of Deena Stanley in support of Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant David Van Over | 05/05/17 | 161-3 | 102-107 |
| Declaration of Jason Xiao in support of Motion for Partial Summary Judgment. | 05/05/17 | 158 | 108-114 |

| | | | |
|---|---|---|---|
| Exhibit A to Declaration of Jason Xiao in support of Motion for Partial Summary Judgment. | 05/05/17 | 158-1 | 115-261 |
| Exhibit B to Declaration of Jason Xiao in support of Motion for Partial Summary Judgment. | 05/05/17 | 158-2 | 262 |
| Declaration of Peter Macnicholl in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc. | 09/18/15 | 144 | 263-268 |
| Exhibit 1 to Declaration of Peter Macnicholl in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc. | 09/18/15 | 144-1 | 269-271 |
| Exhibit 2 to Declaration of Peter Macnicholl in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc. | 09/18/15 | 144-2 | 272-273 |
| Exhibit 3 to Declaration of Peter Macnicholl in support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc. | 09/18/15 | 144-3 | 274-275 |
| **VOLUME 2 OF 2** | | | |
| Declaration of Peter MacNicholl in support of Plaintiffs' Motion for Judicial Approval of Consent Decree between Plaintiffs and West Coast Wood Preserving, LLC. | 07/24/15 | 137-2 | 277-289 |
| Declaration of Peter MacNicholl In Support of Plaintiffs' Opposition To Motion For Summary Judgment By Defendant West Coast Wood Preserving, LLC. | 02/20/15 | 108 | 290-295 |

| | | | |
|---|---|---|---|
| Ex. 7 to Declaration of Peter MacNicholl In Support of Plaintiffs' Opp. to Motion for Summary Judgment by Defendant West Coast Wood Preserving, LLC. | 02/20/15 | 108-7 | 296-300 |
| Ex. 8 to Declaration of Peter MacNicholl In Support of Plaintiffs' Opp. to Motion for Summary Judgment By Defendant West Coast Wood Preserving, LLC. | 02/20/15 | 108-8 | 301-303 |
| Complaint for Recovery of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; and Civil Penalties | 03/03/14 | 1 | 304-315 |
| Notice of Appeal to the United States Court of Appeals for the Ninth Circuit | 01/03/20 | 241 | 316-328 |
| Civil Docket for Case No. 2:14-cv-00595-WBS-EFB | | | 329-354 |