No. 20-15029

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES
CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,
Plaintiffs-Appellees
v.
JIM DOBBAS, INC., a California corporation, et al.,
Defendants,
v.
CENTURY INDEMNITY COMPANY, et al.,
Movants-Appellants.

_____

on Appeal from the United States District Court
for the Eastern District of California

No. 2:14-cv-00595-WBS-EFB
(Hon. William B. Shubb)

_____

**PLAINTIFFS'-APPELLEES' SUPPLEMENTAL
EXCERPTS OF RECORD – VOLUME 1 OF 2**

_____

ROB BONTA
Attorney General of the State of
California
DENNIS L. BECK, JR.
Supervising Deputy Attorney
General
LAURA J. ZUCKERMAN
Deputy Attorney General
State Bar No. 161896
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-0550
 Telephone: (510) 879-1299
 Fax: (510) 622-2270
Email:
Laura.Zuckerman@doj.ca.gov

GRAY-DUFFY, LLP
TIMOTHY M. THORNTON, JR.
State Bar No. 106413
 15760 Ventura Blvd, 16th Floor
 Encino, CA  91436-3027
 Telephone: (818) 907-4000
 Fax: (818) 783-4551
 Email:
 tthornton@grayduffylaw.com

*Attorneys for Plaintiffs-Appellees
California Department of Toxic
Substances Control and the Toxic
Substances Control Account*

# EXHIBIT B

| 1. AGENCY | | | | | | 2. CASE NUMBER |
|---|---|---|---|---|---|---|

SHERIFF 4800

☒ INFORMATION REPORT
☐ CONTINUATION        ☐ FOLLOW-UP

79 - 3493

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER | | | PAGE NO. |
|---|---|---|---|---|---|---|---|

STATE of CALIF WATER QUALITY CONTROL BOARD       D.A. - Fernald   1 of 4

| 4. DATE & TIME OCCURRED (MO. DY. YR.) | 5. DATE & TIME REPORTED | 6. DAY | 7. LOCATION | 8. REP. DEV. CODE |
|---|---|---|---|---|
| 122479   1045 | 122479   1045 | 2 | PACIFIC WOOD PRESERVING | MISC |

9. NARRATIVE

RE: CHEMICAL SPILL

RESPONSIBLE: PACIFIC WOOD PRESERVING CO
SUBSIDIARY OF THE WICKES CORP.
EDWARDS & A ST (P.O. BOX 128)
ELMIRA, CALIF 95625
707- 448 8429

OPERATIONS MANAGER:

STONE, GARY GLENN
1737 LARKIN DR
FAIRFIELD CA
RES. (707) 426-3534
BUS. (707) 448-84 29
DOB 05 29 49    30 YRS

RECEIVED
DEC 31 1979
RECEIVED

WEATHER CONDITIONS:

MODERATE TO HEAVY RAIN
WIND COMING FROM SOUTHEAST
WIND VELOCITY  15 KNOTS GUSTING TO 25 KNOTS

Solano Co. Plan'ng Dept.
COUNTY DOCUMENT
Ref:
ENVIRONMENTAL HEALTH
Date: 122779
oh

| 10. SIGNATURE OF REPORTING OFFICER | 11. I.D. NUMBER | 12. REVIEWED BY | 13. FOLLOW-UP REFERRED TO | 14. FURTHER ACTION |
|---|---|---|---|---|
| | 147 | 152 | | YES ☐   NO ☐ |

SER003

| 1. AGENCY | | | | | ☐ INFORMATION REPORT | | 2. CASE NUMBER | |
|---|---|---|---|---|---|---|---|---|
| SHERIFF 4800 | | | | | ☒ CONTINUATION    ☐ FOLLOW-UP | | 79- 3493 | |

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER | | | PAGE NO. 2 of 4 |
|---|---|---|---|---|---|---|---|

| 4. DATE & TIME OCCURRED (MO. DY. YR.) | 5. DATE & TIME REPORTED | 6. DAY | 7. LOCATION | 8. REP. DEV. CODE |
|---|---|---|---|---|
| 122479    1045 | 122479    1045 | Z | Pacific Wood Preserving | |

**9. NARRATIVE**

ON DEC 24 1979 WHILE ON PATROL OF THE
ELMIRA AREA IN SOLANO COUNTY, CALIF. R/O
NOTICED A LARGE AMOUNT OF AN UNKNOWN, GREEN
LIQUID COMING OUT OF THE TOP OF A LARGE
TANK LOCATED IN THE YARD OF THE PACIFIC
WOOD PRESERVING COMPANY. R/O CONTACTED
DISPATCH WHO IN TURN CONTACTED THE FIRE
DEPT AND MANAGER GARY STONE.

WHILE WAITING FOR STONE AND THE FIRE
DEPT R/O DROVE AROUND THE AREA IN QUESTION
AND OBSERVED THE WIND BLOW THE LIQUID
FAR BEYOND A SAFETY TROUGH AROUND THE
TANK AND ONTO A DRIVEWAY LEADING TO
THE MAIN OFFICE OF THE COMPANY. R/O
FOLLOWED THE GREEN LIQUID AS IT FLOWED
DOWN THE DRIVEWAY ONTO "A" ST. THERE
WAS ALSO A LARGE AMOUNT OF THE LIQUID
IN THE DRAINAGE DITCH RUNNING ALONG
"A" ST. R/O FOLLOWD THE DRAINAGE DITCH
AND OBSERVED A TRACE OF THE GREEN
LIQUID APPROX 150 YDS FROM THE POINT
OF ENTRANCE AT THE INTERSECTION OF
HOLDNER ST AND "B" ST.

| 10. SIGNATURE OF REPORTING OFFICER | 11. I.D. NUMBER | 12. REVIEWED BY | 13. FOLLOW-UP/REFERRED TO | 14. FURTHER |
|---|---|---|---|---|
| [signature] | 167 | 152 | Ref. To: ENVIRONMENTAL HEALTH<br>Date: 122779<br>By: da | YES ☐<br>NO ☐ |

Solano Co. Sheriff's Dept.
CONTROLLED DOCUMENT

SER004

| 1. AGENCY | | | | | ☐ INFORMATION REPORT | | 2. CASE NUMBER | |
|---|---|---|---|---|---|---|---|---|
| SHERIFF 4800 | | | | | ☒ CONTINUATION   ☐ FOLLOW-UP | | 79-3493 | |

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER | | | | PAGE NO. 3 of 4 |
|---|---|---|---|---|---|---|---|---|

| 4. DATE & TIME OCCURRED (MO. DY. YR.) | 5. DATE & TIME REPORTED | 6. DAY | 7. LOCATION | 8. REP. DEV. CODE |
|---|---|---|---|---|
| 122479  1045 | 122479  1045 | 2 | PACIFIC WOOD PRESERVING | |

**8. NARRATIVE**

MANAGER STONE ARRIVED AT 1140 HRS AND
SHUT OFF A VALVE WHICH STOPPED THE OVERFLOW.
IT IS UNCERTAIN HOW LONG THE TANK WAS OVER-
FLOWING SINCE THE INSTALLATION IS CLOSED ON
SUNDAYS AND THE LAST TIME SOMEONE WAS
WORKING THERE WAS SATURDAY (122279) AFTERNOON.
STONE WAS VERY RELUCTANT TO TELL R/O
WHAT THE SUBSTANCE WAS LEAKING OUT
OF THE TANK BUT FINALLY INFORMED R/O
THAT IT WAS A MIXTURE OF WATER,
COPPER CHROMIUM AND ARSENIC.

THE STORAGE TANK FOR THIS LIQUID IS
APPROX 40 FEET TALL WITH AN UNKNOWN
CAPACITY AND IS SURROUNDED BY A
BRICK WALL, APPROX 3 FT HIGH, WHICH IS
SUPPOSED TO TRAP ANY SPILLED LIQUID.
HOWEVER, DUE TO THE HIGH WINDS, THE
LIQUID WAS BLOWING OVER THE WALL AND
OUT INTO THE OPEN.

R/O LEFT THE AREA @ 1200 HRS AND
TURNED IT OVER TO THE ELMIRA FIRE DEPT.

| 10. SIGNATURE OF REPORTING OFFICER | 11. I.D. NUMBER | 12. REVIEWED BY | 13. FOLLOW-UP REFERENCE | 14. FURTHER ACTION |
|---|---|---|---|---|
| | 147 | 152 | | YES ☐  NO ☐ |

Solano Co. Sheriff's Dept.
CONTROLLED DOCUMENT
Rel. To: ENVIRONMENTAL HEALTH
Date: 122779
By: ch

SER005

| 1. AGENCY | | | | | □ INFORMATION REPORT | | 2. CASE NUMBER | |
|---|---|---|---|---|---|---|---|---|
| SHeRiff 4800 | | | | | ☒ CONTINUATION  □ FOLLOW-UP | | 79-3493 | |

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER | | | | PAGE NO. 4 of 4 |
|---|---|---|---|---|---|---|---|---|

| 4. DATE & TIME OCCURRED (MO. DY. YR.) 122479   1045 | 5. DATE & TIME REPORTED 122479   1045 | 6. DAY 2 | 7. LOCATION Pacific Wood Preserve | 8. REP. DEV. CODE |
|---|---|---|---|---|

**9. NARRATIVE**



10. SIGNATURE OF REPORTING OFFICER

11. I.D. NUMBER  167

12. REVIEWED BY  152

13. FOLLOW-UP REFERRED TO: ENVIRONMENTAL HEALTH
Date: 122779
By: dh

Solano Co. Sheriff's Dept.
CONTROLLED DOCUMENT

SER006

# EXHIBIT C



November 25, 1980

MEMORANDUM

TO:        Albert T. Vervais, R.S., Director of Environmental Health

FROM:      David L. Eubanks, R.S., Senior Health Inspector

SUBJECT:   Inspection of Wickes Lumber Wood Preserving – A St., Elmira


On Friday, November 14, 1980, I inspected Wickes Wood Preserving in Elmira with Cathy Harder of the Water Quality Control Board and the plant manager. There was a plant wastewater spill on November 7, 1980. An automatic valve from the water to the mixing tank stuck partially open which caused the mixing tank (which had some sludge in the bottom) to overflow onto the retaining pad. The pad normally drains to a sump and automatically pumps into another holding tank. However, there was a crack in the wall of the retaining pad, which caused dilute material to flow onto the surrounding soil and about 80 ft. of drainage ditch in front of the plant on "A" St. Soil samples were taken of the ditch soil and the surface dirt was piled for future removal.

The following were stated by us to the manager:

1. Repair the cracked wall and seal the remainder of the wall.
2. Remove the contaminated soil.
3. Check the malfunctioned valve.
4. Initiate an emergency procedure, in writing, for all employees.
5. Repair a broken pipe on a monitor well. This deficiency was noted during an inspection.

They are presently placing a 1 ft. high asphalt berm around the drying pad.

Cathy Harder was concerned about the high values of chromium and arsenic noted in the October monitoring data. No reason was given to explain these phenomena.

There shall be a further order for a clean-up in the near future.

# EXHBIT D

SER009



STATE OF CALIFORNIA—RESOURCES AGENCY                                    EDMUND G. BROWN JR., GOVERNOR

# CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD—
# CENTRAL VALLEY REGION

3201 S STREET
SACRAMENTO, CALIFORNIA 95816
PHONE: (916) 445-0270



10 December 1980



RECEIVED
DEC 12 1980
[stamp]

Mr. Ed Kessler
Wickes Forest Industries
Remanufacturing/Bark Group Manager
Post Office Box 305
Dinuba, CA 93618

ELMIRA PLANT SPILL, 7 NOVEMBER 1980

Enclosed is our memorandum covering the contaminated well water spill of 7 November 1980, at the Elmira plant.

The three problems confronting Wickes Wood are: cleanup of the spill, prevention of other spills and cleanup of area which may also be contaminated. Recommendations from the 14 November 1980 meeting with Mr. Dave Eubanks of Solano County Health Department, and Mr. Brian Halock, General Manager of the Elmira plant, and Ms. Kathleen Harder of our office, are discussed in the memorandum.

In a meeting on 21 November 1980 with Dewante and Stowell, Mr. Halock and Ms. Harder, a sampling program for soils and well water was discussed. However, this was before we realized the soil was contaminated prior to the spill. A sampling program should include areas on the plant site as well as the ditch and agricultural field. A registered engineer should be hired to do a comprehensive study on the source and cleanup of the contamination problems.

The potential hazards of spills which Wickes Wood should be aware of and may be liable for are:

1. The flow of these ditches empty into Ulatis and Alamo Creeks, which are tributary to Cache Slough. Ulatis Creek empties into Cache Slough about 500 feet upstream of the Vallejo domestic water intake structure. Therefore, copper, arsenic and chromates may be getting into Vallejo's water supply.

2. All of Elmira's water comes from ground water, or individual wells.

3. Residents live as near as across the street and an elementary school is located on Holdener Road; both have access to water flowing within these ditches. Neighborhood pets and small children also have access to this water.

Enclosed is information of financing which was requested by Mr. Halock. Also, the Office of Emergency Services at (800) 852-7550, should be contacted in

Wickes Forest Industries
Elmira Plant Spill                        - 2 -                    10 December 1980

addition to the Regional Board, in case of future spills.

We appreciate efforts Mr. Halock has taken toward cleaning up the spill and inves-
tigation methods of spill prevention.  Wickes Wood should understand the serious
hazard potential and the need to prevent any future spills.  Should you have any
questions, please contact Ms. Kathleen Cole Harder at (916) 322-9093.


*Stan Phillippe*
*for*

J. LAWRENCE PEARSON, P.E.
Senior Engineer
Delta Watershed

KCH/gs

Enclosures

cc:  w/enclosures

     Mr. Dave Eubanks, Solano County Health Dept.
     Mr. Steve Debuskey, Wickes Wood, Dinuba
     Mr. Brian Halock, Wickes Wood, Elmira
     Mr. Dick Baerresen, Dewante and Stowell

# EXHIBIT E

SER012

MEMORANDUM

TO:      J. Lawrence Pearson                    10 December 1980

FROM:    Kathleen Cole Harder

SUBJECT: WICKES WOOD PRESERVING, SOLANO COUNTY


On 14 November 1980, Mr. Dave Eubanks of the Solano County Health Department and my-
self, investigated the spill at Wickes Wood Preserving, which occurred on 7 November
1980.  Mr. Brian Halock, Manager, showed us the spill area and explained what
happened.

The well water supply valve had not closed on their "automatic control" system from
the previous night.  This water flowed into the empty mixing tank (about 1-1/2 feet
of sludge on bottom of tank) and it overflowed about two or three in the morning.
The concrete containment wall diverted the overflow to the sump which pumped the
water to another empty tank.  The concrete containment wall leaked at the base of
the second tank and the water flowed into the retail yard.  It then travelled about
150' along the "A" Street ditch.  The overflow was noticed at 5:00 a.m. and stopped
at 5:15 a.m.

The IT Corporation pumped about 6,000 gallons back into the tanks.  It is difficult
to determine how much water overflowed, but a rough guess is no more than 12,000
gallons.

The top soil of the ditch has been removed.  The soil was placed on a concrete pad
in the retail yard.  Wickes Wood will haul the contaminated soil to a Class II-1
landfill.

Under the ownership of Pacific Wood Preserving, several spills occurred; one result-
ing in a Cleanup and Abatement Order.  Twice the "A" Street and Holdener Road ditch
has been scraped due to spills.  Wickes Wood Preserving took over the operation
about a year ago.  This is the first reported spill under its ownership.

Mr. Eubanks and I discussed with Mr. Halock the following suggestions on prevention
of spills:

1.   Two mixing tanks not being used can be converted to overflow storage tanks.
     The storage capacity would then be about 150,000 gallons.  We had agreed to
     storage capacity of 100,000 gallons.

2.   The containment wall is cracked and needs repair and to be sealed.

3.   The well water valve needs to be checked as well as other valves in the
     system which could create another spill.

4.   Written procedures on what to do in case of a spill,are needed.  According
     to Mr. Halock, the IT Corporation is working on an emergency spill plan.

Wickes Wood Preserving
Solano County                          - 2 -                    10 December 1980

5.  A berm around the drip pad area will be placed during the last week of
    November according to Mr. Halock.

6.  We need assurances from Koppers (the chemical manufacturer) that the wood
    preservative will not wash off concrete or Wickes needs to remove old stained
    concrete in the drainage ditches.

A good testing program is needed and should include:  soil samples from the drain-
age ditch (at various depths until the clay layer is encountered), within the
plant and in the agricultural fields.  The monitoring wells should be sampled
monthly until the source of contamination of chromium and arsenic in several of the
wells is determined.  The domestic wells across "A" Street should also be sampled
for contamination.  The depths of the monitoring wells need to be determined.

Mr. Halock was concerned about the spill and very cooperative and informative.
He initiated many of the suggestions already and understands the problems we had
with Pacific Wood Preserving.


                                    *Kathleen Cole Harder*
                                    KATHLEEN COLE HARDER
                                    Area Engineer
                                    Delta Watershed

KCH/gs

cc:  as per letter

# EXHIBIT F

STATE OF CALIFORNIA—THE RESOURCES AGENCY                                  EDMUND G. BROWN JR., GOVERNOR

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD—
CENTRAL VALLEY REGION
3201 S STREET
SACRAMENTO, CALIFORNIA 95816
PHONE: (916) 445-0270                                        30 April 1981



Mr. Steven K. Debuskey
Loss Prevention Manager
Wickes Forest Industries
Post Office Box 305
Dinuba, CA  93618

WICKES WOOD, ELMIRA – CLEANUP

We have reviewed the 4 March 1981 report on the sampling and cleanup operation at
the Elmira plant.  We understand you are anxious to begin cleanup operations; however,
we have a few questions and comments which should be addressed first.

1.  The spill that occurred on 7 November 1980 travelled along the "A" Street ditch,
    both east and west of the plant entrance.  However, no samples were taken west
    of the entrance.  Why not?

2.  The yard area west of the plant showed some high levels of contamination, accord-
    ing to sample Numbers 1 and 2.  What is proposed for this area?

3.  The State Health Standards are exceeded at the lowest depths for sample Numbers
    1, 2, 4, 5, 7, 18, 22, 25, 30 and 33.  Additional samples below those depths
    should be taken to determine the extent of contamination and cleanup.

4.  We have known that some of the production and monitoring wells are contaminated.
    The source of contamination needs to be identified and prevented.  This may
    involve sealing off the existing contaminated wells and constructing new ones.  A
    registered engineer or engineering-geologist with appropriate expertise should
    look closely at this problem and make recommendations.

5.  A Class II-1 landfill may be allowed to accept contaminated soil or a portion
    thereof.  However, such disposal will require compliance with the Waste Discharge
    Requirements of the particular landfill.  If disposal at a Class II-1 site would
    not be compatible with landfill geology and water quality considerations, disposal
    at a Class I site may be necessary.

Should you have any questions, please contact me at (916) 322-9093.


KATHLEEN COLE HARDER
Area Engineer
Delta Watershed

KCH/gs

cc:  Mr. Dave Eubanks, Solano County Health Dept.
     Mr. Robert Hedges, Anlab

# EXHIBIT G

SER017

WICKES FOREST INDUSTRIES
(formerly Pacific Wood Preserving)

Elmira, CA

## HISTORY

Pacific Wood Preserving (PWP) is located in the town of Elmira four miles
east of the City of Vacaville. The wood treating company began operation
in August 1972. Lumber is treated using a vacuum pressurized tank which
impregnates forest products with 50 percent solution of chromated copper
arsenate. This solution is made up of 47.5% chromic acid ($CRO_3$), 18.5%
cupric oxide (CuO) and 34% arsenic pentoxide ($As_2O_5$). The treated wood is
taken from the tank and placed on concrete slabs to drip dry. Drippings
rom the wood then flows back to the collection sump where the chemical is
reused. Once the wood has dried, it is placed in the stockyard where it
will be loaded onto trucks for transport.

Soils in the area consist of Yolo loam of moderate permeability. Percola-
tion test for septic tank leach fields obtain percolation rates of 40 to 60
min/inch. Groundwater is found from 2 to 8 feet below surface level depend-
ing on season. The community utilized individual septic tanks and wells for,
respectively, disposal and domestic water supply.

## THE PROBLEM

On or about 27 February 1978, PWP spilled chemicals which discharged into
drainage ditches alongside two neighboring streets. These drainage ditches
drain into Ulatis Creek which is a tributary to Cache Slough and the Sacramento
River. Following the chemical spill, RWQCB issued a Clean-Up and Abatement
Order containing a compliance time schedule. A follow up inspection found
all contaminated soils removed from drainage ditches and taken to a Class I
site. On June 2, 1978 reinspection of the plant showed the additional work
requested had not been done. Company officials stated that the work would
be done later that summer.

PWP again experienced chemical spills in November of 1978 and January of 1979.
After the January spills, the RWQCB conducted an extensive inspection and
discovered many deficiencies in the preserving process. Among them were the
allowing of chemical waste to drip into the gravel stockyards and be exposed
to rain. This exposure to rain coupled with inadequate control of waste had
combined to form ponds throughout the site. One pond held approximately
1500 gallons and was in danger of discharging into the drainage ditches.
These ponds were eventually pumped back into the collection sump but discharge
into the drainage ditches prior to this pumping was very likely. As the
ditches are very accessible to the public, there is quite a potential threat
to the environment.

SER018 C

-2-

An additional site inspection was conducted in April, 1980 at which time well water samples were taken on-site and off-site. Off-site samples proved negative but on-site samples showed elevated levels of chromium.

In November, 1980, Wiches Forest Industries (WFI), who had purchased the site from PWP, experienced a well water spill of approximately 12,000 gallons. The spill was eventually contained but a large quantity of contaminated well water had drained into the adjoining drainage ditches. The top layer of soil from the drainage ditches was excavated and hauled to a permitted site for disposal.

## CURRENT STATUS (12/21/81)

The Wickes Corporation hired the firm of Dewante and Stowell to conduct an in-depth site evaluation. Dewante and Stowell's report indicated that a large quantity of contaminated soil was still present in the ditches and should be excavated and disposed of. WFI indicated that the cost of the soil clean-up would exceed $100,000. WFI feels that the contaminated condition of the soil existed prior to their ownership and as such, should not be held responsible for total clean-up cost. Negotiations are still pending.

# EXHIBIT H

SER020

STATE OF CALIFORNIA—RESOURCES AGENCY  EDMUND G. BROWN JR., GOVERNOR

# CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD— CENTRAL VALLEY REGION

3201 S STREET
SACRAMENTO, CALIFORNIA 95816
PHONE: (916) 445-0270

CERTIFIED NO. P24 1202257



9 June 1982

Mr. Terry V. Lehr
Senior Attorney
The Wickes Corporation
1010 Second Avenue
San Diego, CA 92101

CLEANUP AND ABATEMENT ORDER, WICKES FOREST INDUSTRIES, ELMIRA, SOLANO COUNTY

By letters dated 16 July 1981 and 21 April 1982, and during our meeting with your staff on 26 March 1982, we requested your corporation or its division, Wickes Forest Industries, submit a plan for excavating and removing the contaminated soil from the Elmira facility.  By letters dated 28 July 1981, 28 September 1981, and 30 April 1982, you have requested delays in submitting a plan and rescission of Waste Discharge Requirements.  To date we have not received the plan.

Your 30 April 1982 letter notified us that the corporation and its division has filed a petition for bankruptcy.  We are very concerned regarding the ability of the company to finance necessary cleanup actions in a timely manner.  In addition, we are concerned with the continued threat to public health from contamination of the ground water and nearby water supply wells.  Further details are provided in our 21 April 1982 letter, enclosed.

The enclosed Cleanup and Abatement Order directs you to remove the contaminated soil forthwith and by 30 June 1982 submit plans to ensure compliance with your Waste Discharge Requirements.  If you have any questions, please call Greg Walker at (916) 322-9092.

JAMES A. ROBERTSON
Executive Officer

GHW:sb

Enclosure

cc:  Mr. Dave Eubanks, Solano County Health Dept., Vallejo (w/encl)
     Mr. Chuck Steinbergs, Dept. of Health Services, SES, Berkeley
     Mr. James Pappas, Dept. of Health Services, HWMB, Sacramento
     Mr. Steve Debusky, Wickes Forest Industries, Dinuba
     Ms. Betsy Miller, Attorney, SWRCB, Sacramento

SER021

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD
CENTRAL VALLEY REGION

CLEANUP AND ABATEMENT ORDER
FOR
WICKES FOREST INDUSTRIES
THE WICKES CORPORATION
ELMIRA, SOLANO COUNTY

The California Regional Water Quality Control Board, Central Valley Region (hereafter Board), finds that:

1. Wood treatment at the Elmira facilities was started in 1972. Since 12 September 1979 it has been owned by The Wickes Corporation and operated by Wickes Forest Industries. The previous owner and operator was Pacific Wood Preservation Corporation.

2. Pacific Wood Preservation Corporation was dissolved from corporation in the State of California on 11 September 1980.

3. The facility treats lumber with a fifty percent solution of chromated copper arsenate in a vacuum tank.

4. Surface drainage from the facilities is to Ulatis Creek, tributary to Cache Slough, tributary to the Sacramento River.

5. The beneficial uses of Cache Slough and downstream waters are domestic, municipal, agricultural, and industrial supply; recreation, including body contact sports; esthetic enjoyment; navigation; and the preservation and enhancement of fish, wildlife, and other aquatic resources. The beneficial uses of local ground waters are domestic, industrial, and agricultural supply.

6. Cache Slough is the domestic water supply for the city of Vallejo. Local ground water in the area is used for Elmira's domestic supply.

7. On 7 November 1980, the first reported spill during Wickes' ownership included approximately 12,000 gallons of water from a mixing tank to a nearby ditch. About 6,000 gallons were pumped from the ditch back into the mixing tanks. Some of the soil in the ditch, contaminated by this spill, was removed. Soil samples from the ditch before 7 November 1980 showed high levels of contaminants.

8. The Engineering Report, dated 25 June 1981, which was required by Waste Discharge Requirements, Order No. 81-031 defined the extent of soil contaminated with hazardous levels of pollutants as determined by the State Department of Health Services. The Report recommended the contaminated soil be removed to a Class I disposal site.

WICKES FOREST INDUSTRIES                                                -2-

9.  In a 28 September 1981 letter, Wickes Forest Industries stated "...the
    cost of compliance is prohibitive... We are requesting that the Board
    reevaluate its finding and rescind its Order 80-031."

10. In a 30 April 1982 letter, The Wickes Corporation stated "On 24 April
    1982, in the Federal Bankruptcy Court, Central District of California, Los
    Angeles, California, Case Number LA 82-00659WL, The Wickes Corporation
    filed a petition in bankruptcy under Chapter 11, Corporation Reorganiza-
    tion, which petition included its division, Wickes Forest Industries... we
    are requesting an extension in providing a revised plan for excavating and
    removing the contaminated soil..."

11. Concentrations of arsenic and chromium have exceeded drinking water stan-
    dards in ground water monitoring and production wells.  Although the
    Engineering Report could not identify the source of ground water pollution,
    it recommended future corrective actions if the apparent contamination
    continues to persist.

12. The contaminated soil poses a threat to ground water quality and could
    further contribute to the existing ground water contamination.

13. Section 13304(a) of the California Water Code provides that "Any person
    who...has caused or permitted causes or permits or threatens to cause or
    permit any waste to be discharged or deposited where it is, or probably
    will be, discharged into waters of the State and creates, or threatens to
    create, a condition of pollution or nuisance, shall upon order of the
    regional board clean up such waste or abate the effects thereof or, in the
    case of threatened pollution or nuisance, take other necessary remedial
    action..."

14. Issuance of this Order is exempt from the provisions of the California
    Environmental Quality Act (Public Resources Code Section 21000, et seq.)
    in accordance with Section 15121, Chapter 3, Title 14, California Admin-
    strative Code.


IT IS HEREBY ORDERED, that pursuant to California Water Code Section 13304,
Wickes Forest Industries, owned by The Wickes Corporation, shall:

1.  Immediately remove contaminated soil as identified by the Engineering
    Report to an approved disposal site utilizing an approved hazardous waste
    hauler.  Soils shall be cleaned up to reach concentrations below the
    hazardous level, which are 50 mg/kg arsenic, 50 mg/kg chromium and 150
    mg/kg copper as defined by the Health Department.

2.  Additional cleanup actions may be required if ground water contamination
    persists after contaminated soils have been removed from the site.


JAMES A. ROBERTSON, Executive Officer

GHW:sb  6/7/82

# EXHIBIT L





# Department of Toxic Substances Control

Leonard E. Robinson
Acting Director
8800 Cal Center Drive
Sacramento, California 95826-3200

**Linda S. Adams**
Acting Secretary for
Environmental Protection

*Edmund G. Brown Jr.*
Governor

March 17, 2011

Mr. David Van Over
216 F Street #108
Davis, California 95616

Mr. Don Dobbas
Jim Dobbas, Incorporated
P.O. Box 177
Newcastle, California 95658

Continental Rail, Inc.
3218 Nacodoches Road, #8
San Antonio, Texas 78217

NOTICE OF ISSUANCE OF IMMINENT OR SUBSTANTIAL ENDANGERMENT
ORDER AND REMEDIAL ACTION ORDER (I/SE ORDER) FOR FORMER WICKES
FOREST INDUSTRIES SITE, ELMIRA, CALIFORNIA, SOLANO COUNTY

Dear Mr. Van Over, Mr. Dobbas and Continental Rail, Inc.:

The purpose of this letter is to provide notification that the Department of Toxic
Substances Control (DTSC) is issuing an Imminent and Substantial Endangerment
Order (I/SE Order) for the former Wickes Forest Industries Site at 147 A Street (the
Property), Elmira, California, due to hazardous substances releases on the site. This
I/SE Order applies to the Property and the areal extent of contamination that resulted
from activities on the Property (hereinafter, the "Site"). Elevated levels of arsenic and
hexavalent chromium in surface and sub-surface soil on the Property are continuing to
act as a persistent source to groundwater contamination and represent a significant
threat to human health and the environment.

DTSC has enclosed a copy of the I/SE Order for your records. The Order is final and
effective five days from the date of mailing, which is the date of this cover letter
transmitting the Order to you.

Any legal representatives acting on behalf of you with regard to this letter or the I/SE
Order should contact Ms. Marilee Hanson, with DTSC's Office of Legal Counsel at
(916) 327-0979 or e-mail mhanson@dtsc.ca.gov.

♻ Printed on Recycled Paper

SER025

Mr. David Van Over
Mr. Don Dobbas
Continental Rail, Inc.
March 17, 2011
Page 2


If you have any questions or comments on this letter, please feel free to contact
Mr. MacNicholl at (916) 255-3713 or e-mail at pmacnich@dtsc.ca.gov.

Sincerely,



Charles Ridenour, P.E.
Performance Manager
Cleanup Program – Sacramento Office

Enclosure

cc:     Ms. Marilee Hanson
        Staff Counsel III
        Office of Legal Counsel
        Department of Toxic Substances Control
        1011 "I" Street, 23rd Floor
        P.O. Box 806
        Sacramento, California 95812-0806

        Mr. Richard Hume, P.E.
        Supervising Hazardous Substances Engineer
        Cleanup Program – Sacramento Office
        Department of Toxic Substances Control
        8800 Cal Center Drive
        Sacramento, California 95826

        Mr. Peter MacNicholl, P.E.
        Project Manager
        Cleanup Program – Sacramento Office
        Department of Toxic Substances Control
        8800 Cal Center Drive
        Sacramento, California 95826

STATE OF CALIFORNIA
CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY
DEPARTMENT OF TOXIC SUBSTANCES CONTROL

| | |
|---|---|
| In the Matter of: | Docket No. I/SE 10/11 - 008 |
| Wickes Forest Industries Site<br>147 A Street<br>Elmira, California 95625 | IMMINENT OR SUBSTANTIAL ENDANGERMENT DETERMINATION ORDER AND REMEDIAL ACTION ORDER |
| Respondents:<br>Mr. David Van Over<br>216 F Street #108<br>Davis, California 95616 | |
| Jim Dobbas, Inc.<br>P.O. Box 177<br>Newcastle, California 95658 | Health and Safety Code Sections 25355.5(a)(1)(B), 25358.3(a), 58009 and 58010 |
| Continental Rail, Inc.<br>3218 Nacodoches Road, #8<br>San Antonio, Texas 78217 | |

## I. INTRODUCTION

1.1     Parties. The California Environmental Protection Agency, Department of Toxic Substances Control (DTSC) issues this Imminent or Substantial Endangerment Determination and Order and Remedial Action Order (Order) to Jim Dobbas Inc. (Dobbas), a California Corporation, Continental Rail, Inc., a corporation (Continental Rail), and David Van Over, an individual (Van Over) (Respondents).

1.2     Property/Site. This Order applies to the property located at 147 A Street, Elmira, Solano County, California 95625, which consists of 7.5 acres and is identified by Assessor's Parcel Number(s) 142-010-130, 142-010-140, and 142-042-010 (the Property). A legal description of the Property is attached as Exhibit A. This Order applies to the Property and the areal extent of contamination that resulted from activities on the Property (hereinafter, the "Site"). The Property is frequently referred to as the "Wickes Forest Industries Site."

1.3     Jurisdiction. This Order is issued by DTSC to Respondents pursuant to DTSC's authority under Health and Safety Code  sections 25358.3(a), 25355.5(a)(1)(B), 58009 and 58010.

SER027

Health and Safety Code section 25358.3(a) authorizes DTSC to take various actions, including issuance of an Imminent or Substantial Endangerment Determination and Order, when DTSC determines that there may be an imminent or substantial endangerment to the public health or welfare or to the environment, because of a release or a threatened release of a hazardous substance.

Health and Safety Code section 25355.5(a)(1)(B) authorizes DTSC to issue an order establishing a schedule for removing or remedying a release of a hazardous substance at a site, or for correcting the conditions that threaten the release of a hazardous substance. The order may include, but is not limited to, requiring specific dates by which the nature and extent of a release shall be determined and the site adequately characterized, a Remedial Action Plan (RAP) prepared and submitted to DTSC for approval, and a removal or remedial action completed.

Health and Safety Code section 58009 authorizes DTSC to commence and maintain all proper and necessary actions and proceedings to enforce its rules and regulations; to enjoin and abate nuisances related to matters within its jurisdiction which are dangerous to health; to compel the performance of any act specifically enjoined upon any person, officer, or board, by any law of this state relating to matters within its jurisdiction; and/or on matters within its jurisdiction, to protect and preserve the public health.

Health and Safety Code section 58010 authorizes DTSC to abate public nuisances related to matters within its jurisdiction.

## II. FINDINGS OF FACT

DTSC hereby finds:

2.1   Liability of Respondents.  Respondents are responsible parties or liable persons as defined in Health and Safety Code section 25323.5.  Dobbas and Continental Rail both owned undivided fifty percent (50%) interests in the Property from April 1, 1997 until approximately February 15, 2011.  Van Over purchased the Property from Dobbas and Continental Rail on or around February 15, 2011, with knowledge that environmental contamination exists at the Site.

2.2   Property/Site History.

2.2.1  The Property is a former wood treatment facility located on approximately 7.5 acres near the intersection of A Street and Holdener Road in Elmira, California. Pacific Wood Preserving (a domestic corporation, dissolved effective September 11, 1980) operated a wood treatment facility at the Property until September 1979.  The Wickes Corporation (Wickes), the predecessor to Collins and Aikman Products Company (CAPCO), purchased the Property from Pacific Wood Preserving and then operated the wood treatment facility at the Property until August 1982.  Operations at the Property included treating lumber with preservative solutions containing arsenic,

SER028

chromium, and copper. Investigations have shown that the Site soils have been
affected by these inorganic metals. Groundwater beneath the Site has also been
contaminated by chromium, copper, and arsenic. The Central Valley Regional Water
Quality Control Board (CVRWQCB) and DTSC conceptually approved a Remedial
Action Plan (RAP) on September 19, 1983, submitted by Wickes, which proposed storm
water management and ground water removal and treatment measures for the Site. On
February 26, 1984, DTSC issued to Wickes an Order and Schedule of Compliance
pursuant to Health and Safety Code section 25187. The Order adopted and
incorporated a Settlement Agreement and Schedule of Compliance addressing soil,
surface water, and ground water contamination at the Site. The CVRWQCB has also
issued a series of Waste Discharge Requirements (WDRs) over the years to Wickes
and CAPCO, including the last WDR Order No. R5-2005-0022, which was issued to
CAPCO on June 4, 2004.

Respondents Dobbas and Continental Rail purchased the Property from CAPCO
in April 1997. Respondent Van Over purchased the Property from Dobbas and
Continental Rail on or about February 15, 2011.

2.2.2  To address groundwater contamination, a subsurface french drain system
200 feet long with a single recovery well was installed along with an ion-exchange
treatment system so effluent could be discharged to the ditch adjacent to Holdener
Road and A Street under the 1983 RAP. In 1987, an additional extraction well was
connected to the system to prevent the migration of affected ground water further
off-site. This system was confined to the southern portion of the Property. In 1992, the
groundwater extraction and treatment system (GWETS) was modified significantly.
Seven (7) additional extraction wells were installed (five (5) off-Property) and the ion-
exchange treatment system was replaced with an electrochemical treatment system
that removes chromium, arsenic, and copper from ground water by co-precipitating the
metal ions with ferric hydroxide particles. Treated water was then discharged to the
ditch along Holdener Road and A Street under a National Pollutant Discharge
Elimination System (NPDES) permit from the CVRWQCB.

2.2.3  Initial soil investigations conducted during the early 1980s were centered
on the southern portion of the Property where the manufacturing process took place. In
1983, contaminated soil was excavated from the truck loading pad, and the drying pad
for treated wood was sealed with a low permeability asphalt cap under a RAP approved
by DTSC on September 19, 1983. Soils inside the metal sided building situated over
the process area were capped in 1991 with shot-crete to prevent rainwater from further
transporting the constituents of concern to ground water. Two additional RAPs were
completed to address contamination at the Site. The RAP approved by DTSC on
September 9, 1993 addressed the soil contamination, storm water control, and ground
water treatment in the southern portion of the Site. On February 25, 1994, DTSC
approved a RAP concentrating on soil in the northern portion of the Site (the "1994
RAP"). The implementation of the 1994 RAP included: (i) excavating 2,100 cubic yards
of off-Property soil from drainage ditches and placing it on the Property in an area to be
capped with asphalt; (ii) excavation of 89 cubic yards of soil from the railroad drainage

SER029

ditch and disposing of it at the Chemwaste Kettleman Hills facility in Kettleman City, California; (iii) regrading the Property; (iv) installing an asphalt cap in all areas of the Property that were not previously sealed; and (v) installing a positive drainage system to prevent storm water intrusion under the cap. On January 5, 1996, DTSC approved the Operation and Maintenance Plan dated October 1995 (the "O&M Plan"), which required, among other things, maintenance of the cap and operation of the GWETS.

2.2.4  On October 27, 1995, CAPCO recorded in Solano County a Covenant to Restrict Use of Property-Environmental Restriction, which was entered into between CAPCO and DTSC (the "Covenant"). The Covenant, among other things, disclosed that the Property was contaminated with hazardous substances, banned uses that would disturb the cap, and restricted the Property's use to non-residential purposes without prior written approval from DTSC. On February 26, 1996, CAPCO and DTSC entered into an Operation and Maintenance Agreement, Docket Number 95/96-038 (the "O&M Agreement") in which CAPCO agreed to maintain the cap and operate the GWETS pursuant to the O&M Plan. Respondents Dobbas and Continental Rail purchased the Property from CAPCO on April 1, 1997, after the Covenant for the Property had been recorded and the O&M Agreement was in place. Also on April 1, 1997 an "Access and Remediation Agreement" was recorded which was signed by Respondent Dobbas, in which Dobbas agreed to provide access to the Property for CAPCO's remediation activities. Dobbas subsequently apparently provided access to the Property to CAPCO's contractors to conduct O&M activities, including operating the GWETS. On May 17, 2005, CAPCO filed a voluntary Chapter 11 bankruptcy petition in United States Bankruptcy Court, Eastern District of Michigan (Detroit), Case Number 05-55927-SWR. In August, 2005, CAPCO ceased operating the GWETS. On March 7, 2006, DTSC directed CAPCO to resume operating the GWETS. On March 22, 2006, CAPCO refused to comply.

From July 24, 2006 through September 28, 2006, DTSC negotiated with Dobbas and Continental Rail regarding the continuation of O&M activities at the Site. Respondents refused to conduct O&M activities such as restarting and repairing the GWETS. DTSC issued an Imminent and Substantial Endangerment Determination on November 13, 2006. On January 19, 2007, DTSC contracted with Kleinfelder Inc. to resume operation of the GWETS, groundwater monitoring and reporting and maintenance of the asphalt cap. On December 3, 2007, Dobbas agreed to perform certain repairs at the Site, which included limited maintenance of the asphalt cap and repair of the roof drainage system for the building over the source area. On May 9, 2007, DTSC and Dobbas entered into an Access Agreement.

On February 14, 2008, DTSC contracted with URS Corporation to investigate soils in the source area of the Site. Results of the 2008 URS soil investigation confirmed that elevated levels of arsenic and hexavalent chromium in soil were continuing to act as a persistent source to groundwater contamination. In August 2009, URS on behalf of DTSC prepared a draft Removal Action Work Plan (2010 RAW) to remediate groundwater at the Site. The 2010 RAW identifies demolition of the GWETS, contaminated soil excavation, confirmation sampling, off-site disposal, backfilling,

reporting, and long-term groundwater monitoring to assess the performance of the remedial action.

In February and March 2010, DTSC staff conducted Site inspections and noticed numerous cracks in the asphalt cap, including blockage and disrepair to the drain and gutter systems.  Site inspections also revealed that the lock on the main gate was removed, allowing unsecured access to the Site.  In April 2010, DTSC conducted surface water sampling of accumulated stormwater inside the Site's source area. Analytical data showed dissolved arsenic at 720 µg/L and 1200 µg/L due to contact with the remaining contaminated soil.  Hexavalent chromium concentrations in the storm water measured 14 µg/L and 21 µg/L, including 30 µg/L and 15 µg/L reported for total chromium.

DTSC finalized the Wickes Forest Industries 2010 RAW in July of 2010.  On November 22, 2010, DTSC recorded a lien in the amount of $833,347.98 against Dobbas' undivided fifty percent interest in the Property, which reflected the amount of funds DTSC had spent to clean up and mitigate impacts from the Site since December 2006.

Reports about the Site are available on DTSC's website at http://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=48240001 and are otherwise publically available.

2.3   Hazardous Substances Found at the Property.  The Property has been used as a wood preparation, treatment, and storage area.  Wood preserving solutions used at the Property contained copper, chromium, and arsenic.  Property investigations conducted in 1982 showed that Site soil and ground water have been contaminated with chromium, copper, and arsenic.  Samples of groundwater taken in June 1984, as listed in the June 1984 Monthly Monitoring and Progress Report/Wickes Forest Industries Elmira Site, had concentrations of 120 mg/L or parts per million (ppm) of hexavalent chromium and .22 mg/L (ppm) of arsenic.  Groundwater samples taken by Kleinfelder Inc. between September 11 and 13, 2007 had a maximum on-Property concentration of 1700 µg/L (ppb) in monitoring well E-6 and a maximum off-Property concentration of 74 µg/L (ppb) in monitoring well E-18A for hexavalent chromium.  Analytical groundwater data from February 10, 2010, reported maximum hexavalent chromium concentrations in groundwater of 1500 µg/L and 93 µg/L in both on-site and off-site groundwater, respectively.  Maximum concentrations of arsenic in groundwater measured 650 µg/L on-site compared to 190 µg/L in off-site groundwater.  Storm water runoff from the leaking gutter on the source area building has allowed rainwater to pond and collect in the two existing sumps.  Surface water samples taken from the accumulated storm water in April 2010, identified dissolved arsenic at 720 µg/L and 1200 µg/L due to contact with the remaining contaminated soil.  Hexavalent chromium concentrations in the storm water run-off measured 14 µg/L and 21 µg/L, including 30 µg/L and 15 µg/L reported for total chromium.

SER031

Near surface soil samples taken by LFR Levine and Fricke in 1991 to support the 1994 RAP showed elevated concentrations of arsenic and hexavalent chromium in the source area ranging from 52 to 70,000 mg/kg and 0.2 to 190 mg/kg (ppm), respectively. URS' 2008 soil investigation at the Site sampled the original locations from the 1991 remedial investigation, but focused efforts on deeper intervals to satisfy the data gaps. URS' 2008 fieldwork effort sampled soil at three depth intervals of 0.5, 2.5, and 5 feet below ground surface. The sampling effort was conducted to further characterize the vertical extent of contaminants remaining and augment the 1991 dataset with newer analytical data. The 2008 analytical soil data produced arsenic concentrations ranging from 4.7 mg/kg to 610 mg/kg, with hexavalent chromium levels spanning 0.05 mg/kg to 17 mg/kg. Fieldwork efforts show that contaminant concentrations are the highest in surface soil and attenuate with depth, indicating that surface releases likely contaminated the Site.

Soil cleanup goals identified in the 2010 RAW specify 13 mg/kg for arsenic (background), the target compound at the site. Due to the similar distribution patterns of arsenic and chromium in the soil, the cleanup will allow for the remediation of chromium concurrent with the removal of arsenic contaminated soil. The 2010 RAW presents a groundwater cleanup goal of 10 µg/L for both arsenic and hexavalent chromium, including 50 µg/L for total chromium. If new cleanup standards are promulgated by State or federal agencies, those new standards may be applicable at the Site.

### 2.4   Health Effects.

2.4.1   Arsenic.  Acute ingestion of arsenic may lead to a burning sensation in the mouth, nausea and vomiting.  Chronic exposure to arsenic is associated with a persistent metallic taste in the mouth, hyperkeratosis, anemia, and peripheral nerve disease, and may increase the risk of developing skin cancer, aplastic anemia and leukemia.

2.4.2   Chromium.  Chronic inhalation of Chromium (VI) compounds has been associated with the development of lung disease, including cancer in humans.

2.4.3   Copper.  Acute inhalation of copper fumes or dust can result in a reversible influenza-like syndrome.  Chronic ingestion of high levels of copper has been reported to cause hemolysis, fibrosis, and cirrhosis of the liver, nervous system damage and kidney dysfunction.

2.5   Routes of Exposure.  Potential routes of exposure at the Site for hazardous substances that may affect public health or the environment, factoring the protectiveness of the asphalt cap, include direct contact with contaminated soil, air routes for dust, contact with contaminated surface storm water in the source area, consumption of food irrigated with contaminated groundwater, migration of hazardous substances to groundwater, and migration of hazardous substances in soil and surface runoff from rain into surface water bodies. If the drinking water source is impacted, direct exposure could be through bathing or drinking the water or breathing vapors while

SER032

using the water.  Ecological habitat receptors may be more sensitive to hazardous substances concentrations than are human receptors.

2.6    Public Health and/or Environmental Risk.  The Property is limited to non-residential use by a Covenant recorded with Solano County on October 27, 1995 that will remain in effect until its termination is approved in writing by DTSC.  Adjacent properties are used for commercial and residential purposes.  Nearby residences use down-gradient irrigation water drawn from the contaminated aquifer to grow produce for personal consumption.  Additional remedial actions are necessary at the Site to address the existing soil contamination.  Remedial actions including contaminated soil removal, will eliminate human exposure pathways, protect the environment, restore the beneficial uses of the aquifer, and remediate the persistent source of groundwater contamination for both on-site and off-site aquifers.  Without mitigating the persistent source of groundwater contamination, domestic irrigation wells and potential drinking water already impacted by contaminants, would likely reach concentrations that would exceed federal standards and present an acute risk to human health. Inspection and maintenance of the asphalt cap and storm water drainage systems are necessary to prevent direct contact with contaminated soil, eliminate exposure pathways due to contaminated surface storm water, help mitigate infiltration and flushing of contaminated soils with surface water, and to reduce hydraulic influences therefore aiding in the capture of the groundwater plume and helping to achieve the remedial action objectives established for the Site.

## III.  CONCLUSIONS OF LAW

3.1    Respondents are responsible parties as defined by Health and Safety Code section 25323.5.

3.2    Each of the substances listed in Section 2.4 is a "hazardous substance" as defined in Health and Safety Code section 25316.

3.3    There has been a "release" and/or there is a "threatened release" of hazardous substances listed in Section 2.4 at the Site, as defined in Health and Safety Code section 25320.

3.4    The actual and threatened release of hazardous substances at the Site may present an imminent and substantial endangerment to the public health or welfare or to the environment.

3.5    Response action is necessary to abate a public nuisance and/or to protect and preserve the public health.

## IV.  DETERMINATION

4.1    DTSC issued an Imminent or Substantial Endangerment Determination for the Site on November 13, 2006, thereby determining that response actions are necessary at the Site due to the release of a hazardous substance.

SER033

4.2     Based on the foregoing findings of fact and conclusions of law, DTSC hereby determines that there may be an imminent and/or substantial endangerment to the public health or welfare or to the environment because of the release and/or the threatened release of the hazardous substances at the Site due to the unauthorized cessation of the approved remedy.

## V.  ORDER

Based on the foregoing FINDINGS, CONCLUSIONS, AND DETERMINATION, IT IS HEREBY ORDERED THAT Respondents conduct the following response actions in the manner specified herein, and in accordance with a schedule specified by DTSC as follows:  All response actions taken pursuant to this Order shall be consistent with the requirements of Chapter 6.8 (commencing with section 25300), Division 20 of the Health and Safety Code and any other applicable state or federal statutes and regulations.

5.1     Groundwater Monitoring.  Respondents shall immediately restore groundwater monitoring in accordance with the approved O&M Plan for the Site dated October 16, 1995 and the Final Sampling and Analysis Plan for Groundwater Monitoring dated April 2009, prepared by URS Corporation.

5.2     Groundwater Remediation.  Respondents shall take all necessary steps to implement the 2010 RAW and meet its remedial action objectives, including any additional steps necessary to remediate groundwater and restore its beneficial uses.

5.3     Land Use Covenant.  The Respondents shall comply with the Covenant recorded with Solano County on October 27, 1995.

5.4     Operation and Maintenance (O&M).  Respondents shall conduct all operation and maintenance activities for the approved Site remedies including the asphalt cap and shall comply with the O&M Plan approved by DTSC for the Site dated October 16, 1995 as part of the 1993 and 1994 RAPs.  Within thirty (30) days of the effective date of this Order, Respondents shall submit to DTSC for approval an O&M Plan implementation schedule.  The schedule shall propose that Respondents initiate the following within sixty (60) days from the effective date of the Order: a) a routine inspection and necessary maintenance program for the Cap and storm water drainage system; and b) groundwater monitoring activities.  Respondents shall implement section Section G, subsection 6.0, of the O&M Plan specifying the work necessary and maintenance schedule for the asphalt cap fieldwork efforts.

5.5     Five-Year Review.  The remedial action shall be reviewed and reevaluated after a period of five (5) years from the completion of construction and startup, and every five (5) years thereafter.  The last comprehensive five year review for the Site was completed on July 27, 2001; a five year review for the asphalt cap only was completed on March 1, 2005.  The 2001 five year review determined that the current ground water pump and treat system would likely be unsuccessful in meeting the

8 of 17

SER034

remedial action objectives and proposed an alternative technology. The 2010 RAW specifies demolition of the GWETS due the unsuccessful system performance, required access to remaining soil contamination, and the necessity to remove impacted soil acting as continuing source to groundwater contamination.

As a result of any review performed under this Section, Respondents may be required to perform additional Work or to modify Work previously performed.

5.6     Stop Work Order.  In the event that DTSC determines that any activity (whether or not pursued in compliance with this Order) may pose an imminent or substantial endangerment to the health or safety of people on the Site or in the surrounding area or to the environment, DTSC may order Respondents to stop further implementation of this Order for such period of time needed to abate the endangerment. In the event that DTSC determines that any Site activities (whether or not pursued in compliance with this Order) are proceeding without DTSC authorization, DTSC may order Respondents to stop further implementation of this Order or activity for such period of time needed to obtain DTSC authorization, if such authorization is appropriate. Any deadline in this Order directly affected by a Stop Work Order, under this Section, shall be extended for the term of the Stop Work Order.

5.7     Emergency Response Action/Notification.  In the event of any action or occurrence (such as a fire, earthquake, explosion, or human exposure to hazardous substances caused by the release or threatened release of a hazardous substance) during the course of this Order, Respondents shall immediately take all appropriate action to prevent, abate, or minimize such emergency, release, or immediate threat of release and shall immediately notify the Project Manager.  Respondents shall take such action in consultation with the Project Manager and in accordance with all applicable provisions of this Order.  Within seven (7) days of the onset of such an event, Respondents shall furnish a report to DTSC, signed by Respondents' Project Coordinator, setting forth the events which occurred and the measures taken in the response thereto.  In the event that Respondents fail to take appropriate response and DTSC takes the action instead, Respondents shall be liable to DTSC for all costs of the response action.  Nothing in this Section shall be deemed to limit any other notification requirement to which Respondents may be subject.

5.8     Discontinuation of Remedial Technology.  Any remedial technology employed in implementation of any DTSC approved RAP or RAW shall be left in place and operated by Respondents until and except to the extent that DTSC authorizes Respondents in writing to discontinue, move or modify some or all of the remedial technology because Respondents have met the criteria specified in the approved RAP or RAW for its discontinuance, or because the modifications would better achieve the goals of the approved RAP or RAW.

5.9     Financial Assurance.  Respondents shall demonstrate to DTSC and maintain financial assurance for operation and maintenance and monitoring. Respondents shall demonstrate financial assurance within sixty (60) days of the

SER035

effective date of the Order and shall maintain it throughout the period of time necessary to complete all required operation and maintenance activities. The financial assurance mechanisms shall meet the requirements of Health and Safety Code section 25355.2. All financial assurance mechanisms are subject to the review and approval of DTSC.

## VI. GENERAL PROVISIONS

6.1   Project Coordinator. Within fourteen (14) days from the date the Order is signed by DTSC, Respondents shall submit to DTSC in writing the name, address, and telephone number of a Project Coordinator whose responsibilities will be to receive all notices, comments, approvals, and other communications from DTSC. Respondents shall promptly notify DTSC of any change in the identity of the Project Coordinator. Respondents shall obtain approval from DTSC thirty (30) days before the new Project Coordinator performs any work under this Order.

6.2   Project Engineer/Geologist. The work performed pursuant to this Order shall be under the direction and supervision of a qualified professional engineer or a registered geologist in the State of California, with expertise in hazardous substance site cleanups. Within fourteen (14) calendar days from the date this Order is signed by DTSC, Respondents shall submit: a) The name and address of the project engineer or geologist chosen by Respondent; and b) in order to demonstrate expertise in hazardous substance cleanup, the resumé of the engineer or geologist, and the statement of qualifications of the consulting firm responsible for the work. Respondents shall promptly notify DTSC of any change in the identity of the Project Engineer/Geologist. Respondents shall obtain approval from DTSC before the new Project Engineer/Geologist performs any work under this Order.

6.3   Monthly Summary Reports. Within sixty (60) days from the date this Order is signed by DTSC, and on a monthly basis thereafter, Respondents shall submit a Monthly Summary Report of its activities under the provisions of this Order. The report shall be received by DTSC by the fifteenth (15th) day of each month and shall describe:

(a)  Specific actions taken by or on behalf of Respondents during the previous calendar month;
(b)  Actions expected to be undertaken during the current calendar month;
(c)  All planned activities for the next month;
(d)  Any requirements under this Order that were not completed;
(e)  Any problems or anticipated problems in complying with this Order; and
(f)  All results of sample analyses, tests, and other data generated under this Order during the previous calendar month, and any significant findings from these data.

SER036

6.4     Quality Assurance/Quality Control (QA/QC). All sampling and analysis conducted by Respondents under this Order shall be performed in accordance with QA/QC procedures submitted by Respondent and approved by DTSC pursuant to this Order.

6.5     Submittals. All submittals and notifications from Respondents required by this Order shall be sent simultaneously to:

> Charles Ridenour, P.E.
> Performance Manager
> Cleanup Program – Sacramento Office
> Attention: Peter MacNicholl, P.E.
> Project Manager (two copies)
> Department of Toxic Substances Control
> 8800 Cal Center Drive
> Sacramento, California 95826

6.6     Communications. All approvals and decisions of DTSC made regarding submittals and notifications will be communicated to Respondents in writing by the Cleanup Program Performance Manager, or his/her designee. No informal advice, guidance, suggestions or comments by DTSC regarding reports, plans, specifications, schedules or any other writings by Respondents shall be construed to relieve Respondents of the obligation to obtain such formal approvals as may be required.

6.7     DTSC Review and Approval.

(a)     All response actions taken pursuant to this Order shall be subject to the approval of DTSC. Respondents shall submit all deliverables required by this Order to DTSC. Once the deliverables are approved by DTSC, they shall be deemed incorporated into, and where applicable, enforceable under this Order.

(b)     If DTSC determines that any report, plan, schedule or other document submitted for approval pursuant to this Order fails to comply with this Order or fails to protect public health or safety or the environment, DTSC may:

    (1)     Modify the document as deemed necessary and approve the document as modified; or

    (2)     Return comments to Respondents with recommended changes and a date by which Respondents must submit to DTSC a revised document incorporating the recommended changes.

(c)     Any modifications, comments or other directives issued pursuant to (a) above, are incorporated into this Order. Any noncompliance with these modifications or directives shall be deemed a failure or refusal to comply with this Order.

SER037

6.8    Compliance with Applicable Laws. Nothing in this Order shall relieve Respondents from complying with all other applicable laws and regulations, including but not limited to compliance with all applicable waste discharge requirements issued by the State Water Resources Control Board or a California Regional Water Quality Control Board. Respondents shall conform all actions required by this Order with all applicable federal, state and local laws and regulations.

6.9    Respondent Liabilities. Nothing in this Order shall constitute or be construed as a satisfaction or release from liability for any conditions or claims arising as a result of past, current or future operations of Respondents. Nothing in this Order is intended or shall be construed to limit the rights of any of the parties with respect to claims arising out of or relating to the deposit or disposal at any other location of substances removed from the Site. Nothing in this Order is intended or shall be construed to limit or preclude DTSC from taking any action authorized by law to protect public health or safety or the environment and recovering the cost thereof. Notwithstanding compliance with the terms of this Order, Respondents may be required to take further actions as are necessary to protect public health and the environment.

6.10    Site Access. Access to the Site and laboratories used for analyses of samples under this Order shall be provided at all reasonable times to employees, contractors, and consultants of DTSC. Nothing in this Section is intended or shall be construed to limit in any way the right of entry or inspection that DTSC or any other agency may otherwise have by operation of any law. DTSC and its authorized representatives shall have the authority to enter and move freely about all property at the Site at all reasonable times for purposes including, but not limited to: inspecting records, operating logs, sampling and analytic data, and contracts relating to this Site; reviewing the progress of Respondents in carrying out the terms of this Order; conducting such tests as DTSC may deem necessary; and verifying the data submitted to DTSC by Respondents.

To the extent the Site or any other property to which access is required for the implementation of this Order is owned or controlled by persons other than Respondents, Respondents shall use best efforts to secure from such persons access for Respondents, as well as DTSC, its representatives, and contractors, as necessary to effectuate this Order. To the extent that any portion of the Site is controlled by tenants of Respondents, Respondents shall use best efforts to secure from such tenants, access for Respondents, as well as for DTSC, its representatives, and contractors, as necessary to effectuate this Order. For purposes of this Section, "best efforts" includes the payment of reasonable sums of money in consideration of access. If any access required to complete the Work is not obtained within sixty (60) days of the effective date of this Order, or within forty-five (45) days of the date DTSC notifies Respondents in writing that additional access beyond that previously secured is necessary, Respondents shall promptly notify DTSC, and shall include in that notification a summary of the steps Respondents have taken to attempt to obtain access. DTSC may, as it deems appropriate, assist Respondents in obtaining access. Respondents shall reimburse DTSC in obtaining access, including, but not limited to, attorneys fees and the amount of just compensation.

SER038

Respondents shall grant access to any persons who need access for the purpose of conducting activities pursuant to this Order or for activities deemed necessary by DTSC to meet the objectives of this Order and/or the O&M Plan.

6.11   Sampling, Data and Document Availability.   Respondents shall permit DTSC and its authorized representatives to inspect and shall provide copies of all sampling, testing, monitoring or other data including technical records and contractual documents generated by Respondents, or on Respondents' behalf in any way whether or not such information or data was developed pursuant to this Order.   Respondents shall submit all such data upon the request of DTSC.   Copies shall be provided within (7) days of receipt of DTSC's written request.   For Final reports, Respondents shall submit one hard (paper) copy and one electronic copy with all applicable signatures and certification stamps as a text-readable Portable Document Formatted (pdf) file Adobe Acrobat or Microsoft Word formatted file. Respondents shall inform DTSC at least (7) days in advance of all field sampling under this Order, and shall allow DTSC and its authorized representatives to take duplicates of any samples collected by Respondents pursuant to this Order.   Respondents shall maintain a central depository of the data, reports, and other documents prepared pursuant to this Order.

6.12   Record Retention.   All such data, reports and other documents shall be preserved by Respondents for a minimum of ten years after the conclusion of all activities under this Order.   If DTSC requests that some or all of these documents be preserved for a longer period of time, Respondents shall either comply with that request or deliver the documents to DTSC, or permit DTSC to copy the documents prior to destruction.   Respondents shall notify DTSC in writing at least six months prior to destroying any documents prepared pursuant to this Order.

6.13   Government Liabilities.   The State of California shall not be liable for any injuries or damages to persons or property resulting from acts or omissions by Respondents, or related parties specified in Section 6.25, Parties Bound, in carrying out activities pursuant to this Order, nor shall the State of California be held as party to any contract entered into by Respondents or its agents in carrying out activities pursuant to this Order.

6.14   Additional Actions.   By issuance of this Order, DTSC does not waive the right to take any further actions authorized by law.

6.15   Extension Requests.   If Respondents are unable to perform any activity or submit any document within the time required under this Order, Respondents may, prior to expiration of the time, request an extension of the time in writing.   The extension request shall include a justification for the delay.   All such requests shall be in advance of the date on which the activity or document is due.

6.16   Extension Approvals.   If DTSC determines that good cause exists for an extension, it will grant the request and specify a new schedule in writing.   Respondents shall comply with the new schedule incorporated in this Order.

SER039

shall comply with the new schedule incorporated in this Order.

6.17 Liability for Costs. Respondents are liable for all of DTSC's costs that have been incurred in taking response actions at the Site (including costs of overseeing response actions performed by Respondents and costs to be incurred in the future.

6.18 Payment of Costs. DTSC may bill Respondents for costs incurred in taking response actions at the Site prior to the effective date of this Order. DTSC will bill Respondents quarterly for its response costs incurred after the effective date of this Order. Respondents shall pay DTSC within sixty (60) days of receipt of any DTSC billing. Any billing not paid within sixty (60) days is subject to interest calculated from the date of the billing pursuant to Health and Safety Code section 25360.1. All payments made by Respondents pursuant to this Order shall be by cashier's or certified check made payable to this "DTSC," and shall bear on the face the project code of the Site (Site # 100164) and the Docket number of this Order. Payments shall be sent to:

> Department of Toxic Substances Control
> Accounting/Cashier
> 1001 I Street, 21st Floor
> P.O. Box 806
> Sacramento, California 95812-0806

A photocopy of all payment checks shall also be sent to the person designated by DTSC to receive submittals under this Order.

6.19 Severability. The requirements of this Order are severable, and Respondents shall comply with each and every provision hereof, notwithstanding the effectiveness of any other provision.

6.20 Incorporation of Plans, Schedules and Reports. All plans, schedules, reports, specifications and other documents that are submitted by Respondents pursuant to this Order are incorporated in this Order upon DTSC's approval or as modified pursuant to Section 6.7, DTSC Review and Approval, and shall be implemented by Respondents. Any noncompliance with the documents incorporated in this Order shall be deemed a failure or refusal to comply with this Order.

6.21 Modifications. DTSC reserves the right to unilaterally modify this Order. Any modification to this Order shall be effective upon the date the modification is signed by DTSC and shall be deemed incorporated in this Order.

6.22 Time Periods. Unless otherwise specified, time periods begin from the effective date of this Order and "days" means calendar days.

6.23 Termination and Satisfaction. Except for Respondents' obligations under Sections 5.4 Operation and Maintenance (O&M), 5.5 Five-Year Review, 5.9 Financial Assurance, 6.12 Record Retention, 6.17 Liability for Costs, and 6.18 Payment of Costs, Respondents' obligations under this Order shall terminate and be deemed satisfied upon Respondents' receipt of written notice from DTSC that Respondents have

SER040

6.24  Calendar of Tasks and Schedules.  This Section is merely for the convenience of listing in one location the submittals required by this Order.  If there is a conflict between the date for a scheduled submittal within this Section and the date within the Section describing the specific requirement, the latter shall govern.

Calendar of Tasks and Schedules

| TASK | SCHEDULE |
|---|---|
| 1. | Identify Project Coordinator; Section 6.1; | Within fourteen (14) days from the effective date of this Order. |
| 2. | Identify Project Engineer/Geologist; Section 6.2; | Within fourteen (14) days from the effective date of this Order. |
| 3. | Submit Monthly Summary Reports; Section 6.3; | Within sixty (60) days from the effective date of this Order. |
| 4. | Submit groundwater level measurements Section 5.1; | First Monday of specified month. |
| 5. | Groundwater sampling results; Section 5.1; | Quarterly basis. |
| 6. | Submit O&M Workplan Schedule; Section 5.4; | Within thirty (30) days of DTSC's request. |
| 7. | Submit and initiate O&M Workplan; Section 5.4; | Within sixty (60) days from the effective date of this order. |
| 8. | Submit Emergency Response Action Report; Section 5.7; | Within seven (7) days of a emergency response action. |
| 9. | Provide copies of sampling, data, and documentation; Section 6.11; | Within seven (7) days of receipt of DTSC's request. |
| 10. | Maintain central depository of data, reports, documentation; Section 6.12; and | Maintain central depository for a minimum of ten years after conclusion of all activities conducted pursuant to this Order. |
| 11. | Provide prior written notice to DTSC before destroying any documentation prepared pursuant to this Order; Section 6.12. | At least six months prior to destroying any documents. |

SER041

6.25   <u>Parties Bound</u>.  This Order applies to and is binding upon Respondents, and their officers, directors, agents, employees, contractors, consultants, receivers, trustees, successors and assignees, including but not limited to, individuals, partners, and subsidiary and parent corporations.  Respondents shall provide a copy of this Order to all contractors, subcontractors, laboratories, and consultants that are retained to conduct any work performed under this Order, within fifteen (15) days after the effective date of this Order or the date of retaining their services, whichever is later. Respondents shall condition any such contracts upon satisfactory compliance with this Order.  Notwithstanding the terms of any contract, Respondents are responsible for compliance with this Order and for ensuring that its subsidiaries, employees, contractors, consultants, subcontractors, agents and attorneys comply with this Order.

6.26   <u>Change in Ownership</u>.  No change in ownership or corporate or partnership status relating to the Property shall in any way alter Respondents' responsibility under this Order.  No conveyance of title, easement, or other interest in the Site, or a portion of the Property, shall affect Respondents' obligations under this Order.  Unless DTSC agrees that such obligations may be transferred to a third party, Respondents shall be responsible for and liable for any failure to carry out all activities required of Respondents by the terms and conditions of this Order, regardless of Respondents' use of employees, agents, contractors, or consultants to perform any such tasks.  Respondents shall provide a copy of this Order to any subsequent owners or successors before ownership rights or stock or assets in a corporate acquisition are transferred.

## VII.  <u>NOTICE OF INTENT TO COMPLY</u>

7.0   Not later than seven (7) days after the effective date of this Order, Respondents shall provide written notice, in accordance with paragraph 6.5 Submittals of this Order, stating whether or not Respondents will comply with the terms of this Order.  If Respondents do not unequivocally commit to perform all of the requirements of this Order, they, or each so refusing, shall be deemed to have violated this Order and to have failed or refused to comply with this Order.  Respondents' written notice shall describe, using facts that exist on or prior to the effective date of this Order, any "sufficient cause" defenses asserted by Respondents under Health and Safety Code sections 25358.3(a) and 25355.5(a)(1)(B) or CERCLA section 107(c)(3), 42 U.S.C. section 9607(c)(3).

## VIII.  <u>EFFECTIVE DATE</u>

8.0   This Order is final and effective five days from the date of mailing, which is the date of the cover letter transmitting the Order to you.

## IX.  <u>PENALTIES FOR NONCOMPLIANCE</u>

9.0   Each Respondent may be liable for penalties of up to $25,000 for each day out of compliance with any term or condition set forth in this Order and for punitive

16 of 17

damages up to three times the amount of any costs incurred by DTSC as a result of Respondent's(s') failure to comply, pursuant to Health and Safety Code sections 25359, 25359.2, 25359.4, and 25367(c).  Health and Safety Code section 25359.4.5 provides that a responsible party who complies with this Order, or with another order or agreement concerning the same response actions required by this Order, may seek treble damages from responsible parties who fail or refuse to comply with this Order without sufficient cause.

DATE OF ISSUANCE: 3 | 16 | 11

Charles Ridenour, P.E.
Performance Manager
Cleanup Program -- Sacramento Office
Department of Toxic Substances Control

SER043

EXHIBIT "A"

The land referred to herein is in the State of California, County of Solano, unincorporated area, and is described as follows:

PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian, running thence north along the Quarter Section line to the southeasterly boundary of the right of way of the Southern Pacific Railroad; thence southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running east and west through said Section Nineteen (19); thence east and along said Quarter Section line to the place of beginning.

EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor B. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10, 1916, and recorded May 23, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows:  Beginning at the point of intersection of the southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian, thence southwesterly along said southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at a right angle northeasterly parallel to said right of way line 265 feet to a point, thence at a right angle southeasterly 15 feet to a point, thence at right angle northeasterly parallel to said right of way line 200 feet to a point, thence at a right angle northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19, thence north along said east line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly, thence running westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company, thence northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also know as Binghampton Street, thence easterly and along the southerly line of County Road Number 246, to the intersection of the westerly line of a Street, extended northerly, thence southerly and along the westerly line of a Street, extended northerly to the northerly line of Edwards Street and the place of beginning.  All as said streets herein referred to are laid down and designated on that certain Map entitled: "Plan of

1 of 2

Resurvey of Portion of Vaca Station, Property of W.C. Farmer, situated on South West One Quarter (S.W. ¼) of Section Nineteen (19) Township VI North Range 1 East Solano County," surveyed by E.H. Marshall, Deputy County Surveyor, April 8, 1870 and now appearing of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

PARCEL THREE

Beginning at the point of intersection of the westerly line of "A" Street, extended northerly, and the northerly line of County Road Number 246 (Holdener Road, formerly shown as Binghampton Street) in Elmira Townsite, Solano County, California, which point bears north 0°22' 08" west, 30 feet and south 89°55' 06" west, 397.80 feet from the southeast corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B & M., thence, from said point of beginning, along the northerly line of the aforementioned Binghampton Street south 89°55' 06" west, 171.67 feet to the easterly right-of-way line of the Southern Pacific Railroad and thence along said easterly right-of-way line south 34° 52' 51" west, 73.21 feet to the southerly line of said Binghampton Street, thence, along said southerly line, north 89°55' 06" east, 171.67 feet to the westerly line of the aforementioned "A" Street, thence along the prolongation of said westerly line of "A" Street, north 34°52" 51" east, 73.21 feet to the point of beginning.

A.P.N. 142-010-130, 142-010-140 and 142-042-010

2 of 2

1   XAVIER BECERRA
    Attorney General of California
2   EDWARD H. OCHOA
    Supervising Deputy Attorney General
3   OLIVIA W. KARLIN, State Bar No. 150432
    LAURA J. ZUCKERMAN  (Counsel for service)
4   State Bar No. 161896
    Deputy Attorneys General
5     1515 Clay Street, 20th Floor
      Oakland, CA 94612
6     Telephone:  (510) 879-1299
      Fax:  (510) 622-2270
7     E-mail:  Laura.Zuckerman@doj.ca.gov
    *Attorneys for Plaintiffs California*
8   *Department of Toxic Substances Control and the*
    *Toxic Substances Control Account*
9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                          SACRAMENTO DIVISION
12

13

14   **CALIFORNIA DEPARTMENT OF TOXIC**        2:14-cv-00595-WBS-EFB
     **SUBSTANCES CONTROL and the TOXIC**
15   **SUBSTANCES CONTROL ACCOUNT,**           **DECLARATION OF JASON XIAO IN**
                                               **SUPPORT OF PLAINTIFFS'**
16                             Plaintiffs,     **APPLICATION FOR ENTRY OF**
                                               **DEFAULT JUDGMENT BY COURT**
17        v.                                   **AGAINST DEFENDANT COLLINS &**
                                               **AIKMAN PRODUCTS, LLC**
18                             Defendants.

19                                             FED. R. CIV. P. 55(b)

20   **JIM DOBBAS, INC., a California**         Date:    September 23, 2019
     **corporation; CONTINENTAL RAIL, INC.,**  Time:    1:30 p.m.
21   **a Delaware corporation; DAVID VAN**      Place:   Courtroom 5, 14th Floor
     **OVER, individually; PACIFIC WOOD**                501 I Street
22   **PRESERVING, a dissolved California**              Sacramento, CA  95814
     **corporation; WEST COAST WOOD**
23   **PRESERVING, LLC., a Nevada limited**     Action Filed:  March 3, 2014
     **liability company; and COLLINS &**
24   **AIKMAN PRODUCTS, LLC, a Delaware**
     **limited liability company,**
25                             Defendants.

26   **AND RELATED COUNTERCLAIMS AND**
     **CROSS-CLAIMS**
27

28
                                        1
─────────────────────────────────────────────────────────────

I, Jason Xiao, declare as follows:

1.    I make this declaration in support of the Application for Entry of Default Judgment Against Defendant Collins & Aikman Products, LLC ("C&A Products"), filed by Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC").  The facts stated in this declaration are based on my personal knowledge and on my review of files which DTSC maintains in the regular course of business.  If called as a witness, I could and would competently testify to the following:

## Background and Qualifications

2.    I am employed by DTSC as the Accounting Administrator I (Supervisor) for DTSC's Cost Recovery Billing Unit.  I have held this position since January 2014.  My business address is 1001 "I" Street, Sacramento, CA 95812.

3.    I received a Bachelor of Science in Business Administration with a concentration in Accounting from California State University in Sacramento in 2006.

4.    I have 12 years of experience in the field of government accounting.

5.    Prior to being hired by DTSC, I worked for the State Controller's Office from 2008 to 2014.  While employed by the State Controller's Office (Accounting and Reporting Division), I held the position of Associate Accounting Analyst.  My primary duties included the following:  the analysis of complex financial transaction reports submitted by local government agencies to ensure their compliance with laws, regulations, and uniform accounting procedures; the review and reconciliation of financial statements as required to publish the State Controller's financial reports; and the creation of narratives and data for publications based on table-runs, working documents provided by local governmental agencies, and ad-hoc queries of the Local Government Reporting System Oracle Database.

6.    From December 2006 to June 2007, I worked for the State Controller's Office (Unclaimed Property Division) as an accountant trainee.  My primary duties included analyzing and reconciling securities posted in the Securities Asset Accounting System and in the Security Asset Tracking System; and researching and determining the past activities and status of each security posted to the accounting system.  In late June 2007, I was transferred to the Department

2

DECL. OF JASON XIAO IN SUPPORT OF PLTFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

SER047

of General Services.  Also working as an accountant trainee, I audited invoices for accuracy and

secured payments.  In addition, I reviewed travel expense claims and validated requests in the

Asset Based Management System.  In January 2008, I received a promotion and returned to the

State Controller's Office (Unclaimed Property Division).  Working as an Accounting Analyst, I

conducted research on corporate actions for the unclaimed securities held by the State

Controller's Office; posted corporate actions (e.g., stock splits, spin-offs, mergers, etc.) to the

accounts in the database; calculated dividends and interest for each security; and posted shares or

revenue under the corresponding accounts.

7.     Currently, in the DTSC Cost Recovery Billing Unit, my primary responsibilities

include supervising the following activities:  the development and implementation of policies and

procedures for invoicing; the accounting and recording of payments, receivables, and receipts; the

reconciliation of cost data; the issuance of collection letters; and the documentation and recovery

of DTSC's costs related to site mitigation, corrective action, and activities conducted pursuant to

the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. §§

9601-9675 ("CERCLA").

8.     I provide litigation support for DTSC for actions taken by the Office of the

Attorney General to recover DTSC's costs incurred for site cleanup and oversight work in actions

against responsible parties.  The Cost Recovery Billing Unit is responsible for billing responsible

parties for site cleanup and oversight costs incurred by DTSC.  The Cost Recovery Billing Unit

maintains documentation supporting costs incurred by DTSC for site cleanup and oversight costs.

**Tracking DTSC's Response Costs for the Site**

9.     I have obtained cost information for the real properties located at the intersection

of A Street and Holdener Road, Elmira, Solano County, CA, identified by Solano County

Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site"), also known

as the Wickes Forest Industries-Solano site, from DTSC's Cost Recovery Billing and Accounting

Receivable Units in order to review and analyze information related to DTSC's unreimbursed

costs incurred at the Site.  DTSC's response costs for a given site are included with each invoice

on a document called a Summary By Activity Report ("SBA").  At the Site, there is one Project

3

DECL. OF JASON XIAO IN SUPPORT OF PLTFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

SER048

1    Number and Project Name for activities within the Site, and therefore there is one SBA for the

2    Site.  A true and correct copy of the SBA is attached hereto as Exhibit A.

3        10.    My review of the SBA for the Site indicates that DTSC's response costs at the Site

4    consist of the types of costs typically incurred when DTSC performs oversight work on site

5    cleanup or corrective action projects.  These costs include direct labor (which includes salaries),

6    travel costs, electricity costs, contractor costs, and indirect costs.  Documentation supporting

7    these different costs is maintained by DTSC and includes, but is not limited to, employee time

8    sheets, travel claims, and contract billing invoices.

9        11.    For the purposes of tracking costs relating to the Site, as with other sites, DTSC

10   used the California State Accounting & Reporting System ("CALSTARS") for expenses incurred

11   up to, and including, June 30, 2015, and uses the Financial Information System for California

12   ("FI$Cal") for expenses incurred from July 1, 2015, to the present.  CALSTARS had its own

13   series of codes that identify the type of each cost, the activity to which the cost is related, and, if

14   appropriate, the specific site or project where the cost was incurred.  The type of cost and the

15   activity to which the cost is related are defined by the Project Cost Account ("PCA") code.  Each

16   DTSC program has its own series of direct and indirect PCAs.  A direct PCA is one that can be

17   identified with a specific direct program activity, contract, or project.  An indirect PCA defines an

18   activity which is necessary to support direct activities, benefits more than one direct activity, and

19   cannot be easily attributed to specific direct activities.  These indirect costs are allocated back to

20   direct activities by DTSC's indirect cost allocation plan.  The site/project code identifies costs

21   with a specific site, or a project within a Site.  FI$Cal collects and identifies cost data in the same

22   way CALSTARS does.  However, there are two changes in the naming convention in FI$Cal.

23   PCA and Project ID, used in CALSTARS, have been replaced by Activity ID and Customer ID in

24   FI$Cal.

25       12.    Employee time sheets form the basis for direct labor charges to specific sites or

26   projects.  DTSC employees record time in the daily log system (through December 31, 2017) and

27   Tempo (January 1, 2018 through the present) using the appropriate PCA and site codes for all the

28   various activities performed during the pay period, including direct activities, indirect activities,

DECL. OF JASON XIAO IN SUPPORT OF PLTFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

and paid time off.  At the end of the pay period, the daily log system or Tempo generates a time sheet.  Employees certify the accuracy of their time sheets by their signatures, and the time sheets are reviewed by the employees' direct supervisors, who also certify the time sheets with their signatures.  The certified time sheets are then forwarded to DTSC's Fiscal Systems Unit, which enters the time sheet data into CALSTARS and FI$Cal.  The CALSTARS and FI$Cal systems' labor distribution process then distributes the cost of the individual salaries to those activities and sites identified on the time sheets.

13.  Travel claims form the basis for travel charges to specific sites or projects.  DTSC staff generally complete travel claims on a monthly basis.  The travel claims indicate the purpose of the trip, identify the costs incurred, and are coded with the appropriate PCA and site codes.  Original receipts to support the travel costs are attached to the travel claims as necessary.  The claimant incurring the travel charges certifies the costs by signing the travel claim, and the claimant's direct supervisor also reviews and certifies the travel claim with his or her signature.  The certified travel claim is then forwarded to DTSC's Accounts Payable Unit, which reviews the travel claim for compliance with State travel policies and reimbursement rates and adjusts the claim as necessary.

14.  Contract charges are supported by billing invoices received from DTSC contractors.  The invoices are submitted to the Business Contracts & Business Management Unit, which reviews the invoices to ensure that the amounts charged are consistent with the contract terms.  The Business Contracts & Business Management Unit forwards a copy of the invoice to DTSC's Contract Manager, who reviews the invoice and certifies that the costs were incurred for work performed in accordance with the contract's statement of work.  The Contract Manager also puts the appropriate CALSTARS or FI$Cal coding on the billing invoice.  The Contract Manager then forwards the approved invoice to the Accounting Unit, and the Accounting Unit enters the invoice into the CALSTARS or FI$Cal system for payment.

15.  Indirect costs charged to the Site are calculated by applying the indirect cost rates, which are determined by the indirect cost allocation plans, to the direct labor costs.  The indirect rate and allocation process are reasonable and based on generally accepted accounting practices.

DECL. OF JASON XIAO IN SUPPORT OF PLTFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

SER050

1   DTSC's Fiscal Systems Unit is responsible for the development of the indirect cost allocation

2   plans and the calculation of the indirect cost rates.  Indirect cost rates are calculated every six

3   months and are based on the prior 12 months of accounting data.  Indirect costs are grouped into

4   logical, homogenous cost pools representing the various levels of overhead and indirect costs

5   incurred to maintain DTSC's ability to perform its functions.  Each cost pool is allocated to the

6   appropriate direct activities benefiting from that cost pool based on relative ratio of direct labor

7   costs.  After all the cost pools are allocated to direct activities, an indirect cost rate for each of the

8   three direct DTSC programs is calculated by dividing total indirect costs allocated to each

9   program by the total direct labor costs for each program.  This leads to the indirect cost rate which

10  is applied to the site-specific direct labor costs to allocate an appropriate share of indirect costs to

11  each site.  DTSC's Cost Recovery Billing Unit maintains and operates the Cost Recovery Billing

12  System ("CRBS"), which takes the site-specific cost data from the CALSTARS and/or FI$Cal

13  system and generates SBAs for each site cleanup project and bills the responsible parties for each

14  site on a quarterly basis.  The costs are reconciled by DTSC's Cost Recovery Billing Unit to

15  CALSTARS or FI$Cal accounting reports to ensure that all the site-specific costs in CALSTARS

16  or FI$Cal are accounted for in the CRBS database.

17  **Unreimbursed Response Costs for the Site Incurred by DTSC between July 1, 2004, and**

18  **May 31, 2019**

19          16.     DTSC received payments for its oversight costs totaling $287,193.37 from Wickes

20  Forest Industries and Collins & Aikman Products Co. between November 8, 1989 and December

21  2, 2004.  DTSC applied these payments to invoices issued before July 1, 2004.

22          17.     DTSC sent four (4) invoices to defendant C&A Products's predecessor between

23  November 2, 2004, and August 17, 2005, that the company never paid.  Each invoice attached the

24  SBA report and demanded payment of DTSC's response costs for the Site.  These invoiced

25  amounts total $25,346.03, and are set forth in the table below.  True and correct copies of these

26  four (4) invoices are attached hereto as Exhibit B.  After the bankruptcy, DTSC stopped invoicing

27  Collins & Aikman Products Co.

28

SER051

| Site or Project Code | Invoice No. | Invoice Date | Billing Period | Amount Invoiced |
|---|---|---|---|---|
| 100164 | 04SM0973 | 11/2/2004 | 7/2004-9/2004 | $9,958.98 |
| 100164 | 04SM1655 | 1/25/2005 | 10/2004-12/2004 | $2,693.57 |
| 100164 | 04SM2576 | 4/27/2005 | 1/2005-3/2005 | $6,998.59 |
| 100164 | 05SM0033 | 8/17/2005 | 4/2005-6/2005 | $5,694.89 |

18.     DTSC received a payment of $1,869.64 on October 16, 2012, from the Collins & Aikman Litigation Trust, and received the following settlement payments from other defendants in this case between December 16, 2015, and April 11, 2018:  $265,000 from Jim Dobbas, Inc., on December 16, 2015; $350,000 from West Coast Wood Preserving, LLC, on February 24, 2016; and $5,000 from David Van Over on April 11, 2018.  These payments were applied to outstanding unreimbursed response costs, both invoiced and non-invoiced.

**Interest**

19.     I have also overseen the calculation of interest for the Site under CERCLA, which provides that recoverable response costs include interest, which accrues from the later of the date payment was demanded, or the date the cost was incurred.  There are three different interest accrual dates for DTSC's response costs for the Site:  the date the costs were invoiced; the date the First Amended Complaint was served; and the end of the fiscal year in which the costs were incurred.  For costs that were invoiced to Collins & Aikman Products Co., which remain unpaid, my staff calculated interest from the date of the invoice through May 31, 2019.  For costs incurred from July 1, 2005, through December 17, 2014, my staff calculated interest from December 18, 2014 (the date the First Amended Complaint was served on C&A Products), through May 31, 2019.  For costs incurred after December 18, 2014, my staff calculated interest from the end of the fiscal year that the costs were incurred through May 31, 2019.  The use of these dates and the accrual of interest are in accordance with CERCLA, 42 U.S.C. § 9607(a)(4).  A true and correct copy of the interest calculations is attached as Exhibit C hereto.  The total amount of interest on DTSC's unreimbursed response costs is $97,427.75.

SER052

**Total Unreimbursed Response Costs for the Site**

20.     Based on my review of the SBA for the Site and the other documents and systems referenced in this declaration, total response costs for the Site from July 1, 2004 through May 31, 2019, including interest under CERCLA, but exclusive of attorneys' fees for representation by the Attorney General's Office in prosecuting this cost recovery action, totaled $3,185,115.62.  As of May 31, 2019, taking into account all payments made by other defendants who have settled their liability in this case, the 2012 payment by the Collins & Aikman Litigation Trust, and other offsets and adjustments, including a $359.84 credit for a labor cost adjustment in August 2014, DTSC's unreimbursed response costs for the Site totaled $2,564,755.78, exclusive of the attorneys' fees and costs set out in the Declaration of Anthony Westlake filed herewith.  A true and correct copy of this calculation is attached as Exhibit D hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Sacramento, California on August *19* , 2019.

Jason Xiao
Accounting Administrator I
Cost Recovery Billing Unit
Dept. of Toxic Substances Control

DECL. OF JASON XIAO IN SUPPORT OF PLTFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT
BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

SER053

XAVIER BECERRA
Attorney General of California
ED OCHOA, State Bar No. 144842
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>**v.**<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF WILLIAM BECKMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE BETWEEN PLAINTIFFS AND DEFENDANT DAVID VAN OVER** |
| **JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | Date: March 19, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: The Honorable William B. Shubb<br>Trial Date: June 5, 2018<br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over (Case No. 2:14-cv-00595-WBS-EFB)

SER054

I, William Beckman, declare as follows:

1.     I make this declaration in support of the Motion for Judicial Approval of Consent Decree between Plaintiffs State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") and Defendant David Van Over ("Settling Defendant").  The facts set forth in this declaration are based on my personal knowledge and on my review of all files and records kept by DTSC relating to this case.  If called as a witness, I could and would competently testify to the following:

2.     I have been employed by DTSC since November 1, 2000.  Initially, I joined DTSC as a Hazardous Substances Engineer to work on Regulation Development and Hazardous Waste Treatment Facility capacity analysis.  I am currently employed by DTSC as a Supervising Hazardous Substances Engineer I, and have been since May 21, 2012.  My job duties include supervising and assisting my staff in the National Priorities List Unit within the Brownfields and Environmental Restoration Program in Sacramento.  The National Priorities List Unit conducts and oversees response actions under the Hazardous Substances Account Act, California Health and Safety Code section 25300 et seq., and its federal counterpart, the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. section 9601 et seq. ("CERCLA").

3.     DTSC is the state agency responsible for enforcing California Health and Safety Code section 25300 et seq., and for investigating and remediating hazardous substances releases at sites in California.

4.     As part of my responsibilities at DTSC, I supervise project managers who oversee the investigation and cleanup of contaminated sites in California.  I currently supervise the Project Manager assigned to the contaminated site known as the former Wickes Forest Industries Site, located at the intersection of A Street and Holdener Road in the unincorporated community of Elmira, Solano County, California, identified by Solano County Assessor/Recorder's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site").   I am familiar with the Site's history, and I am knowledgeable about DTSC's work at the Site.

5.     At different periods of time, each defendant in this action owned and/or operated the

1

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant David Van Over (2:14-cv-00595-WBS-EFB)
SER055

Site.  David Van Over purchased the Site on or about February 11, 2011, and is the current owner of the Site.

## Site History

6.      The Site is a former wood treatment and preserving facility where past operations have contaminated the soil and groundwater with arsenic, chromium, and copper, which have been detected or have come to be located in the soil and groundwater at the Site.  Releases, including leaking, emitting, discharging, escaping, leaching, or disposing of hazardous substances, including chromium, copper, and arsenic, occurred at the Site.  As a result of the wood preserving operations at the Site, these hazardous substances have been, and continue to be, released and/or threatened to be released into the environment at and from the Site.

## Response Actions and Response Costs at the Site

7.      From the 1980's through 2005, the Wickes Corporation and its successor, defendant Collins & Aikman Products, LLC ("C&A Products"), under the oversight of DTSC, took various response actions to address environmental contamination at, around, and/or beneath the Site.  Those actions included, among other things, soil excavation, installing an asphalt cap over contaminated soils, constructing a building and a drainage system over another contaminated area of the Site, installing and operating a groundwater extraction and treatment system, and groundwater monitoring.  On or about March 20, 1997, C&A Products sold the Site to Jim Dobbas, Inc. ("Dobbas"), and Continental Rail, Inc. ("CRI").  On or about May 17, 2005, C&A Products filed a Chapter 11 petition in the United States Bankruptcy Court for the Eastern District of Michigan, Case No. 05-55932.  In November 2005, while in Chapter 11 bankruptcy proceedings, C&A Products informed DTSC that it was unwilling to continue to perform the response actions set forth in the October 16, 1995 Operation and Maintenance Manual at the Site.

8.      In 2006, DTSC requested that Dobbas and CRI, the then-owners of the Site, carry out response actions to address contamination at the Site.  Despite having entered into an Access and Remediation Agreement with DTSC in 1997 that required them to perform response actions, Dobbas and CRI refused.  As a result, DTSC issued an Imminent or Substantial Endangerment

2

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over (2:14-cv-00595-WBS-EFB)

SER056

1   Determination on November 9, 2006, and initiated state-funded contracts to evaluate response

2   actions.

3   　　　　9.　　In 2007 and 2008, DTSC tried to resume operating the groundwater treatment

4   system at the Site, but the system would have required too many repairs to clean up the

5   groundwater to remediation goals in a timely manner.  Because of the treatment system failure,

6   DTSC reevaluated response actions for the Site.  In July 2010, DTSC finalized a Removal Action

7   Workplan ("RAW") for the Site calling for contaminated soil excavation, off-site disposal,

8   backfilling, confirmation sampling, demolition of the groundwater extraction and treatment

9   system, and long-term groundwater monitoring.  The RAW noted that contaminated groundwater

10  had migrated from beneath the Site to the nearby residential area, which created the potential for

11  private irrigation wells located in the residential area to extract and distribute contaminated

12  groundwater.

13  　　　　10.　　On or about February 11, 2011, Dobbas and CRI sold the Site to defendant Van

14  Over.  On March 16, 2011, DTSC issued an Imminent or Substantial Endangerment

15  Determination Order and Remedial Action Order ("I/SE Order") ordering Dobbas, CRI, and Van

16  Over to conduct the response actions described in the RAW and to take additional response

17  actions at the Site.  Dobbas, CRI, and Van Over failed to comply with the I/SE Order.

18  　　　　11.　　DTSC has incurred costs for "response" as that term is defined in CERCLA section

19  101(25), 42 U.S.C. § 9601(25), in taking actions related to the release and/or threatened release of

20  hazardous substances at, around, and/or beneath the Site.  DTSC's response actions included, but

21  were not limited to, the following activities:  efforts to repair and restart the groundwater

22  extraction and treatment system, completion of a removal investigation for site soils, preparation

23  of the RAW, implementation of the RAW, and monitoring of stormwater and groundwater.

24  　　　　12.　　Presently, DTSC is monitoring the condition of the asphalt cap at the Site, and is

25  conducting periodic stormwater monitoring and quarterly groundwater monitoring and reporting

26  to evaluate contaminant trends and ensure the protection of the off-site private irrigation wells.

27  Continued stormwater monitoring and evaluation of the condition of the asphalt cap is necessary

28  to make sure contaminants below the cap are not mobilized by infiltration of precipitation, and to

3

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant David Van Over (2:14-cv-00595-WBS-EFB)

SER057

block direct exposure of contaminated soil to humans or environmental receptors. Continued

groundwater monitoring and reporting is necessary to further assess the performance of the 2011

soil excavation, to make certain that the Site is not causing further groundwater contamination,

and to ensure that contaminant concentrations at the four off-site private irrigation wells do not

exceed drinking water standards.

13.     Past DTSC project managers have visited the Site multiple times, and most recently

oversaw the groundwater monitoring at the Site. Groundwater monitoring includes groundwater

sampling and reporting on a quarterly basis to evaluate contaminant trends and ensure the

protection of the public. Groundwater samples are collected from monitoring wells located on the

Site and off-site within the surrounding neighborhood. Several wells used by residents for

landscape irrigation are also sampled. Recent sampling results from several onsite wells and one

off-site well are still above Remedial Action Levels, which were set for the Site at drinking water

standards.

14.     DTSC's contractor recently evaluated the effectiveness of the 2011 soil removal

action and other remedial actions undertaken at the Site as part of the 2016 Five-Year Review

Report. The Protectiveness Statement in the Five-Year Review Report identifies lack of

maintenance of the cap and surface drainage systems as issues that could compromise the

integrity of the cap and its ability to function as a barrier to exposure. The Five-Year Review

Report indicated that once cracks in the cap are mitigated, the surface drainages cleared of weeds,

and the cap maintained as specified, the remedy should be protective. Until the cap is regularly

maintained, however, and DTSC receives and evaluates additional groundwater sampling data,

DTSC cannot conclude that all Site actions are complete, or that further response actions will not

be necessary.

15.     DTSC uses its Cost Recovery Billing System to track costs and payments received

for its cleanup sites. At my direction, staff have checked for any new payments received for this

Site's billing code, 100164, and discovered that no new cost reimbursements have been received

between November of 2012 and December 31, 2017.

16.     As of December 31, 2017, DTSC's unreimbursed response costs related to the Site

4

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant David Van Over (2:14-cv-00595-WBS-EFB)

SER058

1   exceeded approximately $3.18 million, including interest and attorneys' fees.  DTSC is still in the

2   process of evaluating the need for additional remediation at the Site, and conducting response

3   actions related to the Site.  DTSC currently estimates that additional response costs for

4   investigation and possible remediation of the contaminated soil, along with stormwater and

5   groundwater monitoring at the Site, could reach approximately $1.76 million over the next ten

6   years, exclusive of interest, bringing the cumulative total to approximately $4.94 million, if

7   DTSC has to continue conducting all the response actions at the Site.  Based on my experience in

8   this field and familiarity with the facts at this Site, I agree with this estimate.

9                                    **Settlement Negotiations**

10          17.    I have been informed of the settlement negotiations between the parties regarding

11  the liability of Settling Defendant for DTSC's response costs incurred and to be incurred at the

12  Site.  Settling Defendant engaged in arms'-length settlement negotiations.  Settling Defendant

13  acted as his own counsel during those negotiations.

14          18.    DTSC has reviewed the financial information submitted by Van Over and determined

15  that Van Over is presently not able to pay penalties or a significant portion of the past response

16  costs incurred, or the future response costs to be incurred, at the Site.  By signing the Consent

17  Decree, Van Over affirms under penalty of perjury that the financial information provided to

18  DTSC is true and correct.  In making this initial determination of Van Over's inability to pay and

19  in entering into this settlement, DTSC has relied on the financial information provided by Van

20  Over.

21          19.    After arms'-length, good faith settlement negotiations, DTSC and Settling

22  Defendant reached a settlement resolving Settling Defendant's liability in this action.  The

23  settlement was incorporated into the Proposed Consent Decree.  DTSC and Settling Defendant

24  participated in drafting multiple revisions of the proposed Consent Decree.  DTSC lodged the

25  proposed Consent Decree with the Court on November 27, 2017.

26                    **Publication of Notice of Proposed Consent Decree**

27          20.    On November 17, 2017, DTSC published notice of the proposed Consent Decree in

28  the California Regulatory Notice Register (2017, Volume No. 46-Z), pages 1781-1782 ("Notice")

                                              5

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant David Van Over (2:14-cv-00595-WBS-EFB)

SER059

and invited the public to comment on the proposed Consent Decree.  The Notice requested that comments on the proposed Consent Decree be submitted to DTSC no later than December 18, 2017.  A true and correct copy of the Notice is attached as Exhibit 1.  DTSC also published notice of the Proposed Consent Decree in a local newspaper, the Vacaville Reporter, on November 21, 2017.  A true and correct copy of the newspaper publication is attached as Exhibit 2. Additionally, on November 27, 2017, DTSC informed all defendants and/or their counsel by e-mail about the execution of the proposed Consent Decree and the commencement of the public comment period.  A true and correct copy of this e-mail is attached at Exhibit 3.

21.    As of January 3, 2018, DTSC did not receive comments on, or objections to, the proposed Consent Decree.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Sacramento, California on February 5, 2018.

/s/  William Beckman (original signature
retained by attorney Laura J. Zuckerman)

William Beckman
Supervising Hazardous Substances Engineer I
Brownfields and Environmental Restoration
    Program
Department of Toxic Substances Control

6

Decl. of William Beckman in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant David Van Over (2:14-cv-00595-WBS-EFB)
SER060

# EXHIBIT 1

CONTACT PERSONS

Requests of copies of the text of the proposed regulation, the Statement of Reasons, or other information upon which the rulemaking is based, or other inquiries should be addressed to the following:

Name:     Laura S. Fisher, Chief
Address:  State Water Resources
             Control Board
          Division of Water Quality
          1001 "I" Street
          Sacramento, CA 95814
Telephone No.: (916) 341-5870
E-mail
address:  laura.fisher@waterboards.ca.gov

The backup contact person is:

Name:     Cory Hootman
Address:  State Water Resources
             Control Board
          Division of Water Quality
          1001 "I" Street
          Sacramento, CA 95814
Telephone No.: (916) 341-5668
E-mail
address:  cory.hootman@waterboards.ca.gov

The documents relating to this proposed action may also be found on the State Water Board's website at the following address:

http://www.waterboards.ca.gov/water_issues/programs/ust/adm_notices/fed_reg_regs/.

## GENERAL PUBLIC INTEREST

## DEPARTMENT OF TOXIC SUBSTANCES CONTROL

**Former Wickes Forest Industries Site
Proposed Consent Decree
147 A Street, Elmira, Solano County,
California 91792**

**NOTICE OF PUBLIC COMMENT PERIOD:
November 17 through December 18, 2017**

**Si usted desea informacion en espanol sobre este aviso, favor de llamar a Jesus Cruz sin costo al (866) 495-5651.**

The Department of Toxic Substances Control ("DTSC") invites you to review and comment on a proposed consent decree (the "Consent Decree") with David Van Over (Van Over) regarding the former Wick-

es Forest Industries site located at 147 A Street, Elmira, Solano County, California 91792 (the "Site"). This Consent Decree resolves DTSC's claims for penalties and costs for the former Wickes Forest Industries Site located at 147 A Street, Elmira, Solano County. In 2014, DTSC filed suit under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. section 9601, et seq., against several parties, including Van Over, to recover DTSC's costs of investigating and cleaning up hazardous substances releases at the Site. DTSC also filed state law claims against Mr. Van Over for violation(s) of the I/SE Order in its First Amended Complaint. Mr. Van Over purchased the property on February 11, 2011 and is the current owner of the Site. Van Over is the last remaining defendant in DTSC's 2014 lawsuit. DTSC has determined that Van Over is presently unable to fully reimburse DTSC's cleanup and oversight costs. Under the Consent Decree, Van Over will pay $5,000 in costs initially, and pay up to $245,000 in additional costs if and when he is financially able to do so, subject to certain conditions and reservations. If Van Over sells any portion of the property, 100% of the Net Sale Proceeds up to $245,000 will go to DTSC as partial reimbursement of past costs. If the Net Sale Proceeds exceed $245,000, 80% of the Excess Sale Proceeds, up to $2.89 million will be paid to DTSC for its unreimbursed costs. Federal Court approval of this Consent Decree will conclude the litigation.

DTSC will consider comments received during the public comment period on the Consent Decree and file with the Court any written comments received and DTSC's responses thereto. The Court may then enter or approve the Consent Decree. DTSC also reserves the right to withdraw or withhold its consent to entry (approval) of the Consent Decree if such comments disclose facts or considerations that indicate the Consent Decree is inappropriate, improper or inadequate.

WHERE DO I SUBMIT MY COMMENTS?

DTSC will consider comments that are postmarked on or before December 18, 2017, or received electronically by 11:59 p.m. on that date. Please submit comments with **"Wickes Van Over CD Comments"** in the subject line to:

William Beckman, Unit Chief
Department of Toxic Substances Control
   Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826-3200
(916) 255-3657

or by e-mail to: William.Beckman@dtsc.ca.gov

SER062

CALIFORNIA REGULATORY NOTICE REGISTER 2017, VOLUME NO. 46-Z

**You may view documents at the following locations:**

The Consent Decree and background documents are available for review on the Activities and Summary tabs, respectively, on the DTSC EnviroStor website at: https://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=48240001.

You may also review documents in the File Room at DTSC's Cal Center office (by appointment only) located at:

Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826−3200
Call (916) 255−3758 for an appointment

**For questions on the Wickes Forest Industries Site or the proposed Consent Decree:**

Jesus Cruz
Department of Toxic Substances Control
Public Participation Specialist
8800 Cal Center Drive
Sacramento, CA 95826−3200
(916) 255−3315; 1−866−495−5651
Jesus.Cruz@dtsc.ca.gov

William Beckman, Unit Chief
Department of Toxic Substances
Control Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826−3200
(916) 255−3690
William.Beckman@dtsc.ca.gov

---

## DECISION NOT TO PROCEED

### EMERGENCY MEDICAL SERVICES AUTHORITY

Pursuant to Government Code Section 11347, the Emergency Medical Services Authority hereby gives notice that it has decided not to proceed with the rulemaking action published in the California Regulatory Notice Register (CRNR), December 9, 2016. The proposed rulemaking concerned Stroke Critical Care System Regulations.

Any interested person with questions concerning this rulemaking should contact Corrine Fishman at either (916) 431−3727 or by e−mail at: Corrine.fishman@emsa.ca.gov.

The Department will also publish this Notice of Decision Not to Proceed on its website.

The Emergency Medical Services Authority will take up this rulemaking again.

### EMERGENCY MEDICAL SERVICES AUTHORITY

Pursuant to Government Code Section 11347, the Emergency Medical Services Authority hereby gives notice that it has decided not to proceed with the rulemaking action published in the California Regulatory Notice Register (CRNR), December 16, 2016. The proposed rulemaking concerned ST−Evaluation Myocardial Infarction (STEMI) Critical Care System Regulations.

Any interested person with questions concerning this rulemaking should contact Corrine Fishman at either (916) 431−3727 or by e−mail at: Corrine.fishman@emsa.ca.gov.

The Department will also publish this Notice of Decision Not to Proceed on its website.

The Emergency Medical Services Authority will take up this rulemaking action again.

---

## DISAPPROVAL DECISION

Printed below is the summary of an Office of Administrative Law disapproval decision. The full text of the disapproval decision is available at www.oal.ca.gov under the "Publications" tab. You may also request a copy of a decision by contacting the Office of Administrative Law, 300 Capitol Mall, Suite 1250, Sacramento, CA 95814−4339, (916) 323−6225 — FAX (916) 323−6826. Please request by OAL file number.

### BOARD OF PAROLE HEARINGS

In re:
**Board of Parole Hearings**

**Regulatory Action:**

**Title 15, California Code of Regulations**

**Adopt section: 2240**
**Repeal section: 2240**

**DECISION OF DISAPPROVAL OF REGULATORY ACTION**

**Government Code Section 11349.3**

**OAL Matter Number: 2017−0920−05**

**OAL Matter Type: Regular (S)**

SER063

# EXHIBIT 2

SER064



Where you can always negotiate the price

Investment Metals Now Available!

# Antiques & Collectables

## Storewide Christmas *SALE!!*

Earring Conversion

### Store Wide Discount on Antiques & Collectibles

## 15% - 25% OFF

### Knives
## 20% OFF
Buck, Case, Bear, Boker

### Jewelry
## 15% - 30% OFF

We Buy Gold & Silver



# Cascade Creations
## Antiques • Jewelry • Repair
532 Main St. • Downtown Vacaville • 530-666-2076

Open 10:30 am – 5:30 pm
Expiration Date: 12/24/2016
Christmas Sale 15% - 25%

# For many, Charles Manson cult killings ended era of love

By John Rogers
The Associated Press



THE ASSOCIATED PRESS
Charles Manson sticks his tongue out at photographers as he appears in a Santa Monica courtroom.

LOS ANGELES » In summer 1969, a scruffy ex-convict with a magnetic hold on young women sent some of his disciples into the night to carry out a series of gruesome killings in Los Angeles. In so doing, Charles Manson became the leering face of evil on front pages across America and rewrote the history of an era.

Manson, the hippie cult leader who died of natural causes Sunday at age 83 after nearly half a century behind bars, orchestrated the slayings of pregnant actress Sharon Tate and six other people, butchered at two homes on successive August nights by intruders who scrawled "Pigs" and "Healter Skelter" (sic) in the victims' blood.

The slaughter horrified the world. To many, the collateral damage included the era of peace, love and flower power.

The Manson Family killings, along with the bloodshed later that year during a Rolling Stones concert at California's Altamont Speedway, seemed to expose the violent and drug-riddled underside of the counterculture and sent a shiver of fear through America.

"Many people I know in Los Angeles believe that the '60s ended abruptly on August 9, 1969," author Joan Didion wrote in her 1979 book "The White Album."

Manson was every parent's worst nightmare. The short, shaggy-haired man with hypnotic eyes was a charismatic figure with a talent for turning middle-class youngsters into mass murderers.

At a former movie ranch outside Los Angeles, he and his devotees — many of them young runaways who likened him to Jesus Christ — lived commune-style, using drugs and taking part in orgies. Children from

privileged backgrounds ate garbage from supermarket trash.

"These children that come at you with knives, they are your children. You taught them; I didn't teach them. I just tried to help them stand up," he said in a courtroom soliloquy.

It was the summer of the first moon landing. War raged in Vietnam. Hippies flooded the streets of San Francisco and gathered in upstate New York for the Woodstock music festival. But many remember the time for Los Angeles' most shocking celebrity murders.

Fear swept the city after a maid reporting for work ran screaming from the elegant home where Tate lived with her husband, "Rosemary's Baby" director Roman Polanski. Scattered around the estate were blood-soaked bodies.

The beautiful 26-year-old actress, who was 8½ months pregnant, was stabbed and hung from a rafter in her living room. Also killed were Abigail Folger, heiress to a coffee fortune; Folish film director Voityek Frykowski; Steven Parent, a friend of the estate's caretaker; and celebrity hairdresser Jay Sebring, killed by Manson follower Charles "Tex" Watson, who announced his arrival by saying "I am the devil, and I'm here to do the devil's work."

The next night, wealthy grocer Leno LaBianca and his wife, Rosemary, were stabbed to death in their home in another neighborhood.

Manson was arrested three months later.

Why he ordered the killing of strangers remained a mystery. Prosecutors said Manson wanted to foment a race war, an idea he supposedly got from a twisted reading of the hard-rocking Beatles song "Helter

Skelter." Others said he was getting even because music producer Terry Melcher, who once lived in the house Tate later occupied, had refused to record Manson's music.

Manson's childhood was a blueprint for a life of crime. He was born in Cincinnati on Nov. 12, 1934, to a teenager, possibly a prostitute. When he was 5, his mother went to prison for armed robbery. By the time he was 6, he was in reform school. He spent years in and out of penal institutions.

"My father is the jailhouse. My father is your system," he said in a monologue on the witness stand. "I am only what you made me. I am only a reflection of you."

Manson's chaotic trial in 1970 transformed a courtroom into a theater of the absurd.

He and three female followers, Susan Atkins, Patricia Krenwinkel and Leslie Van Houten, sang and chanted, and Manson at one point launched himself across the counsel table at the judge. Many of his followers camped outside the courthouse, threatening to immolate themselves if he was convicted.

When Manson carved an "X" in his forehead, his co-defendants did the same, saying they were "Xed out of society." He later changed his "X" to a swastika.

Despite the overwhelming evidence, he maintained his innocence.

"I have killed no one, and I have ordered no one to be killed," Manson said.

He and the three women were found guilty of murder and sentenced to death. Watson was convicted later. All were spared execution and given life sentences after the California Supreme Court struck down the death penalty in 1972. Manson also was convicted in the killings of stuntman Donald "Shorty" Shea and musician Gary Hinman.

Manson and his female followers appeared sporadically at parole hearings where their bids for freedom were repeatedly rejected.

At a 2012 parole hearing Manson boycotted, he was quoted as telling a prison psychiatrist: "I'm special. I'm not like the average inmate ... I have put five people in the grave. I am a very dangerous man." The parole board decided he should stay behind bars for at least 15 more years.





# Come Light the Lights
at The Reporter's 35th Annual
## MERRIMENT ON MAIN

Tuesday, November 28 from 4:30 to 8:30 p.m.
at the Three Flags Monument and the streets of downtown Vacaville

The lighting of the giant Christmas Tree, the arrival of Santa Claus.
Free refreshments, free entertainment, free wagon rides!

PRESENTING SPONSOR
KAISER PERMANENTE.

MAJOR SPONSORS
NorthBay Healthcare
Pacific Gas & Electric
Reaching Down
RW Garage Doors
Summit Crane

SPONSORS
Aaron's Automotive
Blake Austin College
Brass Tap
City of VV Community Services Dept.
Dream Extreme Gymnastics
Fox Real Estate Group
Mariani Packing
Murillo's
Rockin Jump
Solano First Federal Credit Union
Stefan Barbera
Vacaville Tow

SUPPORTING DONORS
American Auto Body Specialist
Brenden Theatres
Budget Blinds
Coldwell Banker Kappel Gateway
Downtown Vacaville Business
Improvement District
Jackson Medical Supply
Metro PCS
The Pet Shop
Solano Country Shoes
Travis Credit Union
Triumph Protection Group

# Merriment on Main
DOWNTOWN VACAVILLE
REPORTER

For sponsorship opportunities or more information, please call 707-453-8177.

# Public Notice

# EXHIBIT 3

## Laura Zuckerman

| | |
|---|---|
| **From:** | Olivia W. Karlin |
| **Sent:** | Monday, November 27, 2017 10:40 AM |
| **To:** | ngleason@kwgattorneys.com; Brown, Lester O.  (Perkins Coie) (LBrown@perkinscoie.com) (LBrown@perkinscoie.com); jhartmanking@kwgattorneys.com; david.vanover@gmail.com |
| **Cc:** | Laura Zuckerman; Murai, Vivian@DTSC (Vivian.Murai@dtsc.ca.gov) |
| **Subject:** | Public Notice Period for David Van Over Consent Decree |
| **Attachments:** | 10-30-17 #173-1 - Proposed Consent Decree.pdf; California Regulatory Notice Register 2017, Volume No.pdf |

Counsel and Mr. Van Over,

Attached please find the public notice of DTSC's proposed settlement with David Van Over regarding the former Wickes Forest Industries Site in Elmira, Solano County, California (the Consent Decree).  The notice is available on line at https://oal.ca.gov/wp-content/uploads/sites/28/2017/11/46z-2017.pdf

As noted in the announcement, DTSC is accepting comments until December 18, 2017.  Directions for submitting comments are in the public notice.  A copy of the proposed Consent Decree is also attached.

Thank you,

Olivia Karlin

Olivia W. Karlin
Deputy Attorney General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA  90013
213-269-6333

SER067

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896 Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California*
*Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>**v.**<br><br>Defendants.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF DEENA STANLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER; EXHIBITS**<br><br>Date:   June 12, 2017<br>Time:   1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>          501 I Street<br>          Sacramento, CA 95814<br>Trial:   September 13, 2017<br><br>Action Filed: March 3, 2014 |

1

1       I, Deena Stanley, declare as follows:

2       1.    I make this declaration in support of Plaintiffs State of California Department of

3   Toxic Substances Control and Toxic Substances Control Account's (DTSC) Motion for Partial

4   Summary Judgment on the Liability of David Van Over. The facts set forth in this declaration are

5   based on my personal knowledge and on my review of files which DTSC maintains in the regular

6   course of business, and which were created at or near the time of the event. If called as a witness,

7   I could and would competently testify to the following:

8       2.    I have been employed by DTSC since September 23, 2013, and am currently

9   employed by DTSC as an Engineering Geologist. My job duties include working in the National

10  Priorities List Unit within the Brownfields and Environmental Restoration Program. The

11  National Priorities List Unit conducts and oversees response actions under the Hazardous

12  Substances Account Act, California Health and Safety Code section 25300 et seq. and its federal

13  counterpart, the Comprehensive Environmental Response, Compensation and Liability Act of

14  1980, 42 U.S.C. section 9601 et seq. ("CERCLA").

15      3.    DTSC is the state agency responsible for enforcing California Health and Safety

16  Code Section 25300 et seq., and for investigating and remediating hazardous substances releases

17  at sites in California.

18      4.    As part of my responsibilities at DTSC, I oversee the investigation and cleanup of

19  contaminated sites in California. I am currently the Project Manager for a contaminated site

20  known as at the former Wickes Forest Industries Site, located at the intersection of A Street and

21  Holdener Road in the unincorporated community of Elmira, Solano County, California, identified

22  by Solano County Assessor/Recorder's Parcel Numbers 142-010-130, 142-010-140, and 142-042-

23  010 (the "Site"). I have visited the Site on many occasions, and have participated in, among

24  other things, Site inspections and oversight of groundwater sampling. I have obtained and

25  reviewed historical documents concerning the Site from DTSC's files. As the Project Manager

26  for the Site, I have also managed contracts and the staff of environmental engineering firms who

27  have worked at the Site on behalf of DTSC.

28      5.    David Van Over purchased the Site on or about February 11, 2011. *See* Quitclaim

2

DECL. OF DEENA STANLEY IN SUPPORT OF PLFS.' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

1   Deeds, and Agreement of Purchase and Sale, true and correct copies of which are attached hereto

2   as Exhibits A and B.  On April 26, 2017, I confirmed with the Solano County Assessor's office

3   by telephone and by reviewing material on the Solano County Assessor's Office web site, a true

4   and correct copy of which material is attached hereto as Exhibit C, that Van Over remains the

5   current owner of the Site.

6                                    **Site History**

7        6.      The Site is a former wood treatment and preserving facility where past operations

8   have contaminated the soil and groundwater with arsenic, chromium, and copper, which have

9   been detected or have come to be located in the soil and groundwater at the Site.  Releases,

10  including leaking, emitting, discharging, escaping, leaching, or disposing of hazardous

11  substances, including chromium, copper, and arsenic occurred at the Site.  As a result of the wood

12  preserving operations at the Site, these hazardous substances have been, and continue to be,

13  released and/or threatened to be released into the environment at and from the Site.  *See* the

14  Removal Action Completion Report dated April 24, 2012, a true and correct copy of which is

15  attached hereto as Exhibit D, at 7-8, 14-17, and 21-22, and the Final Semi-Annual Groundwater

16  Monitoring Report dated December 2016, a true and correct copy of which is attached hereto as

17  Exhibit E, at 6-8 and Table 3.

18                 **Response Actions and Response Costs at the Site**

19       7.      From the 1980's through 2005, the Wickes Corporation and its successor,

20  defendant Collins & Aikman Products, LLC ("C&A Products"), under the oversight of DTSC,

21  took various response actions to address environmental contamination at, around, and/or beneath

22  the Site.  Those actions included, among other things, soil excavation, installing an asphalt cap

23  over contaminated soils, constructing a building and a drainage system over another contaminated

24  area of the Site, installing and operating a groundwater extraction and treatment system, and

25  groundwater monitoring.  On or about March 20, 1997, C&A Products sold the Site to Jim

26  Dobbas, Inc. ("Dobbas"), and Continental Rail, Inc. ("CRI").  On or about May 17, 2005, C&A

27  Products filed a Chapter 11 petition in the United States Bankruptcy Court for the Eastern District

28  of Michigan, Case No. 05-55932.  In November 2005, while in Chapter 11 bankruptcy

                                          3

proceedings, C&A Products informed DTSC that it was unwilling to continue to perform the response actions set forth in the October 16, 1995 Operation and Maintenance Manual at the Site.

8.    In 2006, DTSC requested that Dobbas and CRI, the then-owners of the Site, carry out response actions to address contamination at the Site. Despite having entered into an Access and Remediation Agreement with DTSC in 1997 that required them to perform response actions, Dobbas and CRI refused. As a result, DTSC issued an Imminent or Substantial Endangerment Determination on November 9, 2006, and initiated state-funded contracts to evaluate response actions.

9.    In 2007 and 2008, DTSC tried to resume operating the groundwater treatment system at the Site, but the system would have required too many repairs to clean up the groundwater to remediation goals in a timely manner. Because of the treatment system failure, DTSC reevaluated response actions for the Site. In July 2010, DTSC finalized a Removal Action Workplan ("RAW") for the Site calling for contaminated soil excavation, off-site disposal, backfilling, confirmation sampling, demolition of the groundwater extraction and treatment system, and long-term groundwater monitoring. The RAW noted that contaminated groundwater had migrated from beneath the Site to the nearby residential area, which created the potential for private irrigation wells located in the residential area to extract and distribute contaminated groundwater.

10.    On or about February 11, 2011, Dobbas and CRI sold the Site to defendant Van Over. *See* Exhibits A and B. On March 16, 2011, DTSC issued an Imminent or Substantial Endangerment Determination Order and Remedial Action Order ("I/SE Order") ordering Dobbas, CRI, and Van Over to conduct the response actions described in the RAW and to take additional response actions at the Site. Dobbas, CRI, and Van Over failed to comply with the I/SE Order.

11.    DTSC has incurred costs for "response" as that term is defined in CERCLA section 101(25), 42 U.S.C. § 9601(25), in taking actions related to the release and/or threatened release of hazardous substances at, around, and/or beneath the Site. DTSC's response actions included, but were not limited to, the following activities: efforts to repair and restart the groundwater

4

SER071

1   extraction and treatment system, completion of a removal investigation for site soils, preparation

2   of the RAW, implementation of the RAW, and monitoring of stormwater and groundwater.

3   12.    Presently, DTSC is monitoring the condition of the asphalt cap at the Site, and is

4   conducting periodic stormwater monitoring and quarterly groundwater monitoring and reporting

5   to evaluate contaminant trends and ensure the protection of the off-site private irrigation wells.

6   *See* Exhibit E at 3.  Continued stormwater monitoring and evaluation of the condition of the

7   asphalt cap is necessary to make sure contaminants below the cap are not mobilized by infiltration

8   of precipitation, and to block direct exposure of contaminated soil to humans or environmental

9   receptors.  *See* the 2016 Five-Year Review Report, a true and correct copy of which is attached

10  hereto as Exhibit F, at 17.  Continued groundwater monitoring and reporting is necessary to

11  further assess the performance of the 2011 soil excavation, to make certain that the Site is not

12  causing further groundwater contamination, and to ensure that contaminant concentrations at the

13  four off-site private irrigation wells do not exceed drinking water standards.

14  13.    I have visited the Site multiple times, and currently direct and oversee the

15  groundwater monitoring at the Site.  Groundwater monitoring includes groundwater sampling and

16  reporting on a quarterly basis to evaluate contaminant trends and ensure the protection of the

17  public.  Exhibit E at 8.  Groundwater samples are collected from monitoring wells located on the

18  Site and off-site within the surrounding neighborhood.  Exhibit E at 3-4.  Several wells used by

19  residents for landscape irrigation are also sampled.  *Ibid.*  Recent sampling results from wells on

20  the Site and off-site are still above Remedial Action Levels, which were set for the Site at

21  drinking water standards.  *See* Exhibit E at 6-8 and Table 3.

22  14.    DTSC's contractor recently evaluated the effectiveness of the 2011 soil removal

23  action and other remedial actions undertaken at the Site as part of the 2016 Five-Year Review

24  Report.  The Protectiveness Statement in the Five-Year Review Report identifies lack of

25  maintenance of the cap and surface drainage systems as issues that could compromise the

26  integrity of the cap and its ability to function as a barrier to exposure.  *See* Exhibit F at 18.  The

27  Five-Year Review Report indicated that once cracks in the cap are mitigated, the surface

28  drainages cleared of weeds, and the cap maintained as specified, the remedy should be protective.

5

DECL. OF DEENA STANLEY IN SUPPORT OF PLFS.' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

1    *Ibid.* Until the cap is regularly maintained, however, and DTSC receives and evaluates additional

2    groundwater sampling data, DTSC cannot conclude that all Site actions are complete, or that

3    further response actions will not be necessary.

4         15.    As of December 31, 2016, DTSC's unreimbursed response costs related to the Site

5    exceeded $2.3 million, inclusive of interest but not including attorneys' fees.  DTSC is still in the

6    process of evaluating the need for additional remediation at the Site, and conducting response

7    actions related to the Site.  DTSC currently estimates that response costs for investigation and

8    possible remediation of the contaminated soil, along with stormwater and groundwater

9    monitoring at the Site, could reach approximately $1.76 million, over the next ten years,

10   exclusive of interest, if DTSC has to continue conducting all the response actions at the Site.

11        I declare under penalty of perjury that the foregoing is true and correct to the best of my

12   knowledge and that this declaration was executed in Sacramento, California on May 5, 2017.

13

14

15   Deena Stanley
     Engineering Geologist
16   Brownfields and Environmental Restoration
     Program
17   Dept. of Toxic Substances Control

18

19

20

21

22

23

24

25

26

27

28

**SER073**

DECL. OF DEENA STANLEY IN SUPPORT OF PLFS.' MOTION FOR PARTIAL SUMMARY JUDGMENT ON

# EXHIBIT A

Exhibit A to Stanley Declaration

SER074

Recorded In Official Records, Solano County

**Marc C. Tonnesen**
Assessor/Recorder

2/14/2011
3:22 PM
AR21
5S

RECORDING REQUESTED BY

and

WHEN RECORDED MAIL TO

Jim Dobbas, Inc.
P.O. Box 177
Newcastle, CA 95658

P DAVID VAN OVER

Doc#: **201100013729**

| Titles: | 1 | Pages: | 3 |

Fees      19.00
Taxes    101.20
Other      0.00
PAID   $120.20

✱ STATE OF CALIFORNIA )
COUNTY OF PLACER      )ss

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, Jim Dobbas, Inc., a California corporation ("**Grantor**"), hereby RELINQUISHES, REMISES, RELEASES AND FOREVER QUITCLAIMS to David van Over, an unmarried man ("**Grantee**"), all of Grantor's right title and interest (subject to that certain Covenant to Restrict Use of Property dated October 27, 1995/Recorders No. 1995-00068154 and including all appurtenant rights, including mineral rights) in and to that certain real property, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140, and more particularly described on Exhibit A attached hereto and incorporated by this reference (the "**Property**").

IN WITNESS WHEREOF, this Quitclaim Deed was executed on this the 11 day of February, 2011.

Jim Dobbas, Inc., a California
Corporation

By

Donald James Dobbas

Its:

President

*THE UNDERSIGNED GRANTOR(S) DECLARE(S) DOCUMENTARY TRANSFER TAX IS $101.20 ( ) computed on full value of property conveyed or computed on full value, less value of liens and encumbrances remaining at time of sale. Unincorporated Area City of*

✱

On FEB 11 2011 before me, R.L. ROGERS, NOTARY PUBLIC.
(Name and Title of Officer)
personally appeared DONALD JAMES DOBBAS, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (NOTARY SEAL)
(Notary Officer)

R. L. ROGERS
Commission # 1835712
Notary Public - California
Placer County
My Comm. Expires Mar 8, 2013

*Tax Bill To:
DAVID VAN OVER
216 F STREET #108
DAVIS, CA. 95616*

8

Exhibit A to Stanley Declaration

Downey Brand LLP     2/14/2011 2:08     PAGE 002/003     Fax Server

EXHIBIT "A"

The land referred to herein is in the State of California, County of Solano, unincorporated area, and is described as follows:

PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian, running thence north along the Quarter Section line to the southeasterly boundary of the right of way of the Southern Pacific Railroad; thence southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running east and west through said Section Nineteen (19); thence east and along said Quarter Section line to the place of beginning.

EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor B. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10, 1916, and recorded May 23, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows: Beginning at the point of intersection of the southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian, thence southwesterly along said southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at a right angle northeasterly parallel to said right of way line 265 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at right angle northeasterly parallel to said right of way line 200 feet to a point, thence at a right angle northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19, thence north along said east line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly, thence running westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company, thence northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also know as Binghampton Street, thence easterly and along the southerly line of County Road Number 246, to the intersection of the westerly line of a Street, extended northerly, thence southerly and along the westerly line of a Street, extended northerly to the northerly line of Edwards Street and the place of beginning. All as said streets herein referred to are laid down and designated on that certain Map entitled: "Plan of Resurvey

1 of 2

Exhibit A to Stanley Declaration

SER076

Downey Brand LLP          2/14/2011 2:08     PAGE 003/003     Fax Server

of Portion of Vaca Station, Property of W.C. Farmer, situated on South West One
Quarter (S.W. ¼) of Section Nineteen (19) Township VI North Range 1 East Solano
County," surveyed by E.H. Marshall, Deputy County Surveyor, April 8, 1870 and now
appearing of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

PARCEL THREE

Beginning at the point of intersection of the westerly line of "A" Street, extended
northerly, and the northerly line of County Road Number 248 (Holdener Road, formerly
shown as Binghampton Street) in Elmira Townsite, Solano County, California, which
point bears north 0°22' 08" west, 30 feet and south 89°55' 08" west, 397.80 feet from
the southeast corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B &
M.; thence, from said point of beginning, along the northerly line of the aforementioned
Binghampton Street south 89°55' 06" west, 171.67 feet to the easterly right-of-way line
of the Southern Pacific Railroad and thence along said easterly right-of-way line south
34° 52' 51" west, 73.21 feet to the southerly line of said Binghampton Street, thence,
along said southerly line, north 89°55' 06" east, 171.67 feet to the westerly line of the
aforementioned "A" Street, thence along the prolongation of said westerly line of "A"
Street, north 34°52' 51" east, 73.21 feet to the point of beginning.

A.P.N. 142-010-130, 142-010-140 and 142-042-010

2 of 2

END OF
DOCUMENT

Exhibit A to Stanley Declaration

SER077

RECORDING REQUESTED BY

and

WHEN RECORDED MAIL TO

Gary L. Kerley
Continental Rail, Inc.
3218 Nacogdoches Road, #8
San Antonio, TX 78217

Recorded in Official Records, Solano County

**Marc C. Tonnesen**
Assessor/Recorder

P. DAVID VAN OVER

Doc#: **201100013730**

2/14/2011
3:22 PM
AR21
5S

| | |
|---|---|
| Titles: 1 | Pages: 3 |
| Fees | 19.00 |
| Taxes | 101.20 |
| Other | 0.00 |
| PAID | $120.20 |

**✻STATE OF TEXAS )**
**COUNTY OF BEXAR )ss**

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, Continental Rail, Inc., a Delaware corporation ("**Grantor**"), hereby RELINQUISHES, REMISES, RELEASES AND FOREVER QUITCLAIMS to David van Over, an unmarried man ("**Grantee**"), all of Grantor's right title and interest (subject to that certain Covenant to Restrict Use of Property dated October 27, 1995/Recorders No. 1995-00068154 and including all appurtenant rights, including mineral rights) in and to that certain real property, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140, and more particularly described on Exhibit A attached hereto and incorporated by this reference (the "Property").

IN WITNESS WHEREOF, this Quitclaim Deed was executed on this the 12 day of February, 2011.

*THE UNDERSIGNED GRANTOR(S) DECLARE(S)*
*DOCUMENTARY TRANSFER TAX IS $ 101.20*
*COMPUTED ON FULL VALUE OF PROPERTY CONVEYED OR*
*COMPUTED ON FULL VALUE LESS VALUE OF LIENS AND*
*ENCUMBRANCES REMAINING AT TIME OF SALE*
*UNINCORPORATED AREA CITY OF*

Continental Rail, Inc., a Delaware
Corporation

By *[signature]*
Gary L. Kerley

Its: President

✻ On *12 Feb 2011* before me, *Guillermo L Guzman, notary publ.*
(Name and Title of Officer)
personally appeared *Gary L Kerley*, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

_____ (NOTARY SEAL)
(Notary Officer)

*[notary stamp]*
GUILLERMO L. GUZMAN
My Commission Expires
July 9, 2012

*Tax Bill To:*
*DAVID VAN OVER*
*216 F STREET #108*
*DAVIS, CA. 95616*

1

11                                    Exhibit A to Stanley Declaration

Downey Brand LLP     2/14/2011 2:08     PAGE 002/003     Fax Server

EXHIBIT "A"

The land referred to herein is in the State of California, County of Solano, unincorporated area, and is described as follows:

PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian, running thence north along the Quarter Section line to the southeasterly boundary of the right of way of the Southern Pacific Railroad; thence southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running east and west through said Section Nineteen (19); thence east and along said Quarter Section line to the place of beginning.

EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor B. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10, 1916, and recorded May 23, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows: Beginning at the point of intersection of the southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian, thence southwesterly along said southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at a right angle northeasterly parallel to said right of way line 265 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at right angle northeasterly parallel to said right of way line 200 feet to a point, thence at a right angle northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19, thence north along said east line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly, thence running westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company, thence northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also know as Binghampton Street, thence easterly and along the southerly line of County Road Number 246, to the intersection of the westerly line of a Street, extended northerly, thence southerly and along the westerly line of a Street, extended northerly to the northerly line of Edwards Street and the place of beginning. All as said streets herein referred to are laid down and designated on that certain Map entitled: "Plan of Resurvey

1 of 2

Exhibit A to Stanley Declaration

SER079

of Portion of Vaca Station, Property of W.C. Farmer, situated on South West One Quarter (S.W. ¼) of Section Nineteen (19) Township VI North Range 1 East Solano County," surveyed by E.H. Marshall, Deputy County Surveyor, April 8, 1870 and now appearing of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

PARCEL THREE

Beginning at the point of intersection of the westerly line of "A" Street, extended northerly, and the northerly line of County Road Number 246 (Holdener Road, formerly shown as Binghampton Street) in Elmira Townsite, Solano County, California, which point bears north 0°22' 08" west, 30 feet and south 89°55' 08" west, 397.80 feet from the southeast corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B & M., thence, from said point of beginning, along the northerly line of the aforementioned Binghampton Street south 89°55' 06" west, 171.67 feet to the easterly right-of-way line of the Southern Pacific Railroad and thence along said easterly right-of-way line south 34° 52' 51" west, 73.21 feet to the southerly line of said Binghampton Street, thence, along said southerly line, north 89°55' 06" east, 171.67 feet to the westerly line of the aforementioned "A" Street, thence along the prolongation of said westerly line of "A" Street, north 34°52' 51" east, 73.21 feet to the point of beginning.

A.P.N. 142-010-130, 142-010-140 and 142-042-010

2 of 2



END OF
DOCUMENT

Exhibit A to Stanley Declaration

SER080

# EXHIBIT B

Exhibit B to Stanley Declaration

SER081

## AGREEMENT OF PURCHASE AND SALE

This Agreement of Purchase and Sale (**"Agreement"**), made this _11_ day of February, 2011(the **"Effective Date"**), is entered into by and between **Jim Dobbas, Inc, a California corporation ("Seller")**, and **David van Over, an individual as an unmarried man ("Buyer")**.

### Recitals

A.  Seller is the owner of an undivided fifty percent (50%) interest in that certain real property located in the unincorporated community of Elmira (**"City"**), Solano County (**"County"**), State of California, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140 and more particularly described on <u>Exhibit A</u> attached hereto (the **Real Property**"). The Property is adjacent to, or nearby, a Union Pacific Railroad rail spur.

B.  The Real Property has constructed thereon two (2) buildings (the "Buildings") containing a total of approximately 18,216 square feet, related improvements (collectively, the **"Improvements"**). If, and to the extent Seller has mineral or other rights in the Property (**"Additional Property Rights"**), such rights are intended to be transferred to Buyer. The Real Property, Improvements and Additional Property Rights are hereinafter collectively referred to as the **"Property"**.

C.  Buyer desires to purchase from Seller, and Seller desires to sell to Buyer, the Property pursuant to the terms of this Agreement.

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual covenants contained herein, the parties agree as follows:

### Agreement

1.  <u>Purchase and Sale</u>.  Seller agrees to sell and convey to Buyer, and Buyer agrees to purchase from Seller, the Property on the terms set forth in this Agreement.

2.  <u>Purchase Price</u>.  The purchase price (**"Purchase Price"**) for the Property shall be One Dollar ($1.00) and shall be payable at the Transfer of Title (defined below).

3.  <u>Transfer of Title</u>.  For purposes of this Agreement, **"Transfer of Title"** shall be defined as the date that the Quit Claim Deed is recorded in the Official Records of the County. The Transfer of Title shall occur on the Effective Date unless extended by the mutual written consent of the parties.

4.  <u>Condition of Title</u>.  Title to the Property shall be conveyed to Buyer by Seller by a quit claim deed, which shall be in the form attached hereto as Exhibit B ("Quit

-1-

1141071.4
2/11/11

Exhibit B to Stanley Declaration

SER082

Claim Deed"). Buyer agrees and acknowledges that it is taking title subject to the Deed Restriction and Environmental Lien described in Section 8; all real estate taxes and assessments which are liens upon the property; all applicable laws, ordinances, rules; all governmental regulations (including, but not limited to those relative to building, zoning and land use) affecting the development, use, occupancy or enjoyment of the property; all matters apparent from the inspection of the property; and all other title matters affecting the property, whether or not of record (collectively, **"Approved Condition of Title"**).

5. <u>Costs and Expenses</u>. Buyer and Seller shall equally share the cost of: (i) any local transfer tax imposed by the City, and (ii) any documentary transfer tax imposed by the County.

6. <u>Prorations</u>.

(a) <u>Taxes/Assessments</u>. At the Transfer of Title, Seller shall pay the 2011 second installment of real estate taxes and assessments for the Property. From and after the Effective Date, Buyer shall be responsible for all real estate taxes, assessments, supplemental taxes or assessment bonds related to the Property and Seller shall be released from any and all obligations thereunder.

(b) <u>Other Expenses</u>. All other expenses for the Property shall be prorated as of 11:59 p.m. on the day prior to the Transfer of Title between the parties based upon the latest available information.

(c) <u>Corrections</u>. If any errors or omissions are made regarding adjustments and prorations as set forth herein, the parties shall make the appropriate corrections promptly upon discovery thereof. If any estimates are made at the Transfer of Title regarding adjustments or prorations, the party shall make the appropriate correction promptly when accurate information becomes available. Any corrected adjustment or proration shall be paid in cash to the party entitled thereto.

7. <u>Review of Documents and Materials</u>. Buyer acknowledges that due to time constraints, Seller cannot provide all of the documents in its possession concerning the Property to Buyer. Within ten (10) business days following the Effective Date, Seller shall make available to Buyer, those documents which Buyer may reasonably request, such request to be made in writing within five (5) business days following the Effective Date (collectively, **"Documents and Materials"**). Seller makes no representation or warranty regarding the truth or accuracy of the Documents and Materials. All such documents and materials shall be subject to that certain Bilateral Confidentiality Agreement with an effective date of February 1, 2011 between the parties.

1141071.4
2/11/11

-2-

16                                    Exhibit B to Stanley Declaration

8.   Environmental Disclosures.

(a) Deed Restriction.  The Property is subject to that certain Covenant to
Restrict Use of Property dated October 27, 1995 ("Deed Restriction").  Buyer
acknowledges its receipt of a copy of the Deed Restriction and agrees and acknowledges
that it is taking the Property subject to the Deed Restriction.  Buyer agrees and
acknowledges that Seller will have no liability for the performance of any obligations
required by the Deed Restriction following the Effective Date and that Buyer will assume
any liability Seller has related to or arising from the Deed Restriction following the
Effective Date. Buyer acknowledges that the land described herein contains hazardous
substances.  Such condition renders the land and the owner, lessee, or other possessor of
the land subject to requirements, restrictions, provisions, and liabilities contained in
Chapter 6.5 and Chapter 6.8 of Division 20 of the Health and Safety Code.  This
statement is not a declaration that a hazard exists.

(b) Former Uses/Hazardous Substances. As previously disclosed in the
Letter of Intent dated February 7, 2011, the Property is a former wood treatment facility.
Operations at the Property included treating lumber with preservative solutions
containing arsenic, chromium and copper.  Investigations by third parties have shown that
soils on the Property have been affected by these inorganic metals.  Groundwater beneath
the Property and beneath adjacent properties has also been contaminated by chromium,
copper and arsenic.  The cost to complete the investigation, remediation and monitoring
of the hazardous substances associated with the former wood treatment facilities is
uncertain. The California Department of Toxic Substances Control ("DTSC") has
jurisdiction over the environmental conditions at the Property and has been providing
oversight since approximately 1982.   A Proof of Claim was filed by DTSC in the
bankruptcy proceedings of the former owner, Collins and Aikman Products.

(c) Environmental Lien.  On November 22, 2010, a lien was recorded by
DTSC against Seller's interest in the Property in the amount of $883,348
("Environmental Lien").  Buyer acknowledges its receipt of a copy of the Environmental
Lien and agrees and acknowledges that it is taking the Property subject to the
Environmental Lien.  Buyer agrees and acknowledges that Seller will have no liability for
the Environmental Lien following the Effective Date and that Buyer will assume any
liability Seller has for the Environmental Lien following the Effective Date.

(d) Environmental Disclosure Documents.  Additional information
concerning the above described hazardous substances on and around the Property has
been provided by Seller to Buyer, including, but not limited to, the documents listed on
Exhibit "C", "Environmental Disclosure Documents." Buyer acknowledges that third
parties, rather than Seller, have performed the majority of the investigation, remediation
and monitoring activities at the Property and as such Seller does not have many of the
technical work plans or reports that describe environmental conditions on the Property.

-3-

1141071.4
2/1/11

As required by California Health & Safety Code section 25359.7, Buyer acknowledges that it has been advised in writing that a release of hazardous substances has come to be located on or beneath the Property.

Buyer's Initials: _____

9.  "As-Is" Purchase.  BUYER HEREBY ACKNOWLEDGES AND AGREES THAT IT IS ACQUIRING THE PROPERTY IN ITS PRESENT "AS IS/WHERE IS WITH ALL FAULTS" CONDITION AND WITH ALL DEFECTS (INCLUDING SOIL AND GROUNDWATER CONTAMINATION) AND NEITHER SELLER NOR ANY EMPLOYEE OR AGENT OF SELLER HAS MADE OR WILL MAKE, EITHER EXPRESSLY OR IMPLIEDLY (AND SELLER SPECIFICALLY NEGATES AND DISCLAIMS) ANY REPRESENTATIONS, GUARANTIES, PROMISES, STATEMENTS, ASSURANCES OR WARRANTIES OF ANY KIND CONCERNING THE PROPERTY.  BUYER ACKNOWLEDGES AND AGREES THAT BUYER HAS THE RIGHT TO INVESTIGATE THE PROPERTY PRIOR TO THE EFFECTIVE DATE AND TO PERFORM ANY AND ALL REASONABLE TESTS, INCLUDING ENVIRONMENTAL SAMPLING, ON THE PROPERTY TO DETERMINE THE CONDITION OF THE PROPERTY, FEASIBILITY OF THE PROPERTY FOR BUYER'S INTENDED USE THEREOF AND ANY OTHER PAST, PRESENT OR FUTURE MATTER RELATING TO THE PROPERTY WHICH MAY AFFECT THE PROPERTY, BUYER'S LIABILITY OR ITS CURRENT OR FUTURE USE, HABITABILITY, VALUE OR DESIRABILITY.

Buyer's Initials: _____

10. Buyer's Compliance with Environmental Regulatory Directives, Orders and Applicable Environmental Laws.  Buyer agrees and acknowledges that it is assuming responsibility and liability for the hazardous substances on, at, beneath or emanating from, the Property following the Effective Date and that Seller will have no liability for the hazardous substances on, at, beneath or emanating from, the Property following the Effective Date. Commencing on the Effective Date, Buyer shall, at its sole cost, promptly comply with all applicable environmental laws (whether in existence as of the Effective Date or thereafter promulgated) and all applicable regulatory agency directives, orders and policies pertaining to the Property and/or related to or arising from hazardous substances on, at, beneath or emanating from, the Property.  Buyer agrees that it shall promptly provide written notice to DTSC in the form of the letter attached as Exhibit "D", with a copy to Seller, of its interest in the Property, and assumption of responsibility for compliance with all laws as set forth herein.

11. Buyer's Indemnification of Seller.  Commencing on the Effective Date, Buyer shall indemnify, defend and hold harmless Seller (and its officers, shareholders, directors, employees, representatives and agents) against claims, costs, cost recovery actions, government orders (including, but not limited to, any orders issued or threatened by

11410714
2/11/11

-4-

18

Exhibit B to Stanley Declaration

DTSC even if such orders are issued or threatened on or after the Effective Date, but before the Transfer of Title), expenses, fees (including, but not limited to Attorneys' fees or consultant fees), losses, penalties, liens (including, but not limited to, the Environmental Lien), judgments or damages (collectively, "Claims") related to or arising from the hazardous substances on, at, beneath or emanating from, the Property regardless of whether such Claims arose before or after the Effective Date, the Deed Restriction or challenges by third parties to validity or enforceability of this Agreement.  Buyer agrees and acknowledges that the obligations pursuant to this Section 11 shall survive the Transfer of Title.

12.  Buyer's Release of Seller.  Commencing on the Effective Date, Buyer shall release Seller (and its officers, shareholders, directors, employees, representatives and agents) against claims, costs, cost recovery actions, government orders (including, but not limited to, any orders issued or threatened by DTSC) expenses, fees (including, but not limited to Attorneys' fees or consultant fees), losses, penalties, liens (including, but not limited to, the Environmental Lien), judgments or damages (collectively, "Claims") related to or arising from the hazardous substances on, at, beneath or emanating from, the Property regardless of whether such Claims arose before or after the Effective Date, the Deed Restriction or challenges by third parties to validity or enforceability of this Agreement. This release is intended by Buyer to be a general release.  Buyer is aware of the provisions of California Civil Code Section 1542, which reads as follows:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

Buyer hereby expressly waives all the benefits of Section 1542 and any other similar law of any jurisdiction. Buyer understands and further agrees that it may later discover facts different from, or in addition to, those which it now believes to be true, but nonetheless agrees herein that this Agreement shall be and remain in effect in all respects notwithstanding such different or additional facts or Buyer's discovery thereof. Nevertheless, Buyer intends to release and forever discharge Seller as set forth above.

To the best of Seller's actual knowledge (without the duty to investigate) at the time of the Effective Date, there are no impending liens or claims against the Property other than those previously described in Section 8 of this Agreement.

13.  Notices.  All notices or other communications required or permitted hereunder shall be in writing, and shall be personally delivered or sent by registered or certified mail, postage prepaid, return receipt requested, or sent by electronic facsimile and shall be deemed received upon the earlier of (i) if personally delivered, the date of delivery to the address of the person to receive such notice, (ii) if mailed, on the date of

11410714.4
2/11/11

Exhibit B to Stanley Declaration

SER086

posting by the United States Post Office, or (iii) if given by electronic facsimile, when received by the other party.

TO SELLER:                     Jim Dobbas, Inc.
                               300 Taylor Road
                               Newcastle, CA 95658
                               Attention: Don Dobbas
                               Facsimile: (916) 663-4376

                               With a copy to:
                               Nicole R. Gleason
                               Downey Brand LLP
                               621 Capitol Mall, 18th Floor
                               Sacramento, CA 95814
                               Facsimile: (916) 520-5743

TO BUYER:                      David van Over
                               216 F Street #108
                               Davis, CA 95616
                               Facsimile: (530) 231-6372

       Notice of change of address shall be given by written notice in the manner described in this Section.

       14. Brokers. Buyer and Seller represent and warrant that neither party has used a real estate broker in connection with the sale of the Property and no real estate brokerage commission is due or payable upon the consummation of the transactions herein. If any claims for brokers' or finders' fees for the consummation of this Agreement arise, then Buyer hereby agrees to indemnify, hold harmless and defend Seller from and against such claims if they shall be based upon any statement, representation or agreement by Buyer, and Seller hereby agrees to indemnify, hold harmless and defend Buyer if such claims shall be based upon any statement, representation or agreement made by Seller.

       15. Miscellaneous.

       (a) Partial Invalidity. If any term or provision of this Agreement or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Agreement, or the application of such term or provision to persons or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected thereby, and each such term and provision of this Agreement shall be valid, and shall be enforced to the fullest extent permitted by law.

       (b) Waivers. No waiver of any breach of any covenant or provision herein contained shall be deemed a waiver of any preceding or succeeding breach thereof, or of

1141071.4
2/11/11

-6-

20                          Exhibit B to Stanley Declaration

SER087

any other covenant or provision herein contained. No extension of time for performance of any obligation or act shall be deemed an extension of time for performance of any other obligation or act except those of the waiving party, which shall be extended by a period of time equal to the period of the delay.

      (c) <u>Discharge of Seller's Obligations</u>. The acceptance of the Quit Claim Deed by Buyer shall be deemed to be a full performance and discharge of every agreement and obligation on the part of Seller to be performed pursuant to the provisions of this Agreement.

      (d) <u>Successors and Assigns</u>. This Agreement shall be binding upon and shall inure to the benefit of the successors and assigns of the parties hereto.

      (e) <u>Professional Fees</u>. If either party commences an action against the other to interpret or enforce any of the terms of this Agreement or because of the breach by the other party of any of the terms hereof, the losing party shall pay to the prevailing party reasonable attorneys' fees, costs and expenses and court costs and other costs of action incurred in connection with the prosecution or defense of such action, whether or not the action is prosecuted to a final judgment. For the purpose of this Agreement, the terms "attorneys' fees" or "attorneys' fees and costs" shall mean the fees and expenses of counsel to the parties hereto, which may include printing, photostating, duplicating and other expenses, air freight charges, and fees billed for law clerks, paralegals, librarians and others not admitted to the bar but performing services under the supervision of an attorney. The terms "attorneys' fees" or "attorneys' fees and costs" shall also include, without limitation, all such fees and expenses incurred with respect to appeals, arbitrations and bankruptcy proceedings, and whether or not any action or proceeding is brought with respect to the matter for which said fees and expenses were incurred. The term "attorney" shall have the same meaning as the term "counsel."

      (f) <u>Entire Agreement</u>. This Agreement (including the preamble, Recitals and all Exhibits attached hereto) is the final expression of, and contains the entire agreement between, the parties with respect to the subject matter hereof and supersedes all prior understandings with respect thereto with the exception of that certain Bilateral Confidentiality Agreement effective as of February 1, 2011. This Agreement may not be modified, changed, supplemented, superseded, canceled or terminated, nor may any obligations hereunder be waived, except by written instrument signed by the party to be charged or by its agent duly authorized in writing or as otherwise expressly permitted herein. The parties do not intend to confer any benefit hereunder on any person, firm or corporation other than the parties hereto and lawful assignees.

      (g) <u>Assignment</u>. Prior to the Transfer of Title, Buyer may not assign its right, title or interest in this Agreement to any other party without prior written notice to Seller.

1141071.4
2/11/11

-7-

Exhibit B to Stanley Declaration

SER088

(h) Time of Essence.  Seller and Buyer hereby acknowledge and agree that time is strictly of the essence with respect to each and every term, condition, obligation and provision hereof.

(i)  Construction.  Headings at the beginning of each paragraph and subparagraph are solely for the convenience of the parties and are not a part of the Agreement.  Whenever required by the context of this Agreement, the singular shall include the plural and the masculine shall include the feminine and vice versa.  This Agreement shall not be construed as if it had been prepared by one of the parties, but rather as if both parties had prepared the same.  Buyer acknowledges and agrees that Downey Brand LLP has been retained solely to represent the interests of Seller.  Unless otherwise indicated, all references to paragraphs, sections, subparagraphs and subsections are to this Agreement.  All exhibits referred to in this Agreement are attached and incorporated by this reference.

(j)  Governing Law.  The parties hereto acknowledge that this Agreement has been negotiated and entered into in the State of California.  The parties hereto expressly agree that this Agreement shall be governed by, interpreted under, and construed and enforced in accordance with the laws of the State of California.

(k) Possession of Property.  Subject to the Approved Condition of Title, Buyer shall be entitled to the possession of the Property immediately following the Effective Date.

(l)  Counterparts. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same instrument.  For purposes of executing this Agreement, a facsimile or PDF signature shall have the same force and effect as the original.

1141071.4
2/11/11

-8-

Exhibit B to Stanley Declaration

SER089

(m)   <u>Limited Liability</u>.  The obligations of Seller, its agents, representatives or employees, arising by virtue of this Agreement shall be limited to the interest of Seller in the Property and there shall be no recourse against any other assets of Seller, its agents, representatives or employees.  In the event of a Seller breach, Buyer's sole and absolute remedy (regardless of the nature of the cause of action alleged) shall be specific performance.

IN WITNESS WHEREOF, the parties have executed this Agreement the day and year first above written.

BUYER:                                              SELLER:

David van Over,                                    Jim Dobbas, Inc., a California
an individual as an unmarried man                  corporation

_____                            By _____
                                                   Name: Donald James Dobbas
                                                   Its: President

-9-

1141071.4
2/11/11

23                          Exhibit B to Stanley Declaration

SER090

EXHIBIT A

## Description of Real Property

The following described parcels of land are located within the County of Solano, State of California.

### PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian; running thence North along the Quarter Section line to the Southeasterly boundary of the right of way of the Southern Pacific Railroad; thence Southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running East and West through said Section Nineteen (19); thence East and along said Quarter Section line to the place of beginning. EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor B. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10th, 1916, and recorded May 23rd, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows: Beginning at the point of intersection of the Southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian; thence Southwesterly along said Southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle Southeasterly 15 feet to a point; thence at a right angle Northeasterly parallel to said right of way line 265 feet to a point; thence at a right angle Southeasterly 15 feet to a point; thence at a right angle Northeasterly parallel to said right of way line 200 feet to a point; thence at a right angle Northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19; thence North along said East line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

### PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly; thence running Westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company; thence Northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also known as Binghampton Street; thence Easterly and along

CONTINUED

1141071.4
2/11/11

Exhibit B to Stanley Declaration

SER091

Exhibit "A" Cont'd. (Parcel Two)

the southerly line of County Road Number 246, to the intersection of the
westerly line of a street, extended Northerly; thence Southerly and
along the westerly line of a street, extended Northerly to the northerly
line of Edwards Street and the place of beginning. All as said streets
herein referred to are laid down and designated on that certain map
entitled: "PLAN OF RESURVEY OF PORTION OF VACA STATION, PROPERTY OF
W. C. FARMER, SITUATED ON SOUTH WEST ONE QUARTER (S.W. 1/4) OF SECTION
NINETEEN (19) TOWNSHIP VI NORTH RANGE 1 EAST SOLANO COUNTY," surveyed by
E. H. Marshall, Deputy County Surveyor, April 8th, 1870 and now appearing
of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

PARCEL THREE

Beginning at the point of intersection of the westerly line of "A"
Street, extended Northerly, and the northerly line of County Road Number
246 (Holdener Road, formerly shown as Binghampton Street) in Elmira
Townsite, Solano County, California, which point bears North 0° 23' 08"
West, 30 feet and South 89° 55' 06" West, 397.80 feet from the southeast
corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B. & M.;
thence, from said point of beginning, along the northerly line of the
aforementioned Binghampton Street South 89° 55' 06" West, 171.67 feet to
the easterly right-of-way line of the Southern Pacific Railroad; thence
along said easterly right-of-way line South 34° 52' 51" West, 73.21 feet
to the southerly line of said Binghampton Street; thence, along said
southerly line, North 89° 55' 06" East, 171.67 feet to the westerly line
of the aforementioned "A" Street; thence along the prolongation of said
westerly line of "A" Street, North 34° 52' 51" East, 73.21 feet to the
point of beginning.

-2-

Exhibit B to Stanley Declaration

SER092

RECORDING REQUESTED BY

and

WHEN RECORDED MAIL TO

Jim Dobbas, Inc.
P.O. Box 177
Newcastle, CA 95658

Recorded In Official Records,
Solano County
Doc#: 201100013729
2/14/2011    3:22 PM

C

\* *STATE OF CALIFORNIA )*
  *COUNTY OF PLACER      )ss*

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, Jim Dobbas, Inc., a California corporation ("**Grantor**"), hereby RELINQUISHES, REMISES, RELEASES AND FOREVER QUITCLAIMS to David van Over, an unmarried man ("**Grantee**"), all of Grantor's right title and interest (subject to that certain Covenant to Restrict Use of Property dated October 27, 1995/Recorders No. 1995-00068154 and including all appurtenant rights, including mineral rights) in and to that certain real property, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140, and more particularly described on Exhibit A attached hereto and incorporated by this reference (the "Property").

IN WITNESS WHEREOF, this Quitclaim Deed was executed on this the _11_ day of February, 2011.

Jim Dobbas, Inc., a California
Corporation

*The undersigned grantor(s) declare(s)*
*DOCUMENTARY TRANSFER TAX IS $101.20*
*computed on full value of property conveyed or*
*computed on full value less value of liens and*
*Encumbrances remaining at time of sale*
*Unincorporated Area    City of*

By

~~Donald James Dobbas~~

Its:

President

\*

On _FEB 11 2011_ before me, _R. L. ROGERS, NOTARY PUBLIC_
(Name and Title of Officer)
personally appeared _DONALD JAMES DOBBAS_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (NOTARY SEAL)
(Notary Officer)

R. L. ROGERS
Commission # 1835712
Notary Public - California
Placer County
My Comm. Expires Mar 8, 2013

*TAX BILL TO:*
*DAVID VAN OVER*
*216 F STREET #108*
*DAVIS, CA. 95616*

26

Exhibit B to Stanley Declaration

# EXHIBIT A

## Description of Real Property

The following described parcels of land are located within the County of Solano, State of California..

### PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian; running thence North along the Quarter Section line to the Southeasterly boundary of the right of way of the Southern Pacific Railroad; thence Southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running East and West through said Section Nineteen (19); thence East and along said Quarter Section line to the place of beginning. EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor S. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10th, 1916, and recorded May 23rd, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows: Beginning at the point of intersection of the Southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian; thence Southwesterly along said Southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle Southeasterly 15 feet to a point; thence at a right angle Northeasterly parallel to said right of way line 265 feet to a point; thence at a right angle Southeasterly 15 feet to a point; thence at a right angle Northeasterly parallel to said right of way line 200 feet to a point; thence at a right angle Northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19; thence North along said East line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

### PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly; thence running Westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company; thence Northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also known as Binghampton Street; thence Easterly and along

CONTINUED

Exhibit B to Stanley Declaration

SER094

Exhibit "A" Cont'd. (Parcel Two)

the southerly line of County Road Number 246, to the intersection of the westerly line of a street, extended Northerly; thence Southerly and along the westerly line of a street, extended Northerly to the northerly line of Edwards Street and the place of beginning. All as said streets herein referred to are laid down and designated on that certain map entitled: "PLAN OF RESURVEY OF PORTION OF VACA STATION, PROPERTY OF H. C. PARKER, SITUATED ON SOUTH WEST ONE QUARTER (S.W. 1/4) OF SECTION NINETEEN (19) TOWNSHIP VI NORTH RANGE 1 EAST SOLANO COUNTY," surveyed by B. H. Marshall, Deputy County Surveyor, April 8th, 1870 and now appearing of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

## PARCEL THREE

Beginning at the point of intersection of the westerly line of "A" Street, extended Northerly, and the northerly line of County Road Number 246 (Koldaner Road, formerly shown as Binghampton Street) in Elmira Townsite, Solano County, California, which point bears North 6° 23' 08" West, 30 feet and South 89° 55' 06" West, 397.80 feet from the southeast corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B. & M.; thence, from said point of beginning, along the northerly line of the aforementioned Binghampton Street South 89° 55' 06" West, 171.67 feet to the easterly right-of-way line of the Southern Pacific Railroad; thence along said easterly right-of-way line South 34° 52' 51" West, 73.21 feet to the southerly line of said Binghampton Street; thence, along said southerly line, North 89° 55' 06" East, 171.67 feet to the westerly line of the aforementioned "A" Street; thence along the prolongation of said westerly line of "A" Street, North 34° 52' 51" East, 73.21 feet to the point of beginning.

Exhibit B to Stanley Declaration

SER095

## EXHIBIT B

### Quit Claim Deed

RECORDING REQUESTED BY

and

WHEN RECORDED MAIL TO

Jim Dobbas, Inc.
P.O. Box 177
Newcastle, CA 95658

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

### QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, Jim Dobbas, Inc., a California corporation ("**Grantor**"), hereby RELINQUISHES, REMISES, RELEASES AND FOREVER QUITCLAIMS to David van Over, an unmarried man ("**Grantee**"), all of Grantor's right title and interest (subject to that certain Covenant to Restrict Use of Property dated October 27, 1995/Recorders No. 1995-00068154 and including all appurtenant rights, including mineral rights) in and to that certain real property, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140 and more particularly described on Exhibit A attached hereto and incorporated by this reference (the "Property").

IN WITNESS WHEREOF, this Quitclaim Deed was executed on this the ___ day of February, 2011.

Jim Dobbas, Inc., a California
Corporation

_____

By _____
    Donald James Dobbas

Its: _____
    President

On _____ before me, _____,
(Name and Title of Officer)

personally appeared _____, who proved to

me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument

and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by

his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,

executed the instrument

11410714
2/11/11

-3-

Exhibit B to Stanley Declaration

SER096

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (NOTARY SEAL)

      (Notary Officer)

1141071.4
2/11/11

-4-

30           Exhibit B to Stanley Declaration

SER097

## EXHIBIT C

### Environmental Disclosure Document

1. Covenant to Restrict Use of Property dated 10.27.95

2. 2007 BEC Appraisal of the Property

3. Settlement Agreement dated 1984

4. Continental Rail Bankruptcy documents

5. Removal Action Workplan, Draft Final dated October 2009

6. Sampling & Analysis Plan - April 2009

7. Remedial Investigation Report - July 2008

8. Imminent & Substantial Endangerment Determination and Cover Letter dated 11.09.06

9. Operation and Maintenance Agreement 2.26.96

10. Wickes Final Lien_11_22_10

11. Collins and Aikman Bankruptcy Amended Disclosure Statement for the First Amended Joint Plan

12. Background documents on Pacific Wood Preserving

13. 2010 Draft Imminent and Substantial Endangerment Determination and Consent Order and letter dated May 10, 2010

14. 2006 Draft Imminent or Substantial Endangerment Determination Order and Remedial Action Order and letter dated July 24, 2006

15. DTSC's Proof of Claim in the Collins and Aikman Bankruptcy dated January 10, 2006

16. DTSC's Supplement Statement in Support of Proof of Claim dated January 10, 2006

17. DTSC's Summary of Site Conditions, "9/6/06 Meeting between DTSC and Property Owners"

-5-

1141071L4
2/11/11

18. Asphalt Cap Report dated March 1, 2005

19. Pilot Study Work Plan dated March 18, 2005



1141071.4
2/11/11

Exhibit B to Stanley Declaration

SER099

**EXHIBIT D**

**DTSC Notice Letter**

February __, 2011

**VIA FEDERAL EXPRESS**

Department of Toxic Substances Control
1001 I Street
Sacramento, CA 95814-2828
Attention: Chief,
Northern California – Central Cleanup Operations Branch

Re:      **Former Wickes Forest Industries Site; 147 A Street, Elmira, California**

Dear Sir/Madam:

On February **(insert Transfer of Title date)**, 2011, I acquired Jim Dobbas, Inc.'s fifty
percent (50%) interest in the above referenced property for one dollar ($1.00).  On February
**(Insert Transfer of Title date)**, 2011, I acquired Continental Rail, Inc.'s fifty percent (50%)
interest in the above referenced property for one dollar ($1.00). I also agreed to comply with
all applicable environmental laws and all applicable regulatory agency directives pertaining
to the property and the releases from the former Wickes facility.  In addition, I agreed to take
the property subject to DTSC's lien on Jim Dobbas, Inc.'s interest in the property and assume
any liability Jim Dobbas, Inc. has for the lien.  I write to provide my contact information and
to request a meeting with DTSC to discuss site conditions, my plans for the property and the
agency's expectations.

Best Regards,


David van Over
216 F Street #108
Davis, CA 95616
Cell: 775.830.3888
Fax:  530.231.6372


cc: Elizabeth Yelland, DTSC (via E-Mail: EYelland@dtsc.ca.gov )
     Ray Leclerc, DTSC (via E-Mail: rleclerc@dtsc.ca.gov )
     Marilee Hanson, DTSC (via E-Mail: MHanson@dtsc.ca.gov )
     Don Dobbas, Jim Dobbas, Inc. (via E-Mail)
     Nicole Gleason, Downey Brand (via E-Mail)

1141071.4
2/11/11

-7-

33                                    Exhibit B to Stanley Declaration

SER100





34          Exhibit B to Stanley Declaration

# EXHIBIT C

SCIPSWEB

| Situs Address | Etal Name/Assessee Mailing Address | | ◆ |
|---|---|---|---|
| **0142-010-130** | Vanover David | 100.00 % | SA |
| 5385 Holdener Road<br>Unincorporated 🗓 | Vanover David<br>216 F St #108<br>Davis CA 95616 🗓 | | |
| TRA : 91021 | | | |

**Property Information - Roll Being Prepared**

| Land Value | $116,342 | Acres | 4.31 | TRA Chg | 0 | Valued By | AR62 - 06/15/12 |
|---|---|---|---|---|---|---|---|
| Improvements | $10,821 | Lot SqFt | 187,743 | TRA | 91021 | Exempt By | |
| Trees and Vines | $0 | Units | 0 | TRA Last | 91021 | Census | 2529.040 |
| Personalty | $0 | GovtOwn | NO | TRA Year | 00 | Record Map | |
| Fixtures | $0 | CIP Code | NO | TaxRoll CIP | NO | Bill Control | NR |
| Penalties | $0 | Spec Stat | NO | Sublink | 0 | Late File | 00 |
| Total Value | $127,163 | | | | | | |
| Exemption - NA | $0 | Description | 4400 - Manufacturing And Warehousing | | | | |
| Net Total | $127,163 | Subdivison | | | | | |
| | | Created By | Not Coded B0P On //0 | | | | |
| | | | Unit: n/a | | Lot: n/a | | |
| | | | Block: n/a | | Sublot: n/a | | |

**Property Characterisitcs**

NO Property Characteristics Information Available

**SecRoll**

**Auditor Information [ 201617 - 200405 ]**                                                    ▶

| | 2016/17 | 2015/16 | 2014/15 | 2013/14 | 2012/13 | 2011/12 |
|---|---|---|---|---|---|---|
| Status | AC | AC | AC | AC | AC | AC |
| Tax Rate Area | 91021 | 91021 | 91021 | 91021 | 91021 | 91021 |
| TRA Last Year | 91021 | 91021 | 91021 | 91021 | 91021 | 91021 |
| Use Code | 4400 | 4400 | 4400 | 4400 | 4400 | 4400 |
| Govt Owned | NO | NO | NO | NO | NO | NO |
| Exem Status | NA | NA | NA | NA | NA | NA |
| | | | **Full Values** | | | |
| Land | $116,342 | $114,595 | $112,351 | $111,843 | $109,650 | $109,000 |
| Improvements | $10,821 | $10,659 | $10,451 | $10,404 | $10,200 | $21,000 |
| Mineral Rights | $0 | $0 | $0 | $0 | $0 | $0 |
| Trees/Vines | $0 | $0 | $0 | $0 | $0 | $0 |
| Personalty | $0 | $0 | $0 | $0 | $0 | $0 |
| Fixtures | $0 | $0 | $0 | $0 | $0 | $0 |
| Penalties | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Value | $127,163 | $125,254 | $122,802 | $122,247 | $119,850 | $130,000 |
| Exemptions | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Total | $127,163 | $125,254 | $122,802 | $122,247 | $119,850 | $130,000 |
| End of Listing | | | | | | |

| Production | • Help • Contact • Print • E-Mail • | AR00 |
|---|---|---|

SCIPS WEB
Page 1 of 1

| Situs Address | Etal Name/Assessee Mailing Address | | ◆ |
|---|---|---|---|
| **0142-042-010** | Vanover David | 100.00 % | SA |
| 147 A Street<br>Unincorporated 🗎 | Vanover David<br>216 F St #108<br>Davis CA 95616 🗎 | | |
| TRA : 91012 | | | |

**Property Information - Roll Being Prepared**

| | | | | | |
|---|---|---|---|---|---|
| Land Value | $27,056 | Acres | 1.00 | TRA Chg | 0 | Valued By | AR62 - 06/15/12 |
| Improvements | $15,151 | Lot SqFt | 43,560 | TRA | 91012 | Exempt By | |
| Trees and Vines | $0 | Units | 0 | TRA Last | 91012 | Census | 2529.040 |
| Personalty | $0 | GovtOwn | NO | TRA Year | 00 | Record Map | |
| Fixtures | $0 | CIP Code | NO | TaxRoll CIP | NO | Bill Control | NR |
| Penalties | $0 | Spec Stat | NO | Sublink | 0 | Late File | 00 |
| Total Value | $42,207 | | | | | | |
| Exemption - NA | $0 | Description | 4400 - Manufacturing And Warehousing | | |
| Net Total | $42,207 | Subdivison | | | |
| | | Created By | Not Coded B0P On //0 | | |
| | | Unit: n/a | Lot: n/a | | |
| | | Block: n/a | Sublot: n/a | | |

**Property Characterisitcs**

NO Property Characteristics Information Available

**SecRoll**

**Auditor Information [ 201617 - 200405 ]**

| | 2016/17 | 2015/16 | 2014/15 | 2013/14 | 2012/13 | 2011/12 |
|---|---|---|---|---|---|---|
| Status | AC | AC | AC | AC | AC | AC |
| Tax Rate Area | 91012 | 91012 | 91012 | 91012 | 91012 | 91012 |
| TRA Last Year | 91012 | 91012 | 91012 | 91012 | 91012 | 91012 |
| Use Code | 4400 | 4400 | 4400 | 4400 | 4400 | 4400 |
| Govt Owned | NO | NO | NO | NO | NO | NO |
| Exem Status | NA | NA | NA | NA | NA | NA |
| | | | **Full Values** | | | |
| Land | $27,056 | $26,650 | $26,128 | $26,010 | $25,500 | $19,000 |
| Improvements | $15,151 | $14,924 | $14,632 | $14,566 | $14,280 | $31,000 |
| Mineral Rights | $0 | $0 | $0 | $0 | $0 | $0 |
| Trees/Vines | $0 | $0 | $0 | $0 | $0 | $0 |
| Personalty | $0 | $0 | $0 | $0 | $0 | $0 |
| Fixtures | $0 | $0 | $0 | $0 | $0 | $0 |
| Penalties | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Value | $42,207 | $41,574 | $40,760 | $40,576 | $39,780 | $50,000 |
| Exemptions | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Total | $42,207 | $41,574 | $40,760 | $40,576 | $39,780 | $50,000 |
| End of Listing | | | | | | |

| Production | • | Help | • | Contact | • | Print | • | E-Mail | • | AR00 |
|---|---|---|---|---|---|---|---|---|---|---|

37    Exhibit C to Stanley Declaration

SER104

| Situs Address | Etal Name/Assessee Mailing Address | | ◆ |
|---|---|---|---|
| 0142-010-140 | Vanover David | 100.00 % | SA |
| No Situs record on file | Vanover David 216 F St #108 Davis CA 95616 | | |
| TRA : 91012 | | | |

Redemption Inquiry

### Redemption Root

| Redemption Assessee | Redemption Status | |
|---|---|---|
| 0142-010-140 | Pay Plan Status | No pay plan Sale Amount | $64.02 |
| Vanover David | Bankruptcy Status | No Bankruptcy Tax Costs | $60.00 |
| 216 F St #108 | Power to Sell | Power to Sell 10% Late Penalty | $38.30 |
| Davis CA 95616 | First Year Delinquent | 2011/12 Spec Asmt Taxes | $34.56 |
| | Prev Pay Plan Pmnts | $0.00 Total Taxes | $348.90 |
| Vacant Industrial Land | Prev Banko Pmts | $0.00 Outstanding Fees | $1,309.50 |
| Eligible for Power To Sell - 2014/15 | Starting Interest | $129.36 Interest Rate | 1.50% |
| R&T - 3 Year Power To Sell | Month Paid | Not Paid Off Monthly Interest | $5.75 |

Active Sale Number 2012001709

| Payoff | Roll | Fees | Audit | Abstrct | PenRqst |

| Redemption Root Pay Off | | Current Amount Due $1,978.12 |
|---|---|---|

| Totals Due | Interest: | To Redeem: | To Start Five Pay: |
|---|---|---|---|
| July | $135.11 | $1,926.37 | N/A |
| August | $140.86 | $1,932.12 | N/A |
| September | $146.61 | $1,937.87 | N/A |
| October | $152.36 | $1,943.62 | N/A |
| November | $158.11 | $1,949.37 | N/A |
| December | $163.86 | $1,955.12 | N/A |
| January | $169.61 | $1,960.87 | N/A |
| February | $175.36 | $1,966.62 | N/A |
| ST March | $181.11 | $1,972.37 | N/A |
| ST April | $186.86 | $1,978.12 | N/A |
| May | $192.61 | $1,983.87 | N/A |
| June | $198.36 | $1,989.62 | N/A |

End of Listing

| Production | • Help • Contact • Print • E-Mail • | TX56 |

Exhibit C to Stanley Declaration

| Situs Address | Etal Name/Assessee Mailing Address | | ◈ |
|---|---|---|---|
| 0142-042-010 | Vanover David | 100.00 % | SA |
| 147 A Street Unincorporated ☐ | Vanover David 216 F St #108 Davis CA 95616 ☐ | | |
| TRA : 91012 | | | |

Refund

Redemption Inquiry

### Redemption Root

| Redemption Assessee | Redemption Status | Active Sale Number | 2012001710 |
|---|---|---|---|
| 0142-042-010 | Pay Plan Status | No pay plan Sale Amount | $653.34 |
| Vanover David | Bankruptcy Status | No Bankruptcy Tax Costs | $50.00 |
| 216 F St #108 | Power to Sell | Power to Sell 10% Late Penalty | $258.88 |
| Davis CA 95616 | First Year Delinquent | 2011/12 Spec Asmt Taxes | $195.56 |
| | Prev Pay Plan Pmnts | $0.00 Total Taxes | $2,393.74 |
| Manufacturing And Warehousing | Prev Banko Pmts | $0.00 Outstanding Fees | $1,312.50 |
| Eligible for Power To Sell - 2014/15 | Starting Interest | $949.44 Interest Rate | 1.50% |
| R&T - 3 Year Power To Sell | Month Paid | Not Paid Off Monthly Interest | $38.83 |

Payoff   Roll   Fees   Audit

Abstrct  PenRqst

Redemption Root Pay Off                    Current Amount Due $5,548.42

| Totals Due | Interest: | To Redeem: | To Start Five Pay: |
|---|---|---|---|
| July | $988.27 | $5,198.95 | N/A |
| August | $1,027.10 | $5,237.78 | N/A |
| September | $1,065.93 | $5,276.61 | N/A |
| October | $1,104.76 | $5,315.44 | N/A |
| November | $1,143.59 | $5,354.27 | N/A |
| December | $1,182.42 | $5,393.10 | N/A |
| January | $1,221.25 | $5,431.93 | N/A |
| February | $1,260.08 | $5,470.76 | N/A |
| ST March | $1,298.91 | $5,509.59 | N/A |
| ST April | $1,337.74 | $5,548.42 | N/A |
| May | $1,376.57 | $5,587.25 | N/A |
| June | $1,415.40 | $5,626.08 | N/A |

End of Listing

Production          • Help • Contact • Print • E-Mail •          TX56

39          Exhibit C to Stanley Declaration

| Situs Address | Etal Name/Assessee Mailing Address | | ◆ |
|---|---|---|---|
| 0142-010-130 | Vanover David | 100.00 % | SA |
| 5385 Holdener Road | | | |
| Unincorporated ☐ | Vanover David | | |
| | 216 F St #108 | | |
| TRA : 91021 | Davis CA  95616 ☐ | | |

Redemption Inquiry

| Redemption Root | | | |
|---|---|---|---|
| Redemption Assessee | Redemption Status | Active Sale Number | 2012001708 |
| 0142-010-130 | Pay Plan Status | No pay plan Sale Amount | $1,786.78 |
| Vanover David | Bankruptcy Status | No Bankruptcy Tax Costs | $50.00 |
| 216 F St #108 | Power to Sell | Power to Sell 10% Late Penalty | $786.72 |
| Davis CA  95616 | First Year Delinquent | 2011/12 Spec Asmt Taxes | $884.12 |
| | Prev Pay Plan Pmnts | $0.00 Total Taxes | $6,983.60 |
| Manufacturing And Warehousing | Prev Banko Pmts | $0.00 Outstanding Fees | $1,312.50 |
| Eligible for Power To Sell - 2014/15 | Starting Interest | $2,812.32 Interest Rate | 1.50% |
| R&T - 3 Year Power To Sell | Month Paid | Not Paid Off Monthly Interest | $118.01 |

| Payoff | Roll | Fees | Audit | | Abstrct | PenRqst |

| Redemption Root Pay Off | | Current Amount Due $14,009.36 |
|---|---|---|

| Totals Due | Interest: | To Redeem: | To Start Five Pay: |
|---|---|---|---|
| July | $2,930.33 | $12,947.27 | N/A |
| August | $3,048.34 | $13,065.28 | N/A |
| September | $3,166.35 | $13,183.29 | N/A |
| October | $3,284.36 | $13,301.30 | N/A |
| November | $3,402.37 | $13,419.31 | N/A |
| December | $3,520.38 | $13,537.32 | N/A |
| January | $3,638.39 | $13,655.33 | N/A |
| February | $3,756.40 | $13,773.34 | N/A |
| ST March | $3,874.41 | $13,891.35 | N/A |
| ST April | $3,992.42 | $14,009.36 | N/A |
| May | $4,110.43 | $14,127.37 | N/A |
| June | $4,228.44 | $14,245.38 | N/A |
| End of Listing | | | |

| Production | • | Help | • | Contact | • | Print | • | E-Mail | • | | TX56 |

Exhibit C to Stanley Declaration

1   XAVIER BECERRA
    Attorney General of California
2   SARAH E. MORRISON, State Bar No. 143459
    Supervising Deputy Attorney General
3   OLIVIA W. KARLIN, State Bar No. 150432
    LAURA J. ZUCKERMAN (Counsel for service)
4   State Bar No. 161896 Deputy Attorneys General
      1515 Clay Street, 20th Floor
5     Oakland, CA 94612
      Telephone:  (510) 879-1299
6     Fax:  (510) 622-2270
      E-mail:  Laura.Zuckerman@doj.ca.gov
7   *Attorneys for Plaintiffs California*
    *Department of Toxic Substances Control and the*
8   *Toxic Substances Control Account*

9               IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14 **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | 2:14-cv-00595-WBS-EFB |
| 15 | **DECLARATION OF JASON XIAO IN** |
| 16                               Plaintiffs, | **SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 17       v. | **ON THE LIABILITY OF DEFENDANT DAVID VAN OVER; EXHIBITS** |
| 18                               Defendants. | Date:        June 12, 2017 |

19   **JIM DOBBAS, INC., a California**          Time:        1:30 p.m.
     **corporation; CONTINENTAL RAIL, INC.,**    Place:       Courtroom 5, 14th Floor
20   **a Delaware corporation; DAVID VAN**                    501 I Street
     **OVER, individually; PACIFIC WOOD**                     Sacramento, CA  95814
21   **PRESERVING, a dissolved California**       Trial:       September 13, 2017
     **corporation; WEST COAST WOOD**            Action Filed: March 3, 2014
22   **PRESERVING, LLC., a Nevada limited**
     **liability company; and COLLINS &**
23   **AIKMAN PRODUCTS, LLC, a Delaware**
     **limited liability company,**
24                               Defendants.

25

26   **AND RELATED COUNTERCLAIMS AND**
     **CROSS-CLAIMS**

27

28

                                        1

DECLARATION OF JASON XIAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

SER108

I, Jason Xiao, declare as follows:

I make this declaration in support of the Motion for Partial Summary Judgment on the Liability of David Van Over filed by Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, DTSC). The facts stated in this declaration are based on my personal knowledge and on my review of files which DTSC maintains in the regular course of business. If called as a witness, I could and would competently testify to the following:

## Background and Qualifications

1. I have been employed by DTSC as the Accounting Administrator I (Supervisor) for DTSC's Cost Recovery Billing Unit (the "CRBU") since January 2014. My primary responsibility is the development and implementation of policies and procedures for the accounting and recording of payments, receivables, receipts, and the recovery of site mitigation, corrective action, and costs incurred by DTSC under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. section 9601 et seq. ("CERCLA").

2. I supervise, and provide guidance to, the CRBU's staff regarding accounting functions, helping to ensure that the CRBU accurately processes and records transactions related to accounts receivable, receipts, and cost recovery billing. I have a Bachelor's of Science in Business Administration with a concentration in Accounting from California State University at Sacramento.

3. I provide litigation support for DTSC for actions taken by the Office of the Attorney General to recover DTSC's costs incurred for site cleanup and oversight work in actions against responsible parties. The CRBU is responsible for billing responsible parties for site cleanup and oversight costs incurred by DTSC. The CRBU maintains documentation supporting costs incurred by DTSC for site cleanup and oversight costs.

## Response Costs Incurred by DTSC Between July 1, 1987 and December 31, 2016

4. I have obtained cost information for the real properties located at the intersection of A Street and Holdener Road, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site"), also known as the

2

1    Wickes Forest Industries – Solano site, from the CRBU and DTSC's Accounts Receivable

2    Department in order to review and analyze information related to DTSC's costs incurred at the

3    Site that have been invoiced but are unpaid.  DTSC's response costs for a given site are included

4    with each invoice on a document called a Summary By Activity Report ("SBA").  At the Site,

5    there is one Project Number and Project Name for activities within the Site, and therefore there is

6    one SBA for the Site.

7        5.  My review of the SBA for the Site indicates that DTSC's response costs at the Site consist

8    of the types of costs typically incurred when DTSC performs oversight work on site cleanup or

9    corrective action projects.   These costs include direct labor (which includes salaries), travel costs,

10   electricity costs, contractor costs, and indirect costs.  Documentation supporting these different

11   costs is maintained by DTSC and includes, but is not limited to, employee time sheets, travel

12   claims, contract billing invoices, and indirect cost rate allocation plans.

13       6.      For the purposes of tracking costs relating to the Site, as with other sites, DTSC

14   used the California State Accounting & Reporting System ("CALSTARS") for expenses incurred

15   from July 1, 1987, to June 30, 2015, and the Financial Information System for California

16   ("FI$Cal") for expenses incurred from July 1, 2015, to December 31, 2016.  CALSTARS had its

17   own series of codes that identify the type of each cost, the activity to which the cost is related,

18   and, if appropriate, the specific site or project where the cost was incurred.  The type of cost and

19   the activity to which the cost is related are defined by the Project Cost Account ("PCA") code.

20   Each DTSC program has its own series of direct and indirect PCAs.  A direct PCA is one that can

21   be identified with a specific direct program activity, contract, or project.  An indirect PCA defines

22   an activity which is necessary to support direct activities, benefits more than one direct activity,

23   and cannot be easily attributed to specific direct activities.  These indirect costs are allocated back

24   to direct activities by DTSC's indirect cost allocation plan.  The site/project code identifies costs

25   with a specific site, or a project within a Site.  FI$Cal collects and identifies cost data in the same

26   way CALSTARS does.  However, there are two changes in the naming convention in FI$Cal.

27   PCA and Project ID, used in CALSTARS, have been replaced by Activity ID and Customer ID in

28   FI$Cal.

3

7.     Employee time sheets form the basis for direct labor charges to specific sites or projects. DTSC employees record time in the daily log system (DTSC's timekeeping software) using the appropriate PCA and site codes for all the various activities performed during the pay period, including direct activities, indirect activities, and paid time off. At the end of the pay period, the daily log system generates a time sheet. Employees certify the accuracy of their time sheets by their signatures, and the time sheets are reviewed by the employees' direct supervisors, who also certify the time sheets with their signatures. The certified time sheets are then forwarded to DTSC's Fiscal Systems Unit, which enters the time sheet data into CALSTARS and FI$Cal. The CALSTARS and FI$Cal system's labor distribution process then distributes the cost of the individual salaries to those activities and sites identified on the time sheets.

8.     Travel claims form the basis for travel charges to specific sites or projects. DTSC staff generally complete travel claims on a monthly basis. The travel claims indicate the purpose of the trip, identify the costs incurred, and are coded with the appropriate PCA and site codes. Original receipts to support the travel costs are attached to the travel claims as necessary. The claimant incurring the travel charges certifies the costs by signing the travel claim, and the claimant's direct supervisor also reviews and certifies the travel claim with his or her signature. The certified travel claim is then forwarded to DTSC's Accounts Payable Unit, which reviews the travel claim for compliance with State travel policies and reimbursement rates and makes adjustments to the claim as necessary.

9.     Contract charges are supported by billing invoices received from DTSC contractors. The invoices are submitted to the Business Contracts & Business Management Unit, which reviews the invoices to ensure that the amounts charged are consistent with the contract terms. The Business Contracts & Business Management Unit forwards a copy of the invoice to DTSC's Contract Manager, who reviews the invoice and certifies that the costs were incurred for work performed in accordance with the contract's statement of work. The Contract Manager also puts the appropriate CALSTARS or FI$Cal coding on the billing invoice. The Contract Manager then forwards the approved invoice to the Accounting Unit, and the Accounting Unit enters the invoice into the CALSTARs or FI$Cal system for payment.

4

DECLARATION OF JASON XIAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-W

SER111

10.     Indirect costs charged to the Site are calculated by applying the indirect cost rates, which are determined by the indirect cost allocation plans, to the direct labor costs.  DTSC's Fiscal Systems Unit is responsible for the development of the indirect cost allocation plans and the calculation of the indirect cost rates.  Indirect cost rates are calculated every six months and are based on the prior 12 months of accounting data.  Indirect costs are grouped into logical, homogenous cost pools representing the various levels of overhead and indirect costs incurred to maintain DTSC's ability to perform its functions.  Each cost pool is allocated to the appropriate direct activities benefiting from that cost pool on the basis of relative ratio of direct labor costs.  After all the cost pools are allocated to direct activities, an indirect cost rate for each of the three direct DTSC programs is calculated by dividing total indirect costs allocated to each program by the total direct labor costs for each program.  This leads to the indirect cost rate which is applied to the site-specific direct labor costs in order to allocate an appropriate share of indirect costs to each site.

11.     DTSC's Cost Recovery Billing Unit maintains and operates the Cost Recovery Billing System ("CRBS") which takes the site-specific cost data from the CALSTARS and/or FI$Cal system and generates SBAs for each site cleanup project and bills the responsible parties for each site on a quarterly basis.  The costs are reconciled by DTSC's Cost Recovery Billing Unit to CALSTARS or FI$Cal accounting reports to insure that all the site-specific costs in CALSTARS or FI$Cal are accounted for in the CRBS database.

12.     DTSC sent eighteen (18) invoices to defendant David Van Over ("Van Over"), each attaching the SBA report, between September 2012 and February 2017 demanding payment of DTSC's response costs for the Site.  The invoiced amounts are set forth in the table below. True and correct copies of these eighteen (18) invoices are attached hereto as Exhibit A.  Van Over did not pay any portion of any of these invoices.

///

///

///

5

| Site or Project Code | Invoice No. | Invoice Date | Billing Period | Amount Invoiced |
|---|---|---|---|---|
| 100164 | 12SM0958 | 9/18/2012 | 01/2011 - 02/2011 | 27,267.30 |
| 100164 | 12SM0959 | 9/18/2012 | 03/2011 - 06/2012 | 1,151,575.50 |
| 100164 | 12SM1246 | 10/31/2012 | 07/2012 - 09/2012 | 50,212.19 |
| 100164 | 12SM2478 | 2/11/2013 | 10/2012 - 12/2012 | 9,499.25 |
| 100164 | 12SM3214 | 5/1/2013 | 01/2013 - 03/2013 | 7,367.77 |
| 100164 | 13SM0229 | 9/11/2013 | 04/2013 - 06/2013 | 38,118.83 |
| 100164 | 13SM1992 | 12/2/2013 | 07/2013 - 09/2013 | 9,049.06 |
| 100164 | 13SM4055 | 6/2/2014 | 10/2013 - 03/2014 | 110,971.90 |
| 100164 | 14SM1204 | 8/28/2014 | 04/2014 - 06/2014 | 82,084.71 |
| 100164 | 14SM2154 | 11/26/2014 | 07/2014 - 09/2014 | 36,235.16 |
| 100164 | 14SM3717 | 2/24/2015 | 10/2014 - 12/2014 | 23,322.40 |
| 100164 | 14SM4195 | 5/5/2015 | 01/2015 - 03/2015 | 111,018.20 |
| 100164 | 15SM0499 | 9/1/2015 | 04/2015 - 06/2015 | 43,656.31 |
| 100164 | 15SM2544 | 3/8/2016 | 07/2015 - 12/2015 | 46,540.21 |
| 100164 | 15SM4075 | 5/26/2016 | 01/2016 - 03/2016 | 6,068.80 |
| 100164 | 16SM0531 | 9/15/2016 | 04/2016 - 06/2016 | 13,777.03 |
| 100164 | 16SM2083 | 11/21/2016 | 07/2016 - 09/2016 | 33,474.64 |
| 100164 | 16SM3050 | 2/16/2017 | 10/2016 - 12/2016 | 31,595.62 |

**Interest**

13.    I have also overseen the calculation of interest for the Site under CERCLA.  For costs that were invoiced to one or more of the Defendants, including Van Over, and which remain unpaid, my staff calculated interest from the date of the cost incurred through December 31, 2016 in the amount of $207,265.73.  The use of these dates and the accrual of interest are in accordance

6

DECLARATION OF JASON XIAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-W SER 113

1   with CERCLA, 42 U.S.C. §9607(a)(4). DTSC also incurred bond interest that was included in

2   invoiced costs from July 1, 1987 through December 31, 1996 of $13,884.74.

3                   **Total Unreimbursed Response Costs for the Site**

4          14.     I have determined from the invoices that DTSC has invoiced response costs at the

5   Site, including bond interest, in an amount totaling $3,134,681.97 through December 31, 2016.

6   DTSC has also incurred attorneys' fees for representation by the Attorney General's Office in

7   prosecuting this cost recovery action, which are not included in these amounts. Taking into

8   account all payments made by other defendants who have settled their liability in this case, and

9   other offsets and adjustments, including the addition of CERCLA interest, DTSC's unreimbursed

10  response costs for the Site through December 31, 2016 total $2,364,434.10. A true and correct

11  copy of this calculation is attached as Exhibit B hereto.

12         I declare under penalty of perjury that the foregoing is true and correct to the best of my

13  knowledge and that this declaration was executed in Sacramento, California on May 5, 2017.

14

15                                                          _____

16                                                          Jason Xiao
                                                            Accounting Administrator I
17                                                          Cost Recovery Billing Unit
                                                            Dept. of Toxic Substances Control

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JASON XIAO IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-W     SER 114

# EXHIBIT A

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM0958
09/18/2012
8:36:48

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 01/2011   thru 02/2011   ) | $27,267.30 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM0958 Charges | $27,267.30 |
| Interest Due from Late Payment of Previous Invoices | $3,618.97 |

*(Invoice #s 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 03SM1391; 04SM0233; 04SM0973;  )*

**Total of New Charges**
*(Invoice #12SM0958 Charges and Late Payment Interest)*      **$30,886.27**

---

**PLEASE NOTE:**     Our records indicate a total balance (including the amount noted above) of **$984,657.20** is now due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-1189 for bank information.

If paying by credit card, please complete the form below and fax to (916) 322-0274 or call (916) 324-3150 for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:    __American Express  __Discover  __Mastercard  __Visa

Card Number: ___ ___ ___ ___    Expiration Date (Mo/Yr) ____ / _____

Total Being Paid:   $_____

Signature: _____    Telephone No.   (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____ By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

---

THIS SECTION FOR DEPARTMENT USE ONLY

Invoice No. _____

CID #               Approved        Not Approved

Exhibit A to Xiao Declaration

SER116

**Return with Remittance**

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM0958
09/18/2012
8:36:48

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 01/2011   thru 02/2011   ) | $27,267.30 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM0958 Charges | $27,267.30 |
| Interest Due from Late Payment of Previous Invoices | $3,618.97 |

*(Invoice #s 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395;*
*10SM1166; 10SM2482; 03SM1391; 04SM0233; 04SM0973;  )*

**Total of New Charges**
*(Invoice #12SM0958 Charges and Late Payment Interest)*                                **$30,886.27**

| **PLEASE NOTE:** | Our records indicate a total balance (including the amount noted above) of **$984,657.20** is now due on this project. (Please refer to the Statement of Account for more detailed information. |
|---|---|

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 1 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0958
09/18/2012
08:36:48

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (9/13/2011) | | $1,039,087.48 |
| Current Charges (01/2011 thru 02/2011): | $27,267.30 | |
| Advance Applied: | $0.00 | |
| Invoice #12SM0958      Subtotal | | $27,267.30 |
| Late Payment Interest | | $3,618.97 |
| Payments Received | | $0.00 |
| Account Adjustments: | | ($85,295.38) |
| **Total due to DTSC:** | | $984,678.37 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 9/13/2011 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 9/18/2012 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $2,019.62 | $0.00 | $6.49 | $0.00 | $0.00 | $2,026.11 |
| 04SM0233 | 8/19/2004 | $36.84 | $0.00 | $0.08 | $0.00 | $0.00 | $36.92 |
| 04SM0973 | 11/2/2004 | $11,820.65 | $0.00 | $38.24 | $0.00 | $0.00 | $11,858.89 |
| 04SM1655 | 1/25/2005 | $3,186.17 | $0.00 | $10.34 | $0.00 | $0.00 | $3,196.51 |
| 04SM2576 | 4/27/2005 | $8,241.31 | $0.00 | $26.87 | $0.00 | $0.00 | $8,268.18 |
| 05SM0033 | 8/17/2005 | $6,661.08 | $0.00 | $21.87 | $0.00 | $0.00 | $6,682.95 |
| 09SM2744 | 3/26/2010 | $739,416.40 | $0.00 | $2,818.11 | $0.00 | $0.00 | $742,234.51 |
| 09SM2784 | 4/29/2010 | $43,352.15 | $0.00 | $165.31 | $0.00 | $0.00 | $43,517.46 |
| 10SM0395 | 9/9/2010 | $72,967.66 | $0.00 | $278.80 | $0.00 | $0.00 | $73,246.46 |
| 10SM1166 | 11/4/2010 | $35,783.60 | $0.00 | $136.84 | $0.00 | $0.00 | $35,920.44 |
| 10SM2482 | 3/22/2011 | $30,285.45 | $0.00 | $116.02 | $0.00 | $0.00 | $30,401.47 |
| 10SM2495 | 5/2/2011 | $39,040.25 | $0.00 | $0.00 | $0.00 | ($39,019.08) | $21.17 |
| 11SM0405 | 9/13/2011 | $46,276.30 | $0.00 | $0.00 | $0.00 | ($46,276.30) | $0.00 |
| 12SM0958 | 9/18/2012 | $0.00 | $27,267.30 | $0.00 | $0.00 | $0.00 | $27,267.30 |
| | | $1,039,087.48 | $27,267.30 | $3,618.97 | $0.00 | ($85,295.38) | $984,678.37 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

| | |
|---|---:|
| Advance Balance Forward from 09/13/2011 | $0.00 |
| Advance Credits Applied to Current Period Charges | $0.00 |
| **Remaining Advance Payment/Credit Balance** | $0.00 |

## PAYMENTS (Since Last Statement)

**No Activity Since Last Statement**

## ACCOUNT ADJUSTMENTS

| | | |
|---|---|---:|
| 9/17/2012 | Invoice cancellation (10SM2495) | ($39,019.08) |
| 9/17/2012 | Invoice cancellation (11SM0405) | ($46,276.30) |
| | **\*\*Total Account Adjustments** | ($85,295.38) |

Exhibit A to Xiao Declaration

SER118

**STATEMENT OF ACCOUNT**

Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0958
09/18/2012
08:36:48

**Project Name:    WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:      100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 9/14/2011 thru 9/30/2011 | $1,689.82 | | 0.480% / 365 | | 17 | | $0.38 |
| 03SM1391 | 10/1/2011 thru 12/31/2011 | $1,689.82 | | 0.377% / 365 | | 92 | | $1.60 |
| 03SM1391 | 1/1/2012 thru 3/31/2012 | $1,689.82 | | 0.378% / 365 | | 91 | | $1.59 |
| 03SM1391 | 4/1/2012 thru 6/30/2012 | $1,689.82 | | 0.374% / 365 | | 91 | | $1.58 |
| 03SM1391 | 7/1/2012 thru 9/18/2012 | $1,689.82 | | 0.361% / 365 | | 80 | | $1.34 |
| | **Subtotal for 03SM1391 | | | | | | | $6.49 |
| 04SM0233 | 9/14/2011 thru 9/30/2011 | $20.41 | | 0.480% / 365 | | 17 | | $0.00 |
| 04SM0233 | 10/1/2011 thru 12/31/2011 | $20.41 | | 0.377% / 365 | | 92 | | $0.02 |
| 04SM0233 | 1/1/2012 thru 3/31/2012 | $20.41 | | 0.378% / 365 | | 91 | | $0.02 |
| 04SM0233 | 4/1/2012 thru 6/30/2012 | $20.41 | | 0.374% / 365 | | 91 | | $0.02 |
| 04SM0233 | 7/1/2012 thru 9/18/2012 | $20.41 | | 0.361% / 365 | | 80 | | $0.02 |
| | **Subtotal for 04SM0233 | | | | | | | $0.08 |
| 04SM0973 | 9/14/2011 thru 9/30/2011 | $9,958.98 | | 0.480% / 365 | | 17 | | $2.23 |
| 04SM0973 | 10/1/2011 thru 12/31/2011 | $9,958.98 | | 0.377% / 365 | | 92 | | $9.45 |
| 04SM0973 | 1/1/2012 thru 3/31/2012 | $9,958.98 | | 0.378% / 365 | | 91 | | $9.39 |
| 04SM0973 | 4/1/2012 thru 6/30/2012 | $9,958.98 | | 0.374% / 365 | | 91 | | $9.29 |
| 04SM0973 | 7/1/2012 thru 9/18/2012 | $9,958.98 | | 0.361% / 365 | | 80 | | $7.88 |
| | **Subtotal for 04SM0973 | | | | | | | $38.24 |
| 04SM1655 | 9/14/2011 thru 9/30/2011 | $2,693.57 | | 0.480% / 365 | | 17 | | $0.60 |
| 04SM1655 | 10/1/2011 thru 12/31/2011 | $2,693.57 | | 0.377% / 365 | | 92 | | $2.56 |
| 04SM1655 | 1/1/2012 thru 3/31/2012 | $2,693.57 | | 0.378% / 365 | | 91 | | $2.54 |
| 04SM1655 | 4/1/2012 thru 6/30/2012 | $2,693.57 | | 0.374% / 365 | | 91 | | $2.51 |
| 04SM1655 | 7/1/2012 thru 9/18/2012 | $2,693.57 | | 0.361% / 365 | | 80 | | $2.13 |
| | **Subtotal for 04SM1655 | | | | | | | $10.34 |
| 04SM2576 | 9/14/2011 thru 9/30/2011 | $6,998.59 | | 0.480% / 365 | | 17 | | $1.56 |
| 04SM2576 | 10/1/2011 thru 12/31/2011 | $6,998.59 | | 0.377% / 365 | | 92 | | $6.64 |
| 04SM2576 | 1/1/2012 thru 3/31/2012 | $6,998.59 | | 0.378% / 365 | | 91 | | $6.60 |
| 04SM2576 | 4/1/2012 thru 6/30/2012 | $6,998.59 | | 0.374% / 365 | | 91 | | $6.53 |
| 04SM2576 | 7/1/2012 thru 9/18/2012 | $6,998.59 | | 0.361% / 365 | | 80 | | $5.54 |
| | **Subtotal for 04SM2576 | | | | | | | $26.87 |
| 05SM0033 | 9/14/2011 thru 9/30/2011 | $5,694.89 | | 0.480% / 365 | | 17 | | $1.27 |
| 05SM0033 | 10/1/2011 thru 12/31/2011 | $5,694.89 | | 0.377% / 365 | | 92 | | $5.41 |
| 05SM0033 | 1/1/2012 thru 3/31/2012 | $5,694.89 | | 0.378% / 365 | | 91 | | $5.37 |
| 05SM0033 | 4/1/2012 thru 6/30/2012 | $5,694.89 | | 0.374% / 365 | | 91 | | $5.31 |
| 05SM0033 | 7/1/2012 thru 9/18/2012 | $5,694.89 | | 0.361% / 365 | | 80 | | $4.51 |
| | **Subtotal for 05SM0033 | | | | | | | $21.87 |
| 09SM2744 | 9/14/2011 thru 9/30/2011 | $733,905.42 | | 0.480% / 365 | | 17 | | $164.07 |
| 09SM2744 | 10/1/2011 thru 12/31/2011 | $733,905.42 | | 0.377% / 365 | | 92 | | $697.39 |
| 09SM2744 | 1/1/2012 thru 3/31/2012 | $733,905.42 | | 0.378% / 365 | | 91 | | $691.64 |
| 09SM2744 | 4/1/2012 thru 6/30/2012 | $733,905.42 | | 0.374% / 365 | | 91 | | $684.32 |
| 09SM2744 | 7/1/2012 thru 9/18/2012 | $733,905.42 | | 0.361% / 365 | | 80 | | $580.69 |
| | **Subtotal for 09SM2744 | | | | | | | $2,818.11 |
| 09SM2784 | 9/14/2011 thru 9/30/2011 | $43,051.22 | | 0.480% / 365 | | 17 | | $9.62 |
| 09SM2784 | 10/1/2011 thru 12/31/2011 | $43,051.22 | | 0.377% / 365 | | 92 | | $40.92 |
| 09SM2784 | 1/1/2012 thru 3/31/2012 | $43,051.22 | | 0.378% / 365 | | | | $40.57 |

**STATEMENT OF ACCOUNT**

Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0958
09/18/2012
08:36:48

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | | | | |
| Project Code: | **100164  - SM** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 09SM2784 | 4/1/2012 thru 6/30/2012 | $43,051.22 | 0.374% / 365 | 91 | $40.14 |
| 09SM2784 | 7/1/2012 thru 9/18/2012 | $43,051.22 | 0.361% / 365 | 80 | $34.06 |
| | **Subtotal for 09SM2784 | | | | **$165.31** |
| 10SM0395 | 9/14/2011 thru 9/30/2011 | $72,607.04 | 0.480% / 365 | 17 | $16.23 |
| 10SM0395 | 10/1/2011 thru 12/31/2011 | $72,607.04 | 0.377% / 365 | 92 | $68.99 |
| 10SM0395 | 1/1/2012 thru 3/31/2012 | $72,607.04 | 0.378% / 365 | 91 | $68.43 |
| 10SM0395 | 4/1/2012 thru 6/30/2012 | $72,607.04 | 0.374% / 365 | 91 | $67.70 |
| 10SM0395 | 7/1/2012 thru 9/18/2012 | $72,607.04 | 0.361% / 365 | 80 | $57.45 |
| | **Subtotal for 10SM0395 | | | | **$278.80** |
| 10SM1166 | 9/14/2011 thru 9/30/2011 | $35,635.26 | 0.480% / 365 | 17 | $7.97 |
| 10SM1166 | 10/1/2011 thru 12/31/2011 | $35,635.26 | 0.377% / 365 | 92 | $33.86 |
| 10SM1166 | 1/1/2012 thru 3/31/2012 | $35,635.26 | 0.378% / 365 | 91 | $33.58 |
| 10SM1166 | 4/1/2012 thru 6/30/2012 | $35,635.26 | 0.374% / 365 | 91 | $33.23 |
| 10SM1166 | 7/1/2012 thru 9/18/2012 | $35,635.26 | 0.361% / 365 | 80 | $28.20 |
| | **Subtotal for 10SM1166 | | | | **$136.84** |
| 10SM2482 | 9/14/2011 thru 9/30/2011 | $30,213.99 | 0.480% / 365 | 17 | $6.75 |
| 10SM2482 | 10/1/2011 thru 12/31/2011 | $30,213.99 | 0.377% / 365 | 92 | $28.72 |
| 10SM2482 | 1/1/2012 thru 3/31/2012 | $30,213.99 | 0.378% / 365 | 91 | $28.47 |
| 10SM2482 | 4/1/2012 thru 6/30/2012 | $30,213.99 | 0.374% / 365 | 91 | $28.17 |
| 10SM2482 | 7/1/2012 thru 9/18/2012 | $30,213.99 | 0.361% / 365 | 80 | $23.91 |
| | **Subtotal for 10SM2482 | | | | **$116.02** |

**Total Interest Charges of this type for Project

$3,618.97

**Total New Interest Charges for Project :**

$3,618.97

13

Exhibit A to Xiao Declaration

SER120

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                          12SM0958
P.O. Box 806                                                          09/18/2012
Sacramento, CA  95812-0806
                                                                      08:36:48

**Project Name:**     **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**   **100164  - SM**          Reporting Period: 01/2011 thru 02/2011

---

**Direct Labor - 2010/2011**

*PCA - 11045  - ENFORCEMENT ACTIONS/AGREEMENTS (STATE)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HUME RB | Supvng Hazardous Substnc Engr I | | 01/2011 | 4.75 | 330.44 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 02/2011 | 4.75 | 330.44 |
| | **Subtotal for PCA - 11045** | | | **9.50** | **$660.88** |

*PCA - 17045  - ENFORCEMENT ACTIONS (STATE ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HUME RB | Supvng Hazardous Substnc Engr I | | 02/2011 | 0.75 | 52.17 |
| | **Subtotal for PCA - 17045** | | | **0.75** | **$52.17** |

*PCA - 17060  - REMOVAL ACTIONS (STATE ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 01/2011 | 4.00 | 281.72 |
| HANSON M | Staff Counsel III-Spec | | 01/2011 | 2.00 | 131.46 |
| HANSON M | Staff Counsel III-Spec | | 02/2011 | 3.25 | 213.63 |
| | **Subtotal for PCA - 17060** | | | **9.25** | **$626.81** |

*PCA - 17075  - REMEDIAL ACTIONS (STATE ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| ALFARO ER | Assoc Govtl Prog Analyst | | 01/2011 | 1.00 | 43.57 |
| MACNICHOLL P | Hazardous Substnc Engr | | 01/2011 | 13.00 | 794.04 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 02/2011 | 1.50 | 65.40 |
| MACNICHOLL P | Hazardous Substnc Engr | | 02/2011 | 28.00 | 1,710.23 |
| | **Subtotal for PCA - 17075** | | | **43.50** | **$2,613.24** |
| | **** Direct Labor - 2010/2011 Totals** | | | **63.00** | **$3,953.10** |

**Indirect Labor - 2010/2011**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2010 | Jan - Jun | TSCA 0557 | 1.8913 | $3,953.10 | 7,476.50 |
| | | **** Indirect Labor - 2010/2011 Totals** | | **$3,953.10** | **$7,476.50** |

**Contract Charges - 2010/2011**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 4534466 | 02/2011 | 15,597.20 |
| | | **** Contract Charges - 2010/2011 Totals** | | | **$15,597.20** |

**Other Charges - 2010/2011**

| Fund | Amount |
|------|--------|
| 0018 | 240.50 |
| **** Other Charges - 2010/2011 Totals** | **$240.50** |
| **** Total - 2010/2011 Charges** | **$27,267.30** |
| **** Total Project 100164    Charges** | **$27,267.30** |

Exhibit A to Xiao Declaration
                                                                      SER121

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM0959
09/18/2012
9:17:43

| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 03/2011   thru 06/2012   ) | $1,151,575.50 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM0959 Charges | $1,151,575.50 |
| | |
| Interest Due from Late Payment of Previous Invoices | $0.00 |

**Total of New Charges**
*(Invoice #12SM0959 Charges and Late Payment Interest)*                        **$1,151,575.50**

| **PLEASE NOTE:** | Our records indicate a total balance (including the amount noted above) of **$2,136,232.70** is now due on this project. (Please refer to the Statement of Account for more detailed information. |

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-1189 for bank information.

If paying by credit card, please complete the form below and fax to (916) 322-0274 or call (916) 324-3150 for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:     __American Express  __Discover  __Mastercard  __Visa

Card Number:     _____ _____ _____ _____      Expiration Date (Mo/Yr)    ____ / _____

Total Being Paid:     $ _____

Signature: _____      Telephone No.    (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____  By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.   _____
CID #                                              Approved                    Not Approved

Exhibit A to Xiao Declaration
**Return with Remittance**                                                SER122

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM0959
09/18/2012
9:17:43

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164   - SM**

| | |
|---|---|
| Current Charges (Costs Incurred 03/2011   thru 06/2012   ) | $1,151,575.50 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM0959 Charges | $1,151,575.50 |
| Interest Due from Late Payment of Previous Invoices | $0.00 |

**Total of New Charges**
*(Invoice #12SM0959 Charges and Late Payment Interest)*                                    **$1,151,575.50**

| PLEASE NOTE: | Our records indicate a total balance (including the amount noted above) of **$2,136,232.70** is now due on this project. (Please refer to the Statement of Account for more detailed information. |
|---|---|

Agreement Numbers (if applicable):

Exhibit A to Xiao Declaration

SER123

RP Copy

# STATEMENT OF ACCOUNT

Page 1 of 1

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0959
09/18/2012
09:17:43

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164   - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (9/18/2012) | | $984,657.20 |
| Current Charges (03/2011 thru 06/2012): | $1,151,575.50 | |
| Advance Applied: | $0.00 | |
| Invoice #12SM0959      Subtotal | | $1,151,575.50 |
| Late Payment Interest | | $0.00 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,136,232.70 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 9/18/2012 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 9/18/2012 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $2,026.11 | $0.00 | $0.00 | $0.00 | $0.00 | $2,026.11 |
| 04SM0233 | 8/19/2004 | $36.92 | $0.00 | $0.00 | $0.00 | $0.00 | $36.92 |
| 04SM0973 | 11/2/2004 | $11,858.89 | $0.00 | $0.00 | $0.00 | $0.00 | $11,858.89 |
| 04SM1655 | 1/25/2005 | $3,196.51 | $0.00 | $0.00 | $0.00 | $0.00 | $3,196.51 |
| 04SM2576 | 4/27/2005 | $8,268.18 | $0.00 | $0.00 | $0.00 | $0.00 | $8,268.18 |
| 05SM0033 | 8/17/2005 | $6,682.95 | $0.00 | $0.00 | $0.00 | $0.00 | $6,682.95 |
| 09SM2744 | 3/26/2010 | $742,234.51 | $0.00 | $0.00 | $0.00 | $0.00 | $742,234.51 |
| 09SM2784 | 4/29/2010 | $43,517.46 | $0.00 | $0.00 | $0.00 | $0.00 | $43,517.46 |
| 10SM0395 | 9/9/2010 | $73,246.46 | $0.00 | $0.00 | $0.00 | $0.00 | $73,246.46 |
| 10SM1166 | 11/4/2010 | $35,920.44 | $0.00 | $0.00 | $0.00 | $0.00 | $35,920.44 |
| 10SM2482 | 3/22/2011 | $30,401.47 | $0.00 | $0.00 | $0.00 | $0.00 | $30,401.47 |
| 12SM0958 | 9/18/2012 | $27,267.30 | $0.00 | $0.00 | $0.00 | $0.00 | $27,267.30 |
| 12SM0959 | 9/18/2012 | $0.00 | $1,151,575.50 | $0.00 | $0.00 | $0.00 | $1,151,575.50 |
| | | $984,657.20 | $1,151,575.50 | $0.00 | $0.00 | $0.00 | $2,136,232.70 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 09/18/2012                                    $0.00

Advance Credits Applied to Current Period Charges                          $0.00

**Remaining Advance Payment/Credit Balance**    $0.00

**PAYMENTS (Since Last Statement)**
  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER124

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0959
09/18/2012
09:17:43

RESPONSIBLE PARTY(RP) LISTING

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**   **100164   - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
   216 F ST # 108
   DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
   PO BOX 177
   NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
   3218 NACOGDOCHES RD # 8
   SAN ANTONIO, TX  78217-3321

Exhibit A to Xiao Declaration

SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0959
09/18/2012
09:17:43

**Project Name:**  **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**  **100164  - SM**

Reporting Period: 03/2011 thru 06/2012

**Direct Labor - 2010/2011**

*PCA - 11045  - ENFORCEMENT ACTIONS/AGREEMENTS (STATE)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HUME RB | Supvng Hazardous Substnc Engr I | | 03/2011 | 5.00 | 332.00 |
| | **Subtotal for PCA - 11045** | | | **5.00** | **$332.00** |

*PCA - 11060  - REMOVAL ACTIONS (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HUME RB | Supvng Hazardous Substnc Engr I | | 05/2011 | 2.50 | 166.00 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 06/2011 | 3.50 | 232.40 |
| | **Subtotal for PCA - 11060** | | | **6.00** | **$398.40** |

*PCA - 17060  - REMOVAL ACTIONS (STATE ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 03/2011 | 3.00 | 201.68 |
| HANSON M | Staff Counsel III-Spec | | 03/2011 | 9.25 | 580.36 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 04/2011 | 8.00 | 531.22 |
| TSE TK | Hazardous Substnc Engr | | 04/2011 | 2.00 | 125.05 |
| HANSON M | Staff Counsel III-Spec | | 04/2011 | 7.75 | 559.93 |
| TSE TK | Hazardous Substnc Engr | | 05/2011 | 1.00 | 59.70 |
| HANSON M | Staff Counsel III-Spec | | 05/2011 | 6.25 | 431.03 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 06/2011 | 9.00 | 663.32 |
| HANSON M | Staff Counsel III-Spec | | 06/2011 | 1.50 | 104.47 |
| | **Subtotal for PCA - 17060** | | | **47.75** | **$3,256.76** |

*PCA - 17075  - REMEDIAL ACTIONS (STATE ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| ROSS S | Hazardous Substnc Engr | | 03/2011 | 2.00 | 113.66 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 03/2011 | 12.00 | 499.23 |
| MACNICHOLL P | Hazardous Substnc Engr | | 03/2011 | 37.50 | 2,186.36 |
| BARRAGAN M | Office Techn-Typing | | 03/2011 | 3.00 | 87.35 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 04/2011 | 2.00 | 87.17 |
| MACNICHOLL P | Hazardous Substnc Engr | | 04/2011 | 31.50 | 2,105.51 |
| BARRAGAN M | Office Techn-Typing | | 04/2011 | 1.00 | 30.51 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 05/2011 | 19.50 | 811.23 |
| MACNICHOLL P | Hazardous Substnc Engr | | 05/2011 | 36.50 | 2,328.85 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 06/2011 | 8.00 | 332.81 |
| MACNICHOLL P | Hazardous Substnc Engr | | 06/2011 | 83.00 | 5,295.64 |
| BARRAGAN M | Office Techn-Typing | | 06/2011 | 0.75 | 21.85 |
| | **Subtotal for PCA - 17075** | | | **236.75** | **$13,900.17** |

*PCA - 17090  - O&M (STATE ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 05/2011 | 1.00 | 73.71 |
| | **Subtotal for PCA - 17090** | | | **1.00** | **$73.71** |
| | **** Direct Labor - 2010/2011 Totals** | | | **296.50** | **$17,961.04** |

**Indirect Labor - 2010/2011**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2010 | Jan - Jun | TSCA 0557 | 1.8913 | $17,961.04 | 33,969.71 |

19    Exhibit A to Xiao Declaration    SER126

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM0959
09/18/2012
09:17:43

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**   **100164  - SM**

Reporting Period: 03/2011 thru 06/2012

---

|  | ** Indirect Labor - 2010/2011 Totals | $17,961.04 | | $33,969.71 |
|---|---|---|---|---|

**Contract Charges - 2010/2011**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|---|---|---|---|---|---|
| 0018 | C07T3406 | URS CORPORATION | 4641672 | 05/2011 | 5,418.73 |
| | | ** Contract Charges - 2010/2011 Totals | | | **$5,418.73** |

**Other Charges - 2010/2011**

| Fund | Amount |
|---|---|
| 0018 | 608.20 |
| ** Other Charges - 2010/2011 Totals | **$608.20** |

| ** Total - 2010/2011 Charges | **$57,957.68** |
|---|---|

Exhibit A to Xiao Declaration

SUMMARY BY ACTIVITY                                    Page 3 of 5

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    12SM0959
P.O. Box 806                                                    09/18/2012
Sacramento, CA  95812-0806
                                                                09:17:43

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:** **100164  - SM**          Reporting Period: 03/2011 thru 06/2012

---

**Direct Labor - 2011/2012**

### PCA - 11045  - ENFORCEMENT ACTIONS/AGREEMENTS (STATE)

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HUME RB | Supvng Hazardous Substnc Engr I | | 11/2011 | 1.00 | 69.68 |
| KOYASAKO SK | Asst Chief Counsel | | 02/2012 | 1.00 | 89.09 |
| | **Subtotal for PCA - 11045** | | | **2.00** | **$158.77** |

### PCA - 11060  - REMOVAL ACTIONS (STATE)

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HUME RB | Supvng Hazardous Substnc Engr I | | 07/2011 | 8.50 | 567.08 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 08/2011 | 2.75 | 183.47 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 09/2011 | 9.00 | 600.42 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 10/2011 | 17.25 | 1,205.64 |
| HUME RB | Supvng Hazardous Substnc Engr I | | 11/2011 | 4.50 | 313.54 |
| | **Subtotal for PCA - 11060** | | | **42.00** | **$2,870.15** |

### PCA - 11095  - CASE DEVELP & COST RECOVERY (STATE)

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| ROSS S | Hazardous Substnc Engr | | 07/2011 | 7.00 | 438.36 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 03/2012 | 2.00 | 148.68 |
| KOYASAKO SK | Asst Chief Counsel | | 05/2012 | 0.75 | 64.64 |
| | **Subtotal for PCA - 11095** | | | **9.75** | **$651.68** |

### PCA - 11115  - PUBLIC PARTICIPATION (STATE)

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MAJHAIL R | Public Participation Spec | | 01/2012 | 6.10 | 266.41 |
| MAJHAIL R | Public Participation Spec | | 02/2012 | 0.10 | 4.57 |
| MAJHAIL R | Public Participation Spec | | 03/2012 | 0.30 | 13.11 |
| MAJHAIL R | Public Participation Spec | | 05/2012 | 0.80 | 34.93 |
| | **Subtotal for PCA - 11115** | | | **7.30** | **$319.02** |

### PCA - 17045  - ENFORCEMENT ACTIONS (ORPHAN/NPL)

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| KOYASAKO SK | Asst Chief Counsel | | 03/2012 | 1.00 | 82.43 |
| | **Subtotal for PCA - 17045** | | | **1.00** | **$82.43** |

### PCA - 17060  - REMOVAL ACTIONS (ORPHAN/NPL)

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HANSON M | Staff Counsel III-Spec | | 07/2011 | 8.70 | 609.40 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 08/2011 | 4.00 | 296.19 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 09/2011 | 19.00 | 1,406.92 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 10/2011 | 142.00 | 11,015.57 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 11/2011 | 42.00 | 3,109.96 |
| HANSON M | Staff Counsel III-Spec | | 11/2011 | 0.25 | 17.49 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 12/2011 | 13.00 | 966.39 |
| HANSON M | Staff Counsel III-Spec | | 12/2011 | 0.50 | 35.08 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 01/2012 | 8.00 | 594.72 |
| HANSON M | Staff Counsel III-Spec | | 01/2012 | 10.25 | 715.16 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 02/2012 | 10.00 | 778.77 |
| HANSON M | Staff Counsel III-Spec | | 02/2012 | 13.75 | 937.25 |
| GLIKMAN A | Staff Counsel III-Spec | | 02/2012 | 5.00 | 359.42 |

Exhibit X to Xiao Declaration                         SE 00128

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

12SM0959  
09/18/2012  
09:17:43

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Number:** **100164  - SM**

Reporting Period: 03/2011 thru 06/2012

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 03/2012 | 2.00 | 148.68 |
| HANSON M | Staff Counsel III-Spec | | 03/2012 | 17.50 | 1,227.59 |
| CONNOR J | Staff Counsel | | 03/2012 | 3.00 | 153.94 |
| GLIKMAN A | Staff Counsel III-Spec | 03/2012 | 02/2012 | 0.00 | (24.57) |
| GLIKMAN A | Staff Counsel III-Spec | | 03/2012 | 10.00 | 679.71 |
| HANSON M | Staff Counsel III-Spec | | 04/2012 | 5.75 | 441.53 |
| CONNOR J | Staff Counsel | | 04/2012 | 0.75 | 44.03 |
| HANSON M | Staff Counsel III-Spec | | 05/2012 | 9.25 | 677.81 |
| HANSON M | Staff Counsel III-Spec | | 06/2012 | 2.25 | 164.93 |
| | **Subtotal for PCA - 17060** | | | **326.95** | **$24,355.97** |

*PCA - 17070  - REMEDIAL DESIGN (ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 08/2011 | 6.00 | 444.29 |
| | **Subtotal for PCA - 17070** | | | **6.00** | **$444.29** |

*PCA - 17075  - REMEDIAL ACTIONS (ORPHAN/NPL)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| ALFARO ER | Assoc Govtl Prog Analyst | | 07/2011 | 1.00 | 41.79 |
| MACNICHOLL P | Hazardous Substnc Engr | | 07/2011 | 54.00 | 3,461.22 |
| BARRAGAN M | Office Techn-Typing | | 07/2011 | 0.50 | 14.60 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 08/2011 | 28.50 | 1,190.96 |
| MACNICHOLL P | Hazardous Substnc Engr | | 08/2011 | 25.50 | 1,634.43 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 09/2011 | 13.00 | 543.26 |
| MACNICHOLL P | Hazardous Substnc Engr | | 09/2011 | 54.50 | 3,493.25 |
| MITCHELL V | Staff Toxicologist-Spec | | 09/2011 | 7.00 | 369.82 |
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 10/2011 | 3.00 | 229.18 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 10/2011 | 23.75 | 1,039.74 |
| BEUTLER K | Sr Industrial Hygienist | | 10/2011 | 6.00 | 298.74 |
| MACNICHOLL P | Hazardous Substnc Engr | | 10/2011 | 34.50 | 2,316.63 |
| BAILEY J | Assoc Industrial Hygienist | | 10/2011 | 7.50 | 344.02 |
| LEWIS JR M | Hazardous Substnc Engr | | 10/2011 | 38.00 | 1,942.21 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 11/2011 | 6.00 | 261.34 |
| MACNICHOLL P | Hazardous Substnc Engr | | 11/2011 | 78.00 | 4,999.55 |
| BARRAGAN M | Office Techn-Typing | | 11/2011 | 0.25 | 7.56 |
| LEWIS JR M | Hazardous Substnc Engr | | 11/2011 | 8.00 | 390.31 |
| MACNICHOLL P | Hazardous Substnc Engr | 12/2011 | 06/2011 | 0.00 | 0.04 |
| MACNICHOLL P | Hazardous Substnc Engr | | 12/2011 | 9.75 | 627.60 |
| MACNICHOLL P | Hazardous Substnc Engr | | 01/2012 | 54.50 | 3,508.09 |
| BARRAGAN M | Office Techn-Typing | | 01/2012 | 1.25 | 38.21 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 02/2012 | 13.50 | 619.23 |
| MACNICHOLL P | Hazardous Substnc Engr | | 02/2012 | 50.25 | 3,388.54 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 03/2012 | 1.50 | 65.68 |
| MACNICHOLL P | Hazardous Substnc Engr | 03/2012 | 09/2011 | 0.00 | 0.02 |
| MACNICHOLL P | Hazardous Substnc Engr | | 03/2012 | 16.25 | 1,046.00 |
| DIBIASIO K | Staff Toxicologist-Spec | | 04/2012 | 34.00 | 2,228.14 |
| MACNICHOLL P | Hazardous Substnc Engr | | 04/2012 | 29.75 | 2,092.42 |
| MACNICHOLL P | Hazardous Substnc Engr | | 05/2012 | 24.00 | 1,611.28 |
| MACNICHOLL P | Hazardous Substnc Engr | | 06/2012 | 17.75 | 1,191.67 |
| | **Subtotal for PCA - 17075** | | | **641.50** | **$38,995.53** |
| | **\*\* Direct Labor - 2011/2012 Totals** | | | **1,036.50** | **$67,877.84** |

Exhibit A to Xiao Declaration

SER129

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    12SM0959
P.O. Box 806                                                     09/18/2012
Sacramento, CA  95812-0806
                                                                09:17:43

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**  **100164   - SM**              Reporting Period: 03/2011 thru 06/2012

**Indirect Labor - 2011/2012**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2010 | Jan - Jun | TSCA 0557 | 1.8913 | $0.04 | 0.08 |
| 2011 | Jul - Dec | TSCA 0557 | 1.7618 | $44,485.71 | 78,374.94 |
| 2011 | Jan - Jun | TSCA 0557 | 1.6800 | $23,392.09 | 39,298.71 |
| | | ** Indirect Labor - 2011/2012 Totals | | **$67,877.84** | **$117,673.73** |

**Contract Charges - 2011/2012**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 4735933 | 07/2011 | 14,382.10 |
| 0018 | C10T1069 | ARCADIS | 0386447 | 07/2011 | 12,731.18 |
| 0018 | C07T3406 | URS CORPORATION | 4783759 | 09/2011 | 13,156.55 |
| 0018 | C10T1069 | ARCADIS | 0408631 | 11/2011 | 1,124.00 |
| 0018 | C10T1069 | ARCADIS | 0408633 | 11/2011 | 2,588.50 |
| 0018 | C10T1069 | ARCADIS | 0408731 | 11/2011 | 29,491.13 |
| 0018 | C10T1069 | ARCADIS | 0408736 | 11/2011 | 4,334.55 |
| 0018 | C10T1069 | ARCADIS | 0410823 | 11/2011 | 6,029.40 |
| 0018 | C10T1069 | ARCADIS | 0410919 | 11/2011 | 31,376.34 |
| 0018 | C10T1069 | ARCADIS | 0410920 | 11/2011 | 4,512.83 |
| 0018 | C07T3406 | URS CORPORATION | 4869846 | 12/2011 | 4,820.92 |
| 0018 | C10T1069 | ARCADIS | 0416659 | 01/2012 | 40,217.46 |
| 0018 | C07T3406 | URS CORPORATION | 4943776 | 02/2012 | 15,560.74 |
| 0018 | C10T1069 | ARCADIS | 0425388 | 02/2012 | 33,705.05 |
| 0018 | C10T1069 | ARCADIS | 0425392 | 02/2012 | 26,077.49 |
| 0018 | C10T1069 | ARCADIS | 0425392 | 02/2012 | 157,812.07 |
| 0018 | C10T1069 | ARCADIS | 0425392 | 02/2012 | 33,557.61 |
| 0018 | C10T1069 | ARCADIS | 0428673 | 03/2012 | 80,299.07 |
| 0018 | C10T1069 | ARCADIS | 0425404 | 03/2012 | 121,551.51 |
| 0018 | C10T1069 | ARCADIS | 0428664 | 03/2012 | 225,024.54 |
| 0018 | C10T1069 | ARCADIS | 0432992 | 03/2012 | 28,619.74 |
| 0018 | C10T1069 | ARCADIS | 0448355 | 06/2012 | 19,364.00 |
| | ** Contract Charges - 2011/2012 Totals | | | | **$906,336.78** |

**Travel Charges - 2011/2012**

| | Fund | Amount |
|---|------|--------|
| | 0557 | 91.02 |
| ** Travel Charges - 2011/2012 Totals | | **$91.02** |

**Other Charges - 2011/2012**

| | Fund | Amount |
|---|------|--------|
| | 0018 | 1,620.04 |
| | 0557 | 18.41 |
| ** Other Charges - 2011/2012 Totals | | **$1,638.45** |
| ** Total - 2011/2012 Charges | | **$1,093,617.82** |
| ** Total Project 100164     Charges | | **$1,151,575.50** |

# INVOICE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM1246
10/31/2012
10:15:54

| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164   - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 07/2012   thru 09/2012   ) | $50,212.19 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM1246 Charges | $50,212.19 |
| Interest Due from Late Payment of Previous Invoices | $391.22 |

*(Invoice #s 03SM1391; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744;*
*09SM2784; 10SM0395; 10SM1166; 10SM2482; 04SM0233;  )*

**Total of New Charges**
*(Invoice #12SM1246 Charges and Late Payment Interest)*                                    **$50,603.41**

---

**PLEASE NOTE:**   Our records indicate a total balance (including the amount noted above) of **$2,186,836.11** is now
due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-1189 for bank information.

If paying by credit card, please complete the form below and fax to (916) 322-0274 or call (916) 324-3150 for assistance.

Company Name:

Name on Credit Card:

Type of Card:      __American Express   __Discover   __Mastercard   __Visa

Card Number:      _____ _____ _____ _____      Expiration Date (Mo/Yr)      ____ / _____

Total Being Paid:      $

Signature:                                                          Telephone No.      (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances
Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____ By providing your email address, you agree to receive the credit card
receipt by email.

### Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The
purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of
the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC
Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento,
California  95812-0806.

---

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.
CID #                                                          Approved                    Not Approved

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM1246
10/31/2012
10:15:54

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 07/2012   thru 09/2012   ) | $50,212.19 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM1246 Charges | $50,212.19 |
| Interest Due from Late Payment of Previous Invoices | $391.22 |

*(Invoice #s 03SM1391; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 04SM0233;  )*

**Total of New Charges**
*(Invoice #12SM1246 Charges and Late Payment Interest)*   **$50,603.41**

| | |
|---|---|
| **PLEASE NOTE:** | Our records indicate a total balance (including the amount noted above) of **$2,186,836.11** is now due on this project. (Please refer to the Statement of Account for more detailed information. |

Agreement Numbers (if applicable):

25

Exhibit A to Xiao Declaration

**RP Copy**

# STATEMENT OF ACCOUNT

Page 1 of 2

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM1246
10/31/2012
10:15:54

**Project Name:**  **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**  **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (9/18/2012) | | $2,136,232.70 |
| Current Charges (07/2012 thru 09/2012): | $50,212.19 | |
| Advance Applied: | $0.00 | |
| Invoice #12SM1246     Subtotal | | $50,212.19 |
| Late Payment Interest | | $391.22 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,186,836.11 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 9/18/2012 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 10/31/2012 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $2,026.11 | $0.00 | $0.70 | $0.00 | $0.00 | $2,026.81 |
| 04SM0233 | 8/19/2004 | $36.92 | $0.00 | $0.01 | $0.00 | $0.00 | $36.93 |
| 04SM0973 | 11/2/2004 | $11,858.89 | $0.00 | $4.13 | $0.00 | $0.00 | $11,863.02 |
| 04SM1655 | 1/25/2005 | $3,196.51 | $0.00 | $1.12 | $0.00 | $0.00 | $3,197.63 |
| 04SM2576 | 4/27/2005 | $8,268.18 | $0.00 | $2.91 | $0.00 | $0.00 | $8,271.09 |
| 05SM0033 | 8/17/2005 | $6,682.95 | $0.00 | $2.36 | $0.00 | $0.00 | $6,685.31 |
| 09SM2744 | 3/26/2010 | $742,234.51 | $0.00 | $304.65 | $0.00 | $0.00 | $742,539.16 |
| 09SM2784 | 4/29/2010 | $43,517.46 | $0.00 | $17.87 | $0.00 | $0.00 | $43,535.33 |
| 10SM0395 | 9/9/2010 | $73,246.46 | $0.00 | $30.14 | $0.00 | $0.00 | $73,276.60 |
| 10SM1166 | 11/4/2010 | $35,920.44 | $0.00 | $14.79 | $0.00 | $0.00 | $35,935.23 |
| 10SM2482 | 3/22/2011 | $30,401.47 | $0.00 | $12.54 | $0.00 | $0.00 | $30,414.01 |
| 12SM0958 | 9/18/2012 | $27,267.30 | $0.00 | $0.00 | $0.00 | $0.00 | $27,267.30 |
| 12SM0959 | 9/18/2012 | $1,151,575.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,151,575.50 |
| 12SM1246 | 10/31/2012 | $0.00 | $50,212.19 | $0.00 | $0.00 | $0.00 | $50,212.19 |
| | | $2,136,232.70 | $50,212.19 | $391.22 | $0.00 | $0.00 | $2,186,836.11 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 09/18/2012                                                         $0.00

Advance Credits Applied to Current Period Charges                                              $0.00

**Remaining Advance Payment/Credit Balance**      $0.00

### PAYMENTS (Since Last Statement)
  **No Activity Since Last Statement**

### ACCOUNT ADJUSTMENTS
  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER133

**STATEMENT OF ACCOUNT**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

12SM1246  
10/31/2012  
10:15:54

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Code:** **100164  - SM**

<u>CALCULATION OF AB 1651 INTEREST CHARGES</u>

| Invoice # | Period Outstanding | Balance Subject To Interest X | Daily Rate X | Days Outstanding = | Total Interest |
|---|---|---|---|---|---|
| 03SM1391 | 9/19/2012 thru 9/30/2012 | $1,689.82 | 0.361% / 365 | 12 | $0.20 |
| 03SM1391 | 10/1/2012 thru 10/31/2012 | $1,689.82 | 0.349% / 365 | 31 | $0.50 |
| | **Subtotal for 03SM1391 | | | | **$0.70** |
| 04SM0233 | 9/19/2012 thru 9/30/2012 | $20.41 | 0.361% / 365 | 12 | $0.00 |
| 04SM0233 | 10/1/2012 thru 10/31/2012 | $20.41 | 0.349% / 365 | 31 | $0.01 |
| | **Subtotal for 04SM0233 | | | | **$0.01** |
| 04SM0973 | 9/19/2012 thru 9/30/2012 | $9,958.98 | 0.361% / 365 | 12 | $1.18 |
| 04SM0973 | 10/1/2012 thru 10/31/2012 | $9,958.98 | 0.349% / 365 | 31 | $2.95 |
| | **Subtotal for 04SM0973 | | | | **$4.13** |
| 04SM1655 | 9/19/2012 thru 9/30/2012 | $2,693.57 | 0.361% / 365 | 12 | $0.32 |
| 04SM1655 | 10/1/2012 thru 10/31/2012 | $2,693.57 | 0.349% / 365 | 31 | $0.80 |
| | **Subtotal for 04SM1655 | | | | **$1.12** |
| 04SM2576 | 9/19/2012 thru 9/30/2012 | $6,998.59 | 0.361% / 365 | 12 | $0.83 |
| 04SM2576 | 10/1/2012 thru 10/31/2012 | $6,998.59 | 0.349% / 365 | 31 | $2.08 |
| | **Subtotal for 04SM2576 | | | | **$2.91** |
| 05SM0033 | 9/19/2012 thru 9/30/2012 | $5,694.89 | 0.361% / 365 | 12 | $0.68 |
| 05SM0033 | 10/1/2012 thru 10/31/2012 | $5,694.89 | 0.349% / 365 | 31 | $1.68 |
| | **Subtotal for 05SM0033 | | | | **$2.36** |
| 09SM2744 | 9/19/2012 thru 9/30/2012 | $733,905.42 | 0.361% / 365 | 12 | $87.10 |
| 09SM2744 | 10/1/2012 thru 10/31/2012 | $733,905.42 | 0.349% / 365 | 31 | $217.55 |
| | **Subtotal for 09SM2744 | | | | **$304.65** |
| 09SM2784 | 9/19/2012 thru 9/30/2012 | $43,051.22 | 0.361% / 365 | 12 | $5.11 |
| 09SM2784 | 10/1/2012 thru 10/31/2012 | $43,051.22 | 0.349% / 365 | 31 | $12.76 |
| | **Subtotal for 09SM2784 | | | | **$17.87** |
| 10SM0395 | 9/19/2012 thru 9/30/2012 | $72,607.04 | 0.361% / 365 | 12 | $8.62 |
| 10SM0395 | 10/1/2012 thru 10/31/2012 | $72,607.04 | 0.349% / 365 | 31 | $21.52 |
| | **Subtotal for 10SM0395 | | | | **$30.14** |
| 10SM1166 | 9/19/2012 thru 9/30/2012 | $35,635.26 | 0.361% / 365 | 12 | $4.23 |
| 10SM1166 | 10/1/2012 thru 10/31/2012 | $35,635.26 | 0.349% / 365 | 31 | $10.56 |
| | **Subtotal for 10SM1166 | | | | **$14.79** |
| 10SM2482 | 9/19/2012 thru 9/30/2012 | $30,213.99 | 0.361% / 365 | 12 | $3.59 |
| 10SM2482 | 10/1/2012 thru 10/31/2012 | $30,213.99 | 0.349% / 365 | 31 | $8.95 |
| | **Subtotal for 10SM2482 | | | | **$12.54** |

**Total Interest Charges of this type for Project | **$391.22**

**Total New Interest Charges for Project :** | **$391.22**

Exhibit A to Xiao Declaration

SER134

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                          12SM1246
P.O. Box 806                                                          10/31/2012
Sacramento, CA  95812-0806
                                                                     10:15:54

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**     **100164   - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
   216 F ST # 108
   DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
   PO BOX 177
   NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
   3218 NACOGDOCHES RD # 8
   SAN ANTONIO, TX  78217-3321

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    12SM1246
P.O. Box 806                                                     10/31/2012
Sacramento, CA  95812-0806
                                                                10:15:54

**Project Name:**     **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**   **100164   - SM**              Reporting Period: 07/2012 thru 09/2012

---

**Direct Labor - 2012/2013**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HANSON M | Staff Counsel III-Spec | | 07/2012 | 0.50 | 35.68 |
| MACNICHOLL P | Hazardous Substnc Engr | | 07/2012 | 0.50 | 32.71 |
| MACNICHOLL P | Hazardous Substnc Engr | | 08/2012 | 1.00 | 65.42 |
| MACNICHOLL P | Hazardous Substnc Engr | | 09/2012 | 0.50 | 34.27 |
| | Subtotal for PCA - 11018 | | | **2.50** | **$168.08** |

*PCA - 11019  - TECHNICAL SUPPORT & CONSULTATION (STATE)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MAJHAIL R | Public Participation Spec | | 08/2012 | 0.10 | 4.26 |
| | Subtotal for PCA - 11019 | | | **0.10** | **$4.26** |

*PCA - 11025  - OTHER SITE MITIGATION ACTIVITIES*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| BARRAGAN M | Office Techn-Typing | | 08/2012 | 0.50 | 14.93 |
| | Subtotal for PCA - 11025 | | | **0.50** | **$14.93** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| ALFARO ER | Assoc Govtl Prog Analyst | | 07/2012 | 19.00 | 811.04 |
| MACNICHOLL P | Hazardous Substnc Engr | | 07/2012 | 3.00 | 196.25 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 08/2012 | 7.00 | 529.01 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 08/2012 | 23.00 | 981.78 |
| HANSON M | Staff Counsel III-Spec | | 08/2012 | 2.50 | 178.40 |
| MACNICHOLL P | Hazardous Substnc Engr | | 08/2012 | 17.00 | 1,112.07 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 09/2012 | 5.50 | 435.45 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 09/2012 | 8.50 | 380.10 |
| MACNICHOLL P | Hazardous Substnc Engr | | 09/2012 | 11.25 | 770.99 |
| | Subtotal for PCA - 17018 | | | **96.75** | **$5,395.09** |
| | ** Direct Labor - 2012/2013 Totals | | | **99.85** | **$5,582.36** |

**Indirect Labor - 2012/2013**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2012 | Jul - Dec | TSCA 0557 | 1.5419 | $5,582.36 | 8,607.44 |
| | | ** Indirect Labor - 2012/2013 Totals | | **$5,582.36** | **$8,607.44** |

**Contract Charges - 2012/2013**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 5188980 | 08/2012 | 15,031.01 |
| 0018 | C07T3406 | URS CORPORATION | 5102719 | 09/2012 | 20,991.38 |
| | ** Contract Charges - 2012/2013 Totals | | | | **$36,022.39** |
| | ** Total - 2012/2013 Charges | | | | **$50,212.19** |
| | ** Total Project 100164     Charges | | | | **$50,212.19** |

Exhibit A to Xiao Declaration
                                                                 SER136

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM2478
02/11/2013
9:59:32

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164   - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2012   thru 12/2012   ) | $9,499.25 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM2478 Charges | $9,499.25 |
| Interest Due from Late Payment of Previous Invoices | $2,544.01 |

*(Invoice #s 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784;
10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 03SM1391;
04SM0233;  )*

**Total of New Charges**
*(Invoice #12SM2478 Charges and Late Payment Interest)*                **$12,043.26**

---

**PLEASE NOTE:**     Our records indicate a total balance (including the amount noted above) of **$2,197,009.51** is now
due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-1189 for bank information.

If paying by credit card, please complete the form below and fax to (916) 322-0274 or call (916) 324-3150 for assistance.

Company Name:

Name on Credit Card:

Type of Card:     __American Express  __Discover  __Mastercard  __Visa

Card Number:                                           Expiration Date (Mo/Yr)      ____ / _____

Total Being Paid:     $

Signature:                                                Telephone No.     (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances
Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____ By providing your email address, you agree to receive the credit card
receipt by email.

Privacy Statement:
The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The
purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of
the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC
Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento,
California  95812-0806.

---

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.
CID #                                            Approved                    Not Approved

Exhibit A to Xiao Declaration
                                                                SER137
**Return with Remittance**

# INVOICE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM2478
02/11/2013
9:59:32

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 10/2012   thru 12/2012   ) | $9,499.25 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM2478 Charges | $9,499.25 |
| Interest Due from Late Payment of Previous Invoices | $2,544.01 |

*(Invoice #s 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 03SM1391; 04SM0233;  )*

**Total of New Charges**
*(Invoice #12SM2478 Charges and Late Payment Interest)*                    **$12,043.26**

| | |
|---|---|
| **PLEASE NOTE:** | Our records indicate a total balance (including the amount noted above) of **$2,197,009.51** is now due on this project. (Please refer to the Statement of Account for more detailed information. |

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 1 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM2478
02/11/2013
09:59:32

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (10/31/2012) | | $2,186,836.11 |
| Current Charges (10/2012 thru 12/2012): | $9,499.25 | |
| Advance Applied: | $0.00 | |
| Invoice #12SM2478     Subtotal | | $9,499.25 |
| Late Payment Interest | | $2,544.01 |
| Payments Received | | ($1,869.64) |
| Account Adjustments: | | ($0.22) |
| **Total due to DTSC:** | | **$2,197,009.51** |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 10/31/2012 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 2/11/2013 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $2,026.81 | $0.00 | $0.12 | ($1,869.64) | ($0.22) | $157.07 |
| 04SM0233 | 8/19/2004 | $36.93 | $0.00 | $0.02 | $0.00 | $0.00 | $36.95 |
| 04SM0973 | 11/2/2004 | $11,863.02 | $0.00 | $9.43 | $0.00 | $0.00 | $11,872.45 |
| 04SM1655 | 1/25/2005 | $3,197.63 | $0.00 | $2.55 | $0.00 | $0.00 | $3,200.18 |
| 04SM2576 | 4/27/2005 | $8,271.09 | $0.00 | $6.63 | $0.00 | $0.00 | $8,277.72 |
| 05SM0033 | 8/17/2005 | $6,685.31 | $0.00 | $5.39 | $0.00 | $0.00 | $6,690.70 |
| 09SM2744 | 3/26/2010 | $742,539.16 | $0.00 | $694.92 | $0.00 | $0.00 | $743,234.08 |
| 09SM2784 | 4/29/2010 | $43,535.33 | $0.00 | $40.76 | $0.00 | $0.00 | $43,576.09 |
| 10SM0395 | 9/9/2010 | $73,276.60 | $0.00 | $68.75 | $0.00 | $0.00 | $73,345.35 |
| 10SM1166 | 11/4/2010 | $35,935.23 | $0.00 | $33.74 | $0.00 | $0.00 | $35,968.97 |
| 10SM2482 | 3/22/2011 | $30,414.01 | $0.00 | $28.61 | $0.00 | $0.00 | $30,442.62 |
| 12SM0958 | 9/18/2012 | $27,267.30 | $0.00 | $37.13 | $0.00 | $0.00 | $27,304.43 |
| 12SM0959 | 9/18/2012 | $1,151,575.50 | $0.00 | $1,568.41 | $0.00 | $0.00 | $1,153,143.91 |
| 12SM1246 | 10/31/2012 | $50,212.19 | $0.00 | $47.55 | $0.00 | $0.00 | $50,259.74 |
| 12SM2478 | 2/11/2013 | $0.00 | $9,499.25 | $0.00 | $0.00 | $0.00 | $9,499.25 |
| | | $2,186,836.11 | $9,499.25 | $2,544.01 | ($1,869.64) | ($0.22) | $2,197,009.51 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 10/31/2012                                                                 $0.00

Advance Credits Applied to Current Period Charges                                                       $0.00

**Remaining Advance Payment/Credit Balance**                          $0.00

## PAYMENTS (Since Last Statement)

01/11/2013     Payment Chk#4300114  /   COLLINS & AIKMAN LITIGATION TRUST DISTRIBUTIO
$1,869.64 Credited as follows:

| | | |
|---|---|---:|
| | credit INV#03SM1391 (10/16/2012) | $1,869.64 |
| | **Total Applied to this Site | $1,869.64 |
| | **Net Payment Applied to Invoices on this Site | $1,869.64 |
| | **Total Payment Applied to Site Invoices | **$1,869.64** |

## ACCOUNT ADJUSTMENTS

Exhibit A to Xiao Declaration

SER139

# STATEMENT OF ACCOUNT

Page 2 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM2478
02/11/2013
09:59:32

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164   - SM**

| | | |
|---|---|---|
| 1/11/2013 | Interest Adjustment. (03SM1391) | ($0.22) |
| | **\*\*Total Account Adjustments** | ($0.22) |

Exhibit A to Xiao Declaration

SER140

**STATEMENT OF ACCOUNT**

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM2478
02/11/2013
09:59:32

**Project Name:   WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:     100164  - SM**

CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|-----------|--------------------|-----------------------------|---|------------|---|------------------|---|----------------|
| 03SM1391 | 11/1/2012 thru 12/31/2012 | $130.88 | | 0.349% / 365 | | 61 | | $0.07 |
| 03SM1391 | 1/1/2013 thru 2/11/2013 | $130.88 | | 0.316% / 365 | | 42 | | $0.05 |
| | **Subtotal for 03SM1391 | | | | | | | **$0.12** |
| 04SM0233 | 11/1/2012 thru 12/31/2012 | $20.41 | | 0.349% / 365 | | 61 | | $0.01 |
| 04SM0233 | 1/1/2013 thru 2/11/2013 | $20.41 | | 0.316% / 365 | | 42 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.02** |
| 04SM0973 | 11/1/2012 thru 12/31/2012 | $9,958.98 | | 0.349% / 365 | | 61 | | $5.81 |
| 04SM0973 | 1/1/2013 thru 2/11/2013 | $9,958.98 | | 0.316% / 365 | | 42 | | $3.62 |
| | **Subtotal for 04SM0973 | | | | | | | **$9.43** |
| 04SM1655 | 11/1/2012 thru 12/31/2012 | $2,693.57 | | 0.349% / 365 | | 61 | | $1.57 |
| 04SM1655 | 1/1/2013 thru 2/11/2013 | $2,693.57 | | 0.316% / 365 | | 42 | | $0.98 |
| | **Subtotal for 04SM1655 | | | | | | | **$2.55** |
| 04SM2576 | 11/1/2012 thru 12/31/2012 | $6,998.59 | | 0.349% / 365 | | 61 | | $4.09 |
| 04SM2576 | 1/1/2013 thru 2/11/2013 | $6,998.59 | | 0.316% / 365 | | 42 | | $2.54 |
| | **Subtotal for 04SM2576 | | | | | | | **$6.63** |
| 05SM0033 | 11/1/2012 thru 12/31/2012 | $5,694.89 | | 0.349% / 365 | | 61 | | $3.32 |
| 05SM0033 | 1/1/2013 thru 2/11/2013 | $5,694.89 | | 0.316% / 365 | | 42 | | $2.07 |
| | **Subtotal for 05SM0033 | | | | | | | **$5.39** |
| 09SM2744 | 11/1/2012 thru 12/31/2012 | $733,905.42 | | 0.349% / 365 | | 61 | | $428.06 |
| 09SM2744 | 1/1/2013 thru 2/11/2013 | $733,905.42 | | 0.316% / 365 | | 42 | | $266.86 |
| | **Subtotal for 09SM2744 | | | | | | | **$694.92** |
| 09SM2784 | 11/1/2012 thru 12/31/2012 | $43,051.22 | | 0.349% / 365 | | 61 | | $25.11 |
| 09SM2784 | 1/1/2013 thru 2/11/2013 | $43,051.22 | | 0.316% / 365 | | 42 | | $15.65 |
| | **Subtotal for 09SM2784 | | | | | | | **$40.76** |
| 10SM0395 | 11/1/2012 thru 12/31/2012 | $72,607.04 | | 0.349% / 365 | | 61 | | $42.35 |
| 10SM0395 | 1/1/2013 thru 2/11/2013 | $72,607.04 | | 0.316% / 365 | | 42 | | $26.40 |
| | **Subtotal for 10SM0395 | | | | | | | **$68.75** |
| 10SM1166 | 11/1/2012 thru 12/31/2012 | $35,635.26 | | 0.349% / 365 | | 61 | | $20.78 |
| 10SM1166 | 1/1/2013 thru 2/11/2013 | $35,635.26 | | 0.316% / 365 | | 42 | | $12.96 |
| | **Subtotal for 10SM1166 | | | | | | | **$33.74** |
| 10SM2482 | 11/1/2012 thru 12/31/2012 | $30,213.99 | | 0.349% / 365 | | 61 | | $17.62 |
| 10SM2482 | 1/1/2013 thru 2/11/2013 | $30,213.99 | | 0.316% / 365 | | 42 | | $10.99 |
| | **Subtotal for 10SM2482 | | | | | | | **$28.61** |
| 12SM0958 | 9/19/2012 thru 9/30/2012 | $27,267.30 | | 0.361% / 365 | | 12 | | $3.24 |
| 12SM0958 | 10/1/2012 thru 12/31/2012 | $27,267.30 | | 0.349% / 365 | | 92 | | $23.98 |
| 12SM0958 | 1/1/2013 thru 2/11/2013 | $27,267.30 | | 0.316% / 365 | | 42 | | $9.91 |
| | **Subtotal for 12SM0958 | | | | | | | **$37.13** |
| 12SM0959 | 9/19/2012 thru 9/30/2012 | $1,151,575.50 | | 0.361% / 365 | | 12 | | $136.67 |
| 12SM0959 | 10/1/2012 thru 12/31/2012 | $1,151,575.50 | | 0.349% / 365 | | 92 | | $1,013.01 |
| 12SM0959 | 1/1/2013 thru 2/11/2013 | $1,151,575.50 | | 0.316% / 365 | | 42 | | $418.73 |
| | **Subtotal for 12SM0959 | | | | | | | **$1,568.41** |
| 12SM1246 | 11/1/2012 thru 12/31/2012 | $50,212.19 | | 0.349% / 365 | | 61 | | $29.29 |

Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**

Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

12SM2478

02/11/2013

09:59:32

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**

**Project Code:** **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM1246 | 1/1/2013 thru 2/11/2013 | $50,212.19 | 0.316% / 365 | 42 | $18.26 |
| | **Subtotal for 12SM1246 | | | | $47.55** |

**Total Interest Charges of this type for Project | $2,544.01**

**Total New Interest Charges for Project : | $2,544.01**

Exhibit A to Xiao Declaration

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM2478
02/11/2013
09:59:32

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
216 F ST # 108
DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
PO BOX 177
NEWCASTLE, CA  95658-0177

Exhibit A to Xiao Declaration

SER143

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA 95812-0806

12SM2478  
02/11/2013  
09:59:32

**Project Name:** WICKES FOREST INDUSTRIES, SOLANO  
**Project Number:** 100164 - SM

Reporting Period: 10/2012 thru 12/2012

---

**Direct Labor - 2012/2013**

*PCA - 11018 - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MACNICHOLL P | Hazardous Substnc Engr | | 10/2012 | 1.00 | 65.42 |
| MACNICHOLL P | Hazardous Substnc Engr | | 11/2012 | 0.50 | 32.71 |
| MACNICHOLL P | Hazardous Substnc Engr | | 12/2012 | 1.50 | 99.35 |
| | **Subtotal for PCA - 11018** | | | **3.00** | **$197.48** |

*PCA - 17018 - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HANSON M | Staff Counsel III-Spec | | 10/2012 | 1.25 | 86.14 |
| MACNICHOLL P | Hazardous Substnc Engr | | 10/2012 | 6.00 | 392.51 |
| HANSON M | Staff Counsel III-Spec | | 11/2012 | 1.25 | 89.18 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 12/2012 | 1.00 | 76.22 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 12/2012 | 0.50 | 21.59 |
| | **Subtotal for PCA - 17018** | | | **10.00** | **$665.64** |
| | **\*\* Direct Labor - 2012/2013 Totals** | | | **13.00** | **$863.12** |

**Indirect Labor - 2012/2013**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2012 | Jul - Dec | TSCA 0557 | 1.5419 | $863.12 | 1,330.85 |
| | | **\*\* Indirect Labor - 2012/2013 Totals** | | **$863.12** | **$1,330.85** |

**Contract Charges - 2012/2013**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 5283095 | 11/2012 | 7,305.28 |
| | | **\*\* Contract Charges - 2012/2013 Totals** | | | **$7,305.28** |
| | | **\*\* Total - 2012/2013 Charges** | | | **$9,499.25** |
| | **\*\* Total Project 100164** | **Charges** | | | **$9,499.25** |

Exhibit A to Xiao Declaration

# INVOICE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM3214
05/01/2013
14:13:44

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164   - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 01/2013   thru 03/2013   ) | $7,367.77 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM3214 Charges | $7,367.77 |
| Interest Due from Late Payment of Previous Invoices | $1,414.72 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 03SM1391;  )*

| | |
|---|---:|
| **Total of New Charges** | |
| *(Invoice #12SM3214 Charges and Late Payment Interest)* | **$8,782.49** |

**PLEASE NOTE:** Our records indicate a total balance (including the amount noted above) of **$2,205,792.00** is now due on this project. (Please refer to the Statement of Account for more detailed information.

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-1189 for bank information.

If paying by credit card, please complete the form below and fax to (916) 322-0274 or call (916) 324-3150 for assistance.

Company Name:

Name on Credit Card:

Type of Card:     __American Express   __Discover   __Mastercard   __Visa

Card Number:     _____  _____  _____  _____     Expiration Date (Mo/Yr)     ____ / _____

Total Being Paid:     $_____

Signature:     _____     Telephone No.     (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____ By providing your email address, you agree to receive the credit card receipt by email.

### Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.     _____
CID #                                                    Approved                    Not Approved

Exhibit A to Xiao Declaration

SER145

**Return with Remittance**

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #12SM3214
05/01/2013
14:13:44

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 01/2013   thru 03/2013   ) | $7,367.77 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #12SM3214 Charges | $7,367.77 |
| Interest Due from Late Payment of Previous Invoices | $1,414.72 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744;
09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246;
12SM2478; 03SM1391;  )*

**Total of New Charges**
*(Invoice #12SM3214 Charges and Late Payment Interest)*                    **$8,782.49**

| | |
|---|---|
| **PLEASE NOTE:** | Our records indicate a total balance (including the amount noted above) of **$2,205,792.00** is now due on this project. (Please refer to the Statement of Account for more detailed information. |

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

## STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)            12SM3214
P.O. Box 806                                            05/01/2013
Sacramento, CA  95812-0806                              14:13:44

**Project Name:**  **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**  **100164   - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (2/11/2013) | | $2,197,009.51 |
| Current Charges (01/2013 thru 03/2013): | $7,367.77 | |
| Advance Applied: | $0.00 | |
| Invoice #12SM3214     Subtotal | | $7,367.77 |
| Late Payment Interest | | $1,414.72 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,205,792.00 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 2/11/2013 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 5/1/2013 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.07 | $0.00 | $0.08 | $0.00 | $0.00 | $157.15 |
| 04SM0233 | 8/19/2004 | $36.95 | $0.00 | $0.01 | $0.00 | $0.00 | $36.96 |
| 04SM0973 | 11/2/2004 | $11,872.45 | $0.00 | $6.46 | $0.00 | $0.00 | $11,878.91 |
| 04SM1655 | 1/25/2005 | $3,200.18 | $0.00 | $1.75 | $0.00 | $0.00 | $3,201.93 |
| 04SM2576 | 4/27/2005 | $8,277.72 | $0.00 | $4.54 | $0.00 | $0.00 | $8,282.26 |
| 05SM0033 | 8/17/2005 | $6,690.70 | $0.00 | $3.70 | $0.00 | $0.00 | $6,694.40 |
| 09SM2744 | 3/26/2010 | $743,234.08 | $0.00 | $476.39 | $0.00 | $0.00 | $743,710.47 |
| 09SM2784 | 4/29/2010 | $43,576.09 | $0.00 | $27.94 | $0.00 | $0.00 | $43,604.03 |
| 10SM0395 | 9/9/2010 | $73,345.35 | $0.00 | $47.13 | $0.00 | $0.00 | $73,392.48 |
| 10SM1166 | 11/4/2010 | $35,968.97 | $0.00 | $23.13 | $0.00 | $0.00 | $35,992.10 |
| 10SM2482 | 3/22/2011 | $30,442.62 | $0.00 | $19.61 | $0.00 | $0.00 | $30,462.23 |
| 12SM0958 | 9/18/2012 | $27,304.43 | $0.00 | $17.70 | $0.00 | $0.00 | $27,322.13 |
| 12SM0959 | 9/18/2012 | $1,153,143.91 | $0.00 | $747.52 | $0.00 | $0.00 | $1,153,891.43 |
| 12SM1246 | 10/31/2012 | $50,259.74 | $0.00 | $32.59 | $0.00 | $0.00 | $50,292.33 |
| 12SM2478 | 2/11/2013 | $9,499.25 | $0.00 | $6.17 | $0.00 | $0.00 | $9,505.42 |
| 12SM3214 | 5/1/2013 | $0.00 | $7,367.77 | $0.00 | $0.00 | $0.00 | $7,367.77 |
| | | $2,197,009.51 | $7,367.77 | $1,414.72 | $0.00 | $0.00 | $2,205,792.00 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 02/11/2013                                      $0.00

Advance Credits Applied to Current Period Charges                            $0.00

**Remaining Advance Payment/Credit Balance**       $0.00

### PAYMENTS (Since Last Statement)
**No Activity Since Last Statement**

### ACCOUNT ADJUSTMENTS
**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**
Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA 95812-0806

12SM3214  
05/01/2013  
14:13:44

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Code:** **100164 - SM**

### CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 2/12/2013 thru 3/31/2013 | $130.88 | | 0.316% / 365 | | 48 | | $0.05 |
| 03SM1391 | 4/1/2013 thru 5/1/2013 | $130.88 | | 0.275% / 365 | | 31 | | $0.03 |
| | **Subtotal for 03SM1391** | | | | | | | **$0.08** |
| 04SM0233 | 2/12/2013 thru 3/31/2013 | $20.41 | | 0.316% / 365 | | 48 | | $0.01 |
| 04SM0233 | 4/1/2013 thru 5/1/2013 | $20.41 | | 0.275% / 365 | | 31 | | $0.00 |
| | **Subtotal for 04SM0233** | | | | | | | **$0.01** |
| 04SM0973 | 2/12/2013 thru 3/31/2013 | $9,958.98 | | 0.316% / 365 | | 48 | | $4.13 |
| 04SM0973 | 4/1/2013 thru 5/1/2013 | $9,958.98 | | 0.275% / 365 | | 31 | | $2.33 |
| | **Subtotal for 04SM0973** | | | | | | | **$6.46** |
| 04SM1655 | 2/12/2013 thru 3/31/2013 | $2,693.57 | | 0.316% / 365 | | 48 | | $1.12 |
| 04SM1655 | 4/1/2013 thru 5/1/2013 | $2,693.57 | | 0.275% / 365 | | 31 | | $0.63 |
| | **Subtotal for 04SM1655** | | | | | | | **$1.75** |
| 04SM2576 | 2/12/2013 thru 3/31/2013 | $6,998.59 | | 0.316% / 365 | | 48 | | $2.91 |
| 04SM2576 | 4/1/2013 thru 5/1/2013 | $6,998.59 | | 0.275% / 365 | | 31 | | $1.63 |
| | **Subtotal for 04SM2576** | | | | | | | **$4.54** |
| 05SM0033 | 2/12/2013 thru 3/31/2013 | $5,694.89 | | 0.316% / 365 | | 48 | | $2.37 |
| 05SM0033 | 4/1/2013 thru 5/1/2013 | $5,694.89 | | 0.275% / 365 | | 31 | | $1.33 |
| | **Subtotal for 05SM0033** | | | | | | | **$3.70** |
| 09SM2744 | 2/12/2013 thru 3/31/2013 | $733,905.42 | | 0.316% / 365 | | 48 | | $304.98 |
| 09SM2744 | 4/1/2013 thru 5/1/2013 | $733,905.42 | | 0.275% / 365 | | 31 | | $171.41 |
| | **Subtotal for 09SM2744** | | | | | | | **$476.39** |
| 09SM2784 | 2/12/2013 thru 3/31/2013 | $43,051.22 | | 0.316% / 365 | | 48 | | $17.88 |
| 09SM2784 | 4/1/2013 thru 5/1/2013 | $43,051.22 | | 0.275% / 365 | | 31 | | $10.06 |
| | **Subtotal for 09SM2784** | | | | | | | **$27.94** |
| 10SM0395 | 2/12/2013 thru 3/31/2013 | $72,607.04 | | 0.316% / 365 | | 48 | | $30.17 |
| 10SM0395 | 4/1/2013 thru 5/1/2013 | $72,607.04 | | 0.275% / 365 | | 31 | | $16.96 |
| | **Subtotal for 10SM0395** | | | | | | | **$47.13** |
| 10SM1166 | 2/12/2013 thru 3/31/2013 | $35,635.26 | | 0.316% / 365 | | 48 | | $14.81 |
| 10SM1166 | 4/1/2013 thru 5/1/2013 | $35,635.26 | | 0.275% / 365 | | 31 | | $8.32 |
| | **Subtotal for 10SM1166** | | | | | | | **$23.13** |
| 10SM2482 | 2/12/2013 thru 3/31/2013 | $30,213.99 | | 0.316% / 365 | | 48 | | $12.55 |
| 10SM2482 | 4/1/2013 thru 5/1/2013 | $30,213.99 | | 0.275% / 365 | | 31 | | $7.06 |
| | **Subtotal for 10SM2482** | | | | | | | **$19.61** |
| 12SM0958 | 2/12/2013 thru 3/31/2013 | $27,267.30 | | 0.316% / 365 | | 48 | | $11.33 |
| 12SM0958 | 4/1/2013 thru 5/1/2013 | $27,267.30 | | 0.275% / 365 | | 31 | | $6.37 |
| | **Subtotal for 12SM0958** | | | | | | | **$17.70** |
| 12SM0959 | 2/12/2013 thru 3/31/2013 | $1,151,575.50 | | 0.316% / 365 | | 48 | | $478.56 |
| 12SM0959 | 4/1/2013 thru 5/1/2013 | $1,151,575.50 | | 0.275% / 365 | | 31 | | $268.96 |
| | **Subtotal for 12SM0959** | | | | | | | **$747.52** |
| 12SM1246 | 2/12/2013 thru 3/31/2013 | $50,212.19 | | 0.316% / 365 | | 48 | | $20.86 |
| 12SM1246 | 4/1/2013 thru 5/1/2013 | $50,212.19 | | 0.275% / 365 | | 31 | | $11.73 |
| | **Subtotal for 12SM1246** | | | | | | | **$32.59** |

41

Exhibit A to Xiao Declaration

SER148

**STATEMENT OF ACCOUNT**                                                    Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                  12SM3214
P.O. Box 806                                                   05/01/2013
Sacramento, CA  95812-0806                                     14:13:44

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | | | | |
|---|---|---|---|---|---|
| Project Code: | **100164  - SM** | | | | |
| 12SM2478 | 2/12/2013 thru 3/31/2013 | $9,499.25 | 0.316% / 365 | 48 | $3.95 |
| 12SM2478 | 4/1/2013 thru 5/1/2013 | $9,499.25 | 0.275% / 365 | 31 | $2.22 |
| | | **Subtotal for 12SM2478 | | | **$6.17 |

**Total Interest Charges of this type for Project                        $1,414.72

**Total New Interest Charges for Project :                               $1,414.72

Exhibit A to Xiao Declaration

SER149

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

12SM3214
05/01/2013
14:13:44

**Project Name:    WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:      100164  - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
  216 F ST # 108
  DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
  PO BOX 177
  NEWCASTLE, CA  95658-0177

Exhibit A to Xiao Declaration

**SUMMARY BY ACTIVITY**

| DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC) | 12SM3214 |
|---|---|
| P.O. Box 806 | 05/01/2013 |
| Sacramento, CA  95812-0806 | 14:13:44 |

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:** **100164  - SM**              Reporting Period: 01/2013 thru 03/2013

---

**Direct Labor - 2012/2013**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| MACNICHOLL P | Hazardous Substnc Engr | | 03/2013 | 6.00 | 416.33 |
| | Subtotal for PCA - 11018 | | | 6.00 | $416.33 |

*PCA - 11019  - TECHNICAL SUPPORT & CONSULTATION (STATE)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| HANSON M | Attorney III-Spec | | 01/2013 | 0.25 | 17.96 |
| HANSON M | Attorney III-Spec | | 03/2013 | 4.00 | 301.24 |
| | Subtotal for PCA - 11019 | | | 4.25 | $319.20 |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| PARENT C | Hazardous Substnc Scien | | 01/2013 | 10.00 | 426.95 |
| PARENT C | Hazardous Substnc Scien | | 02/2013 | 21.00 | 939.29 |
| PARENT C | Hazardous Substnc Scien | | 03/2013 | 18.00 | 805.11 |
| | Subtotal for PCA - 17018 | | | 49.00 | $2,171.35 |
| | ** Direct Labor - 2012/2013 Totals | | | 59.25 | $2,906.88 |

**Indirect Labor - 2012/2013**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2012 | Jan - Jun | TSCA 0557 | 1.5346 | $2,906.88 | 4,460.89 |
| | | ** Indirect Labor - 2012/2013 Totals | | $2,906.88 | $4,460.89 |
| | | ** Total - 2012/2013 Charges | | | $7,367.77 |
| | ** Total Project 100164 | Charges | | | $7,367.77 |

Exhibit A to Xiao Declaration

SER151

# RETURN WITH REMITTANCE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

Invoice #13SM0229  
09/11/2013  
13:22:43

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Code:** **100164  - SM**

| | |
|---|---:|
| Current Charges (Costs Incurred 04/2013   thru 06/2013   ) | $38,118.83 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #13SM0229 Charges | $38,118.83 |
| Interest Due from Late Payment of Previous Invoices | $2,064.53 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 03SM1391;  )*

**Total of New Charges**  
*(Invoice #13SM0229 Charges and Late Payment Interest)* **$40,183.36**

---

**PLEASE NOTE:**   Our records indicate a total balance (including the amount noted above) of **$2,245,975.36** is now due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-1189 for bank information.

If paying by credit card, please complete the following or contact the Accounting Office at (916) 324-3150:

Company Name:

Name on Credit Card:

Type of Card:     __American Express   __Discover   __Mastercard   __Visa

Card Number:     _____ _____ _____ _____     Expiration Date (Mo/Yr)     ____ / _____

Total Being Paid:     $

Signature:     Telephone No.     (____) ____-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.  
Email: _____ By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY  
Invoice No.

CID #                              Approved                    Not Approved

45                                    Exhibit A to Xiao Declaration

SER152

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #13SM0229
09/11/2013
13:22:43

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 04/2013   thru 06/2013   ) | $38,118.83 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #13SM0229 Charges | $38,118.83 |
| Interest Due from Late Payment of Previous Invoices | $2,064.53 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 03SM1391;  )*

**Total of New Charges**
*(Invoice #13SM0229 Charges and Late Payment Interest)*                            **$40,183.36**

| | |
|---|---|
| **PLEASE NOTE:** | Our records indicate a total balance (including the amount noted above) of **$2,245,975.36** is now due on this project. (Please refer to the Statement of Account for more detailed information. |

Agreement Numbers (if applicable):

Exhibit A to Xiao Declaration

SER154

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)          13SM0229
P.O. Box 806
Sacramento, CA  95812-0806                                                09/11/2013

                                                                          13:22:43

**Project Name:**  **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**  **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (5/1/2013) | | $2,205,792.00 |
| Current Charges (04/2013 thru 06/2013): | $38,118.83 | |
| Advance Applied: | $0.00 | |
| Invoice #13SM0229     Subtotal | | $38,118.83 |
| Late Payment Interest | | $2,064.53 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,245,975.36 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 5/1/2013 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 9/11/2013 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $157.15 | $0.00 | $0.12 | $0.00 | $0.00 | $157.27 |
| 04SM0233 | 8/19/2004 | $36.96 | $0.00 | $0.02 | $0.00 | $0.00 | $36.98 |
| 04SM0973 | 11/2/2004 | $11,878.91 | $0.00 | $9.40 | $0.00 | $0.00 | $11,888.31 |
| 04SM1655 | 1/25/2005 | $3,201.93 | $0.00 | $2.54 | $0.00 | $0.00 | $3,204.47 |
| 04SM2576 | 4/27/2005 | $8,282.26 | $0.00 | $6.61 | $0.00 | $0.00 | $8,288.87 |
| 05SM0033 | 8/17/2005 | $6,694.40 | $0.00 | $5.38 | $0.00 | $0.00 | $6,699.78 |
| 09SM2744 | 3/26/2010 | $743,710.47 | $0.00 | $692.85 | $0.00 | $0.00 | $744,403.32 |
| 09SM2784 | 4/29/2010 | $43,604.03 | $0.00 | $40.65 | $0.00 | $0.00 | $43,644.68 |
| 10SM0395 | 9/9/2010 | $73,392.48 | $0.00 | $68.55 | $0.00 | $0.00 | $73,461.03 |
| 10SM1166 | 11/4/2010 | $35,992.10 | $0.00 | $33.64 | $0.00 | $0.00 | $36,025.74 |
| 10SM2482 | 3/22/2011 | $30,462.23 | $0.00 | $28.53 | $0.00 | $0.00 | $30,490.76 |
| 12SM0958 | 9/18/2012 | $27,322.13 | $0.00 | $25.75 | $0.00 | $0.00 | $27,347.88 |
| 12SM0959 | 9/18/2012 | $1,153,891.43 | $0.00 | $1,087.15 | $0.00 | $0.00 | $1,154,978.58 |
| 12SM1246 | 10/31/2012 | $50,292.33 | $0.00 | $47.41 | $0.00 | $0.00 | $50,339.74 |
| 12SM2478 | 2/11/2013 | $9,505.42 | $0.00 | $8.97 | $0.00 | $0.00 | $9,514.39 |
| 12SM3214 | 5/1/2013 | $7,367.77 | $0.00 | $6.96 | $0.00 | $0.00 | $7,374.73 |
| 13SM0229 | 9/11/2013 | $0.00 | $38,118.83 | $0.00 | $0.00 | $0.00 | $38,118.83 |
| | | $2,205,792.00 | $38,118.83 | $2,064.53 | $0.00 | $0.00 | $2,245,975.36 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 05/01/2013                                        $0.00

Advance Credits Applied to Current Period Charges                              $0.00

                                    **Remaining Advance Payment/Credit Balance**    $0.00

**PAYMENTS (Since Last Statement)**
  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

13SM0229  
09/11/2013  
13:22:43

**Project Name:**  **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Code:**     **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 5/2/2013 thru 6/30/2013 | $130.88 | | 0.275% / 365 | | 60 | | $0.06 |
| 03SM1391 | 7/1/2013 thru 9/11/2013 | $130.88 | | 0.246% / 365 | | 73 | | $0.06 |
| | **Subtotal for 03SM1391 | | | | | | | **$0.12** |
| 04SM0233 | 5/2/2013 thru 6/30/2013 | $20.41 | | 0.275% / 365 | | 60 | | $0.01 |
| 04SM0233 | 7/1/2013 thru 9/11/2013 | $20.41 | | 0.246% / 365 | | 73 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.02** |
| 04SM0973 | 5/2/2013 thru 6/30/2013 | $9,958.98 | | 0.275% / 365 | | 60 | | $4.50 |
| 04SM0973 | 7/1/2013 thru 9/11/2013 | $9,958.98 | | 0.246% / 365 | | 73 | | $4.90 |
| | **Subtotal for 04SM0973 | | | | | | | **$9.40** |
| 04SM1655 | 5/2/2013 thru 6/30/2013 | $2,693.57 | | 0.275% / 365 | | 60 | | $1.22 |
| 04SM1655 | 7/1/2013 thru 9/11/2013 | $2,693.57 | | 0.246% / 365 | | 73 | | $1.32 |
| | **Subtotal for 04SM1655 | | | | | | | **$2.54** |
| 04SM2576 | 5/2/2013 thru 6/30/2013 | $6,998.59 | | 0.275% / 365 | | 60 | | $3.16 |
| 04SM2576 | 7/1/2013 thru 9/11/2013 | $6,998.59 | | 0.246% / 365 | | 73 | | $3.45 |
| | **Subtotal for 04SM2576 | | | | | | | **$6.61** |
| 05SM0033 | 5/2/2013 thru 6/30/2013 | $5,694.89 | | 0.275% / 365 | | 60 | | $2.57 |
| 05SM0033 | 7/1/2013 thru 9/11/2013 | $5,694.89 | | 0.246% / 365 | | 73 | | $2.81 |
| | **Subtotal for 05SM0033 | | | | | | | **$5.38** |
| 09SM2744 | 5/2/2013 thru 6/30/2013 | $733,905.42 | | 0.275% / 365 | | 60 | | $331.77 |
| 09SM2744 | 7/1/2013 thru 9/11/2013 | $733,905.42 | | 0.246% / 365 | | 73 | | $361.08 |
| | **Subtotal for 09SM2744 | | | | | | | **$692.85** |
| 09SM2784 | 5/2/2013 thru 6/30/2013 | $43,051.22 | | 0.275% / 365 | | 60 | | $19.46 |
| 09SM2784 | 7/1/2013 thru 9/11/2013 | $43,051.22 | | 0.246% / 365 | | 73 | | $21.19 |
| | **Subtotal for 09SM2784 | | | | | | | **$40.65** |
| 10SM0395 | 5/2/2013 thru 6/30/2013 | $72,607.04 | | 0.275% / 365 | | 60 | | $32.82 |
| 10SM0395 | 7/1/2013 thru 9/11/2013 | $72,607.04 | | 0.246% / 365 | | 73 | | $35.73 |
| | **Subtotal for 10SM0395 | | | | | | | **$68.55** |
| 10SM1166 | 5/2/2013 thru 6/30/2013 | $35,635.26 | | 0.275% / 365 | | 60 | | $16.11 |
| 10SM1166 | 7/1/2013 thru 9/11/2013 | $35,635.26 | | 0.246% / 365 | | 73 | | $17.53 |
| | **Subtotal for 10SM1166 | | | | | | | **$33.64** |
| 10SM2482 | 5/2/2013 thru 6/30/2013 | $30,213.99 | | 0.275% / 365 | | 60 | | $13.66 |
| 10SM2482 | 7/1/2013 thru 9/11/2013 | $30,213.99 | | 0.246% / 365 | | 73 | | $14.87 |
| | **Subtotal for 10SM2482 | | | | | | | **$28.53** |
| 12SM0958 | 5/2/2013 thru 6/30/2013 | $27,267.30 | | 0.275% / 365 | | 60 | | $12.33 |
| 12SM0958 | 7/1/2013 thru 9/11/2013 | $27,267.30 | | 0.246% / 365 | | 73 | | $13.42 |
| | **Subtotal for 12SM0958 | | | | | | | **$25.75** |
| 12SM0959 | 5/2/2013 thru 6/30/2013 | $1,151,575.50 | | 0.275% / 365 | | 60 | | $520.58 |
| 12SM0959 | 7/1/2013 thru 9/11/2013 | $1,151,575.50 | | 0.246% / 365 | | 73 | | $566.57 |
| | **Subtotal for 12SM0959 | | | | | | | **$1,087.15** |
| 12SM1246 | 5/2/2013 thru 6/30/2013 | $50,212.19 | | 0.275% / 365 | | 60 | | $22.70 |
| 12SM1246 | 7/1/2013 thru 9/11/2013 | $50,212.19 | | 0.246% / 365 | | 73 | | $24.71 |
| | **Subtotal for 12SM1246 | | | | | | | **$47.41** |

49

Exhibit A to Xiao Declaration

SER156

**STATEMENT OF ACCOUNT**

Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

13SM0229

09/11/2013

13:22:43

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | | | | |
|---|---|---|---|---|---|
| Project Code: | **100164   - SM** | | | | |
| 12SM2478 | 5/2/2013 thru 6/30/2013 | $9,499.25 | 0.275% / 365 | 60 | $4.29 |
| 12SM2478 | 7/1/2013 thru 9/11/2013 | $9,499.25 | 0.246% / 365 | 73 | $4.68 |
| | **\*\*Subtotal for 12SM2478** | | | | **$8.97** |
| 12SM3214 | 5/2/2013 thru 6/30/2013 | $7,367.77 | 0.275% / 365 | 60 | $3.33 |
| 12SM3214 | 7/1/2013 thru 9/11/2013 | $7,367.77 | 0.246% / 365 | 73 | $3.63 |
| | **\*\*Subtotal for 12SM3214** | | | | **$6.96** |

\*\*Total Interest Charges of this type for Project

$2,064.53

**\*\*Total New Interest Charges for Project :**

$2,064.53

Exhibit A to Xiao Declaration

SER157

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM0229
09/11/2013
13:22:43

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**     **100164   - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
   216 F ST # 108
   DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
   PO BOX 177
   NEWCASTLE, CA  95658-0177

Exhibit A to Xiao Declaration
SER158

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)     13SM0229
P.O. Box 806     09/11/2013
Sacramento, CA  95812-0806     13:22:43

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**   **100164   - SM**     Reporting Period: 04/2013 thru 06/2013

---

**Direct Labor - 2012/2013**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MACNICHOLL P | Hazardous Substnc Engr | | 06/2013 | 3.75 | 260.20 |
| | **Subtotal for PCA - 11018** | | | **3.75** | **$260.20** |

*PCA - 11019  - TECHNICAL SUPPORT & CONSULTATION (STATE)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HANSON M | Attorney III-Spec | | 05/2013 | 0.25 | 17.96 |
| HANSON M | Attorney III-Spec | | 06/2013 | 4.75 | 357.72 |
| | **Subtotal for PCA - 11019** | | | **5.00** | **$375.68** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PARENT C | Hazardous Substnc Scien | | 04/2013 | 22.00 | 939.29 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 04/2013 | 1.25 | 53.98 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 04/2013 | 3.00 | 191.59 |
| PARENT C | Hazardous Substnc Scien | | 05/2013 | 21.00 | 896.58 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 05/2013 | 0.75 | 32.40 |
| PARENT C | Hazardous Substnc Scien | | 06/2013 | 8.00 | 357.83 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 06/2013 | 4.00 | 267.64 |
| | **Subtotal for PCA - 17018** | | | **60.00** | **$2,739.31** |

*PCA - 17019  - TECHNICAL SUPPORT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 04/2013 | 6.00 | 457.31 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 06/2013 | 1.00 | 79.83 |
| | **Subtotal for PCA - 17019** | | | **7.00** | **$537.14** |
| | **** Direct Labor - 2012/2013 Totals** | | | **75.75** | **$3,912.33** |

**Indirect Labor - 2012/2013**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2012 | Jan - Jun | TSCA 0557 | 1.5346 | $3,912.33 | 6,003.86 |
| | | **** Indirect Labor - 2012/2013 Totals** | | **$3,912.33** | **$6,003.86** |

**Contract Charges - 2012/2013**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 5386931 | 04/2013 | 12,226.67 |
| 0018 | C07T3406 | URS CORPORATION | 5518368 | 05/2013 | 15,975.97 |
| | | **** Contract Charges - 2012/2013 Totals** | | | **$28,202.64** |
| | | **** Total - 2012/2013 Charges** | | | **$38,118.83** |
| | | **** Total Project 100164    Charges** | | | **$38,118.83** |

Exhibit A to Xiao Declaration

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA 95812-0806

Invoice #13SM1992
12/02/2013
8:38:12

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164 - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 07/2013 thru 09/2013 ) | $9,049.06 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #13SM1992 Charges | $9,049.06 |
| Interest Due from Late Payment of Previous Invoices | $1,241.16 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 03SM1391; )*

| | |
|---|---|
| Total of New Charges | $10,290.22 |

*(Invoice #13SM1992 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,256,265.58** |

*(Includies unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please fax or email completed form to (916) 322-0274 or accounting@dtsc.ca.gov. Please contact the Accounting Office at (916) 327-8514 or accounting@dtsc.ca.gov for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card: __American Express __Discover __Mastercard __Visa

Card Number: _____ _____ _____ _____   Expiration Date (Mo/Yr) ____ / _____

Total Being Paid: $_____

Signature: _____   Telephone No. (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____ By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:
The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit. All information is voluntary. The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice. Failure to provide answers to any of the questions may cause your credit card payment request to be denied. For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California 95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No. _____
CID #                                                    Approved                     Not Approved

Exhibit A to Xiao Declaration

SER160

Exhibit A to Xiao Declaration

SER161

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #13SM1992
12/02/2013
8:38:12

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 07/2013   thru 09/2013   ) | $9,049.06 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #13SM1992 Charges | $9,049.06 |
| Interest Due from Late Payment of Previous Invoices | $1,241.16 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 03SM1391;  )*

| | |
|---|---|
| Total of New Charges | $10,290.22 |

*(Invoice #13SM1992 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,256,265.58** |

*(Includies unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)    13SM1992
P.O. Box 806    12/02/2013
Sacramento, CA  95812-0806    08:38:12

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164   - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (9/11/2013) | | $2,245,975.36 |
| Current Charges (07/2013 thru 09/2013): | $9,049.06 | |
| Advance Applied: | $0.00 | |
| Invoice #13SM1992    Subtotal | | $9,049.06 |
| Late Payment Interest | | $1,241.16 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,256,265.58 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 9/11/2013 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 12/2/2013 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.27 | $0.00 | $0.07 | $0.00 | $0.00 | $157.34 |
| 04SM0233 | 8/19/2004 | $36.98 | $0.00 | $0.01 | $0.00 | $0.00 | $36.99 |
| 04SM0973 | 11/2/2004 | $11,888.31 | $0.00 | $5.56 | $0.00 | $0.00 | $11,893.87 |
| 04SM1655 | 1/25/2005 | $3,204.47 | $0.00 | $1.50 | $0.00 | $0.00 | $3,205.97 |
| 04SM2576 | 4/27/2005 | $8,288.87 | $0.00 | $3.90 | $0.00 | $0.00 | $8,292.77 |
| 05SM0033 | 8/17/2005 | $6,699.78 | $0.00 | $3.18 | $0.00 | $0.00 | $6,702.96 |
| 09SM2744 | 3/26/2010 | $744,403.32 | $0.00 | $409.40 | $0.00 | $0.00 | $744,812.72 |
| 09SM2784 | 4/29/2010 | $43,644.68 | $0.00 | $24.01 | $0.00 | $0.00 | $43,668.69 |
| 10SM0395 | 9/9/2010 | $73,461.03 | $0.00 | $40.51 | $0.00 | $0.00 | $73,501.54 |
| 10SM1166 | 11/4/2010 | $36,025.74 | $0.00 | $19.88 | $0.00 | $0.00 | $36,045.62 |
| 10SM2482 | 3/22/2011 | $30,490.76 | $0.00 | $16.86 | $0.00 | $0.00 | $30,507.62 |
| 12SM0958 | 9/18/2012 | $27,347.88 | $0.00 | $15.21 | $0.00 | $0.00 | $27,363.09 |
| 12SM0959 | 9/18/2012 | $1,154,978.56 | $0.00 | $642.39 | $0.00 | $0.00 | $1,155,620.97 |
| 12SM1246 | 10/31/2012 | $50,339.74 | $0.00 | $28.01 | $0.00 | $0.00 | $50,367.75 |
| 12SM2478 | 2/11/2013 | $9,514.39 | $0.00 | $5.30 | $0.00 | $0.00 | $9,519.69 |
| 12SM3214 | 5/1/2013 | $7,374.73 | $0.00 | $4.11 | $0.00 | $0.00 | $7,378.84 |
| 13SM0229 | 9/11/2013 | $38,118.83 | $0.00 | $21.26 | $0.00 | $0.00 | $38,140.09 |
| 13SM1992 | 12/2/2013 | $0.00 | $9,049.06 | $0.00 | $0.00 | $0.00 | $9,049.06 |
| | | $2,245,975.36 | $9,049.06 | $1,241.16 | $0.00 | $0.00 | $2,256,265.58 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 09/11/2013    $0.00

Advance Credits Applied to Current Period Charges    $0.00

**Remaining Advance Payment/Credit Balance**    $0.00

## PAYMENTS (Since Last Statement)
**No Activity Since Last Statement**

## ACCOUNT ADJUSTMENTS
**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER163

# STATEMENT OF ACCOUNT
Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM1992
12/02/2013
08:38:12

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**   **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 9/12/2013 thru 9/30/2013 | $130.88 | | 0.246% / 365 | | 19 | | $0.02 |
| 03SM1391 | 10/1/2013 thru 12/2/2013 | $130.88 | | 0.249% / 365 | | 63 | | $0.05 |
| | **Subtotal for 03SM1391** | | | | | | | **$0.07** |
| 04SM0233 | 9/12/2013 thru 9/30/2013 | $20.41 | | 0.246% / 365 | | 19 | | $0.00 |
| 04SM0233 | 10/1/2013 thru 12/2/2013 | $20.41 | | 0.249% / 365 | | 63 | | $0.01 |
| | **Subtotal for 04SM0233** | | | | | | | **$0.01** |
| 04SM0973 | 9/12/2013 thru 9/30/2013 | $9,958.98 | | 0.246% / 365 | | 19 | | $1.28 |
| 04SM0973 | 10/1/2013 thru 12/2/2013 | $9,958.98 | | 0.249% / 365 | | 63 | | $4.28 |
| | **Subtotal for 04SM0973** | | | | | | | **$5.56** |
| 04SM1655 | 9/12/2013 thru 9/30/2013 | $2,693.57 | | 0.246% / 365 | | 19 | | $0.34 |
| 04SM1655 | 10/1/2013 thru 12/2/2013 | $2,693.57 | | 0.249% / 365 | | 63 | | $1.16 |
| | **Subtotal for 04SM1655** | | | | | | | **$1.50** |
| 04SM2576 | 9/12/2013 thru 9/30/2013 | $6,998.59 | | 0.246% / 365 | | 19 | | $0.90 |
| 04SM2576 | 10/1/2013 thru 12/2/2013 | $6,998.59 | | 0.249% / 365 | | 63 | | $3.00 |
| | **Subtotal for 04SM2576** | | | | | | | **$3.90** |
| 05SM0033 | 9/12/2013 thru 9/30/2013 | $5,694.89 | | 0.246% / 365 | | 19 | | $0.73 |
| 05SM0033 | 10/1/2013 thru 12/2/2013 | $5,694.89 | | 0.249% / 365 | | 63 | | $2.45 |
| | **Subtotal for 05SM0033** | | | | | | | **$3.18** |
| 09SM2744 | 9/12/2013 thru 9/30/2013 | $733,905.42 | | 0.246% / 365 | | 19 | | $93.98 |
| 09SM2744 | 10/1/2013 thru 12/2/2013 | $733,905.42 | | 0.249% / 365 | | 63 | | $315.42 |
| | **Subtotal for 09SM2744** | | | | | | | **$409.40** |
| 09SM2784 | 9/12/2013 thru 9/30/2013 | $43,051.22 | | 0.246% / 365 | | 19 | | $5.51 |
| 09SM2784 | 10/1/2013 thru 12/2/2013 | $43,051.22 | | 0.249% / 365 | | 63 | | $18.50 |
| | **Subtotal for 09SM2784** | | | | | | | **$24.01** |
| 10SM0395 | 9/12/2013 thru 9/30/2013 | $72,607.04 | | 0.246% / 365 | | 19 | | $9.30 |
| 10SM0395 | 10/1/2013 thru 12/2/2013 | $72,607.04 | | 0.249% / 365 | | 63 | | $31.21 |
| | **Subtotal for 10SM0395** | | | | | | | **$40.51** |
| 10SM1166 | 9/12/2013 thru 9/30/2013 | $35,635.26 | | 0.246% / 365 | | 19 | | $4.56 |
| 10SM1166 | 10/1/2013 thru 12/2/2013 | $35,635.26 | | 0.249% / 365 | | 63 | | $15.32 |
| | **Subtotal for 10SM1166** | | | | | | | **$19.88** |
| 10SM2482 | 9/12/2013 thru 9/30/2013 | $30,213.99 | | 0.246% / 365 | | 19 | | $3.87 |
| 10SM2482 | 10/1/2013 thru 12/2/2013 | $30,213.99 | | 0.249% / 365 | | 63 | | $12.99 |
| | **Subtotal for 10SM2482** | | | | | | | **$16.86** |
| 12SM0958 | 9/12/2013 thru 9/30/2013 | $27,267.30 | | 0.246% / 365 | | 19 | | $3.49 |
| 12SM0958 | 10/1/2013 thru 12/2/2013 | $27,267.30 | | 0.249% / 365 | | 63 | | $11.72 |
| | **Subtotal for 12SM0958** | | | | | | | **$15.21** |
| 12SM0959 | 9/12/2013 thru 9/30/2013 | $1,151,575.50 | | 0.246% / 365 | | 19 | | $147.46 |
| 12SM0959 | 10/1/2013 thru 12/2/2013 | $1,151,575.50 | | 0.249% / 365 | | 63 | | $494.93 |
| | **Subtotal for 12SM0959** | | | | | | | **$642.39** |
| 12SM1246 | 9/12/2013 thru 9/30/2013 | $50,212.19 | | 0.246% / 365 | | 19 | | $6.43 |
| 12SM1246 | 10/1/2013 thru 12/2/2013 | $50,212.19 | | 0.249% / 365 | | 63 | | $21.58 |
| | **Subtotal for 12SM1246** | | | | | | | **$28.01** |

57                    Exhibit A to Xiao Declaration

SER164

**STATEMENT OF ACCOUNT**                                    Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                13SM1992
P.O. Box 806
Sacramento, CA  95812-0806                                  12/02/2013

                                                            08:38:12

**Project Name:    WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:       100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM2478 | 9/12/2013 thru 9/30/2013 | $9,499.25 | 0.246% / 365 | 19 | $1.22 |
| 12SM2478 | 10/1/2013 thru 12/2/2013 | $9,499.25 | 0.249% / 365 | 63 | $4.08 |
| | **\*\*Subtotal for 12SM2478** | | | | **$5.30** |
| 12SM3214 | 9/12/2013 thru 9/30/2013 | $7,367.77 | 0.246% / 365 | 19 | $0.94 |
| 12SM3214 | 10/1/2013 thru 12/2/2013 | $7,367.77 | 0.249% / 365 | 63 | $3.17 |
| | **\*\*Subtotal for 12SM3214** | | | | **$4.11** |
| 13SM0229 | 9/12/2013 thru 9/30/2013 | $38,118.83 | 0.246% / 365 | 19 | $4.88 |
| 13SM0229 | 10/1/2013 thru 12/2/2013 | $38,118.83 | 0.249% / 365 | 63 | $16.38 |
| | **\*\*Subtotal for 13SM0229** | | | | **$21.26** |

                    **\*\*Total Interest Charges of this type for Project**    | **$1,241.16** |

**\*\*Total New Interest Charges for Project :**                              | **$1,241.16** |

Exhibit A to Xiao Declaration
                                                            SER165

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM1992
12/02/2013
08:38:12

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**      **100164   - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
   216 F ST # 108
   DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
   PO BOX 177
   NEWCASTLE, CA  95658-0177

Exhibit A to Xiao Declaration

# SUMMARY BY ACTIVITY

Page 1 of 1

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM1992
12/02/2013
08:38:12

**Project Name:**      **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**    **100164  - SM**

Reporting Period: 07/2013 thru 09/2013

---

**Direct Labor - 2013/2014**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HANSON M | Attorney III-Spec | | 07/2013 | 5.50 | 430.26 |
| MACNICHOLL P | Hazardous Substnc Engr | | 07/2013 | 0.25 | 17.79 |
| HANSON M | Attorney III-Spec | | 09/2013 | 2.75 | 206.91 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 09/2013 | 2.00 | 132.59 |
| MACNICHOLL P | Hazardous Substnc Engr | | 09/2013 | 7.00 | 498.63 |
| | **Subtotal for PCA - 11018** | | | **17.50** | **$1,286.18** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 07/2013 | 2.00 | 164.22 |
| PARENT C | Hazardous Substnc Scien | | 07/2013 | 12.00 | 553.19 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 08/2013 | 6.00 | 492.62 |
| PARENT C | | | 08/2013 | 7.00 | 322.67 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 09/2013 | 6.00 | 492.62 |
| PARENT C | | | 09/2013 | 2.00 | 92.19 |
| | **Subtotal for PCA - 17018** | | | **35.00** | **$2,117.51** |
| | **** Direct Labor - 2013/2014 Totals** | | | **52.50** | **$3,403.69** |

**Indirect Labor - 2013/2014**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2013 | Jul - Dec | TSCA 0557 | 1.6586 | $3,403.69 | 5,645.37 |
| | | **** Indirect Labor - 2013/2014 Totals** | | **$3,403.69** | **$5,645.37** |
| | | **** Total - 2013/2014 Charges** | | | **$9,049.06** |
| | **** Total Project 100164** | **Charges** | | | **$9,049.06** |

Exhibit A to Xiao Declaration

SER167

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #13SM4055
06/02/2014
14:07:39

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2013   thru 03/2014   ) | $110,971.90 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #13SM4055 Charges | $110,971.90 |
| Interest Due from Late Payment of Previous Invoices | $2,664.09 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744;
09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246;
12SM2478; 12SM3214; 13SM0229; 13SM1992; 03SM1391;  )*

| | |
|---|---:|
| Total of New Charges | $113,635.99 |

*(Invoice #13SM4055 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,369,901.57** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please fax or email completed form to (916) 322-0274 or accounting@dtsc.ca.gov.  Please
contact the Accounting Office at (916) 327-8514 or accounting@dtsc.ca.gov for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:    __American Express  __Discover  __Mastercard  __Visa

Card Number: _____ _____ _____ _____     Expiration Date (Mo/Yr)   ____ / _____

Total Being Paid:   $ _____

Signature: _____     Telephone No.    (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances
Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____  By providing your email address, you agree to receive the credit card
receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The
purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of
the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC
Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento,
California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.
CID #  _____          Approved          Not Approved

Exhibit A to Xiao Declaration

SER168

Exhibit A to Xiao Declaration

SER169

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #13SM4055
06/02/2014
14:07:39

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2013   thru 03/2014   ) | $110,971.90 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #13SM4055 Charges | $110,971.90 |
| Interest Due from Late Payment of Previous Invoices | $2,664.09 |

*(Invoice #s 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 13SM1992; 03SM1391;  )*

| | |
|---|---:|
| Total of New Charges | $113,635.99 |

*(Invoice #13SM4055 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,369,901.57** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 1 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)　　　　　　　　　　13SM4055
P.O. Box 806
Sacramento, CA  95812-0806　　　　　　　　　　　　　　　　　　　　06/02/2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　14:07:39

**Project Name:　WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:　　100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (12/2/2013) | | $2,256,265.58 |
| Current Charges (10/2013 thru 03/2014): | $110,971.90 | |
| Advance Applied: | $0.00 | |
| Invoice #13SM4055　　Subtotal | | $110,971.90 |
| Late Payment Interest | | $2,664.09 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,369,901.57 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 12/2/2013 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 6/2/2014 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.34 | $0.00 | $0.16 | $0.00 | $0.00 | $157.50 |
| 04SM0233 | 8/19/2004 | $36.99 | $0.00 | $0.02 | $0.00 | $0.00 | $37.01 |
| 04SM0973 | 11/2/2004 | $11,893.87 | $0.00 | $11.88 | $0.00 | $0.00 | $11,905.75 |
| 04SM1655 | 1/25/2005 | $3,205.97 | $0.00 | $3.21 | $0.00 | $0.00 | $3,209.18 |
| 04SM2576 | 4/27/2005 | $8,292.77 | $0.00 | $8.35 | $0.00 | $0.00 | $8,301.12 |
| 05SM0033 | 8/17/2005 | $6,702.96 | $0.00 | $6.79 | $0.00 | $0.00 | $6,709.75 |
| 09SM2744 | 3/26/2010 | $744,812.72 | $0.00 | $875.20 | $0.00 | $0.00 | $745,687.92 |
| 09SM2784 | 4/29/2010 | $43,668.69 | $0.00 | $51.34 | $0.00 | $0.00 | $43,720.03 |
| 10SM0395 | 9/9/2010 | $73,501.54 | $0.00 | $86.58 | $0.00 | $0.00 | $73,588.12 |
| 10SM1166 | 11/4/2010 | $36,045.62 | $0.00 | $42.50 | $0.00 | $0.00 | $36,088.12 |
| 10SM2482 | 3/22/2011 | $30,507.62 | $0.00 | $36.03 | $0.00 | $0.00 | $30,543.65 |
| 12SM0958 | 9/18/2012 | $27,363.09 | $0.00 | $32.52 | $0.00 | $0.00 | $27,395.61 |
| 12SM0959 | 9/18/2012 | $1,155,620.97 | $0.00 | $1,373.27 | $0.00 | $0.00 | $1,156,994.24 |
| 12SM1246 | 10/31/2012 | $50,367.75 | $0.00 | $59.88 | $0.00 | $0.00 | $50,427.63 |
| 12SM2478 | 2/11/2013 | $9,519.69 | $0.00 | $11.33 | $0.00 | $0.00 | $9,531.02 |
| 12SM3214 | 5/1/2013 | $7,378.84 | $0.00 | $8.78 | $0.00 | $0.00 | $7,387.62 |
| 13SM0229 | 9/11/2013 | $38,140.09 | $0.00 | $45.46 | $0.00 | $0.00 | $38,185.55 |
| 13SM1992 | 12/2/2013 | $9,049.06 | $0.00 | $10.79 | $0.00 | $0.00 | $9,059.85 |
| 13SM4055 | 6/2/2014 | $0.00 | $110,971.90 | $0.00 | $0.00 | $0.00 | $110,971.90 |
| | | $2,256,265.58 | $110,971.90 | $2,664.09 | $0.00 | $0.00 | $2,369,901.57 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 12/02/2013　　　　　　　　　　　　　　　　　$0.00

Advance Credits Applied to Current Period Charges　　　　　　　　　　　　$0.00

　　　　　　　　　　　　　　　**Remaining Advance Payment/Credit Balance**　　$0.00

**PAYMENTS (Since Last Statement)**
　**No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
　**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER171

**STATEMENT OF ACCOUNT** Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  13SM4055
P.O. Box 806  06/02/2014
Sacramento, CA 95812-0806  14:07:39

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164 - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 12/3/2013 thru 12/31/2013 | $130.88 | | 0.249% / 365 | | 29 | | $0.03 |
| 03SM1391 | 1/1/2014 thru 3/31/2014 | $130.88 | | 0.248% / 365 | | 90 | | $0.08 |
| 03SM1391 | 4/1/2014 thru 6/2/2014 | $130.88 | | 0.222% / 365 | | 63 | | $0.05 |
| | **Subtotal for 03SM1391** | | | | | | | **$0.16** |
| 04SM0233 | 12/3/2013 thru 12/31/2013 | $20.41 | | 0.249% / 365 | | 29 | | $0.00 |
| 04SM0233 | 1/1/2014 thru 3/31/2014 | $20.41 | | 0.248% / 365 | | 90 | | $0.01 |
| 04SM0233 | 4/1/2014 thru 6/2/2014 | $20.41 | | 0.222% / 365 | | 63 | | $0.01 |
| | **Subtotal for 04SM0233** | | | | | | | **$0.02** |
| 04SM0973 | 12/3/2013 thru 12/31/2013 | $9,958.98 | | 0.249% / 365 | | 29 | | $1.97 |
| 04SM0973 | 1/1/2014 thru 3/31/2014 | $9,958.98 | | 0.248% / 365 | | 90 | | $6.09 |
| 04SM0973 | 4/1/2014 thru 6/2/2014 | $9,958.98 | | 0.222% / 365 | | 63 | | $3.82 |
| | **Subtotal for 04SM0973** | | | | | | | **$11.88** |
| 04SM1655 | 12/3/2013 thru 12/31/2013 | $2,693.57 | | 0.249% / 365 | | 29 | | $0.53 |
| 04SM1655 | 1/1/2014 thru 3/31/2014 | $2,693.57 | | 0.248% / 365 | | 90 | | $1.65 |
| 04SM1655 | 4/1/2014 thru 6/2/2014 | $2,693.57 | | 0.222% / 365 | | 63 | | $1.03 |
| | **Subtotal for 04SM1655** | | | | | | | **$3.21** |
| 04SM2576 | 12/3/2013 thru 12/31/2013 | $6,998.59 | | 0.249% / 365 | | 29 | | $1.38 |
| 04SM2576 | 1/1/2014 thru 3/31/2014 | $6,998.59 | | 0.248% / 365 | | 90 | | $4.29 |
| 04SM2576 | 4/1/2014 thru 6/2/2014 | $6,998.59 | | 0.222% / 365 | | 63 | | $2.68 |
| | **Subtotal for 04SM2576** | | | | | | | **$8.35** |
| 05SM0033 | 12/3/2013 thru 12/31/2013 | $5,694.89 | | 0.249% / 365 | | 29 | | $1.13 |
| 05SM0033 | 1/1/2014 thru 3/31/2014 | $5,694.89 | | 0.248% / 365 | | 90 | | $3.48 |
| 05SM0033 | 4/1/2014 thru 6/2/2014 | $5,694.89 | | 0.222% / 365 | | 63 | | $2.18 |
| | **Subtotal for 05SM0033** | | | | | | | **$6.79** |
| 09SM2744 | 12/3/2013 thru 12/31/2013 | $733,905.42 | | 0.249% / 365 | | 29 | | $145.19 |
| 09SM2744 | 1/1/2014 thru 3/31/2014 | $733,905.42 | | 0.248% / 365 | | 90 | | $448.79 |
| 09SM2744 | 4/1/2014 thru 6/2/2014 | $733,905.42 | | 0.222% / 365 | | 63 | | $281.22 |
| | **Subtotal for 09SM2744** | | | | | | | **$875.20** |
| 09SM2784 | 12/3/2013 thru 12/31/2013 | $43,051.22 | | 0.249% / 365 | | 29 | | $8.52 |
| 09SM2784 | 1/1/2014 thru 3/31/2014 | $43,051.22 | | 0.248% / 365 | | 90 | | $26.32 |
| 09SM2784 | 4/1/2014 thru 6/2/2014 | $43,051.22 | | 0.222% / 365 | | 63 | | $16.50 |
| | **Subtotal for 09SM2784** | | | | | | | **$51.34** |
| 10SM0395 | 12/3/2013 thru 12/31/2013 | $72,607.04 | | 0.249% / 365 | | 29 | | $14.36 |
| 10SM0395 | 1/1/2014 thru 3/31/2014 | $72,607.04 | | 0.248% / 365 | | 90 | | $44.40 |
| 10SM0395 | 4/1/2014 thru 6/2/2014 | $72,607.04 | | 0.222% / 365 | | 63 | | $27.82 |
| | **Subtotal for 10SM0395** | | | | | | | **$86.58** |
| 10SM1166 | 12/3/2013 thru 12/31/2013 | $35,635.26 | | 0.249% / 365 | | 29 | | $7.05 |
| 10SM1166 | 1/1/2014 thru 3/31/2014 | $35,635.26 | | 0.248% / 365 | | 90 | | $21.80 |
| 10SM1166 | 4/1/2014 thru 6/2/2014 | $35,635.26 | | 0.222% / 365 | | 63 | | $13.65 |
| | **Subtotal for 10SM1166** | | | | | | | **$42.50** |
| 10SM2482 | 12/3/2013 thru 12/31/2013 | $30,213.99 | | 0.249% / 365 | | 29 | | $5.98 |
| 10SM2482 | 1/1/2014 thru 3/31/2014 | $30,213.99 | | 0.248% / 365 | | 90 | | $18.47 |
| 10SM2482 | 4/1/2014 thru 6/2/2014 | $30,213.99 | | 0.222% / 365 | | 63 | | $11.58 |
| | **Subtotal for 10SM2482** | | | | | | | **$36.03** |

Exhibit A to Xiao Declaration

SER172

# STATEMENT OF ACCOUNT

Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM4055
06/02/2014
14:07:39

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM0958 | 12/3/2013 thru 12/31/2013 | $27,267.30 | 0.249% / 365 | 29 | $5.39 |
| 12SM0958 | 1/1/2014 thru 3/31/2014 | $27,267.30 | 0.248% / 365 | 90 | $16.68 |
| 12SM0958 | 4/1/2014 thru 6/2/2014 | $27,267.30 | 0.222% / 365 | 63 | $10.45 |
| | **Subtotal for 12SM0958 | | | | **$32.52** |
| 12SM0959 | 12/3/2013 thru 12/31/2013 | $1,151,575.50 | 0.249% / 365 | 29 | $227.82 |
| 12SM0959 | 1/1/2014 thru 3/31/2014 | $1,151,575.50 | 0.248% / 365 | 90 | $704.19 |
| 12SM0959 | 4/1/2014 thru 6/2/2014 | $1,151,575.50 | 0.222% / 365 | 63 | $441.26 |
| | **Subtotal for 12SM0959 | | | | **$1,373.27** |
| 12SM1246 | 12/3/2013 thru 12/31/2013 | $50,212.19 | 0.249% / 365 | 29 | $9.93 |
| 12SM1246 | 1/1/2014 thru 3/31/2014 | $50,212.19 | 0.248% / 365 | 90 | $30.71 |
| 12SM1246 | 4/1/2014 thru 6/2/2014 | $50,212.19 | 0.222% / 365 | 63 | $19.24 |
| | **Subtotal for 12SM1246 | | | | **$59.88** |
| 12SM2478 | 12/3/2013 thru 12/31/2013 | $9,499.25 | 0.249% / 365 | 29 | $1.88 |
| 12SM2478 | 1/1/2014 thru 3/31/2014 | $9,499.25 | 0.248% / 365 | 90 | $5.81 |
| 12SM2478 | 4/1/2014 thru 6/2/2014 | $9,499.25 | 0.222% / 365 | 63 | $3.64 |
| | **Subtotal for 12SM2478 | | | | **$11.33** |
| 12SM3214 | 12/3/2013 thru 12/31/2013 | $7,367.77 | 0.249% / 365 | 29 | $1.46 |
| 12SM3214 | 1/1/2014 thru 3/31/2014 | $7,367.77 | 0.248% / 365 | 90 | $4.50 |
| 12SM3214 | 4/1/2014 thru 6/2/2014 | $7,367.77 | 0.222% / 365 | 63 | $2.82 |
| | **Subtotal for 12SM3214 | | | | **$8.78** |
| 13SM0229 | 12/3/2013 thru 12/31/2013 | $38,118.83 | 0.249% / 365 | 29 | $7.54 |
| 13SM0229 | 1/1/2014 thru 3/31/2014 | $38,118.83 | 0.248% / 365 | 90 | $23.31 |
| 13SM0229 | 4/1/2014 thru 6/2/2014 | $38,118.83 | 0.222% / 365 | 63 | $14.61 |
| | **Subtotal for 13SM0229 | | | | **$45.46** |
| 13SM1992 | 12/3/2013 thru 12/31/2013 | $9,049.06 | 0.249% / 365 | 29 | $1.79 |
| 13SM1992 | 1/1/2014 thru 3/31/2014 | $9,049.06 | 0.248% / 365 | 90 | $5.53 |
| 13SM1992 | 4/1/2014 thru 6/2/2014 | $9,049.06 | 0.222% / 365 | 63 | $3.47 |
| | **Subtotal for 13SM1992 | | | | **$10.79** |

**Total Interest Charges of this type for Project | $2,664.09 |

**Total New Interest Charges for Project : | $2,664.09 |

Exhibit A to Xiao Declaration

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM4055
06/02/2014
14:07:39

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164   - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
216 F ST # 108
DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
PO BOX 177
NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
3218 NACOGDOCHES RD # 8
SAN ANTONIO, TX  78217-3321

**WEST COAST WOOD PRESERVING, LLC**
DRINKWATER LAW OFFICES
5421 KIETZKE LN STE 100
RENO, NV  89511-1025

Exhibit A to Xiao Declaration
SER174

SUMMARY BY ACTIVITY

| DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC) | 13SM4055 |
|---|---|
| P.O. Box 806 | 06/02/2014 |
| Sacramento, CA  95812-0806 | 14:07:39 |

| | | |
|---|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** | |
| **Project Number:** | **100164   - SM** | Reporting Period: 10/2013 thru 03/2014 |

---

**Direct Labor - 2013/2014**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| HANSON M | Attorney III-Spec | | 11/2013 | 7.00 | 526.61 |
| MACNICHOLL P | Hazardous Substnc Engr | | 11/2013 | 15.00 | 1,068.48 |
| HANSON M | Attorney III-Spec | | 12/2013 | 6.00 | 451.42 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 12/2013 | 3.00 | 201.37 |
| MACNICHOLL P | Hazardous Substnc Engr | | 12/2013 | 26.50 | 1,890.92 |
| STANLEY DA | Engineering Geologist | 12/2013 | 11/2013 | 12.50 | 594.30 |
| STANLEY DA | Engineering Geologist | | 12/2013 | 32.50 | 1,574.91 |
| KOYASAKO SK | Asst Chief Counsel | | 01/2014 | 1.25 | 105.45 |
| HANSON M | Attorney III-Spec | | 01/2014 | 13.75 | 1,075.72 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 01/2014 | 2.00 | 134.25 |
| MACNICHOLL P | Hazardous Substnc Engr | | 01/2014 | 43.00 | 3,068.28 |
| STANLEY DA | Engineering Geologist | 01/2014 | 11/2013 | -12.50 | (594.30) |
| STANLEY DA | Engineering Geologist | | 01/2014 | 40.50 | 1,962.58 |
| KOYASAKO SK | Asst Chief Counsel | | 02/2014 | 2.75 | 244.48 |
| HANSON M | Attorney III-Spec | | 02/2014 | 12.25 | 1,001.92 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 02/2014 | 13.00 | 914.21 |
| MACNICHOLL P | Hazardous Substnc Engr | | 02/2014 | 31.50 | 2,354.76 |
| BARRAGAN M | Office Techn-Typing | | 02/2014 | 1.00 | 34.03 |
| CONNOR J | Attorney III-Spec | | 02/2014 | 1.50 | 103.99 |
| STANLEY DA | Engineering Geologist | | 02/2014 | 24.00 | 1,218.38 |
| KOYASAKO SK | Asst Chief Counsel | | 03/2014 | 0.75 | 69.05 |
| HANSON M | Attorney III-Spec | | 03/2014 | 38.50 | 2,757.41 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 03/2014 | 1.00 | 70.31 |
| MACNICHOLL P | Hazardous Substnc Engr | | 03/2014 | 31.50 | 2,354.76 |
| STANLEY DA | Engineering Geologist | | 03/2014 | 15.00 | 761.49 |
| | **Subtotal for PCA - 11018** | | | **363.25** | **$23,944.78** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 10/2013 | 1.00 | 82.10 |
| PARENT C | Environmental Scientist | | 10/2013 | 10.00 | 460.97 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 10/2013 | 1.00 | 46.38 |
| PARENT C | Environmental Scientist | | 11/2013 | 1.00 | 46.11 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 11/2013 | 2.00 | 92.75 |
| KOYASAKO SK | Asst Chief Counsel | | 11/2013 | 0.50 | 42.62 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 12/2013 | 2.00 | 164.67 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 12/2013 | 1.75 | 81.41 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 01/2014 | 4.50 | 370.49 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 01/2014 | 2.75 | 127.94 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 02/2014 | 2.00 | 172.50 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 02/2014 | 11.25 | 548.29 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 03/2014 | 2.50 | 121.84 |
| | **Subtotal for PCA - 17018** | | | **42.25** | **$2,358.07** |
| | **** Direct Labor - 2013/2014 Totals** | | | **405.50** | **$26,302.85** |

**Indirect Labor - 2013/2014**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2013 | Jul - Dec | TSCA 0557 | 68 1.6586 | 6,730.00 | 11,163.59 |

Exhibit 2 to Xiao Declaration

**SUMMARY BY ACTIVITY** Page 2 of 2

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

13SM4055
06/02/2014
14:07:39

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:** **100164   - SM**                     Reporting Period: 10/2013 thru 03/2014

| 2013 | Jan - Jun | TSCA 0557 | 1.6437 | $19,572.13 | 32,170.71 |
|------|-----------|-----------|--------|------------|-----------|
|      |           | **\*\* Indirect Labor - 2013/2014 Totals** |  | **$26,302.85** | **$43,334.30** |

**Contract Charges - 2013/2014**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 5675122 | 11/2013 | 1,264.01 |
| 0018 | C07T3406 | URS CORPORATION | 5675122 | 11/2013 | 29,202.99 |
| 0018 | C07T3406 | URS CORPORATION | 5704861 | 12/2013 | 2,363.35 |
| 0018 | C07T3406 | URS CORPORATION | 5797057 | 03/2014 | 8,504.40 |

|  |  |  |  |
|--|--|--|--|
| **\*\* Contract Charges - 2013/2014 Totals** |  |  | **$41,334.75** |
| **\*\* Total - 2013/2014 Charges** |  |  | **$110,971.90** |
| **\*\* Total Project 100164    Charges** |  |  | **$110,971.90** |

Exhibit A to Xiao Declaration
                                                  SER176

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM1204
08/28/2014
13:08:18

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 04/2014   thru 06/2014   ) | $82,084.71 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM1204 Charges | $82,084.71 |
| Interest Due from Late Payment of Previous Invoices | $1,263.57 |

*(Invoice #s 13SM1992; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576;*
*05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958;*
*12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 13SM4055;  )*

| | |
|---|---|
| Total of New Charges | $83,348.28 |

*(Invoice #14SM1204 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,453,249.85** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please fax or email completed form to (916) 322-0274 or accounting@dtsc.ca.gov.  Please contact the Accounting Office at (916) 327-8514 or accounting@dtsc.ca.gov for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:     __American Express  __Discover  __Mastercard  __Visa

Card Number:  _____ _____ _____ _____      Expiration Date (Mo/Yr)  ____ / _____

Total Being Paid:    $_____

Signature: _____     Telephone No.    (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____   By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.  _____
CID #                                              Approved                Not Approved

Exhibit A to Xiao Declaration
SER177

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM1204
08/28/2014
13:08:18

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 04/2014   thru 06/2014   ) | $82,084.71 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM1204 Charges | $82,084.71 |
| Interest Due from Late Payment of Previous Invoices | $1,263.57 |

*(Invoice #s 13SM1992; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 13SM4055;  )*

| | |
|---|---|
| Total of New Charges | $83,348.28 |
| *(Invoice #14SM1204 Charges and Late Payment Interest)* | |
| **Total Due on Project** | **$2,453,249.85** |
| *(Includes unpaid invoices and the amount noted above)* | |

Agreement Numbers (if applicable):

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM1204
08/28/2014
13:08:18

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164   - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (6/2/2014) | | $2,369,901.57 |
| Current Charges (04/2014 thru 06/2014): | $82,084.71 | |
| Advance Applied: | $0.00 | |
| Invoice #14SM1204     Subtotal | | $82,084.71 |
| Late Payment Interest | | $1,263.57 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,453,249.85 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 6/2/2014 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 8/28/2014 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.50 | $0.00 | $0.07 | $0.00 | $0.00 | $157.57 |
| 04SM0233 | 8/19/2004 | $37.01 | $0.00 | $0.01 | $0.00 | $0.00 | $37.02 |
| 04SM0973 | 11/2/2004 | $11,905.75 | $0.00 | $5.37 | $0.00 | $0.00 | $11,911.12 |
| 04SM1655 | 1/25/2005 | $3,209.18 | $0.00 | $1.45 | $0.00 | $0.00 | $3,210.63 |
| 04SM2576 | 4/27/2005 | $8,301.12 | $0.00 | $3.77 | $0.00 | $0.00 | $8,304.89 |
| 05SM0033 | 8/17/2005 | $6,709.75 | $0.00 | $3.07 | $0.00 | $0.00 | $6,712.82 |
| 09SM2744 | 3/26/2010 | $745,687.92 | $0.00 | $395.47 | $0.00 | $0.00 | $746,083.39 |
| 09SM2784 | 4/29/2010 | $43,720.03 | $0.00 | $23.19 | $0.00 | $0.00 | $43,743.22 |
| 10SM0395 | 9/9/2010 | $73,588.12 | $0.00 | $39.12 | $0.00 | $0.00 | $73,627.24 |
| 10SM1166 | 11/4/2010 | $36,088.12 | $0.00 | $19.20 | $0.00 | $0.00 | $36,107.32 |
| 10SM2482 | 3/22/2011 | $30,543.65 | $0.00 | $16.28 | $0.00 | $0.00 | $30,559.93 |
| 12SM0958 | 9/18/2012 | $27,395.61 | $0.00 | $14.69 | $0.00 | $0.00 | $27,410.30 |
| 12SM0959 | 9/18/2012 | $1,156,994.24 | $0.00 | $620.52 | $0.00 | $0.00 | $1,157,614.76 |
| 12SM1246 | 10/31/2012 | $50,427.63 | $0.00 | $27.06 | $0.00 | $0.00 | $50,454.69 |
| 12SM2478 | 2/11/2013 | $9,531.02 | $0.00 | $5.12 | $0.00 | $0.00 | $9,536.14 |
| 12SM3214 | 5/1/2013 | $7,387.62 | $0.00 | $3.97 | $0.00 | $0.00 | $7,391.59 |
| 13SM0229 | 9/11/2013 | $38,185.55 | $0.00 | $20.54 | $0.00 | $0.00 | $38,206.09 |
| 13SM1992 | 12/2/2013 | $9,059.85 | $0.00 | $4.87 | $0.00 | $0.00 | $9,064.72 |
| 13SM4055 | 6/2/2014 | $110,971.90 | $0.00 | $59.80 | $0.00 | $0.00 | $111,031.70 |
| 14SM1204 | 8/28/2014 | $0.00 | $82,084.71 | $0.00 | $0.00 | $0.00 | $82,084.71 |
| | | $2,369,901.57 | $82,084.71 | $1,263.57 | $0.00 | $0.00 | $2,453,249.85 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

| | |
|---|---:|
| Advance Balance Forward from 06/02/2014 | $0.00 |
| Advance Credits Applied to Current Period Charges | $0.00 |
| **Remaining Advance Payment/Credit Balance** | $0.00 |

**PAYMENTS (Since Last Statement)**
  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
  **No Activity Since Last Statement**

73                          Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT
Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM1204
08/28/2014
13:08:18

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 6/3/2014 thru 6/30/2014 | $130.88 | | 0.222% / 365 | | 28 | | $0.02 |
| 03SM1391 | 7/1/2014 thru 8/28/2014 | $130.88 | | 0.228% / 365 | | 59 | | $0.05 |
| | **Subtotal for 03SM1391 | | | | | | | **$0.07** |
| 04SM0233 | 6/3/2014 thru 6/30/2014 | $20.41 | | 0.222% / 365 | | 28 | | $0.00 |
| 04SM0233 | 7/1/2014 thru 8/28/2014 | $20.41 | | 0.228% / 365 | | 59 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.01** |
| 04SM0973 | 6/3/2014 thru 6/30/2014 | $9,958.98 | | 0.222% / 365 | | 28 | | $1.70 |
| 04SM0973 | 7/1/2014 thru 8/28/2014 | $9,958.98 | | 0.228% / 365 | | 59 | | $3.67 |
| | **Subtotal for 04SM0973 | | | | | | | **$5.37** |
| 04SM1655 | 6/3/2014 thru 6/30/2014 | $2,693.57 | | 0.222% / 365 | | 28 | | $0.46 |
| 04SM1655 | 7/1/2014 thru 8/28/2014 | $2,693.57 | | 0.228% / 365 | | 59 | | $0.99 |
| | **Subtotal for 04SM1655 | | | | | | | **$1.45** |
| 04SM2576 | 6/3/2014 thru 6/30/2014 | $6,998.59 | | 0.222% / 365 | | 28 | | $1.19 |
| 04SM2576 | 7/1/2014 thru 8/28/2014 | $6,998.59 | | 0.228% / 365 | | 59 | | $2.58 |
| | **Subtotal for 04SM2576 | | | | | | | **$3.77** |
| 05SM0033 | 6/3/2014 thru 6/30/2014 | $5,694.89 | | 0.222% / 365 | | 28 | | $0.97 |
| 05SM0033 | 7/1/2014 thru 8/28/2014 | $5,694.89 | | 0.228% / 365 | | 59 | | $2.10 |
| | **Subtotal for 05SM0033 | | | | | | | **$3.07** |
| 09SM2744 | 6/3/2014 thru 6/30/2014 | $733,905.42 | | 0.222% / 365 | | 28 | | $124.99 |
| 09SM2744 | 7/1/2014 thru 8/28/2014 | $733,905.42 | | 0.228% / 365 | | 59 | | $270.48 |
| | **Subtotal for 09SM2744 | | | | | | | **$395.47** |
| 09SM2784 | 6/3/2014 thru 6/30/2014 | $43,051.22 | | 0.222% / 365 | | 28 | | $7.33 |
| 09SM2784 | 7/1/2014 thru 8/28/2014 | $43,051.22 | | 0.228% / 365 | | 59 | | $15.86 |
| | **Subtotal for 09SM2784 | | | | | | | **$23.19** |
| 10SM0395 | 6/3/2014 thru 6/30/2014 | $72,607.04 | | 0.222% / 365 | | 28 | | $12.37 |
| 10SM0395 | 7/1/2014 thru 8/28/2014 | $72,607.04 | | 0.228% / 365 | | 59 | | $26.75 |
| | **Subtotal for 10SM0395 | | | | | | | **$39.12** |
| 10SM1166 | 6/3/2014 thru 6/30/2014 | $35,635.26 | | 0.222% / 365 | | 28 | | $6.07 |
| 10SM1166 | 7/1/2014 thru 8/28/2014 | $35,635.26 | | 0.228% / 365 | | 59 | | $13.13 |
| | **Subtotal for 10SM1166 | | | | | | | **$19.20** |
| 10SM2482 | 6/3/2014 thru 6/30/2014 | $30,213.99 | | 0.222% / 365 | | 28 | | $5.15 |
| 10SM2482 | 7/1/2014 thru 8/28/2014 | $30,213.99 | | 0.228% / 365 | | 59 | | $11.13 |
| | **Subtotal for 10SM2482 | | | | | | | **$16.28** |
| 12SM0958 | 6/3/2014 thru 6/30/2014 | $27,267.30 | | 0.222% / 365 | | 28 | | $4.64 |
| 12SM0958 | 7/1/2014 thru 8/28/2014 | $27,267.30 | | 0.228% / 365 | | 59 | | $10.05 |
| | **Subtotal for 12SM0958 | | | | | | | **$14.69** |
| 12SM0959 | 6/3/2014 thru 6/30/2014 | $1,151,575.50 | | 0.222% / 365 | | 28 | | $196.11 |
| 12SM0959 | 7/1/2014 thru 8/28/2014 | $1,151,575.50 | | 0.228% / 365 | | 59 | | $424.41 |
| | **Subtotal for 12SM0959 | | | | | | | **$620.52** |
| 12SM1246 | 6/3/2014 thru 6/30/2014 | $50,212.19 | | 0.222% / 365 | | 28 | | $8.55 |
| 12SM1246 | 7/1/2014 thru 8/28/2014 | $50,212.19 | | 0.228% / 365 | | 59 | | $18.51 |
| | **Subtotal for 12SM1246 | | | | | | | **$27.06** |

74

Exhibit A to Xiao Declaration

SER181

**STATEMENT OF ACCOUNT**                                         Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    14SM1204
P.O. Box 806                                                    08/28/2014
Sacramento, CA  95812-0806                                      13:08:18

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM2478 | 6/3/2014 thru 6/30/2014 | $9,499.25 | 0.222% / 365 | 28 | $1.62 |
| 12SM2478 | 7/1/2014 thru 8/28/2014 | $9,499.25 | 0.228% / 365 | 59 | $3.50 |
| | | **Subtotal for 12SM2478 | | | **$5.12** |
| 12SM3214 | 6/3/2014 thru 6/30/2014 | $7,367.77 | 0.222% / 365 | 28 | $1.25 |
| 12SM3214 | 7/1/2014 thru 8/28/2014 | $7,367.77 | 0.228% / 365 | 59 | $2.72 |
| | | **Subtotal for 12SM3214 | | | **$3.97** |
| 13SM0229 | 6/3/2014 thru 6/30/2014 | $38,118.83 | 0.222% / 365 | 28 | $6.49 |
| 13SM0229 | 7/1/2014 thru 8/28/2014 | $38,118.83 | 0.228% / 365 | 59 | $14.05 |
| | | **Subtotal for 13SM0229 | | | **$20.54** |
| 13SM1992 | 6/3/2014 thru 6/30/2014 | $9,049.06 | 0.222% / 365 | 28 | $1.54 |
| 13SM1992 | 7/1/2014 thru 8/28/2014 | $9,049.06 | 0.228% / 365 | 59 | $3.33 |
| | | **Subtotal for 13SM1992 | | | **$4.87** |
| 13SM4055 | 6/3/2014 thru 6/30/2014 | $110,971.90 | 0.222% / 365 | 28 | $18.90 |
| 13SM4055 | 7/1/2014 thru 8/28/2014 | $110,971.90 | 0.228% / 365 | 59 | $40.90 |
| | | **Subtotal for 13SM4055 | | | **$59.80** |

**Total Interest Charges of this type for Project                      $1,263.57

**Total New Interest Charges for Project :                              $1,263.57

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    14SM1204
P.O. Box 806                                                    08/28/2014
Sacramento, CA  95812-0806
                                                                13:08:18

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**      **100164   - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
   216 F ST # 108
   DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
   PO BOX 177
   NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
   3218 NACOGDOCHES RD # 8
   SAN ANTONIO, TX  78217-3321

**WEST COAST WOOD PRESERVING, LLC**
   DRINKWATER LAW OFFICES
   5421 KIETZKE LN STE 100
   RENO, NV  89511-1025

Exhibit A to Xiao Declaration
                                                                SER183

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM1204
08/28/2014
13:08:18

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | |
|---|---|---|
| Project Number: | **100164   - SM** | Reporting Period: 04/2014 thru 06/2014 |

### Direct Labor - 2013/2014

#### PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| DIBIASIO K | Staff Toxicologist-Spec | | 04/2014 | 3.00 | 199.18 |
| KOYASAKO SK | Asst Chief Counsel | | 04/2014 | 0.50 | 42.39 |
| HANSON M | Attorney III-Spec | | 04/2014 | 53.25 | 3,832.21 |
| MACNICHOLL P | Hazardous Substnc Engr | | 04/2014 | 63.50 | 4,531.13 |
| BARRAGAN M | Office Techn-Typing | | 04/2014 | 1.25 | 40.62 |
| CONNOR J | Attorney III-Spec | | 04/2014 | 1.50 | 100.30 |
| KNIGHT DE | Staff Services Analyst-Gen | | 04/2014 | 6.00 | 207.31 |
| MAJHAIL R | Public Participation Spec | | 04/2014 | 0.70 | 33.74 |
| STANLEY DA | Engineering Geologist | 04/2014 | 11/2013 | 12.50 | 594.30 |
| STANLEY DA | Engineering Geologist | | 04/2014 | 3.50 | 169.60 |
| KOYASAKO SK | Asst Chief Counsel | | 05/2014 | 1.25 | 111.75 |
| HANSON M | Attorney III-Spec | | 05/2014 | 89.50 | 6,739.24 |
| MACNICHOLL P | Hazardous Substnc Engr | | 05/2014 | 28.50 | 2,033.65 |
| CONNOR J | Attorney III-Spec | | 05/2014 | 1.50 | 100.02 |
| KNIGHT DE | Staff Services Analyst-Gen | | 05/2014 | 8.50 | 293.69 |
| MAJHAIL R | Public Participation Spec | | 05/2014 | 0.90 | 43.39 |
| STANLEY DA | Engineering Geologist | | 05/2014 | 33.50 | 1,623.36 |
| KOYASAKO SK | Asst Chief Counsel | | 06/2014 | 0.75 | 66.03 |
| HANSON M | Attorney III-Spec | | 06/2014 | 10.00 | 788.20 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 06/2014 | 5.00 | 351.48 |
| MACNICHOLL P | Hazardous Substnc Engr | | 06/2014 | 20.50 | 1,532.46 |
| STANLEY DA | Engineering Geologist | | 06/2014 | 6.00 | 304.61 |
| | **Subtotal for PCA - 11018** | | | **351.60** | **$23,738.66** |

#### PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 04/2014 | 1.00 | 82.34 |
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 04/2014 | 5.50 | 431.94 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 04/2014 | 1.75 | 81.41 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 05/2014 | 2.00 | 164.67 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 05/2014 | 4.00 | 186.09 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 06/2014 | 1.00 | 86.24 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 06/2014 | 1.00 | 48.73 |
| | **Subtotal for PCA - 17018** | | | **16.25** | **$1,081.42** |
| | **\*\* Direct Labor - 2013/2014 Totals** | | | **367.85** | **$24,820.08** |

### Indirect Labor - 2013/2014

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2013 | Jul - Dec | TSCA 0557 | 1.6586 | $594.30 | 985.71 |
| 2013 | Jan - Jun | TSCA 0557 | 1.6437 | $24,225.78 | 39,819.91 |
| | | **\*\* Indirect Labor - 2013/2014 Totals** | | **$24,820.08** | **$40,805.62** |

### Contract Charges - 2013/2014

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|---|---|---|---|---|---|
| 0018 | C07T3406 | URS CORPORATION | 5827257S | 04/2014 | 1,988.72 |
| 0018 | C07T3406 | URS CORPORATION | 5867581 | 06/2014 | 13,338.64 |
| | **\*\* Contract Charges - 2013/2014 Totals** | 77 | | Exhibit A to Xiao Declaration | 15,327.36 |

**SUMMARY BY ACTIVITY** Page 2 of 2

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  14SM1204
P.O. Box 806  08/28/2014
Sacramento, CA  95812-0806  13:08:18

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:** **100164  - SM**  Reporting Period: 04/2014 thru 06/2014

---

**Travel Charges - 2013/2014**

| | Fund | Amount |
|---|---|---|
| | 0557 | 1,068.65 |
| **\*\* Travel Charges - 2013/2014 Totals** | | **$1,068.65** |

**Other Charges - 2013/2014**

| | Fund | Amount |
|---|---|---|
| | 0557 | 63.00 |
| **\*\* Other Charges - 2013/2014 Totals** | | **$63.00** |
| **\*\* Total - 2013/2014 Charges** | | **$82,084.71** |
| **\*\* Total Project 100164     Charges** | | **$82,084.71** |

Exhibit A to Xiao Declaration

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM2154

11/26/2014

10:15:33

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 07/2014   thru 09/2014   ) | $36,235.16 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM2154 Charges | $36,235.16 |
| | |
| Interest Due from Late Payment of Previous Invoices | $1,387.21 |

*(Invoice #s 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; )*

| | |
|---|---|
| Total of New Charges | $37,622.37 |

*(Invoice #14SM2154 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,490,872.22** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please fax or email completed form to (916) 322-0274 or accounting@dtsc.ca.gov.  Please contact the Accounting Office at (916) 327-8514 or accounting@dtsc.ca.gov for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:    __American Express  __Discover  __Mastercard  __Visa

Card Number:  _____ _____ _____ _____   Expiration Date (Mo/Yr)   ____ / _____

Total Being Paid:  $_____

Signature: _____   Telephone No.   (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____   By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.
CID # _____          Approved          Not Approved

Exhibit A to Xiao Declaration

SER186

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM2154
11/26/2014
10:15:33

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 07/2014   thru 09/2014   ) | $36,235.16 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM2154 Charges | $36,235.16 |
| Interest Due from Late Payment of Previous Invoices | $1,387.21 |

*(Invoice #s 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; )*

| | |
|---|---:|
| Total of New Charges | $37,622.37 |

*(Invoice #14SM2154 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,490,872.22** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

**RP Copy**

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM2154
11/26/2014
10:15:33

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (8/28/2014) | | $2,453,249.85 |
| Current Charges (07/2014 thru 09/2014): | $36,235.16 | |
| Advance Applied: | $0.00 | |
| Invoice #14SM2154     Subtotal | | $36,235.16 |
| Late Payment Interest | | $1,387.21 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,490,872.22 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 8/28/2014 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 11/26/2014 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $157.57 | $0.00 | $0.07 | $0.00 | $0.00 | $157.64 |
| 04SM0233 | 8/19/2004 | $37.02 | $0.00 | $0.01 | $0.00 | $0.00 | $37.03 |
| 04SM0973 | 11/2/2004 | $11,911.12 | $0.00 | $5.69 | $0.00 | $0.00 | $11,916.81 |
| 04SM1655 | 1/25/2005 | $3,210.63 | $0.00 | $1.54 | $0.00 | $0.00 | $3,212.17 |
| 04SM2576 | 4/27/2005 | $8,304.89 | $0.00 | $4.00 | $0.00 | $0.00 | $8,308.89 |
| 05SM0033 | 8/17/2005 | $6,712.82 | $0.00 | $3.26 | $0.00 | $0.00 | $6,716.08 |
| 09SM2744 | 3/26/2010 | $746,083.39 | $0.00 | $419.48 | $0.00 | $0.00 | $746,502.87 |
| 09SM2784 | 4/29/2010 | $43,743.22 | $0.00 | $24.60 | $0.00 | $0.00 | $43,767.82 |
| 10SM0395 | 9/9/2010 | $73,627.24 | $0.00 | $41.50 | $0.00 | $0.00 | $73,668.74 |
| 10SM1166 | 11/4/2010 | $36,107.32 | $0.00 | $20.36 | $0.00 | $0.00 | $36,127.68 |
| 10SM2482 | 3/22/2011 | $30,559.93 | $0.00 | $17.27 | $0.00 | $0.00 | $30,577.20 |
| 12SM0958 | 9/18/2012 | $27,410.30 | $0.00 | $15.58 | $0.00 | $0.00 | $27,425.88 |
| 12SM0959 | 9/18/2012 | $1,157,614.76 | $0.00 | $658.20 | $0.00 | $0.00 | $1,158,272.96 |
| 12SM1246 | 10/31/2012 | $50,454.69 | $0.00 | $28.70 | $0.00 | $0.00 | $50,483.39 |
| 12SM2478 | 2/11/2013 | $9,536.14 | $0.00 | $5.43 | $0.00 | $0.00 | $9,541.57 |
| 12SM3214 | 5/1/2013 | $7,391.59 | $0.00 | $4.22 | $0.00 | $0.00 | $7,395.81 |
| 13SM0229 | 9/11/2013 | $38,206.09 | $0.00 | $21.79 | $0.00 | $0.00 | $38,227.88 |
| 13SM1992 | 12/2/2013 | $9,064.72 | $0.00 | $5.17 | $0.00 | $0.00 | $9,069.89 |
| 13SM4055 | 6/2/2014 | $111,031.70 | $0.00 | $63.43 | $0.00 | $0.00 | $111,095.13 |
| 14SM1204 | 8/28/2014 | $82,084.71 | $0.00 | $46.91 | $0.00 | $0.00 | $82,131.62 |
| 14SM2154 | 11/26/2014 | $0.00 | $36,235.16 | $0.00 | $0.00 | $0.00 | $36,235.16 |
| | | $2,453,249.85 | $36,235.16 | $1,387.21 | $0.00 | $0.00 | $2,490,872.22 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 08/28/2014                                                              $0.00

Advance Credits Applied to Current Period Charges                                                    $0.00

**Remaining Advance Payment/Credit Balance**                                        $0.00

**PAYMENTS (Since Last Statement)**
  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**
Page 2 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM2154
11/26/2014
10:15:33

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 8/29/2014 thru 9/30/2014 | $130.88 | | 0.228% / 365 | | 33 | | $0.03 |
| 03SM1391 | 10/1/2014 thru 11/26/2014 | $130.88 | | 0.234% / 365 | | 57 | | $0.04 |
| | **Subtotal for 03SM1391 | | | | | | | $0.07** |
| 04SM0233 | 8/29/2014 thru 9/30/2014 | $20.41 | | 0.228% / 365 | | 33 | | $0.00 |
| 04SM0233 | 10/1/2014 thru 11/26/2014 | $20.41 | | 0.234% / 365 | | 57 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | $0.01** |
| 04SM0973 | 8/29/2014 thru 9/30/2014 | $9,958.98 | | 0.228% / 365 | | 33 | | $2.05 |
| 04SM0973 | 10/1/2014 thru 11/26/2014 | $9,958.98 | | 0.234% / 365 | | 57 | | $3.64 |
| | **Subtotal for 04SM0973 | | | | | | | $5.69** |
| 04SM1655 | 8/29/2014 thru 9/30/2014 | $2,693.57 | | 0.228% / 365 | | 33 | | $0.56 |
| 04SM1655 | 10/1/2014 thru 11/26/2014 | $2,693.57 | | 0.234% / 365 | | 57 | | $0.98 |
| | **Subtotal for 04SM1655 | | | | | | | $1.54** |
| 04SM2576 | 8/29/2014 thru 9/30/2014 | $6,998.59 | | 0.228% / 365 | | 33 | | $1.44 |
| 04SM2576 | 10/1/2014 thru 11/26/2014 | $6,998.59 | | 0.234% / 365 | | 57 | | $2.56 |
| | **Subtotal for 04SM2576 | | | | | | | $4.00** |
| 05SM0033 | 8/29/2014 thru 9/30/2014 | $5,694.89 | | 0.228% / 365 | | 33 | | $1.17 |
| 05SM0033 | 10/1/2014 thru 11/26/2014 | $5,694.89 | | 0.234% / 365 | | 57 | | $2.09 |
| | **Subtotal for 05SM0033 | | | | | | | $3.26** |
| 09SM2744 | 8/29/2014 thru 9/30/2014 | $733,905.42 | | 0.228% / 365 | | 33 | | $151.29 |
| 09SM2744 | 10/1/2014 thru 11/26/2014 | $733,905.42 | | 0.234% / 365 | | 57 | | $268.19 |
| | **Subtotal for 09SM2744 | | | | | | | $419.48** |
| 09SM2784 | 8/29/2014 thru 9/30/2014 | $43,051.22 | | 0.228% / 365 | | 33 | | $8.87 |
| 09SM2784 | 10/1/2014 thru 11/26/2014 | $43,051.22 | | 0.234% / 365 | | 57 | | $15.73 |
| | **Subtotal for 09SM2784 | | | | | | | $24.60** |
| 10SM0395 | 8/29/2014 thru 9/30/2014 | $72,607.04 | | 0.228% / 365 | | 33 | | $14.97 |
| 10SM0395 | 10/1/2014 thru 11/26/2014 | $72,607.04 | | 0.234% / 365 | | 57 | | $26.53 |
| | **Subtotal for 10SM0395 | | | | | | | $41.50** |
| 10SM1166 | 8/29/2014 thru 9/30/2014 | $35,635.26 | | 0.228% / 365 | | 33 | | $7.35 |
| 10SM1166 | 10/1/2014 thru 11/26/2014 | $35,635.26 | | 0.234% / 365 | | 57 | | $13.01 |
| | **Subtotal for 10SM1166 | | | | | | | $20.36** |
| 10SM2482 | 8/29/2014 thru 9/30/2014 | $30,213.99 | | 0.228% / 365 | | 33 | | $6.23 |
| 10SM2482 | 10/1/2014 thru 11/26/2014 | $30,213.99 | | 0.234% / 365 | | 57 | | $11.04 |
| | **Subtotal for 10SM2482 | | | | | | | $17.27** |
| 12SM0958 | 8/29/2014 thru 9/30/2014 | $27,267.30 | | 0.228% / 365 | | 33 | | $5.62 |
| 12SM0958 | 10/1/2014 thru 11/26/2014 | $27,267.30 | | 0.234% / 365 | | 57 | | $9.96 |
| | **Subtotal for 12SM0958 | | | | | | | $15.58** |
| 12SM0959 | 8/29/2014 thru 9/30/2014 | $1,151,575.50 | | 0.228% / 365 | | 33 | | $237.38 |
| 12SM0959 | 10/1/2014 thru 11/26/2014 | $1,151,575.50 | | 0.234% / 365 | | 57 | | $420.82 |
| | **Subtotal for 12SM0959 | | | | | | | $658.20** |
| 12SM1246 | 8/29/2014 thru 9/30/2014 | $50,212.19 | | 0.228% / 365 | | 33 | | $10.35 |
| 12SM1246 | 10/1/2014 thru 11/26/2014 | $50,212.19 | | 0.234% / 365 | | 57 | | $18.35 |
| | **Subtotal for 12SM1246 | | | | | | | $28.70** |

83
Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**                                      Page 3 of 3

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                        14SM2154
P.O. Box 806                                                        11/26/2014
Sacramento, CA  95812-0806                                          10:15:33

**Project Name:**     **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**      **100164   - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM2478 | 8/29/2014 thru 9/30/2014 | $9,499.25 | 0.228% / 365 | 33 | $1.96 |
| 12SM2478 | 10/1/2014 thru 11/26/2014 | $9,499.25 | 0.234% / 365 | 57 | $3.47 |
| | **Subtotal for 12SM2478 | | | | **$5.43** |
| 12SM3214 | 8/29/2014 thru 9/30/2014 | $7,367.77 | 0.228% / 365 | 33 | $1.52 |
| 12SM3214 | 10/1/2014 thru 11/26/2014 | $7,367.77 | 0.234% / 365 | 57 | $2.70 |
| | **Subtotal for 12SM3214 | | | | **$4.22** |
| 13SM0229 | 8/29/2014 thru 9/30/2014 | $38,118.83 | 0.228% / 365 | 33 | $7.86 |
| 13SM0229 | 10/1/2014 thru 11/26/2014 | $38,118.83 | 0.234% / 365 | 57 | $13.93 |
| | **Subtotal for 13SM0229 | | | | **$21.79** |
| 13SM1992 | 8/29/2014 thru 9/30/2014 | $9,049.06 | 0.228% / 365 | 33 | $1.87 |
| 13SM1992 | 10/1/2014 thru 11/26/2014 | $9,049.06 | 0.234% / 365 | 57 | $3.30 |
| | **Subtotal for 13SM1992 | | | | **$5.17** |
| 13SM4055 | 8/29/2014 thru 9/30/2014 | $110,971.90 | 0.228% / 365 | 33 | $22.88 |
| 13SM4055 | 10/1/2014 thru 11/26/2014 | $110,971.90 | 0.234% / 365 | 57 | $40.55 |
| | **Subtotal for 13SM4055 | | | | **$63.43** |
| 14SM1204 | 8/29/2014 thru 9/30/2014 | $82,084.71 | 0.228% / 365 | 33 | $16.92 |
| 14SM1204 | 10/1/2014 thru 11/26/2014 | $82,084.71 | 0.234% / 365 | 57 | $29.99 |
| | **Subtotal for 14SM1204 | | | | **$46.91** |

**Total Interest Charges of this type for Project     | **$1,387.21** |

**Total New Interest Charges for Project :     | **$1,387.21** |

Exhibit A to Xiao Declaration

SER191

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    14SM2154
P.O. Box 806                                                    11/26/2014
Sacramento, CA  95812-0806                                      10:15:33

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164  - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
   216 F ST # 108
   DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
   PO BOX 177
   NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
   3218 NACOGDOCHES RD # 8
   SAN ANTONIO, TX  78217-3321

**WEST COAST WOOD PRESERVING, LLC**
   DRINKWATER LAW OFFICES
   5421 KIETZKE LN STE 100
   RENO, NV  89511-1025

Exhibit A to Xiao Declaration

**SUMMARY BY ACTIVITY**

Page 1 of 1

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM2154
11/26/2014
10:15:33

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | |
|---|---|---|
| Project Number: | **100164  - SM** | Reporting Period: 07/2014 thru 09/2014 |

---

**Direct Labor - 2014/2015**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| KOYASAKO SK | Asst Chief Counsel | | 07/2014 | 4.25 | 370.86 |
| HANSON M | Attorney III-Spec | | 07/2014 | 63.75 | 4,906.28 |
| MACNICHOLL P | Hazardous Substnc Engr | | 07/2014 | 11.25 | 819.74 |
| STANLEY DA | Engineering Geologist | | 07/2014 | 4.00 | 198.38 |
| HANSON M | Attorney III-Spec | | 08/2014 | 12.50 | 962.02 |
| MACNICHOLL P | Hazardous Substnc Engr | | 08/2014 | 4.75 | 346.12 |
| STANLEY DA | Engineering Geologist | | 08/2014 | 4.50 | 223.17 |
| KOYASAKO SK | Asst Chief Counsel | | 09/2014 | 2.50 | 215.71 |
| HANSON M | Attorney III-Spec | | 09/2014 | 19.50 | 1,500.32 |
| MACNICHOLL P | Hazardous Substnc Engr | | 09/2014 | 8.00 | 582.93 |
| STANLEY DA | Engineering Geologist | | 09/2014 | 9.00 | 446.35 |
| | **Subtotal for PCA - 11018** | | | **144.00** | **$10,571.88** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| ALFARO ER | Assoc Govtl Prog Analyst | | 07/2014 | 0.50 | 24.15 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 08/2014 | 1.00 | 48.31 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 09/2014 | 0.50 | 42.04 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 09/2014 | 0.50 | 24.15 |
| | **Subtotal for PCA - 17018** | | | **2.50** | **$138.65** |
| | **** Direct Labor - 2014/2015 Totals** | | | **146.50** | **$10,710.53** |

**Indirect Labor - 2014/2015**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2014 | Jul - Dec | TSCA 0557 | 1.5771 | $10,710.53 | 16,891.58 |
| | | **** Indirect Labor - 2014/2015 Totals** | | **$10,710.53** | **$16,891.58** |

**Contract Charges - 2014/2015**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|---|---|---|---|---|---|
| 0018 | C07T3406 | URS CORPORATION | 59119004 | 07/2014 | 3,502.28 |
| 0018 | C07T3406 | URS CORPORATION | 5979921 | 09/2014 | 5,436.79 |
| | | **** Contract Charges - 2014/2015 Totals** | | | **$8,939.07** |

**Travel Charges - 2014/2015**

| Fund | Amount |
|---|---|
| 0557 | 53.82 |
| **** Travel Charges - 2014/2015 Totals** | **$53.82** |

**SBA Adjustments - 2014/2015**

| Description | Date | Amount |
|---|---|---|
| LABOR ADJUSTMENT | 08/2014 | (359.84) |
| **** SBA Adjustments - 2014/2015 Totals** | | **($359.84)** |
| **** Total - 2014/2015 Charges** | | **$36,235.16** |

| **** Total Project 100164   Charges** | **$36,235.16** |
|---|---|

Exhibit A to Xiao Declaration
SER193

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM3717
02/24/2015
13:40:53

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 10/2014   thru 12/2014  ) | $23,322.40 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM3717 Charges | $23,322.40 |
| Interest Due from Late Payment of Previous Invoices | $1,476.97 |

*(Invoice #s 12SM3214; 14SM1204; 14SM2154; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 13SM0229; 13SM1992; 13SM4055;  )*

| | |
|---|---|
| Total of New Charges | $24,799.37 |

*(Invoice #14SM3717 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,515,671.59** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable): _____

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please fax or email completed form to (916) 322-0274 or accounting@dtsc.ca.gov.  Please contact the Accounting Office at (916) 327-8514 or accounting@dtsc.ca.gov for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:      __American Express  __Discover  __Mastercard  __Visa

Card Number:  _____ _____ _____ _____      Expiration Date (Mo/Yr)  ____ / _____

Total Being Paid:  $_____

Signature: _____      Telephone No.    (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____  By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.  _____
CID #                                                                    Approved                        Not Approved

Exhibit A to Xiao Declaration

SER194

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM3717
02/24/2015
13:40:53

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2014   thru 12/2014   ) | $23,322.40 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM3717 Charges | $23,322.40 |
| Interest Due from Late Payment of Previous Invoices | $1,476.97 |

*(Invoice #s 12SM3214; 14SM1204; 14SM2154; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 13SM0229; 13SM1992; 13SM4055;  )*

| | |
|---|---:|
| Total of New Charges | $24,799.37 |

*(Invoice #14SM3717 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,515,671.59** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

RP Copy

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)          14SM3717
P.O. Box 806                                          02/24/2015
Sacramento, CA  95812-0806                            13:40:53

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (11/26/2014) | | $2,490,872.22 |
| Current Charges (10/2014 thru 12/2014): | $23,322.40 | |
| Advance Applied: | $0.00 | |
| Invoice #14SM3717      Subtotal | | $23,322.40 |
| Late Payment Interest | | $1,476.97 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | **$2,515,671.59** |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 11/26/2014 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 2/24/2015 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $157.64 | $0.00 | $0.08 | $0.00 | $0.00 | $157.72 |
| 04SM0233 | 8/19/2004 | $37.03 | $0.00 | $0.01 | $0.00 | $0.00 | $37.04 |
| 04SM0973 | 11/2/2004 | $11,916.81 | $0.00 | $5.97 | $0.00 | $0.00 | $11,922.78 |
| 04SM1655 | 1/25/2005 | $3,212.17 | $0.00 | $1.62 | $0.00 | $0.00 | $3,213.79 |
| 04SM2576 | 4/27/2005 | $8,308.89 | $0.00 | $4.20 | $0.00 | $0.00 | $8,313.09 |
| 05SM0033 | 8/17/2005 | $6,716.08 | $0.00 | $3.41 | $0.00 | $0.00 | $6,719.49 |
| 09SM2744 | 3/26/2010 | $746,502.87 | $0.00 | $440.05 | $0.00 | $0.00 | $746,942.92 |
| 09SM2784 | 4/29/2010 | $43,767.82 | $0.00 | $25.81 | $0.00 | $0.00 | $43,793.63 |
| 10SM0395 | 9/9/2010 | $73,668.74 | $0.00 | $43.54 | $0.00 | $0.00 | $73,712.28 |
| 10SM1166 | 11/4/2010 | $36,127.68 | $0.00 | $21.37 | $0.00 | $0.00 | $36,149.05 |
| 10SM2482 | 3/22/2011 | $30,577.20 | $0.00 | $18.12 | $0.00 | $0.00 | $30,595.32 |
| 12SM0958 | 9/18/2012 | $27,425.88 | $0.00 | $16.35 | $0.00 | $0.00 | $27,442.23 |
| 12SM0959 | 9/18/2012 | $1,158,272.96 | $0.00 | $690.47 | $0.00 | $0.00 | $1,158,963.43 |
| 12SM1246 | 10/31/2012 | $50,483.39 | $0.00 | $30.10 | $0.00 | $0.00 | $50,513.49 |
| 12SM2478 | 2/11/2013 | $9,541.57 | $0.00 | $5.69 | $0.00 | $0.00 | $9,547.26 |
| 12SM3214 | 5/1/2013 | $7,395.81 | $0.00 | $4.42 | $0.00 | $0.00 | $7,400.23 |
| 13SM0229 | 9/11/2013 | $38,227.88 | $0.00 | $22.86 | $0.00 | $0.00 | $38,250.74 |
| 13SM1992 | 12/2/2013 | $9,069.89 | $0.00 | $5.43 | $0.00 | $0.00 | $9,075.32 |
| 13SM4055 | 6/2/2014 | $111,095.13 | $0.00 | $66.54 | $0.00 | $0.00 | $111,161.67 |
| 14SM1204 | 8/28/2014 | $82,131.62 | $0.00 | $49.21 | $0.00 | $0.00 | $82,180.83 |
| 14SM2154 | 11/26/2014 | $36,235.16 | $0.00 | $21.72 | $0.00 | $0.00 | $36,256.88 |
| 14SM3717 | 2/24/2015 | $0.00 | $23,322.40 | $0.00 | $0.00 | $0.00 | $23,322.40 |
| | | $2,490,872.22 | $23,322.40 | $1,476.97 | $0.00 | $0.00 | $2,515,671.59 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 11/26/2014                                          $0.00

Advance Credits Applied to Current Period Charges                                $0.00

**Remaining Advance Payment/Credit Balance**          $0.00

**PAYMENTS (Since Last Statement)**
  No Activity Since Last Statement

**ACCOUNT ADJUSTMENTS**

**STATEMENT OF ACCOUNT**

Page 2 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM3717

02/24/2015

13:40:53

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164   - SM** |

**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER198

# STATEMENT OF ACCOUNT

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM3717
02/24/2015
13:40:53

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

### CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 11/27/2014 thru 12/31/2014 | $130.88 | | 0.234% / 365 | | 35 | | $0.03 |
| 03SM1391 | 1/1/2015 thru 2/24/2015 | $130.88 | | 0.249% / 365 | | 55 | | $0.05 |
| | **Subtotal for 03SM1391 | | | | | | | $0.08 |
| 04SM0233 | 11/27/2014 thru 12/31/2014 | $20.41 | | 0.234% / 365 | | 35 | | $0.00 |
| 04SM0233 | 1/1/2015 thru 2/24/2015 | $20.41 | | 0.249% / 365 | | 55 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | $0.01 |
| 04SM0973 | 11/27/2014 thru 12/31/2014 | $9,958.98 | | 0.234% / 365 | | 35 | | $2.23 |
| 04SM0973 | 1/1/2015 thru 2/24/2015 | $9,958.98 | | 0.249% / 365 | | 55 | | $3.74 |
| | **Subtotal for 04SM0973 | | | | | | | $5.97 |
| 04SM1655 | 11/27/2014 thru 12/31/2014 | $2,693.57 | | 0.234% / 365 | | 35 | | $0.60 |
| 04SM1655 | 1/1/2015 thru 2/24/2015 | $2,693.57 | | 0.249% / 365 | | 55 | | $1.02 |
| | **Subtotal for 04SM1655 | | | | | | | $1.62 |
| 04SM2576 | 11/27/2014 thru 12/31/2014 | $6,998.59 | | 0.234% / 365 | | 35 | | $1.57 |
| 04SM2576 | 1/1/2015 thru 2/24/2015 | $6,998.59 | | 0.249% / 365 | | 55 | | $2.63 |
| | **Subtotal for 04SM2576 | | | | | | | $4.20 |
| 05SM0033 | 11/27/2014 thru 12/31/2014 | $5,694.89 | | 0.234% / 365 | | 35 | | $1.28 |
| 05SM0033 | 1/1/2015 thru 2/24/2015 | $5,694.89 | | 0.249% / 365 | | 55 | | $2.13 |
| | **Subtotal for 05SM0033 | | | | | | | $3.41 |
| 09SM2744 | 11/27/2014 thru 12/31/2014 | $733,905.42 | | 0.234% / 365 | | 35 | | $164.68 |
| 09SM2744 | 1/1/2015 thru 2/24/2015 | $733,905.42 | | 0.249% / 365 | | 55 | | $275.37 |
| | **Subtotal for 09SM2744 | | | | | | | $440.05 |
| 09SM2784 | 11/27/2014 thru 12/31/2014 | $43,051.22 | | 0.234% / 365 | | 35 | | $9.66 |
| 09SM2784 | 1/1/2015 thru 2/24/2015 | $43,051.22 | | 0.249% / 365 | | 55 | | $16.15 |
| | **Subtotal for 09SM2784 | | | | | | | $25.81 |
| 10SM0395 | 11/27/2014 thru 12/31/2014 | $72,607.04 | | 0.234% / 365 | | 35 | | $16.29 |
| 10SM0395 | 1/1/2015 thru 2/24/2015 | $72,607.04 | | 0.249% / 365 | | 55 | | $27.25 |
| | **Subtotal for 10SM0395 | | | | | | | $43.54 |
| 10SM1166 | 11/27/2014 thru 12/31/2014 | $35,635.26 | | 0.234% / 365 | | 35 | | $8.00 |
| 10SM1166 | 1/1/2015 thru 2/24/2015 | $35,635.26 | | 0.249% / 365 | | 55 | | $13.37 |
| | **Subtotal for 10SM1166 | | | | | | | $21.37 |
| 10SM2482 | 11/27/2014 thru 12/31/2014 | $30,213.99 | | 0.234% / 365 | | 35 | | $6.78 |
| 10SM2482 | 1/1/2015 thru 2/24/2015 | $30,213.99 | | 0.249% / 365 | | 55 | | $11.34 |
| | **Subtotal for 10SM2482 | | | | | | | $18.12 |
| 12SM0958 | 11/27/2014 thru 12/31/2014 | $27,267.30 | | 0.234% / 365 | | 35 | | $6.12 |
| 12SM0958 | 1/1/2015 thru 2/24/2015 | $27,267.30 | | 0.249% / 365 | | 55 | | $10.23 |
| | **Subtotal for 12SM0958 | | | | | | | $16.35 |
| 12SM0959 | 11/27/2014 thru 12/31/2014 | $1,151,575.50 | | 0.234% / 365 | | 35 | | $258.39 |
| 12SM0959 | 1/1/2015 thru 2/24/2015 | $1,151,575.50 | | 0.249% / 365 | | 55 | | $432.08 |
| | **Subtotal for 12SM0959 | | | | | | | $690.47 |
| 12SM1246 | 11/27/2014 thru 12/31/2014 | $50,212.19 | | 0.234% / 365 | | 35 | | $11.27 |
| 12SM1246 | 1/1/2015 thru 2/24/2015 | $50,212.19 | | 0.249% / 365 | | 55 | | $18.83 |
| | **Subtotal for 12SM1246 | | | | | | | $30.10 |

92                         Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**
Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM3717
02/24/2015
13:40:53

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM2478 | 11/27/2014 thru 12/31/2014 | $9,499.25 | 0.234% / 365 | 35 | $2.13 |
| 12SM2478 | 1/1/2015 thru 2/24/2015 | $9,499.25 | 0.249% / 365 | 55 | $3.56 |
| | **Subtotal for 12SM2478 | | | | **$5.69** |
| 12SM3214 | 11/27/2014 thru 12/31/2014 | $7,367.77 | 0.234% / 365 | 35 | $1.65 |
| 12SM3214 | 1/1/2015 thru 2/24/2015 | $7,367.77 | 0.249% / 365 | 55 | $2.77 |
| | **Subtotal for 12SM3214 | | | | **$4.42** |
| 13SM0229 | 11/27/2014 thru 12/31/2014 | $38,118.83 | 0.234% / 365 | 35 | $8.55 |
| 13SM0229 | 1/1/2015 thru 2/24/2015 | $38,118.83 | 0.249% / 365 | 55 | $14.31 |
| | **Subtotal for 13SM0229 | | | | **$22.86** |
| 13SM1992 | 11/27/2014 thru 12/31/2014 | $9,049.06 | 0.234% / 365 | 35 | $2.03 |
| 13SM1992 | 1/1/2015 thru 2/24/2015 | $9,049.06 | 0.249% / 365 | 55 | $3.40 |
| | **Subtotal for 13SM1992 | | | | **$5.43** |
| 13SM4055 | 11/27/2014 thru 12/31/2014 | $110,971.90 | 0.234% / 365 | 35 | $24.90 |
| 13SM4055 | 1/1/2015 thru 2/24/2015 | $110,971.90 | 0.249% / 365 | 55 | $41.64 |
| | **Subtotal for 13SM4055 | | | | **$66.54** |
| 14SM1204 | 11/27/2014 thru 12/31/2014 | $82,084.71 | 0.234% / 365 | 35 | $18.42 |
| 14SM1204 | 1/1/2015 thru 2/24/2015 | $82,084.71 | 0.249% / 365 | 55 | $30.79 |
| | **Subtotal for 14SM1204 | | | | **$49.21** |
| 14SM2154 | 11/27/2014 thru 12/31/2014 | $36,235.16 | 0.234% / 365 | 35 | $8.13 |
| 14SM2154 | 1/1/2015 thru 2/24/2015 | $36,235.16 | 0.249% / 365 | 55 | $13.59 |
| | **Subtotal for 14SM2154 | | | | **$21.72** |

**Total Interest Charges of this type for Project | **$1,476.97**

**Total New Interest Charges for Project :** | **$1,476.97**

Exhibit A to Xiao Declaration

SER200

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM3717
02/24/2015
13:40:53

RESPONSIBLE PARTY(RP) LISTING

**Project Name:    WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:        100164  - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
216 F ST # 108
DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
PO BOX 177
NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
3218 NACOGDOCHES RD # 8
SAN ANTONIO, TX  78217-3321

**WEST COAST WOOD PRESERVING, LLC**
DRINKWATER LAW OFFICES
5421 KIETZKE LN STE 100
RENO, NV  89511-1025

Exhibit A to Xiao Declaration
SER201

**SUMMARY BY ACTIVITY**

Page 1 of 1

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM3717
02/24/2015
13:40:53

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | |
|---|---|---|
| Project Number: | **100164   - SM** | Reporting Period: 10/2014 thru 12/2014 |

---

**Direct Labor - 2014/2015**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| KOYASAKO SK | Asst Chief Counsel | | 10/2014 | 2.00 | 174.78 |
| HANSON M | Attorney III-Spec | | 10/2014 | 4.75 | 372.96 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 10/2014 | 1.00 | 77.69 |
| MACNICHOLL P | Hazardous Substnc Engr | | 10/2014 | 2.00 | 145.73 |
| KOYASAKO SK | Asst Chief Counsel | | 11/2014 | 0.25 | 22.06 |
| HANSON M | Attorney III-Spec | | 11/2014 | 8.00 | 624.69 |
| MACNICHOLL P | Hazardous Substnc Engr | | 11/2014 | 3.00 | 218.61 |
| STANLEY DA | Engineering Geologist | | 11/2014 | 21.00 | 1,092.64 |
| KOYASAKO SK | Asst Chief Counsel | | 12/2014 | 5.75 | 486.27 |
| HANSON M | Attorney III-Spec | | 12/2014 | 15.50 | 1,190.16 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 12/2014 | 11.00 | 854.66 |
| MACNICHOLL P | Hazardous Substnc Engr | | 12/2014 | 9.00 | 658.32 |
| STANLEY DA | Engineering Geologist | | 12/2014 | 8.00 | 416.25 |
| CLEAVER J | Attorney | | 12/2014 | 67.75 | 2,406.84 |
| | **Subtotal for PCA - 11018** | | | **159.00** | **$8,741.66** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 10/2014 | 0.50 | 45.39 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 11/2014 | 2.00 | 166.03 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 12/2014 | 2.00 | 96.78 |
| | **Subtotal for PCA - 17018** | | | **4.50** | **$308.20** |
| | **** Direct Labor - 2014/2015 Totals** | | | **163.50** | **$9,049.86** |

**Indirect Labor - 2014/2015**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2014 | Jul - Dec | TSCA 0557 | 1.5771 | $9,049.86 | 14,272.54 |
| | | **** Indirect Labor - 2014/2015 Totals** | | **$9,049.86** | **$14,272.54** |
| | | **** Total - 2014/2015 Charges** | | | **$23,322.40** |
| | **** Total Project 100164** | **Charges** | | | **$23,322.40** |

Exhibit A to Xiao Declaration

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM4195
05/05/2015
8:37:27

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 01/2015   thru 03/2015   ) | $111,018.20 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM4195 Charges | $111,018.20 |
| | |
| Interest Due from Late Payment of Previous Invoices | $1,199.36 |

*(Invoice #s 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229;  )*

| | |
|---|---|
| Total of New Charges | $112,217.56 |

*(Invoice #14SM4195 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,627,889.15** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please fax or email completed form to (916) 322-0274 or accounting@dtsc.ca.gov.  Please contact the Accounting Office at (916) 327-8514 or accounting@dtsc.ca.gov for assistance.

Company Name: _____

Name on Credit Card: _____

Type of Card:     __American Express  __Discover  __Mastercard  __Visa

Card Number: _____ _____ _____ _____     Expiration Date (Mo/Yr) _____ / _____

Total Being Paid:   $ _____

Signature: _____     Telephone No.    (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____  By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:
The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-3150 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.  _____
CID #                                                      Approved                    Not Approved

Exhibit A to Xiao Declaration

SER203

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #14SM4195
05/05/2015
8:37:27

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 01/2015   thru 03/2015   ) | $111,018.20 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #14SM4195 Charges | $111,018.20 |
| Interest Due from Late Payment of Previous Invoices | $1,199.36 |

*(Invoice #s 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214; 13SM0229;  )*

| | |
|---|---|
| Total of New Charges | $112,217.56 |

*(Invoice #14SM4195 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,627,889.15** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

Exhibit A to Xiao Declaration

SER205

**RP Copy**

# STATEMENT OF ACCOUNT

Page 1 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

14SM4195

05/05/2015

08:37:27

**Project Name:**  **WICKES FOREST INDUSTRIES, SOLANO**

**Project Code:**  **100164  - SM**

## ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (2/24/2015) | | $2,515,671.59 |
| Current Charges (01/2015 thru 03/2015): | $111,018.20 | |
| Advance Applied: | $0.00 | |
| Invoice #14SM4195     Subtotal | | $111,018.20 |
| Late Payment Interest | | $1,199.36 |
| Payments Received | | $0.00 |
| Account Adjustments | | $0.00 |
| **Total due to DTSC:** | | $2,627,889.15 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 2/24/2015 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 5/5/2015 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.72 | $0.00 | $0.06 | $0.00 | $0.00 | $157.78 |
| 04SM0233 | 8/19/2004 | $37.04 | $0.00 | $0.01 | $0.00 | $0.00 | $37.05 |
| 04SM0973 | 11/2/2004 | $11,922.78 | $0.00 | $4.80 | $0.00 | $0.00 | $11,927.58 |
| 04SM1655 | 1/25/2005 | $3,213.79 | $0.00 | $1.30 | $0.00 | $0.00 | $3,215.09 |
| 04SM2576 | 4/27/2005 | $8,313.09 | $0.00 | $3.38 | $0.00 | $0.00 | $8,316.47 |
| 05SM0033 | 8/17/2005 | $6,719.49 | $0.00 | $2.75 | $0.00 | $0.00 | $6,722.24 |
| 09SM2744 | 3/26/2010 | $746,942.92 | $0.00 | $353.99 | $0.00 | $0.00 | $747,296.91 |
| 09SM2784 | 4/29/2010 | $43,793.63 | $0.00 | $20.76 | $0.00 | $0.00 | $43,814.39 |
| 10SM0395 | 9/9/2010 | $73,712.28 | $0.00 | $35.02 | $0.00 | $0.00 | $73,747.30 |
| 10SM1166 | 11/4/2010 | $36,149.05 | $0.00 | $17.19 | $0.00 | $0.00 | $36,166.24 |
| 10SM2482 | 3/22/2011 | $30,595.32 | $0.00 | $14.57 | $0.00 | $0.00 | $30,609.89 |
| 12SM0958 | 9/18/2012 | $27,442.23 | $0.00 | $13.15 | $0.00 | $0.00 | $27,455.38 |
| 12SM0959 | 9/18/2012 | $1,158,963.43 | $0.00 | $555.44 | $0.00 | $0.00 | $1,159,518.87 |
| 12SM1246 | 10/31/2012 | $50,513.49 | $0.00 | $24.21 | $0.00 | $0.00 | $50,537.70 |
| 12SM2478 | 2/11/2013 | $9,547.26 | $0.00 | $4.59 | $0.00 | $0.00 | $9,551.85 |
| 12SM3214 | 5/1/2013 | $7,400.23 | $0.00 | $3.55 | $0.00 | $0.00 | $7,403.78 |
| 13SM0229 | 9/11/2013 | $38,250.74 | $0.00 | $18.39 | $0.00 | $0.00 | $38,269.13 |
| 13SM1992 | 12/2/2013 | $9,075.32 | $0.00 | $4.37 | $0.00 | $0.00 | $9,079.69 |
| 13SM4055 | 6/2/2014 | $111,161.67 | $0.00 | $53.52 | $0.00 | $0.00 | $111,215.19 |
| 14SM1204 | 8/28/2014 | $82,180.83 | $0.00 | $39.59 | $0.00 | $0.00 | $82,220.42 |
| 14SM2154 | 11/26/2014 | $36,256.88 | $0.00 | $17.47 | $0.00 | $0.00 | $36,274.35 |
| 14SM3717 | 2/24/2015 | $23,322.40 | $0.00 | $11.25 | $0.00 | $0.00 | $23,333.65 |
| 14SM4195 | 5/5/2015 | $0.00 | $111,018.20 | $0.00 | $0.00 | $0.00 | $111,018.20 |
| | | $2,515,671.59 | $111,018.20 | $1,199.36 | $0.00 | $0.00 | $2,627,889.15 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 02/24/2015                                        $0.00

Advance Credits Applied to Current Period Charges                              $0.00

**Remaining Advance Payment/Credit Balance**              $0.00

**PAYMENTS (Since Last Statement)**

  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

Exhibit A to Xiao Declaration

SER206

**STATEMENT OF ACCOUNT**

Page 2 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

14SM4195

P.O. Box 806

05/05/2015

Sacramento, CA  95812-0806

08:37:27

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES, SOLANO** |
| **Project Code:** | **100164  - SM** |

**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM4195
05/05/2015
08:37:27

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164  - SM**

### CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 2/25/2015 thru 3/31/2015 | $130.88 | | 0.249% / 365 | | 35 | | $0.03 |
| 03SM1391 | 4/1/2015 thru 5/5/2015 | $130.88 | | 0.254% / 365 | | 35 | | $0.03 |
| | **Subtotal for 03SM1391 | | | | | | | **$0.06** |
| 04SM0233 | 2/25/2015 thru 3/31/2015 | $20.41 | | 0.249% / 365 | | 35 | | $0.00 |
| 04SM0233 | 4/1/2015 thru 5/5/2015 | $20.41 | | 0.254% / 365 | | 35 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.01** |
| 04SM0973 | 2/25/2015 thru 3/31/2015 | $9,958.98 | | 0.249% / 365 | | 35 | | $2.38 |
| 04SM0973 | 4/1/2015 thru 5/5/2015 | $9,958.98 | | 0.254% / 365 | | 35 | | $2.42 |
| | **Subtotal for 04SM0973 | | | | | | | **$4.80** |
| 04SM1655 | 2/25/2015 thru 3/31/2015 | $2,693.57 | | 0.249% / 365 | | 35 | | $0.64 |
| 04SM1655 | 4/1/2015 thru 5/5/2015 | $2,693.57 | | 0.254% / 365 | | 35 | | $0.66 |
| | **Subtotal for 04SM1655 | | | | | | | **$1.30** |
| 04SM2576 | 2/25/2015 thru 3/31/2015 | $6,998.59 | | 0.249% / 365 | | 35 | | $1.67 |
| 04SM2576 | 4/1/2015 thru 5/5/2015 | $6,998.59 | | 0.254% / 365 | | 35 | | $1.71 |
| | **Subtotal for 04SM2576 | | | | | | | **$3.38** |
| 05SM0033 | 2/25/2015 thru 3/31/2015 | $5,694.89 | | 0.249% / 365 | | 35 | | $1.36 |
| 05SM0033 | 4/1/2015 thru 5/5/2015 | $5,694.89 | | 0.254% / 365 | | 35 | | $1.39 |
| | **Subtotal for 05SM0033 | | | | | | | **$2.75** |
| 09SM2744 | 2/25/2015 thru 3/31/2015 | $733,905.42 | | 0.249% / 365 | | 35 | | $175.23 |
| 09SM2744 | 4/1/2015 thru 5/5/2015 | $733,905.42 | | 0.254% / 365 | | 35 | | $178.76 |
| | **Subtotal for 09SM2744 | | | | | | | **$353.99** |
| 09SM2784 | 2/25/2015 thru 3/31/2015 | $43,051.22 | | 0.249% / 365 | | 35 | | $10.28 |
| 09SM2784 | 4/1/2015 thru 5/5/2015 | $43,051.22 | | 0.254% / 365 | | 35 | | $10.48 |
| | **Subtotal for 09SM2784 | | | | | | | **$20.76** |
| 10SM0395 | 2/25/2015 thru 3/31/2015 | $72,607.04 | | 0.249% / 365 | | 35 | | $17.34 |
| 10SM0395 | 4/1/2015 thru 5/5/2015 | $72,607.04 | | 0.254% / 365 | | 35 | | $17.68 |
| | **Subtotal for 10SM0395 | | | | | | | **$35.02** |
| 10SM1166 | 2/25/2015 thru 3/31/2015 | $35,635.26 | | 0.249% / 365 | | 35 | | $8.51 |
| 10SM1166 | 4/1/2015 thru 5/5/2015 | $35,635.26 | | 0.254% / 365 | | 35 | | $8.68 |
| | **Subtotal for 10SM1166 | | | | | | | **$17.19** |
| 10SM2482 | 2/25/2015 thru 3/31/2015 | $30,213.99 | | 0.249% / 365 | | 35 | | $7.21 |
| 10SM2482 | 4/1/2015 thru 5/5/2015 | $30,213.99 | | 0.254% / 365 | | 35 | | $7.36 |
| | **Subtotal for 10SM2482 | | | | | | | **$14.57** |
| 12SM0958 | 2/25/2015 thru 3/31/2015 | $27,267.30 | | 0.249% / 365 | | 35 | | $6.51 |
| 12SM0958 | 4/1/2015 thru 5/5/2015 | $27,267.30 | | 0.254% / 365 | | 35 | | $6.64 |
| | **Subtotal for 12SM0958 | | | | | | | **$13.15** |
| 12SM0959 | 2/25/2015 thru 3/31/2015 | $1,151,575.50 | | 0.249% / 365 | | 35 | | $274.96 |
| 12SM0959 | 4/1/2015 thru 5/5/2015 | $1,151,575.50 | | 0.254% / 365 | | 35 | | $280.48 |
| | **Subtotal for 12SM0959 | | | | | | | **$555.44** |
| 12SM1246 | 2/25/2015 thru 3/31/2015 | $50,212.19 | | 0.249% / 365 | | 35 | | $11.99 |
| 12SM1246 | 4/1/2015 thru 5/5/2015 | $50,212.19 | | 0.254% / 365 | | 35 | | $12.22 |
| | **Subtotal for 12SM1246 | | | | | | | **$24.21** |

Exhibit A to Xiao Declaration

SER208

**STATEMENT OF ACCOUNT**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)          14SM4195
P.O. Box 806
Sacramento, CA  95812-0806                             05/05/2015
                                                       08:37:27

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**   **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM2478 | 2/25/2015 thru 3/31/2015 | $9,499.25 | 0.249% / 365 | 35 | $2.27 |
| 12SM2478 | 4/1/2015 thru 5/5/2015 | $9,499.25 | 0.254% / 365 | 35 | $2.32 |
| | **Subtotal for 12SM2478 | | | | $4.59 |
| 12SM3214 | 2/25/2015 thru 3/31/2015 | $7,367.77 | 0.249% / 365 | 35 | $1.76 |
| 12SM3214 | 4/1/2015 thru 5/5/2015 | $7,367.77 | 0.254% / 365 | 35 | $1.79 |
| | **Subtotal for 12SM3214 | | | | $3.55 |
| 13SM0229 | 2/25/2015 thru 3/31/2015 | $38,118.83 | 0.249% / 365 | 35 | $9.10 |
| 13SM0229 | 4/1/2015 thru 5/5/2015 | $38,118.83 | 0.254% / 365 | 35 | $9.29 |
| | **Subtotal for 13SM0229 | | | | $18.39 |
| 13SM1992 | 2/25/2015 thru 3/31/2015 | $9,049.06 | 0.249% / 365 | 35 | $2.16 |
| 13SM1992 | 4/1/2015 thru 5/5/2015 | $9,049.06 | 0.254% / 365 | 35 | $2.21 |
| | **Subtotal for 13SM1992 | | | | $4.37 |
| 13SM4055 | 2/25/2015 thru 3/31/2015 | $110,971.90 | 0.249% / 365 | 35 | $26.50 |
| 13SM4055 | 4/1/2015 thru 5/5/2015 | $110,971.90 | 0.254% / 365 | 35 | $27.02 |
| | **Subtotal for 13SM4055 | | | | $53.52 |
| 14SM1204 | 2/25/2015 thru 3/31/2015 | $82,084.71 | 0.249% / 365 | 35 | $19.60 |
| 14SM1204 | 4/1/2015 thru 5/5/2015 | $82,084.71 | 0.254% / 365 | 35 | $19.99 |
| | **Subtotal for 14SM1204 | | | | $39.59 |
| 14SM2154 | 2/25/2015 thru 3/31/2015 | $36,235.16 | 0.249% / 365 | 35 | $8.65 |
| 14SM2154 | 4/1/2015 thru 5/5/2015 | $36,235.16 | 0.254% / 365 | 35 | $8.82 |
| | **Subtotal for 14SM2154 | | | | $17.47 |
| 14SM3717 | 2/25/2015 thru 3/31/2015 | $23,322.40 | 0.249% / 365 | 35 | $5.57 |
| 14SM3717 | 4/1/2015 thru 5/5/2015 | $23,322.40 | 0.254% / 365 | 35 | $5.68 |
| | **Subtotal for 14SM3717 | | | | $11.25 |

**Total Interest Charges of this type for Project          $1,199.36

**Total New Interest Charges for Project :          $1,199.36

Exhibit A to Xiao Declaration

SER209

RESPONSIBLE PARTY(RP) LISTING

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM4195
05/05/2015
08:37:27

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**    **100164  - SM**

The following is a list of RPs associated with this site:

**DAVID VAN OVER**
  216 F ST # 108
  DAVIS, CA  95616-4515

**JIM DOBBAS, INC.**
  PO BOX 177
  NEWCASTLE, CA  95658-0177

**CONTINENTAL RAIL**
  3218 NACOGDOCHES RD # 8
  SAN ANTONIO, TX  78217-3321

**WEST COAST WOOD PRESERVING, LLC**
  DRINKWATER LAW OFFICES
  5421 KIETZKE LN STE 100
  RENO, NV  89511-1025

Exhibit A to Xiao Declaration

SER210

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

14SM4195
05/05/2015
08:37:27

| Project Name: | **WICKES FOREST INDUSTRIES, SOLANO** | |
|---|---|---|
| Project Number: | **100164  - SM** | Reporting Period: 01/2015 thru 03/2015 |

**Direct Labor - 2014/2015**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| KOYASAKO SK | Asst Chief Counsel | | 01/2015 | 2.25 | 216.83 |
| HANSON M | Attorney III-Spec | | 01/2015 | 100.25 | 5,093.58 |
| MYERS P | Sr Hazardous Substnc Engr | | 01/2015 | 3.75 | 328.60 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 01/2015 | 9.00 | 732.55 |
| MACNICHOLL P | Hazardous Substnc Engr | | 01/2015 | 53.00 | 4,061.34 |
| GLIKMAN A | Attorney IV | | 01/2015 | 15.75 | 1,440.93 |
| STANLEY DA | Engineering Geologist | | 01/2015 | 48.50 | 2,643.66 |
| CLEAVER J | Attorney | | 01/2015 | 118.50 | 4,327.47 |
| KOYASAKO SK | Asst Chief Counsel | | 02/2015 | 4.25 | 415.06 |
| HANSON M | Attorney III-Spec | | 02/2015 | 43.00 | 3,085.00 |
| MYERS P | Sr Hazardous Substnc Engr | | 02/2015 | 4.00 | 349.99 |
| BECKMAN W | Supvng Hazardous Substnc Engr I | | 02/2015 | 4.00 | 341.33 |
| MACNICHOLL P | Hazardous Substnc Engr | | 02/2015 | 17.00 | 1,302.70 |
| STANLEY DA | Engineering Geologist | | 02/2015 | 21.00 | 1,144.67 |
| CLEAVER J | Attorney | | 02/2015 | 13.25 | 535.97 |
| KOYASAKO SK | Asst Chief Counsel | | 03/2015 | 1.25 | 114.73 |
| HANSON M | Attorney III-Spec | | 03/2015 | 36.00 | 2,429.00 |
| MACNICHOLL P | Hazardous Substnc Engr | | 03/2015 | 15.00 | 1,097.20 |
| STANLEY DA | Engineering Geologist | | 03/2015 | 11.50 | 598.34 |
| | **Subtotal for PCA - 11018** | | | **521.25** | **$30,258.95** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 01/2015 | 23.50 | 2,217.66 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 01/2015 | 4.00 | 202.78 |
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 02/2015 | 11.50 | 1,050.20 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 02/2015 | 1.50 | 76.06 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 03/2015 | 2.00 | 168.54 |
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 03/2015 | 21.00 | 1,870.00 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 03/2015 | 2.25 | 108.88 |
| | **Subtotal for PCA - 17018** | | | **65.75** | **$5,694.12** |
| | **** Direct Labor - 2014/2015 Totals** | | | **587.00** | **$35,953.07** |

**Indirect Labor - 2014/2015**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2014 | Jan - Jun | TSCA 0557 | 1.5574 | $35,953.07 | 55,993.28 |
| | | **** Indirect Labor - 2014/2015 Totals** | | **$35,953.07** | **$55,993.28** |

**Contract Charges - 2014/2015**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|---|---|---|---|---|---|
| 0018 | C07T3406 | URS CORPORATION | 6097320 | 01/2015 | 13,362.96 |
| 0557 | | AGENCY CHECKING ACCT NBR: 121 | 121-141689/ | 02/2015 | 676.20 |
| 0018 | C07T3406 | URS CORPORATION | 6174465 | 03/2015 | 4,604.05 |
| | | **** Contract Charges - 2014/2015 Totals** | | | **$18,643.21** |

**Travel Charges - 2014/2015**

| | Fund | | | | Amount |
|---|---|---|---|---|---|

Exhibit A to Xiao Declaration

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    14SM4195
P.O. Box 806                                                     05/05/2015
Sacramento, CA  95812-0806                                       08:37:27

**Project Name:**        **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**      **100164   - SM**                Reporting Period: 01/2015 thru 03/2015

| | |
|---|---:|
| 0557 | 428.64 |
| **\*\* Travel Charges - 2014/2015 Totals** | **$428.64** |
| **\*\* Total - 2014/2015 Charges** | **$111,018.20** |
| **\*\* Total Project 100164      Charges** | **$111,018.20** |

RETURN WITH REMITTANCE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #15SM0499
09/01/2015
12:08:07

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 04/2015   thru 06/2015   ) | $43,656.31 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #15SM0499 Charges | $43,656.31 |
| | |
| Interest Due from Late Payment of Previous Invoices | $2,281.18 |

*(Invoice #s 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717;
14SM4195; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033;
09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959;
12SM1246; 12SM2478; 12SM3214;  )*

| | |
|---|---|
| Total of New Charges | $45,937.49 |

*(Invoice #15SM0499 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,673,826.64** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

For your protection, DTSC does not accept and will not process credit card information provided via email.

Company Name:

Name on Credit Card:

Type of Card:   __American Express   __Discover  __Mastercard   __Visa

Card Number:  _____ _____ _____ _____     Expiration Date (Mo/Yr)   ____ / _____

Total Being Paid:   $

Signature:                                      Telephone No.   (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____   By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:
The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 327-8514 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.  Payments will appear as "Toxic Main/US EPA Fees" on your credit card statement.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.
CID #   _____                    Approved              Not Approved

Exhibit A to Xiao Declaration

SER213

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #15SM0499
09/01/2015
12:08:07

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 04/2015   thru 06/2015   ) | $43,656.31 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #15SM0499 Charges | $43,656.31 |
| Interest Due from Late Payment of Previous Invoices | $2,281.18 |

*(Invoice #s 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214;  )*

| | |
|---|---|
| Total of New Charges | $45,937.49 |

*(Invoice #15SM0499 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,673,826.64** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

SER215

**STATEMENT OF ACCOUNT**

Page 1 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

15SM0499

09/01/2015

12:08:07

**Project Name:**  **WICKES FOREST INDUSTRIES- SOLANO**

**Project Code:**  **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (5/5/2015) | | $2,627,889.15 |
| Current Charges (04/2015 thru 06/2015): | $43,656.31 | |
| Advance Applied: | $0.00 | |
| Invoice #15SM0499     Subtotal | | $43,656.31 |
| Late Payment Interest | | $2,281.18 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,673,826.64 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 5/5/2015 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 9/1/2015 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.78 | $0.00 | $0.11 | $0.00 | $0.00 | $157.89 |
| 04SM0233 | 8/19/2004 | $37.05 | $0.00 | $0.02 | $0.00 | $0.00 | $37.07 |
| 04SM0973 | 11/2/2004 | $11,927.58 | $0.00 | $8.75 | $0.00 | $0.00 | $11,936.33 |
| 04SM1655 | 1/25/2005 | $3,215.09 | $0.00 | $2.37 | $0.00 | $0.00 | $3,217.46 |
| 04SM2576 | 4/27/2005 | $8,316.47 | $0.00 | $6.15 | $0.00 | $0.00 | $8,322.62 |
| 05SM0033 | 8/17/2005 | $6,722.24 | $0.00 | $5.00 | $0.00 | $0.00 | $6,727.24 |
| 09SM2744 | 3/26/2010 | $747,296.91 | $0.00 | $644.49 | $0.00 | $0.00 | $747,941.40 |
| 09SM2784 | 4/29/2010 | $43,814.39 | $0.00 | $37.81 | $0.00 | $0.00 | $43,852.20 |
| 10SM0395 | 9/9/2010 | $73,747.30 | $0.00 | $63.76 | $0.00 | $0.00 | $73,811.06 |
| 10SM1166 | 11/4/2010 | $36,166.24 | $0.00 | $31.30 | $0.00 | $0.00 | $36,197.54 |
| 10SM2482 | 3/22/2011 | $30,609.89 | $0.00 | $26.53 | $0.00 | $0.00 | $30,636.42 |
| 12SM0958 | 9/18/2012 | $27,455.38 | $0.00 | $23.95 | $0.00 | $0.00 | $27,479.33 |
| 12SM0959 | 9/18/2012 | $1,159,518.87 | $0.00 | $1,011.27 | $0.00 | $0.00 | $1,160,530.14 |
| 12SM1246 | 10/31/2012 | $50,537.70 | $0.00 | $44.09 | $0.00 | $0.00 | $50,581.79 |
| 12SM2478 | 2/11/2013 | $9,551.85 | $0.00 | $8.35 | $0.00 | $0.00 | $9,560.20 |
| 12SM3214 | 5/1/2013 | $7,403.78 | $0.00 | $6.47 | $0.00 | $0.00 | $7,410.25 |
| 13SM0229 | 9/11/2013 | $38,269.13 | $0.00 | $33.48 | $0.00 | $0.00 | $38,302.61 |
| 13SM1992 | 12/2/2013 | $9,079.69 | $0.00 | $7.94 | $0.00 | $0.00 | $9,087.63 |
| 13SM4055 | 6/2/2014 | $111,215.19 | $0.00 | $97.46 | $0.00 | $0.00 | $111,312.65 |
| 14SM1204 | 8/28/2014 | $82,220.42 | $0.00 | $72.08 | $0.00 | $0.00 | $82,292.50 |
| 14SM2154 | 11/26/2014 | $36,274.35 | $0.00 | $31.82 | $0.00 | $0.00 | $36,306.17 |
| 14SM3717 | 2/24/2015 | $23,333.65 | $0.00 | $20.48 | $0.00 | $0.00 | $23,354.13 |
| 14SM4195 | 5/5/2015 | $111,018.20 | $0.00 | $97.50 | $0.00 | $0.00 | $111,115.70 |
| 15SM0499 | 9/1/2015 | $0.00 | $43,656.31 | $0.00 | $0.00 | $0.00 | $43,656.31 |
| | | $2,627,889.15 | $43,656.31 | $2,281.18 | $0.00 | $0.00 | $2,673,826.64 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

| | |
|---|---:|
| Advance Balance Forward from 05/05/2015 | $0.00 |
| Advance Credits Applied to Current Period Charges | $0.00 |
| **Remaining Advance Payment/Credit Balance** | $0.00 |

**PAYMENTS (Since Last Statement)**

**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER216

**STATEMENT OF ACCOUNT**

Page 2 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM0499
09/01/2015
12:08:07

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164   - SM** |

**ACCOUNT ADJUSTMENTS**

  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM0499
09/01/2015
12:08:07

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**     **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 5/6/2015 thru 6/30/2015 | $130.88 | | 0.254% / 365 | | 56 | | $0.05 |
| 03SM1391 | 7/1/2015 thru 9/1/2015 | $130.88 | | 0.283% / 365 | | 63 | | $0.06 |
| | **Subtotal for 03SM1391 | | | | | | | **$0.11** |
| 04SM0233 | 5/6/2015 thru 6/30/2015 | $20.41 | | 0.254% / 365 | | 56 | | $0.01 |
| 04SM0233 | 7/1/2015 thru 9/1/2015 | $20.41 | | 0.283% / 365 | | 63 | | $0.01 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.02** |
| 04SM0973 | 5/6/2015 thru 6/30/2015 | $9,958.98 | | 0.254% / 365 | | 56 | | $3.88 |
| 04SM0973 | 7/1/2015 thru 9/1/2015 | $9,958.98 | | 0.283% / 365 | | 63 | | $4.87 |
| | **Subtotal for 04SM0973 | | | | | | | **$8.75** |
| 04SM1655 | 5/6/2015 thru 6/30/2015 | $2,693.57 | | 0.254% / 365 | | 56 | | $1.05 |
| 04SM1655 | 7/1/2015 thru 9/1/2015 | $2,693.57 | | 0.283% / 365 | | 63 | | $1.32 |
| | **Subtotal for 04SM1655 | | | | | | | **$2.37** |
| 04SM2576 | 5/6/2015 thru 6/30/2015 | $6,998.59 | | 0.254% / 365 | | 56 | | $2.73 |
| 04SM2576 | 7/1/2015 thru 9/1/2015 | $6,998.59 | | 0.283% / 365 | | 63 | | $3.42 |
| | **Subtotal for 04SM2576 | | | | | | | **$6.15** |
| 05SM0033 | 5/6/2015 thru 6/30/2015 | $5,694.89 | | 0.254% / 365 | | 56 | | $2.22 |
| 05SM0033 | 7/1/2015 thru 9/1/2015 | $5,694.89 | | 0.283% / 365 | | 63 | | $2.78 |
| | **Subtotal for 05SM0033 | | | | | | | **$5.00** |
| 09SM2744 | 5/6/2015 thru 6/30/2015 | $733,905.42 | | 0.254% / 365 | | 56 | | $286.00 |
| 09SM2744 | 7/1/2015 thru 9/1/2015 | $733,905.42 | | 0.283% / 365 | | 63 | | $358.49 |
| | **Subtotal for 09SM2744 | | | | | | | **$644.49** |
| 09SM2784 | 5/6/2015 thru 6/30/2015 | $43,051.22 | | 0.254% / 365 | | 56 | | $16.78 |
| 09SM2784 | 7/1/2015 thru 9/1/2015 | $43,051.22 | | 0.283% / 365 | | 63 | | $21.03 |
| | **Subtotal for 09SM2784 | | | | | | | **$37.81** |
| 10SM0395 | 5/6/2015 thru 6/30/2015 | $72,607.04 | | 0.254% / 365 | | 56 | | $28.29 |
| 10SM0395 | 7/1/2015 thru 9/1/2015 | $72,607.04 | | 0.283% / 365 | | 63 | | $35.47 |
| | **Subtotal for 10SM0395 | | | | | | | **$63.76** |
| 10SM1166 | 5/6/2015 thru 6/30/2015 | $35,635.26 | | 0.254% / 365 | | 56 | | $13.89 |
| 10SM1166 | 7/1/2015 thru 9/1/2015 | $35,635.26 | | 0.283% / 365 | | 63 | | $17.41 |
| | **Subtotal for 10SM1166 | | | | | | | **$31.30** |
| 10SM2482 | 5/6/2015 thru 6/30/2015 | $30,213.99 | | 0.254% / 365 | | 56 | | $11.77 |
| 10SM2482 | 7/1/2015 thru 9/1/2015 | $30,213.99 | | 0.283% / 365 | | 63 | | $14.76 |
| | **Subtotal for 10SM2482 | | | | | | | **$26.53** |
| 12SM0958 | 5/6/2015 thru 6/30/2015 | $27,267.30 | | 0.254% / 365 | | 56 | | $10.63 |
| 12SM0958 | 7/1/2015 thru 9/1/2015 | $27,267.30 | | 0.283% / 365 | | 63 | | $13.32 |
| | **Subtotal for 12SM0958 | | | | | | | **$23.95** |
| 12SM0959 | 5/6/2015 thru 6/30/2015 | $1,151,575.50 | | 0.254% / 365 | | 56 | | $448.77 |
| 12SM0959 | 7/1/2015 thru 9/1/2015 | $1,151,575.50 | | 0.283% / 365 | | 63 | | $562.50 |
| | **Subtotal for 12SM0959 | | | | | | | **$1,011.27** |
| 12SM1246 | 5/6/2015 thru 6/30/2015 | $50,212.19 | | 0.254% / 365 | | 56 | | $19.57 |
| 12SM1246 | 7/1/2015 thru 9/1/2015 | $50,212.19 | | 0.283% / 365 | | 63 | | $24.52 |
| | **Subtotal for 12SM1246 | | | | | | | **$44.09** |

111                        Exhibit A to Xiao Declaration                   SER218

# STATEMENT OF ACCOUNT

Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                                    15SM0499
P.O. Box 806                                                                     09/01/2015
Sacramento, CA  95812-0806                                                       12:08:07

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:** **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM2478 | 5/6/2015 thru 6/30/2015 | $9,499.25 | 0.254% / 365 | 56 | $3.70 |
| 12SM2478 | 7/1/2015 thru 9/1/2015 | $9,499.25 | 0.283% / 365 | 63 | $4.65 |
| | | **Subtotal for 12SM2478** | | | **$8.35** |
| 12SM3214 | 5/6/2015 thru 6/30/2015 | $7,367.77 | 0.254% / 365 | 56 | $2.87 |
| 12SM3214 | 7/1/2015 thru 9/1/2015 | $7,367.77 | 0.283% / 365 | 63 | $3.60 |
| | | **Subtotal for 12SM3214** | | | **$6.47** |
| 13SM0229 | 5/6/2015 thru 6/30/2015 | $38,118.83 | 0.254% / 365 | 56 | $14.85 |
| 13SM0229 | 7/1/2015 thru 9/1/2015 | $38,118.83 | 0.283% / 365 | 63 | $18.63 |
| | | **Subtotal for 13SM0229** | | | **$33.48** |
| 13SM1992 | 5/6/2015 thru 6/30/2015 | $9,049.06 | 0.254% / 365 | 56 | $3.53 |
| 13SM1992 | 7/1/2015 thru 9/1/2015 | $9,049.06 | 0.283% / 365 | 63 | $4.41 |
| | | **Subtotal for 13SM1992** | | | **$7.94** |
| 13SM4055 | 5/6/2015 thru 6/30/2015 | $110,971.90 | 0.254% / 365 | 56 | $43.25 |
| 13SM4055 | 7/1/2015 thru 9/1/2015 | $110,971.90 | 0.283% / 365 | 63 | $54.21 |
| | | **Subtotal for 13SM4055** | | | **$97.46** |
| 14SM1204 | 5/6/2015 thru 6/30/2015 | $82,084.71 | 0.254% / 365 | 56 | $31.99 |
| 14SM1204 | 7/1/2015 thru 9/1/2015 | $82,084.71 | 0.283% / 365 | 63 | $40.09 |
| | | **Subtotal for 14SM1204** | | | **$72.08** |
| 14SM2154 | 5/6/2015 thru 6/30/2015 | $36,235.16 | 0.254% / 365 | 56 | $14.12 |
| 14SM2154 | 7/1/2015 thru 9/1/2015 | $36,235.16 | 0.283% / 365 | 63 | $17.70 |
| | | **Subtotal for 14SM2154** | | | **$31.82** |
| 14SM3717 | 5/6/2015 thru 6/30/2015 | $23,322.40 | 0.254% / 365 | 56 | $9.09 |
| 14SM3717 | 7/1/2015 thru 9/1/2015 | $23,322.40 | 0.283% / 365 | 63 | $11.39 |
| | | **Subtotal for 14SM3717** | | | **$20.48** |
| 14SM4195 | 5/6/2015 thru 6/30/2015 | $111,018.20 | 0.254% / 365 | 56 | $43.26 |
| 14SM4195 | 7/1/2015 thru 9/1/2015 | $111,018.20 | 0.283% / 365 | 63 | $54.24 |
| | | **Subtotal for 14SM4195** | | | **$97.50** |

**Total Interest Charges of this type for Project | $2,281.18 |

**Total New Interest Charges for Project : | $2,281.18 |

Exhibit A to Xiao Declaration

SER219

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM0499
09/01/2015
12:08:07

**Project Name:**     **WICKES FOREST INDUSTRIES- SOLANO**
**Project Number:**     **100164   - SM**

Reporting Period: 04/2015 thru 06/2015

---

### Direct Labor - 2014/2015

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| HANSON M | Attorney III-Spec | | 04/2015 | 2.75 | 216.02 |
| STANLEY DA | Engineering Geologist | | 04/2015 | 23.00 | 1,196.70 |
| HANSON M | Attorney III-Spec | | 05/2015 | 10.25 | 843.49 |
| MACNICHOLL P | Hazardous Substnc Engr | | 05/2015 | 3.50 | 268.20 |
| STANLEY DA | Engineering Geologist | | 05/2015 | 24.50 | 1,335.45 |
| KOYASAKO SK | Asst Chief Counsel | | 06/2015 | 1.75 | 163.14 |
| HANSON M | Attorney III-Spec | 06/2015 | 12/2014 | 0.00 | 27.39 |
| HANSON M | Attorney III-Spec | | 06/2015 | 41.50 | 3,004.66 |
| MCDANIEL L | Attorney III-Spec | | 06/2015 | 1.50 | 108.47 |
| CRUZ J | Public Participation Spec | | 06/2015 | 6.00 | 295.02 |
| MACNICHOLL P | Hazardous Substnc Engr | | 06/2015 | 5.75 | 420.59 |
| STANLEY DA | Engineering Geologist | | 06/2015 | 25.50 | 1,326.77 |
| | **Subtotal for PCA - 11018** | | | **146.00** | **$9,205.90** |

*PCA - 17018  - PROJECT MANAGEMENT (ORPHAN/NPL MATCH)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| PATENAUDE T | Sr Hazardous Substnc Engr | | 04/2015 | 2.00 | 168.54 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 04/2015 | 4.50 | 217.76 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 05/2015 | 1.75 | 88.73 |
| PATENAUDE T | Sr Hazardous Substnc Engr | | 06/2015 | 1.00 | 84.26 |
| RIDENOUR CB | Supvng Hazardous Substnc Engr II | | 06/2015 | 2.65 | 239.45 |
| ALFARO ER | Assoc Govtl Prog Analyst | | 06/2015 | 6.50 | 314.54 |
| | **Subtotal for PCA - 17018** | | | **18.40** | **$1,113.28** |
| | **** Direct Labor - 2014/2015 Totals** | | | **164.40** | **$10,319.18** |

### Indirect Labor - 2014/2015

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2014 | Jul - Dec | TSCA 0557 | 1.5771 | $27.39 | 43.20 |
| 2014 | Jan - Jun | TSCA 0557 | 1.5574 | $10,291.79 | 16,028.42 |
| | | **** Indirect Labor - 2014/2015 Totals** | | **$10,319.18** | **$16,071.62** |

### Contract Charges - 2014/2015

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|------|---------------|--------|---------|-------|--------|
| 0018 | C07T3406 | URS CORPORATION | 6207860 | 04/2015 | 1,822.67 |
| 0018 | C07T3406 | URS CORPORATION | 6255840 | 05/2015 | 14,429.64 |
| | **** Contract Charges - 2014/2015 Totals** | | | | **$16,252.31** |

### Travel Charges - 2014/2015

| | Fund | Amount |
|---|------|--------|
| | 0557 | 1,013.20 |
| **** Travel Charges - 2014/2015 Totals** | | **$1,013.20** |
| **** Total - 2014/2015 Charges** | | **$43,656.31** |
| **** Total Project 100164    Charges** | | **$43,656.31** |

Exhibit A to Xiao Declaration

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #15SM2544
03/08/2016
13:40:56

| Project Name: | **WICKES FOREST INDUSTRIES- SOLANO** |
| Project Code: | **100164   - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 07/2015   thru 12/2015   ) | $46,540.21 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #15SM2544 Charges | $46,540.21 |
| | |
| Interest Due from Late Payment of Previous Invoices | $37,143.01 |

*(Invoice #s 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214;  )*

| | |
|---|---:|
| Total of New Charges | $83,683.22 |
| *(Invoice #15SM2544 Charges and Late Payment Interest)* | |
| | |
| **Total Due on Project** | **$2,757,509.86** |
| *(Includes unpaid invoices and the amount noted above)* | |

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

For your protection, DTSC does not accept and will not process credit card information provided via email.

Company Name: _____

Name on Credit Card: _____

Type of Card:    __American Express  __Discover  __Mastercard  __Visa

Card Number: _____ _____ _____ _____    Expiration Date (Mo/Yr)    ____ / _____

Total Being Paid:    $ _____

Signature: _____    Telephone No.    (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____    By providing your email address, you agree to receive the credit card receipt by email.

Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 327-8514 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.  Payments will appear as "Toxic Main/US EPA Fees" on your credit card statement.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.   _____
CID #                                           Approved              Not Approved

Exhibit A to Xiao Declaration

SER221

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #15SM2544
03/08/2016
13:40:56

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 07/2015   thru 12/2015   ) | $46,540.21 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #15SM2544 Charges | $46,540.21 |
| Interest Due from Late Payment of Previous Invoices | $37,143.01 |

*(Invoice #s 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2478; 12SM3214;  )*

| | |
|---|---|
| Total of New Charges | $83,683.22 |

*(Invoice #15SM2544 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$2,757,509.86** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

116

Exhibit A to Xiao Declaration

RP Copy

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

15SM2544  
03/08/2016  
13:40:56

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**  
**Project Code:** **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (9/1/2015) | | $2,673,826.64 |
| Current Charges (07/2015 thru 12/2015): | $46,540.21 | |
| Advance Applied: | $0.00 | |
| Invoice #15SM2544     Subtotal | | $46,540.21 |
| Late Payment Interest | | $37,143.01 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,757,509.86 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 9/1/2015 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 3/8/2016 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $157.89 | $0.00 | $1.84 | $0.00 | $0.00 | $159.73 |
| 04SM0233 | 8/19/2004 | $37.07 | $0.00 | $0.29 | $0.00 | $0.00 | $37.36 |
| 04SM0973 | 11/2/2004 | $11,936.33 | $0.00 | $140.05 | $0.00 | $0.00 | $12,076.38 |
| 04SM1655 | 1/25/2005 | $3,217.46 | $0.00 | $37.88 | $0.00 | $0.00 | $3,255.34 |
| 04SM2576 | 4/27/2005 | $8,322.62 | $0.00 | $98.42 | $0.00 | $0.00 | $8,421.04 |
| 05SM0033 | 8/17/2005 | $6,727.24 | $0.00 | $80.08 | $0.00 | $0.00 | $6,807.32 |
| 09SM2744 | 3/26/2010 | $747,941.40 | $0.00 | $10,320.51 | $0.00 | $0.00 | $758,261.91 |
| 09SM2784 | 4/29/2010 | $43,852.20 | $0.00 | $605.41 | $0.00 | $0.00 | $44,457.61 |
| 10SM0395 | 9/9/2010 | $73,811.06 | $0.00 | $1,021.04 | $0.00 | $0.00 | $74,832.10 |
| 10SM1166 | 11/4/2010 | $36,197.54 | $0.00 | $501.12 | $0.00 | $0.00 | $36,698.66 |
| 10SM2482 | 3/22/2011 | $30,636.42 | $0.00 | $424.88 | $0.00 | $0.00 | $31,061.30 |
| 12SM0958 | 9/18/2012 | $27,479.33 | $0.00 | $383.45 | $0.00 | $0.00 | $27,862.78 |
| 12SM0959 | 9/18/2012 | $1,160,530.14 | $0.00 | $16,193.96 | $0.00 | $0.00 | $1,176,724.10 |
| 12SM1246 | 10/31/2012 | $50,581.79 | $0.00 | $706.11 | $0.00 | $0.00 | $51,287.90 |
| 12SM2478 | 2/11/2013 | $9,560.20 | $0.00 | $133.58 | $0.00 | $0.00 | $9,693.78 |
| 12SM3214 | 5/1/2013 | $7,410.25 | $0.00 | $103.61 | $0.00 | $0.00 | $7,513.86 |
| 13SM0229 | 9/11/2013 | $38,302.61 | $0.00 | $536.04 | $0.00 | $0.00 | $38,838.65 |
| 13SM1992 | 12/2/2013 | $9,087.63 | $0.00 | $127.26 | $0.00 | $0.00 | $9,214.89 |
| 13SM4055 | 6/2/2014 | $111,312.65 | $0.00 | $1,560.54 | $0.00 | $0.00 | $112,873.19 |
| 14SM1204 | 8/28/2014 | $82,292.50 | $0.00 | $1,154.31 | $0.00 | $0.00 | $83,446.81 |
| 14SM2154 | 11/26/2014 | $36,306.17 | $0.00 | $509.55 | $0.00 | $0.00 | $36,815.72 |
| 14SM3717 | 2/24/2015 | $23,354.13 | $0.00 | $327.97 | $0.00 | $0.00 | $23,682.10 |
| 14SM4195 | 5/5/2015 | $111,115.70 | $0.00 | $1,561.19 | $0.00 | $0.00 | $112,676.89 |
| 15SM0499 | 9/1/2015 | $43,656.31 | $0.00 | $613.92 | $0.00 | $0.00 | $44,270.23 |
| 15SM2544 | 3/8/2016 | $0.00 | $46,540.21 | $0.00 | $0.00 | $0.00 | $46,540.21 |
| | | $2,673,826.64 | $46,540.21 | $37,143.01 | $0.00 | $0.00 | $2,757,509.86 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 09/01/2015                                        $0.00

Advance Credits Applied to Current Period Charges                              $0.00

**Remaining Advance Payment/Credit Balance**                                   $0.00

**PAYMENTS (Since Last Statement)**

Exhibit A to Xiao Declaration

SER224

# STATEMENT OF ACCOUNT

Page 2 of 5

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

15SM2544

03/08/2016

13:40:56

| Project Name: | **WICKES FOREST INDUSTRIES- SOLANO** |
|---|---|
| Project Code: | **100164   - SM** |

**No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

**No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER225

# STATEMENT OF ACCOUNT

Page 3 of 5

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM2544
03/08/2016
13:40:56

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:** **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 9/2/2015 thru 9/30/2015 | $130.88 | | 0.283% / 365 | | 29 | | $0.03 |
| 03SM1391 | 10/1/2015 thru 12/31/2015 | $130.88 | | 0.316% / 365 | | 92 | | $0.10 |
| 03SM1391 | 1/1/2016 thru 3/8/2016 | $130.88 | | 7.000% / 365 | | 68 | | $1.71 |
| | **Subtotal for 03SM1391** | | | | | | | **$1.84** |
| 04SM0233 | 9/2/2015 thru 9/30/2015 | $20.41 | | 0.283% / 365 | | 29 | | $0.00 |
| 04SM0233 | 10/1/2015 thru 12/31/2015 | $20.41 | | 0.316% / 365 | | 92 | | $0.02 |
| 04SM0233 | 1/1/2016 thru 3/8/2016 | $20.41 | | 7.000% / 365 | | 68 | | $0.27 |
| | **Subtotal for 04SM0233** | | | | | | | **$0.29** |
| 04SM0973 | 9/2/2015 thru 9/30/2015 | $9,958.98 | | 0.283% / 365 | | 29 | | $2.24 |
| 04SM0973 | 10/1/2015 thru 12/31/2015 | $9,958.98 | | 0.316% / 365 | | 92 | | $7.93 |
| 04SM0973 | 1/1/2016 thru 3/8/2016 | $9,958.98 | | 7.000% / 365 | | 68 | | $129.88 |
| | **Subtotal for 04SM0973** | | | | | | | **$140.05** |
| 04SM1655 | 9/2/2015 thru 9/30/2015 | $2,693.57 | | 0.283% / 365 | | 29 | | $0.61 |
| 04SM1655 | 10/1/2015 thru 12/31/2015 | $2,693.57 | | 0.316% / 365 | | 92 | | $2.15 |
| 04SM1655 | 1/1/2016 thru 3/8/2016 | $2,693.57 | | 7.000% / 365 | | 68 | | $35.12 |
| | **Subtotal for 04SM1655** | | | | | | | **$37.88** |
| 04SM2576 | 9/2/2015 thru 9/30/2015 | $6,998.59 | | 0.283% / 365 | | 29 | | $1.57 |
| 04SM2576 | 10/1/2015 thru 12/31/2015 | $6,998.59 | | 0.316% / 365 | | 92 | | $5.57 |
| 04SM2576 | 1/1/2016 thru 3/8/2016 | $6,998.59 | | 7.000% / 365 | | 68 | | $91.28 |
| | **Subtotal for 04SM2576** | | | | | | | **$98.42** |
| 05SM0033 | 9/2/2015 thru 9/30/2015 | $5,694.89 | | 0.283% / 365 | | 29 | | $1.28 |
| 05SM0033 | 10/1/2015 thru 12/31/2015 | $5,694.89 | | 0.316% / 365 | | 92 | | $4.54 |
| 05SM0033 | 1/1/2016 thru 3/8/2016 | $5,694.89 | | 7.000% / 365 | | 68 | | $74.26 |
| | **Subtotal for 05SM0033** | | | | | | | **$80.08** |
| 09SM2744 | 9/2/2015 thru 9/30/2015 | $733,905.42 | | 0.283% / 365 | | 29 | | $165.02 |
| 09SM2744 | 10/1/2015 thru 12/31/2015 | $733,905.42 | | 0.316% / 365 | | 92 | | $584.55 |
| 09SM2744 | 1/1/2016 thru 3/8/2016 | $733,905.42 | | 7.000% / 365 | | 68 | | $9,570.94 |
| | **Subtotal for 09SM2744** | | | | | | | **$10,320.51** |
| 09SM2784 | 9/2/2015 thru 9/30/2015 | $43,051.22 | | 0.283% / 365 | | 29 | | $9.68 |
| 09SM2784 | 10/1/2015 thru 12/31/2015 | $43,051.22 | | 0.316% / 365 | | 92 | | $34.29 |
| 09SM2784 | 1/1/2016 thru 3/8/2016 | $43,051.22 | | 7.000% / 365 | | 68 | | $561.44 |
| | **Subtotal for 09SM2784** | | | | | | | **$605.41** |
| 10SM0395 | 9/2/2015 thru 9/30/2015 | $72,607.04 | | 0.283% / 365 | | 29 | | $16.33 |
| 10SM0395 | 10/1/2015 thru 12/31/2015 | $72,607.04 | | 0.316% / 365 | | 92 | | $57.83 |
| 10SM0395 | 1/1/2016 thru 3/8/2016 | $72,607.04 | | 7.000% / 365 | | 68 | | $946.88 |
| | **Subtotal for 10SM0395** | | | | | | | **$1,021.04** |
| 10SM1166 | 9/2/2015 thru 9/30/2015 | $35,635.26 | | 0.283% / 365 | | 29 | | $8.01 |
| 10SM1166 | 10/1/2015 thru 12/31/2015 | $35,635.26 | | 0.316% / 365 | | 92 | | $28.38 |
| 10SM1166 | 1/1/2016 thru 3/8/2016 | $35,635.26 | | 7.000% / 365 | | 68 | | $464.73 |
| | **Subtotal for 10SM1166** | | | | | | | **$501.12** |
| 10SM2482 | 9/2/2015 thru 9/30/2015 | $30,213.99 | | 0.283% / 365 | | 29 | | $6.79 |
| 10SM2482 | 10/1/2015 thru 12/31/2015 | $30,213.99 | | 0.316% / 365 | | 92 | | $24.07 |
| 10SM2482 | 1/1/2016 thru 3/8/2016 | $30,213.99 | | 7.000% / 365 | | 68 | | $394.02 |
| | **Subtotal for 10SM2482** | | | | | | | **$424.88** |

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 4 of 5

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

15SM2544

03/08/2016

13:40:56

**Project Name:**    **WICKES FOREST INDUSTRIES- SOLANO**

**Project Code:**    **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 12SM0958 | 9/2/2015 thru 9/30/2015 | $27,267.30 | 0.283% / 365 | 29 | $6.13 |
| 12SM0958 | 10/1/2015 thru 12/31/2015 | $27,267.30 | 0.316% / 365 | 92 | $21.72 |
| 12SM0958 | 1/1/2016 thru 3/8/2016 | $27,267.30 | 7.000% / 365 | 68 | $355.60 |
| | **Subtotal for 12SM0958** | | | | **$383.45** |
| 12SM0959 | 9/2/2015 thru 9/30/2015 | $1,151,575.50 | 0.283% / 365 | 29 | $258.93 |
| 12SM0959 | 10/1/2015 thru 12/31/2015 | $1,151,575.50 | 0.316% / 365 | 92 | $917.22 |
| 12SM0959 | 1/1/2016 thru 3/8/2016 | $1,151,575.50 | 7.000% / 365 | 68 | $15,017.81 |
| | **Subtotal for 12SM0959** | | | | **$16,193.96** |
| 12SM1246 | 9/2/2015 thru 9/30/2015 | $50,212.19 | 0.283% / 365 | 29 | $11.29 |
| 12SM1246 | 10/1/2015 thru 12/31/2015 | $50,212.19 | 0.316% / 365 | 92 | $39.99 |
| 12SM1246 | 1/1/2016 thru 3/8/2016 | $50,212.19 | 7.000% / 365 | 68 | $654.83 |
| | **Subtotal for 12SM1246** | | | | **$706.11** |
| 12SM2478 | 9/2/2015 thru 9/30/2015 | $9,499.25 | 0.283% / 365 | 29 | $2.14 |
| 12SM2478 | 10/1/2015 thru 12/31/2015 | $9,499.25 | 0.316% / 365 | 92 | $7.57 |
| 12SM2478 | 1/1/2016 thru 3/8/2016 | $9,499.25 | 7.000% / 365 | 68 | $123.87 |
| | **Subtotal for 12SM2478** | | | | **$133.58** |
| 12SM3214 | 9/2/2015 thru 9/30/2015 | $7,367.77 | 0.283% / 365 | 29 | $1.66 |
| 12SM3214 | 10/1/2015 thru 12/31/2015 | $7,367.77 | 0.316% / 365 | 92 | $5.87 |
| 12SM3214 | 1/1/2016 thru 3/8/2016 | $7,367.77 | 7.000% / 365 | 68 | $96.08 |
| | **Subtotal for 12SM3214** | | | | **$103.61** |
| 13SM0229 | 9/2/2015 thru 9/30/2015 | $38,118.83 | 0.283% / 365 | 29 | $8.57 |
| 13SM0229 | 10/1/2015 thru 12/31/2015 | $38,118.83 | 0.316% / 365 | 92 | $30.36 |
| 13SM0229 | 1/1/2016 thru 3/8/2016 | $38,118.83 | 7.000% / 365 | 68 | $497.11 |
| | **Subtotal for 13SM0229** | | | | **$536.04** |
| 13SM1992 | 9/2/2015 thru 9/30/2015 | $9,049.06 | 0.283% / 365 | 29 | $2.03 |
| 13SM1992 | 10/1/2015 thru 12/31/2015 | $9,049.06 | 0.316% / 365 | 92 | $7.21 |
| 13SM1992 | 1/1/2016 thru 3/8/2016 | $9,049.06 | 7.000% / 365 | 68 | $118.02 |
| | **Subtotal for 13SM1992** | | | | **$127.26** |
| 13SM4055 | 9/2/2015 thru 9/30/2015 | $110,971.90 | 0.283% / 365 | 29 | $24.95 |
| 13SM4055 | 10/1/2015 thru 12/31/2015 | $110,971.90 | 0.316% / 365 | 92 | $88.39 |
| 13SM4055 | 1/1/2016 thru 3/8/2016 | $110,971.90 | 7.000% / 365 | 68 | $1,447.20 |
| | **Subtotal for 13SM4055** | | | | **$1,560.54** |
| 14SM1204 | 9/2/2015 thru 9/30/2015 | $82,084.71 | 0.283% / 365 | 29 | $18.46 |
| 14SM1204 | 10/1/2015 thru 12/31/2015 | $82,084.71 | 0.316% / 365 | 92 | $65.38 |
| 14SM1204 | 1/1/2016 thru 3/8/2016 | $82,084.71 | 7.000% / 365 | 68 | $1,070.47 |
| | **Subtotal for 14SM1204** | | | | **$1,154.31** |
| 14SM2154 | 9/2/2015 thru 9/30/2015 | $36,235.16 | 0.283% / 365 | 29 | $8.15 |
| 14SM2154 | 10/1/2015 thru 12/31/2015 | $36,235.16 | 0.316% / 365 | 92 | $28.86 |
| 14SM2154 | 1/1/2016 thru 3/8/2016 | $36,235.16 | 7.000% / 365 | 68 | $472.54 |
| | **Subtotal for 14SM2154** | | | | **$509.55** |
| 14SM3717 | 9/2/2015 thru 9/30/2015 | $23,322.40 | 0.283% / 365 | 29 | $5.24 |
| 14SM3717 | 10/1/2015 thru 12/31/2015 | $23,322.40 | 0.316% / 365 | 92 | $18.58 |
| 14SM3717 | 1/1/2016 thru 3/8/2016 | $23,322.40 | 7.000% / 365 | 68 | $304.15 |
| | **Subtotal for 14SM3717** | | | | **$327.97** |
| 14SM4195 | 9/2/2015 thru 9/30/2015 | $111,018.20 | 0.283% / 365 | 29 | $24.96 |
| 14SM4195 | 10/1/2015 thru 12/31/2015 | $111,018.20 | 0.316% / 365 | 92 | $88.43 |
| 14SM4195 | 1/1/2016 thru 3/8/2016 | $111,018.20 | 7.000% / 365 | 68 | $1,447.80 |
| | **Subtotal for 14SM4195** | | | | **$1,561.19** |

120                                    Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**                                    Page 5 of 5

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                15SM2544
P.O. Box 806                                                 03/08/2016
Sacramento, CA  95812-0806                                   13:40:56

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**      **100164  - SM**

| | | | | | |
|---|---|---|---|---|---|
| 15SM0499 | 9/2/2015 thru 9/30/2015 | $43,656.31 | 0.283% / 365 | 29 | $9.82 |
| 15SM0499 | 10/1/2015 thru 12/31/2015 | $43,656.31 | 0.316% / 365 | 92 | $34.77 |
| 15SM0499 | 1/1/2016 thru 3/8/2016 | $43,656.31 | 7.000% / 365 | 68 | $569.33 |
| | **\*\*Subtotal for 15SM0499** | | | | **$613.92** |

**\*\*Total Interest Charges of this type for Project**                    **$37,143.01**

**\*\*Total New Interest Charges for Project :**                           **$37,143.01**

Exhibit A to Xiao Declaration

SER228

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

15SM2544

03/08/2016

13:40:56

| Project Name: | **WICKES FOREST INDUSTRIES- SOLANO** | |
|---|---|---|
| Project Number: | **100164   - SM** | Reporting Period: 07/2015 thru 12/2015 |

**Direct Labor - 2015/2016**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| JESUS CRUZ | Public Participation Spec | | 07/2015 | 18.00 | 909.16 |
| DEENA STANLEY | Engineering Geologist | | 07/2015 | 59.50 | 3,216.89 |
| WILLIAM BECKMAN | Supvng Hazardous Substnc Engr I | | 07/2015 | 4.00 | 339.25 |
| PETER MACNICHOLL | Hazardous Substnc Engr | | 07/2015 | 13.50 | 1,022.24 |
| MARILEE HANSON | Attorney III-Spec | | 07/2015 | 35.00 | 2,832.97 |
| DEENA STANLEY | Engineering Geologist | | 08/2015 | 20.25 | 1,094.82 |
| WILLIAM BECKMAN | Supvng Hazardous Substnc Engr I | | 08/2015 | 1.00 | 84.77 |
| STEVEN KOYASAKO | Asst Chief Counsel | | 08/2015 | 0.25 | 22.38 |
| MARILEE HANSON | Attorney III-Spec | | 08/2015 | 2.75 | 220.09 |
| DEENA STANLEY | Engineering Geologist | | 09/2015 | 43.50 | 2,351.84 |
| PETER MACNICHOLL | Hazardous Substnc Engr | | 09/2015 | 3.50 | 265.02 |
| MARILEE HANSON | Attorney III-Spec | | 09/2015 | 10.00 | 809.42 |
| DEENA STANLEY | Engineering Geologist | | 10/2015 | 11.50 | 652.29 |
| PETER MACNICHOLL | Hazardous Substnc Engr | | 10/2015 | 1.50 | 113.58 |
| MARILEE HANSON | Attorney III-Spec | | 10/2015 | 4.75 | 326.98 |
| DEENA STANLEY | Engineering Geologist | | 11/2015 | 21.00 | 1,191.14 |
| MARILEE HANSON | Attorney III-Spec | | 11/2015 | 2.25 | 170.07 |
| DEENA STANLEY | Engineering Geologist | | 12/2015 | 24.50 | 1,389.67 |
| PETER MACNICHOLL | Hazardous Substnc Engr | | 12/2015 | 2.00 | 152.67 |
| MARILEE HANSON | Attorney III-Spec | | 12/2015 | 7.30 | 564.14 |
| | **Subtotal for PCA - 11018** | | | **286.05** | **$17,729.39** |

*PCA - 17018  - PROJECT MANAGEMENT-ORPHAN/NPL*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| EVANGALINA ALFARO | Assoc Govtl Prog Analyst | | 08/2015 | 1.50 | 74.58 |
| TIMOTHY PATENAUDE | Sr Hazardous Substnc Engr | | 09/2015 | 1.00 | 87.30 |
| EVANGALINA ALFARO | Assoc Govtl Prog Analyst | | 09/2015 | 1.50 | 74.58 |
| EVANGALINA ALFARO | Assoc Govtl Prog Analyst | | 12/2015 | 4.50 | 226.00 |
| | **Subtotal for PCA - 17018** | | | **8.50** | **$462.46** |
| | **** Direct Labor - 2015/2016 Totals** | | | **294.55** | **$18,191.85** |

**Indirect Labor - 2015/2016**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2015 | Jul - Dec | TSCA 0557 | 1.5583 | $18,191.85 | 28,348.36 |
| | | **** Indirect Labor - 2015/2016 Totals** | | **$18,191.85** | **$28,348.36** |
| | | **** Total - 2015/2016 Charges** | | | **$46,540.21** |
| | **** Total Project 100164 | Charges** | | | **$46,540.21** |

Exhibit A to Xiao Declaration

SER229

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #15SM4075
05/26/2016
14:45:34

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 01/2016   thru 03/2016   ) | $6,068.80 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #15SM4075 Charges | $6,068.80 |
| | |
| Interest Due from Late Payment of Previous Invoices | $40,722.45 |

*(Invoice #s 12SM2478; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154;
14SM3717; 14SM4195; 15SM0499; 15SM2544; 03SM1391; 04SM0233; 04SM0973;
04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166;
10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM3214;  )*

| | |
|---|---:|
| Total of New Charges | $46,791.25 |
| *(Invoice #15SM4075 Charges and Late Payment Interest)* | |
| | |
| **Total Due on Project** | **$2,804,301.11** |
| *(Includes unpaid invoices and the amount noted above)* | |

Agreement Numbers (if applicable):

If paying by EFT, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

For your protection, DTSC does not accept and will not process credit card information provided via email.

Company Name: _____

Name on Credit Card: _____

Type of Card:        __American Express  __Discover  __Mastercard  __Visa

Card Number:     _____ _____ _____ _____        Expiration Date (Mo/Yr)      ____ / _____

Total Being Paid:     $ _____

Signature: _____        Telephone No.     (___) ___-____

Please mail the completed payment authorization form to: Accounting Office, Department of Toxic Substances Control, PO Box 806, Sacramento CA 95812-0806 or fax to (916) 322-0274.
Email: _____   By providing your email address, you agree to receive the credit card receipt by email.

### Privacy Statement:

The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 327-8514 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California  95812-0806.  Payments will appear as "Toxic Main/US EPA Fees" on your credit card statement.

THIS SECTION FOR DEPARTMENT USE ONLY
Invoice No.
CID # _____        Approved            Not Approved

Exhibit A to Xiao Declaration

SER230

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #15SM4075
05/26/2016
14:45:34

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164   - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 01/2016    thru 03/2016   ) | $6,068.80 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #15SM4075 Charges | $6,068.80 |
| Interest Due from Late Payment of Previous Invoices | $40,722.45 |

*(Invoice #s 12SM2478; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 15SM2544; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM3214;  )*

| | |
|---|---:|
| Total of New Charges | $46,791.25 |
| *(Invoice #15SM4075 Charges and Late Payment Interest)* | |
| **Total Due on Project** | **$2,804,301.11** |
| *(Includes unpaid invoices and the amount noted above)* | |

Agreement Numbers (if applicable):

**RP Copy**

Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**

Page 1 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM4075
05/26/2016
14:45:34

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:** **100164   - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (3/8/2016) | | $2,757,509.86 |
| Current Charges (01/2016 thru 03/2016): | $6,068.80 | |
| Advance Applied: | $0.00 | |
| Invoice #15SM4075      Subtotal | | $6,068.80 |
| Late Payment Interest | | $40,722.45 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,804,301.11 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 3/8/2016 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 5/26/2016 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $159.73 | $0.00 | $1.98 | $0.00 | $0.00 | $161.71 |
| 04SM0233 | 8/19/2004 | $37.36 | $0.00 | $0.31 | $0.00 | $0.00 | $37.67 |
| 04SM0973 | 11/2/2004 | $12,076.38 | $0.00 | $150.89 | $0.00 | $0.00 | $12,227.27 |
| 04SM1655 | 1/25/2005 | $3,255.34 | $0.00 | $40.81 | $0.00 | $0.00 | $3,296.15 |
| 04SM2576 | 4/27/2005 | $8,421.04 | $0.00 | $106.03 | $0.00 | $0.00 | $8,527.07 |
| 05SM0033 | 8/17/2005 | $6,807.32 | $0.00 | $86.28 | $0.00 | $0.00 | $6,893.60 |
| 09SM2744 | 3/26/2010 | $758,261.91 | $0.00 | $11,119.17 | $0.00 | $0.00 | $769,381.08 |
| 09SM2784 | 4/29/2010 | $44,457.61 | $0.00 | $652.26 | $0.00 | $0.00 | $45,109.87 |
| 10SM0395 | 9/9/2010 | $74,832.10 | $0.00 | $1,100.05 | $0.00 | $0.00 | $75,932.15 |
| 10SM1166 | 11/4/2010 | $36,698.66 | $0.00 | $539.89 | $0.00 | $0.00 | $37,238.55 |
| 10SM2482 | 3/22/2011 | $31,061.30 | $0.00 | $457.76 | $0.00 | $0.00 | $31,519.06 |
| 12SM0958 | 9/18/2012 | $27,862.78 | $0.00 | $413.12 | $0.00 | $0.00 | $28,275.90 |
| 12SM0959 | 9/18/2012 | $1,176,724.10 | $0.00 | $17,447.16 | $0.00 | $0.00 | $1,194,171.26 |
| 12SM1246 | 10/31/2012 | $51,287.90 | $0.00 | $760.75 | $0.00 | $0.00 | $52,048.65 |
| 12SM2478 | 2/11/2013 | $9,693.78 | $0.00 | $143.92 | $0.00 | $0.00 | $9,837.70 |
| 12SM3214 | 5/1/2013 | $7,513.86 | $0.00 | $111.62 | $0.00 | $0.00 | $7,625.48 |
| 13SM0229 | 9/11/2013 | $38,838.65 | $0.00 | $577.53 | $0.00 | $0.00 | $39,416.18 |
| 13SM1992 | 12/2/2013 | $9,214.89 | $0.00 | $137.10 | $0.00 | $0.00 | $9,351.99 |
| 13SM4055 | 6/2/2014 | $112,873.19 | $0.00 | $1,681.30 | $0.00 | $0.00 | $114,554.49 |
| 14SM1204 | 8/28/2014 | $83,446.81 | $0.00 | $1,243.64 | $0.00 | $0.00 | $84,690.45 |
| 14SM2154 | 11/26/2014 | $36,815.72 | $0.00 | $548.98 | $0.00 | $0.00 | $37,364.70 |
| 14SM3717 | 2/24/2015 | $23,682.10 | $0.00 | $353.35 | $0.00 | $0.00 | $24,035.45 |
| 14SM4195 | 5/5/2015 | $112,676.89 | $0.00 | $1,682.00 | $0.00 | $0.00 | $114,358.89 |
| 15SM0499 | 9/1/2015 | $44,270.23 | $0.00 | $661.43 | $0.00 | $0.00 | $44,931.66 |
| 15SM2544 | 3/8/2016 | $46,540.21 | $0.00 | $705.12 | $0.00 | $0.00 | $47,245.33 |
| 15SM4075 | 5/26/2016 | $0.00 | $6,068.80 | $0.00 | $0.00 | $0.00 | $6,068.80 |
| | | $2,757,509.86 | $6,068.80 | $40,722.45 | $0.00 | $0.00 | $2,804,301.11 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

| | |
|---|---:|
| Advance Balance Forward from 03/08/2016 | $0.00 |
| Advance Credits Applied to Current Period Charges | $0.00 |
| **Remaining Advance Payment/Credit Balance** | $0.00 |

**PAYMENTS (Since Last Statement)**

Exhibit A to Xiao Declaration

SER233

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM4075

05/26/2016

14:45:34

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164   - SM** |

**No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                                    15SM4075
P.O. Box 806                                                                     05/26/2016
Sacramento, CA  95812-0806                                                       14:45:34

**Project Name:**     **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**       **100164  - SM**

### CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 3/9/2016 thru 5/26/2016 | $130.88 | | 7.000% / 365 | | 79 | | $1.98 |
| | **Subtotal for 03SM1391 | | | | | | | **$1.98** |
| 04SM0233 | 3/9/2016 thru 5/26/2016 | $20.41 | | 7.000% / 365 | | 79 | | $0.31 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.31** |
| 04SM0973 | 3/9/2016 thru 5/26/2016 | $9,958.98 | | 7.000% / 365 | | 79 | | $150.89 |
| | **Subtotal for 04SM0973 | | | | | | | **$150.89** |
| 04SM1655 | 3/9/2016 thru 5/26/2016 | $2,693.57 | | 7.000% / 365 | | 79 | | $40.81 |
| | **Subtotal for 04SM1655 | | | | | | | **$40.81** |
| 04SM2576 | 3/9/2016 thru 5/26/2016 | $6,998.59 | | 7.000% / 365 | | 79 | | $106.03 |
| | **Subtotal for 04SM2576 | | | | | | | **$106.03** |
| 05SM0033 | 3/9/2016 thru 5/26/2016 | $5,694.89 | | 7.000% / 365 | | 79 | | $86.28 |
| | **Subtotal for 05SM0033 | | | | | | | **$86.28** |
| 09SM2744 | 3/9/2016 thru 5/26/2016 | $733,905.42 | | 7.000% / 365 | | 79 | | $11,119.17 |
| | **Subtotal for 09SM2744 | | | | | | | **$11,119.17** |
| 09SM2784 | 3/9/2016 thru 5/26/2016 | $43,051.22 | | 7.000% / 365 | | 79 | | $652.26 |
| | **Subtotal for 09SM2784 | | | | | | | **$652.26** |
| 10SM0395 | 3/9/2016 thru 5/26/2016 | $72,607.04 | | 7.000% / 365 | | 79 | | $1,100.05 |
| | **Subtotal for 10SM0395 | | | | | | | **$1,100.05** |
| 10SM1166 | 3/9/2016 thru 5/26/2016 | $35,635.26 | | 7.000% / 365 | | 79 | | $539.89 |
| | **Subtotal for 10SM1166 | | | | | | | **$539.89** |
| 10SM2482 | 3/9/2016 thru 5/26/2016 | $30,213.99 | | 7.000% / 365 | | 79 | | $457.76 |
| | **Subtotal for 10SM2482 | | | | | | | **$457.76** |
| 12SM0958 | 3/9/2016 thru 5/26/2016 | $27,267.30 | | 7.000% / 365 | | 79 | | $413.12 |
| | **Subtotal for 12SM0958 | | | | | | | **$413.12** |
| 12SM0959 | 3/9/2016 thru 5/26/2016 | $1,151,575.50 | | 7.000% / 365 | | 79 | | $17,447.16 |
| | **Subtotal for 12SM0959 | | | | | | | **$17,447.16** |
| 12SM1246 | 3/9/2016 thru 5/26/2016 | $50,212.19 | | 7.000% / 365 | | 79 | | $760.75 |
| | **Subtotal for 12SM1246 | | | | | | | **$760.75** |
| 12SM2478 | 3/9/2016 thru 5/26/2016 | $9,499.25 | | 7.000% / 365 | | 79 | | $143.92 |
| | **Subtotal for 12SM2478 | | | | | | | **$143.92** |
| 12SM3214 | 3/9/2016 thru 5/26/2016 | $7,367.77 | | 7.000% / 365 | | 79 | | $111.62 |
| | **Subtotal for 12SM3214 | | | | | | | **$111.62** |
| 13SM0229 | 3/9/2016 thru 5/26/2016 | $38,118.83 | | 7.000% / 365 | | 79 | | $577.53 |
| | **Subtotal for 13SM0229 | | | | | | | **$577.53** |
| 13SM1992 | 3/9/2016 thru 5/26/2016 | $9,049.06 | | 7.000% / 365 | | 79 | | $137.10 |
| | **Subtotal for 13SM1992 | | | | | | | **$137.10** |
| 13SM4055 | 3/9/2016 thru 5/26/2016 | $110,971.90 | | 7.000% / 365 | | 79 | | $1,681.30 |
| | **Subtotal for 13SM4055 | | | | | | | **$1,681.30** |
| 14SM1204 | 3/9/2016 thru 5/26/2016 | $82,084.71 | | 7.000% / 365 | | 79 | | $1,243.64 |

Exhibit A to Xiao Declaration

SER235

**STATEMENT OF ACCOUNT** Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    15SM4075
P.O. Box 806                                                    05/26/2016
Sacramento, CA  95812-0806                                      14:45:34

**Project Name:**     **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**     **100164   - SM**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | **Subtotal for 14SM1204 | | | $1,243.64 |
| 14SM2154 | 3/9/2016 thru 5/26/2016 | $36,235.16 | 7.000% / 365 | 79 | $548.98 |
| | | **Subtotal for 14SM2154 | | | **$548.98** |
| 14SM3717 | 3/9/2016 thru 5/26/2016 | $23,322.40 | 7.000% / 365 | 79 | $353.35 |
| | | **Subtotal for 14SM3717 | | | **$353.35** |
| 14SM4195 | 3/9/2016 thru 5/26/2016 | $111,018.20 | 7.000% / 365 | 79 | $1,682.00 |
| | | **Subtotal for 14SM4195 | | | **$1,682.00** |
| 15SM0499 | 3/9/2016 thru 5/26/2016 | $43,656.31 | 7.000% / 365 | 79 | $661.43 |
| | | **Subtotal for 15SM0499 | | | **$661.43** |
| 15SM2544 | 3/9/2016 thru 5/26/2016 | $46,540.21 | 7.000% / 365 | 79 | $705.12 |
| | | **Subtotal for 15SM2544 | | | **$705.12** |

**Total Interest Charges of this type for Project          $40,722.45

**Total New Interest Charges for Project :                 $40,722.45

Exhibit A to Xiao Declaration

SER236

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

15SM4075
05/26/2016
14:45:34

**Project Name:**      **WICKES FOREST INDUSTRIES- SOLANO**
**Project Number:**      **100164   - SM**                              Reporting Period: 01/2016 thru 03/2016

---

**Direct Labor - 2015/2016**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| D STANLEY | Engineering Geologist | | 01/2016 | 3.00 | 178.26 |
| M HANSON | Attorney III-Spec | | 01/2016 | 2.00 | 169.40 |
| D SHERIDAN | Acctg Administrator II | | 02/2016 | 8.50 | 542.47 |
| D STANLEY | Engineering Geologist | | 02/2016 | 6.25 | 354.50 |
| D FRENCH | General Auditor III | | 02/2016 | 0.50 | 22.23 |
| P MACNICHOLL | Hazardous Substnc Engr | | 02/2016 | 0.25 | 19.05 |
| M HANSON | Attorney III-Spec | | 02/2016 | 1.50 | 121.71 |
| D STANLEY | Engineering Geologist | 03/2016 | 01/2016 | 0.00 | 0.04 |
| D STANLEY | Engineering Geologist | | 03/2016 | 8.00 | 453.77 |
| P MACNICHOLL | Hazardous Substnc Engr | | 03/2016 | 0.50 | 38.19 |
| M HANSON | Attorney III-Spec | | 03/2016 | 1.25 | 101.43 |
| V MURAI | Attorney III-Spec | | 03/2016 | 2.50 | 214.11 |
| | **Subtotal for PCA - 11018** | | | **34.25** | **$2,215.16** |

*PCA - 11025  - OTHER SITE MITIGATION ACTIVITI*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| V MURAI | Attorney III-Spec | | 03/2016 | 2.50 | 214.11 |
| | **Subtotal for PCA - 11025** | | | **2.50** | **$214.11** |
| | **\*\* Direct Labor - 2015/2016 Totals** | | | **36.75** | **$2,429.27** |

**Indirect Labor - 2015/2016**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2015 | Jan - Jun | TSCA 0557 | 1.4982 | $2,429.27 | 3,639.53 |
| | | **\*\* Indirect Labor - 2015/2016 Totals** | | **$2,429.27** | **$3,639.53** |
| | | **\*\* Total - 2015/2016 Charges** | | | **$6,068.80** |
| | **\*\* Total Project 100164** | **Charges** | | | **$6,068.80** |

Exhibit A to Xiao Declaration

SER237

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA 95812-0806

Invoice #16SM0531
09/15/2016
8:59:08

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164 - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 04/2016 thru 06/2016 ) | $13,777.03 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #16SM0531 Charges | $13,777.03 |
| Interest Due from Late Payment of Previous Invoices | $57,863.46 |

*(Invoice #s 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 15SM2544; 15SM4075; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2 )*

| | |
|---|---:|
| Total of New Charges | $71,640.49 |

*(Invoice #16SM0531 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,875,941.60** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by electronic funds transfer, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please visit our website through the link below and click the "Make A Payment" tab on the top of the page.
www.dtsc.ca.gov

Exhibit A to Xiao Declaration
SER238

**Return with Remittance**

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #16SM0531
09/15/2016
8:59:08

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 04/2016   thru 06/2016   ) | $13,777.03 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #16SM0531 Charges | $13,777.03 |
| Interest Due from Late Payment of Previous Invoices | $57,863.46 |

*(Invoice #s 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 15SM2544; 15SM4075; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1246; 12SM2 )*

| | |
|---|---:|
| Total of New Charges | $71,640.49 |

*(Invoice #16SM0531 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,875,941.60** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

133

**RP Copy**

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

16SM0531
09/15/2016
08:59:08

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**   **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (5/26/2016) | | $2,804,301.11 |
| Current Charges (04/2016 thru 06/2016): | $13,777.03 | |
| Advance Applied: | $0.00 | |
| Invoice #16SM0531     Subtotal | | $13,777.03 |
| Late Payment Interest | | $57,863.46 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,875,941.60 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 5/26/2016 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 9/15/2016 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $161.71 | $0.00 | $2.81 | $0.00 | $0.00 | $164.52 |
| 04SM0233 | 8/19/2004 | $37.67 | $0.00 | $0.44 | $0.00 | $0.00 | $38.11 |
| 04SM0973 | 11/2/2004 | $12,227.27 | $0.00 | $213.91 | $0.00 | $0.00 | $12,441.18 |
| 04SM1655 | 1/25/2005 | $3,296.15 | $0.00 | $57.86 | $0.00 | $0.00 | $3,354.01 |
| 04SM2576 | 4/27/2005 | $8,527.07 | $0.00 | $150.33 | $0.00 | $0.00 | $8,677.40 |
| 05SM0033 | 8/17/2005 | $6,893.60 | $0.00 | $122.32 | $0.00 | $0.00 | $7,015.92 |
| 09SM2744 | 3/26/2010 | $769,381.08 | $0.00 | $15,763.88 | $0.00 | $0.00 | $785,144.96 |
| 09SM2784 | 4/29/2010 | $45,109.87 | $0.00 | $924.72 | $0.00 | $0.00 | $46,034.59 |
| 10SM0395 | 9/9/2010 | $75,932.15 | $0.00 | $1,559.56 | $0.00 | $0.00 | $77,491.71 |
| 10SM1166 | 11/4/2010 | $37,238.55 | $0.00 | $765.43 | $0.00 | $0.00 | $38,003.98 |
| 10SM2482 | 3/22/2011 | $31,519.06 | $0.00 | $648.98 | $0.00 | $0.00 | $32,168.04 |
| 12SM0958 | 9/18/2012 | $28,275.90 | $0.00 | $585.69 | $0.00 | $0.00 | $28,861.59 |
| 12SM0959 | 9/18/2012 | $1,194,171.26 | $0.00 | $24,735.21 | $0.00 | $0.00 | $1,218,906.47 |
| 12SM1246 | 10/31/2012 | $52,048.65 | $0.00 | $1,078.53 | $0.00 | $0.00 | $53,127.18 |
| 12SM2478 | 2/11/2013 | $9,837.70 | $0.00 | $204.04 | $0.00 | $0.00 | $10,041.74 |
| 12SM3214 | 5/1/2013 | $7,625.48 | $0.00 | $158.25 | $0.00 | $0.00 | $7,783.73 |
| 13SM0229 | 9/11/2013 | $39,416.18 | $0.00 | $818.77 | $0.00 | $0.00 | $40,234.95 |
| 13SM1992 | 12/2/2013 | $9,351.99 | $0.00 | $194.37 | $0.00 | $0.00 | $9,546.36 |
| 13SM4055 | 6/2/2014 | $114,554.49 | $0.00 | $2,383.62 | $0.00 | $0.00 | $116,938.11 |
| 14SM1204 | 8/28/2014 | $84,690.45 | $0.00 | $1,763.13 | $0.00 | $0.00 | $86,453.58 |
| 14SM2154 | 11/26/2014 | $37,364.70 | $0.00 | $778.32 | $0.00 | $0.00 | $38,143.02 |
| 14SM3717 | 2/24/2015 | $24,035.45 | $0.00 | $500.95 | $0.00 | $0.00 | $24,536.40 |
| 14SM4195 | 5/5/2015 | $114,358.89 | $0.00 | $2,384.61 | $0.00 | $0.00 | $116,743.50 |
| 15SM0499 | 9/1/2015 | $44,931.66 | $0.00 | $937.72 | $0.00 | $0.00 | $45,869.38 |
| 15SM2544 | 3/8/2016 | $47,245.33 | $0.00 | $999.66 | $0.00 | $0.00 | $48,244.99 |
| 15SM4075 | 5/26/2016 | $6,068.80 | $0.00 | $130.35 | $0.00 | $0.00 | $6,199.15 |
| 16SM0531 | 9/15/2016 | $0.00 | $13,777.03 | $0.00 | $0.00 | $0.00 | $13,777.03 |
| | | $2,804,301.11 | $13,777.03 | $57,863.46 | $0.00 | $0.00 | $2,875,941.60 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 05/26/2016                                                    $0.00

Advance Credits Applied to Current Period Charges                                           $0.00

**Remaining Advance Payment/Credit Balance**                                               $0.00

**STATEMENT OF ACCOUNT**

Page 2 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    16SM0531
P.O. Box 806
Sacramento, CA  95812-0806                                       09/15/2016

                                                                 08:59:08

**Project Name:    WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:      100164   - SM**

**PAYMENTS (Since Last Statement)**

  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

SER242

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)          16SM0531
P.O. Box 806                                          09/15/2016
Sacramento, CA  95812-0806                            08:59:08

**Project Name:**  **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**  **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 5/27/2016 thru 9/15/2016 | $130.88 | | 7.000% / 365 | | 112 | | $2.81 |
| | **Subtotal for 03SM1391 | | | | | | | **$2.81** |
| 04SM0233 | 5/27/2016 thru 9/15/2016 | $20.41 | | 7.000% / 365 | | 112 | | $0.44 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.44** |
| 04SM0973 | 5/27/2016 thru 9/15/2016 | $9,958.98 | | 7.000% / 365 | | 112 | | $213.91 |
| | **Subtotal for 04SM0973 | | | | | | | **$213.91** |
| 04SM1655 | 5/27/2016 thru 9/15/2016 | $2,693.57 | | 7.000% / 365 | | 112 | | $57.86 |
| | **Subtotal for 04SM1655 | | | | | | | **$57.86** |
| 04SM2576 | 5/27/2016 thru 9/15/2016 | $6,998.59 | | 7.000% / 365 | | 112 | | $150.33 |
| | **Subtotal for 04SM2576 | | | | | | | **$150.33** |
| 05SM0033 | 5/27/2016 thru 9/15/2016 | $5,694.89 | | 7.000% / 365 | | 112 | | $122.32 |
| | **Subtotal for 05SM0033 | | | | | | | **$122.32** |
| 09SM2744 | 5/27/2016 thru 9/15/2016 | $733,905.42 | | 7.000% / 365 | | 112 | | $15,763.88 |
| | **Subtotal for 09SM2744 | | | | | | | **$15,763.88** |
| 09SM2784 | 5/27/2016 thru 9/15/2016 | $43,051.22 | | 7.000% / 365 | | 112 | | $924.72 |
| | **Subtotal for 09SM2784 | | | | | | | **$924.72** |
| 10SM0395 | 5/27/2016 thru 9/15/2016 | $72,607.04 | | 7.000% / 365 | | 112 | | $1,559.56 |
| | **Subtotal for 10SM0395 | | | | | | | **$1,559.56** |
| 10SM1166 | 5/27/2016 thru 9/15/2016 | $35,635.26 | | 7.000% / 365 | | 112 | | $765.43 |
| | **Subtotal for 10SM1166 | | | | | | | **$765.43** |
| 10SM2482 | 5/27/2016 thru 9/15/2016 | $30,213.99 | | 7.000% / 365 | | 112 | | $648.98 |
| | **Subtotal for 10SM2482 | | | | | | | **$648.98** |
| 12SM0958 | 5/27/2016 thru 9/15/2016 | $27,267.30 | | 7.000% / 365 | | 112 | | $585.69 |
| | **Subtotal for 12SM0958 | | | | | | | **$585.69** |
| 12SM0959 | 5/27/2016 thru 9/15/2016 | $1,151,575.50 | | 7.000% / 365 | | 112 | | $24,735.21 |
| | **Subtotal for 12SM0959 | | | | | | | **$24,735.21** |
| 12SM1246 | 5/27/2016 thru 9/15/2016 | $50,212.19 | | 7.000% / 365 | | 112 | | $1,078.53 |
| | **Subtotal for 12SM1246 | | | | | | | **$1,078.53** |
| 12SM2478 | 5/27/2016 thru 9/15/2016 | $9,499.25 | | 7.000% / 365 | | 112 | | $204.04 |
| | **Subtotal for 12SM2478 | | | | | | | **$204.04** |
| 12SM3214 | 5/27/2016 thru 9/15/2016 | $7,367.77 | | 7.000% / 365 | | 112 | | $158.25 |
| | **Subtotal for 12SM3214 | | | | | | | **$158.25** |
| 13SM0229 | 5/27/2016 thru 9/15/2016 | $38,118.83 | | 7.000% / 365 | | 112 | | $818.77 |
| | **Subtotal for 13SM0229 | | | | | | | **$818.77** |
| 13SM1992 | 5/27/2016 thru 9/15/2016 | $9,049.06 | | 7.000% / 365 | | 112 | | $194.37 |
| | **Subtotal for 13SM1992 | | | | | | | **$194.37** |
| 13SM4055 | 5/27/2016 thru 9/15/2016 | $110,971.90 | | 7.000% / 365 | | 112 | | $2,383.62 |
| | **Subtotal for 13SM4055 | | | | | | | **$2,383.62** |
| 14SM1204 | 5/27/2016 thru 9/15/2016 | $82,084.71 | | 7.000% / 365 | | 112 | | $1,763.13 |

**STATEMENT OF ACCOUNT** Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

16SM0531
09/15/2016
08:59:08

| Project Name: | **WICKES FOREST INDUSTRIES- SOLANO** |
| Project Code: | **100164  - SM** |

| | | | | | |
|---|---|---|---|---|---:|
| | | **Subtotal for 14SM1204 | | | **$1,763.13** |
| 14SM2154 | 5/27/2016 thru 9/15/2016 | $36,235.16 | 7.000% / 365 | 112 | $778.32 |
| | | **Subtotal for 14SM2154 | | | **$778.32** |
| 14SM3717 | 5/27/2016 thru 9/15/2016 | $23,322.40 | 7.000% / 365 | 112 | $500.95 |
| | | **Subtotal for 14SM3717 | | | **$500.95** |
| 14SM4195 | 5/27/2016 thru 9/15/2016 | $111,018.20 | 7.000% / 365 | 112 | $2,384.61 |
| | | **Subtotal for 14SM4195 | | | **$2,384.61** |
| 15SM0499 | 5/27/2016 thru 9/15/2016 | $43,656.31 | 7.000% / 365 | 112 | $937.72 |
| | | **Subtotal for 15SM0499 | | | **$937.72** |
| 15SM2544 | 5/27/2016 thru 9/15/2016 | $46,540.21 | 7.000% / 365 | 112 | $999.66 |
| | | **Subtotal for 15SM2544 | | | **$999.66** |
| 15SM4075 | 5/27/2016 thru 9/15/2016 | $6,068.80 | 7.000% / 365 | 112 | $130.35 |
| | | **Subtotal for 15SM4075 | | | **$130.35** |

|  |  |
|---|---:|
| **Total Interest Charges of this type for Project | **$57,863.46** |
| **Total New Interest Charges for Project : | **$57,863.46** |

Exhibit A to Xiao Declaration
SER244

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

16SM0531
09/15/2016
08:59:08

| | | |
|---|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** | |
| **Project Number:** | **100164  - SM** | Reporting Period: 04/2016 thru 06/2016 |

---

**Direct Labor - 2015/2016**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| D STANLEY | Engineering Geologist | | 04/2016 | 18.50 | 1,099.31 |
| W BECKMAN | Supvng Hazardous Substnc Engr I | | 04/2016 | 12.00 | 1,060.12 |
| P MACNICHOLL | Hazardous Substnc Engr | | 04/2016 | 9.25 | 739.68 |
| V MURAI | Attorney III-Spec | | 04/2016 | 6.25 | 559.10 |
| D SHERIDAN | Acctg Administrator II | | 05/2016 | 0.25 | 15.96 |
| P MACNICHOLL | Hazardous Substnc Engr | | 05/2016 | 1.50 | 114.52 |
| M HANSON | Attorney III-Spec | | 05/2016 | 0.25 | 16.38 |
| V MURAI | Attorney III-Spec | | 05/2016 | 7.00 | 602.90 |
| D STANLEY | | 06/2016 | 04/2016 | 0.00 | 0.25 |
| D STANLEY | Engineering Geologist | | 06/2016 | 10.00 | 567.22 |
| P MACNICHOLL | Hazardous Substnc Engr | | 06/2016 | 2.00 | 152.67 |
| M HANSON | Attorney III-Spec | | 06/2016 | 1.00 | 66.64 |
| V MURAI | Attorney III-Spec | | 06/2016 | 5.65 | 469.81 |
| | **Subtotal for PCA - 11018** | | | **73.65** | **$5,464.56** |

*PCA - 17018  - PROJECT MANAGEMENT-ORPHAN/NPL*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| E ALFARO | Assoc Govtl Prog Analyst | | 06/2016 | 1.00 | 50.23 |
| | **Subtotal for PCA - 17018** | | | **1.00** | **$50.23** |
| | **** Direct Labor - 2015/2016 Totals** | | | **74.65** | **$5,514.79** |

**Indirect Labor - 2015/2016**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2015 | Jan - Jun | TSCA 0557 | 1.4982 | $5,514.79 | 8,262.24 |
| | | **** Indirect Labor - 2015/2016 Totals** | | **$5,514.79** | **$8,262.24** |
| | | **** Total - 2015/2016 Charges** | | | **$13,777.03** |
| | **** Total Project 100164** | **Charges** | | | **$13,777.03** |

Exhibit A to Xiao Declaration

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #16SM2083
11/21/2016
13:24:34

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**     **100164  - SM**

| | |
|---|---:|
| Current Charges (Costs Incurred 07/2016   thru 09/2016   ) | $33,474.64 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #16SM2083 Charges | $33,474.64 |
| Interest Due from Late Payment of Previous Invoices | $34,791.76 |

*(Invoice #s 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154;
14SM3717; 14SM4195; 15SM0499; 15SM2544; 15SM4075; 16SM0531; 03SM1391;
04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784;
10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1 )*

| | |
|---|---:|
| Total of New Charges | $68,266.40 |

*(Invoice #16SM2083 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,944,208.00** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

If paying by electronic funds transfer, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and
instructions.

If paying by credit card, please go online to www.dtsc.ca.gov and click on the "Make A Payment" tab.  Then select the
"Cost Recovery" link under the section "Pay by Credit Card".

Exhibit A to Xiao Declaration

SER246

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #16SM2083
11/21/2016
13:24:34

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 07/2016   thru 09/2016   ) | $33,474.64 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #16SM2083 Charges | $33,474.64 |
| Interest Due from Late Payment of Previous Invoices | $34,791.76 |

*(Invoice #s 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 15SM2544; 15SM4075; 16SM0531; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0959; 12SM1 )*

| | |
|---|---:|
| Total of New Charges | $68,266.40 |

*(Invoice #16SM2083 Charges and Late Payment Interest)*

| | |
|---|---:|
| **Total Due on Project** | **$2,944,208.00** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

RP Copy

Exhibit A to Xiao Declaration

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

16SM2083

P.O. Box 806

11/21/2016

Sacramento, CA 95812-0806

13:24:34

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**

**Project Code:** **100164 - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (9/15/2016) | | $2,875,941.60 |
| Current Charges (07/2016 thru 09/2016): | $33,474.64 | |
| Advance Applied: | $0.00 | |
| Invoice #16SM2083    Subtotal | | $33,474.64 |
| Late Payment Interest | | $34,791.76 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $2,944,208.00 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 9/15/2016 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 11/21/2016 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $164.52 | $0.00 | $1.68 | $0.00 | $0.00 | $166.20 |
| 04SM0233 | 8/19/2004 | $38.11 | $0.00 | $0.26 | $0.00 | $0.00 | $38.37 |
| 04SM0973 | 11/2/2004 | $12,441.18 | $0.00 | $127.97 | $0.00 | $0.00 | $12,569.15 |
| 04SM1655 | 1/25/2005 | $3,354.01 | $0.00 | $34.61 | $0.00 | $0.00 | $3,388.62 |
| 04SM2576 | 4/27/2005 | $8,677.40 | $0.00 | $89.93 | $0.00 | $0.00 | $8,767.33 |
| 05SM0033 | 8/17/2005 | $7,015.92 | $0.00 | $73.18 | $0.00 | $0.00 | $7,089.10 |
| 09SM2744 | 3/26/2010 | $785,144.96 | $0.00 | $9,430.18 | $0.00 | $0.00 | $794,575.14 |
| 09SM2784 | 4/29/2010 | $46,034.59 | $0.00 | $553.18 | $0.00 | $0.00 | $46,587.77 |
| 10SM0395 | 9/9/2010 | $77,491.71 | $0.00 | $932.95 | $0.00 | $0.00 | $78,424.66 |
| 10SM1166 | 11/4/2010 | $38,003.98 | $0.00 | $457.89 | $0.00 | $0.00 | $38,461.87 |
| 10SM2482 | 3/22/2011 | $32,168.04 | $0.00 | $388.23 | $0.00 | $0.00 | $32,556.27 |
| 12SM0958 | 9/18/2012 | $28,861.59 | $0.00 | $350.37 | $0.00 | $0.00 | $29,211.96 |
| 12SM0959 | 9/18/2012 | $1,218,906.47 | $0.00 | $14,796.95 | $0.00 | $0.00 | $1,233,703.42 |
| 12SM1246 | 10/31/2012 | $53,127.18 | $0.00 | $645.19 | $0.00 | $0.00 | $53,772.37 |
| 12SM2478 | 2/11/2013 | $10,041.74 | $0.00 | $122.06 | $0.00 | $0.00 | $10,163.80 |
| 12SM3214 | 5/1/2013 | $7,783.73 | $0.00 | $94.67 | $0.00 | $0.00 | $7,878.40 |
| 13SM0229 | 9/11/2013 | $40,234.95 | $0.00 | $489.80 | $0.00 | $0.00 | $40,724.75 |
| 13SM1992 | 12/2/2013 | $9,546.36 | $0.00 | $116.28 | $0.00 | $0.00 | $9,662.64 |
| 13SM4055 | 6/2/2014 | $116,938.11 | $0.00 | $1,425.91 | $0.00 | $0.00 | $118,364.02 |
| 14SM1204 | 8/28/2014 | $86,453.58 | $0.00 | $1,054.73 | $0.00 | $0.00 | $87,508.31 |
| 14SM2154 | 11/26/2014 | $38,143.02 | $0.00 | $465.59 | $0.00 | $0.00 | $38,608.61 |
| 14SM3717 | 2/24/2015 | $24,536.40 | $0.00 | $299.68 | $0.00 | $0.00 | $24,836.08 |
| 14SM4195 | 5/5/2015 | $116,743.50 | $0.00 | $1,426.51 | $0.00 | $0.00 | $118,170.01 |
| 15SM0499 | 9/1/2015 | $45,869.38 | $0.00 | $560.95 | $0.00 | $0.00 | $46,430.33 |
| 15SM2544 | 3/8/2016 | $48,244.99 | $0.00 | $598.01 | $0.00 | $0.00 | $48,843.00 |
| 15SM4075 | 5/26/2016 | $6,199.15 | $0.00 | $77.98 | $0.00 | $0.00 | $6,277.13 |
| 16SM0531 | 9/15/2016 | $13,777.03 | $0.00 | $177.02 | $0.00 | $0.00 | $13,954.05 |
| 16SM2083 | 11/21/2016 | $0.00 | $33,474.64 | $0.00 | $0.00 | $0.00 | $33,474.64 |
| | | $2,875,941.60 | $33,474.64 | $34,791.76 | $0.00 | $0.00 | $2,944,208.00 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 09/15/2016                                                                $0.00

Exhibit A to Xiao Declaration

SER249

**STATEMENT OF ACCOUNT** Page 2 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                16SM2083
P.O. Box 806
Sacramento, CA  95812-0806                                                      11/21/2016

                                                                                                13:24:34

**Project Name:     WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:     100164   - SM**

Advance Credits Applied to Current Period Charges                                  $0.00

                                          **Remaining Advance Payment/Credit Balance**        $0.00

**PAYMENTS (Since Last Statement)**

  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

  **No Activity Since Last Statement**

Exhibit A to Xiao Declaration

                                                                                                SER250

# STATEMENT OF ACCOUNT

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    16SM2083
P.O. Box 806                                                                    11/21/2016
Sacramento, CA  95812-0806                                                 13:24:34

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:** **100164  - SM**

## CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 9/16/2016 thru 11/21/2016 | $130.88 | | 7.000% / 365 | | 67 | | $1.68 |
| | **Subtotal for 03SM1391** | | | | | | | **$1.68** |
| 04SM0233 | 9/16/2016 thru 11/21/2016 | $20.41 | | 7.000% / 365 | | 67 | | $0.26 |
| | **Subtotal for 04SM0233** | | | | | | | **$0.26** |
| 04SM0973 | 9/16/2016 thru 11/21/2016 | $9,958.98 | | 7.000% / 365 | | 67 | | $127.97 |
| | **Subtotal for 04SM0973** | | | | | | | **$127.97** |
| 04SM1655 | 9/16/2016 thru 11/21/2016 | $2,693.57 | | 7.000% / 365 | | 67 | | $34.61 |
| | **Subtotal for 04SM1655** | | | | | | | **$34.61** |
| 04SM2576 | 9/16/2016 thru 11/21/2016 | $6,998.59 | | 7.000% / 365 | | 67 | | $89.93 |
| | **Subtotal for 04SM2576** | | | | | | | **$89.93** |
| 05SM0033 | 9/16/2016 thru 11/21/2016 | $5,694.89 | | 7.000% / 365 | | 67 | | $73.18 |
| | **Subtotal for 05SM0033** | | | | | | | **$73.18** |
| 09SM2744 | 9/16/2016 thru 11/21/2016 | $733,905.42 | | 7.000% / 365 | | 67 | | $9,430.18 |
| | **Subtotal for 09SM2744** | | | | | | | **$9,430.18** |
| 09SM2784 | 9/16/2016 thru 11/21/2016 | $43,051.22 | | 7.000% / 365 | | 67 | | $553.18 |
| | **Subtotal for 09SM2784** | | | | | | | **$553.18** |
| 10SM0395 | 9/16/2016 thru 11/21/2016 | $72,607.04 | | 7.000% / 365 | | 67 | | $932.95 |
| | **Subtotal for 10SM0395** | | | | | | | **$932.95** |
| 10SM1166 | 9/16/2016 thru 11/21/2016 | $35,635.26 | | 7.000% / 365 | | 67 | | $457.89 |
| | **Subtotal for 10SM1166** | | | | | | | **$457.89** |
| 10SM2482 | 9/16/2016 thru 11/21/2016 | $30,213.99 | | 7.000% / 365 | | 67 | | $388.23 |
| | **Subtotal for 10SM2482** | | | | | | | **$388.23** |
| 12SM0958 | 9/16/2016 thru 11/21/2016 | $27,267.30 | | 7.000% / 365 | | 67 | | $350.37 |
| | **Subtotal for 12SM0958** | | | | | | | **$350.37** |
| 12SM0959 | 9/16/2016 thru 11/21/2016 | $1,151,575.50 | | 7.000% / 365 | | 67 | | $14,796.95 |
| | **Subtotal for 12SM0959** | | | | | | | **$14,796.95** |
| 12SM1246 | 9/16/2016 thru 11/21/2016 | $50,212.19 | | 7.000% / 365 | | 67 | | $645.19 |
| | **Subtotal for 12SM1246** | | | | | | | **$645.19** |
| 12SM2478 | 9/16/2016 thru 11/21/2016 | $9,499.25 | | 7.000% / 365 | | 67 | | $122.06 |
| | **Subtotal for 12SM2478** | | | | | | | **$122.06** |
| 12SM3214 | 9/16/2016 thru 11/21/2016 | $7,367.77 | | 7.000% / 365 | | 67 | | $94.67 |
| | **Subtotal for 12SM3214** | | | | | | | **$94.67** |
| 13SM0229 | 9/16/2016 thru 11/21/2016 | $38,118.83 | | 7.000% / 365 | | 67 | | $489.80 |
| | **Subtotal for 13SM0229** | | | | | | | **$489.80** |
| 13SM1992 | 9/16/2016 thru 11/21/2016 | $9,049.06 | | 7.000% / 365 | | 67 | | $116.28 |
| | **Subtotal for 13SM1992** | | | | | | | **$116.28** |
| 13SM4055 | 9/16/2016 thru 11/21/2016 | $110,971.90 | | 7.000% / 365 | | 67 | | $1,425.91 |
| | **Subtotal for 13SM4055** | | | | | | | **$1,425.91** |
| 14SM1204 | 9/16/2016 thru 11/21/2016 | $82,084.71 | | 7.000% / 365 | | 67 | | $1,054.73 |

144                    Exhibit A to Xiao Declaration          SER251

**STATEMENT OF ACCOUNT**                                                    Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                    16SM2083
P.O. Box 806
Sacramento, CA  95812-0806                                       11/21/2016

                                                                 13:24:34

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**   **100164   - SM**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | **Subtotal for 14SM1204 | | | **$1,054.73** |
| 14SM2154 | 9/16/2016 thru 11/21/2016 | $36,235.16 | 7.000% / 365 | 67 | $465.59 |
|  |  | **Subtotal for 14SM2154 | | | **$465.59** |
| 14SM3717 | 9/16/2016 thru 11/21/2016 | $23,322.40 | 7.000% / 365 | 67 | $299.68 |
|  |  | **Subtotal for 14SM3717 | | | **$299.68** |
| 14SM4195 | 9/16/2016 thru 11/21/2016 | $111,018.20 | 7.000% / 365 | 67 | $1,426.51 |
|  |  | **Subtotal for 14SM4195 | | | **$1,426.51** |
| 15SM0499 | 9/16/2016 thru 11/21/2016 | $43,656.31 | 7.000% / 365 | 67 | $560.95 |
|  |  | **Subtotal for 15SM0499 | | | **$560.95** |
| 15SM2544 | 9/16/2016 thru 11/21/2016 | $46,540.21 | 7.000% / 365 | 67 | $598.01 |
|  |  | **Subtotal for 15SM2544 | | | **$598.01** |
| 15SM4075 | 9/16/2016 thru 11/21/2016 | $6,068.80 | 7.000% / 365 | 67 | $77.98 |
|  |  | **Subtotal for 15SM4075 | | | **$77.98** |
| 16SM0531 | 9/16/2016 thru 11/21/2016 | $13,777.03 | 7.000% / 365 | 67 | $177.02 |
|  |  | **Subtotal for 16SM0531 | | | **$177.02** |

                    **Total Interest Charges of this type for Project           $34,791.76

**Total New Interest Charges for Project :**                                   $34,791.76

Exhibit A to Xiao Declaration

                                                                 SER252

**SUMMARY BY ACTIVITY**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)          16SM2083
P.O. Box 806                                          11/21/2016
Sacramento, CA  95812-0806                            13:24:34

| Project Name: | **WICKES FOREST INDUSTRIES- SOLANO** | |
|---|---|---|
| Project Number: | **100164  - SM** | Reporting Period: 07/2016 thru 09/2016 |

---

**Direct Labor - 2016/2017**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| D STANLEY | Engineering Geologist | | 07/2016 | 6.00 | 361.25 |
| P MACNICHOLL | Hazardous Substnc Engr | | 07/2016 | 1.00 | 80.56 |
| V MURAI | Attorney III-Spec | | 07/2016 | 1.75 | 150.13 |
| D STANLEY | Engineering Geologist | | 08/2016 | 14.50 | 873.02 |
| W BECKMAN | Supvng Hazardous Substnc Engr I | | 08/2016 | 1.00 | 90.00 |
| P MACNICHOLL | Hazardous Substnc Engr | | 08/2016 | 1.00 | 80.54 |
| V MURAI | Attorney III-Spec | | 08/2016 | 3.75 | 320.53 |
| D STANLEY | Engineering Geologist | | 09/2016 | 23.25 | 1,399.85 |
| W BECKMAN | Supvng Hazardous Substnc Engr I | | 09/2016 | 1.00 | 90.06 |
| P MACNICHOLL | Hazardous Substnc Engr | | 09/2016 | 0.50 | 40.23 |
| V MURAI | Attorney III-Spec | | 09/2016 | 4.00 | 342.86 |
| | **Subtotal for PCA - 11018** | | | **57.75** | **$3,829.03** |

*PCA - 17018  - PROJECT MANAGEMENT-ORPHAN/NPL*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| E ALFARO | Assoc Govtl Prog Analyst | | 09/2016 | 2.50 | 126.84 |
| | **Subtotal for PCA - 17018** | | | **2.50** | **$126.84** |
| | **** Direct Labor - 2016/2017 Totals** | | | **60.25** | **$3,955.87** |

**Indirect Labor - 2016/2017**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2016 | Jul - Dec | TSCA 0557 | 1.5429 | $3,955.87 | 6,103.52 |
| | | **** Indirect Labor - 2016/2017 Totals** | | **$3,955.87** | **$6,103.52** |

**Contract Charges - 2016/2017**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|---|---|---|---|---|---|
| 0018 | | GEOCON CONSULTANTS INC | 2606011 | 09/2016 | 23,415.25 |
| | | **** Contract Charges - 2016/2017 Totals** | | | **$23,415.25** |
| | | **** Total - 2016/2017 Charges** | | | **$33,474.64** |
| | **** Total Project 100164** | **Charges** | | | **$33,474.64** |

**RETURN WITH REMITTANCE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA 95812-0806

Invoice #16SM3050
02/16/2017
14:26:27

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164 - SM** |

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2016 thru 12/2016 ) | $31,595.62 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #16SM3050 Charges | $31,595.62 |
| Interest Due from Late Payment of Previous Invoices | $45,735.87 |

*(Invoice #s 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154; 14SM3717; 14SM4195; 15SM0499; 15SM2544; 15SM4075; 16SM0531; 16SM2083; 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744; 09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0 )*

| | |
|---|---:|
| Total of New Charges | $77,331.49 |
| *(Invoice #16SM3050 Charges and Late Payment Interest)* | |

| | |
|---|---:|
| **Total Due on Project** | **$3,021,539.49** |
| *(Includes unpaid invoices and the amount noted above)* | |

Agreement Numbers (if applicable):

If paying by electronic funds transfer, please call (916) 327-8514 or accounting@dtsc.ca.gov for bank information and instructions.

If paying by credit card, please visit our website, www.dtsc.ca.gov, and click the "Make A Payment" tab, then select the "Cost Recovery" link under the section "Pay by Credit Card".

Exhibit A to Xiao Declaration

SER254

Exhibit A to Xiao Declaration

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #16SM3050
02/16/2017
14:26:27

| | |
|---|---|
| **Project Name:** | **WICKES FOREST INDUSTRIES- SOLANO** |
| **Project Code:** | **100164  - SM** |

| | |
|---|---|
| Current Charges (Costs Incurred 10/2016   thru 12/2016   ) | $31,595.62 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #16SM3050 Charges | $31,595.62 |
| Interest Due from Late Payment of Previous Invoices | $45,735.87 |

*(Invoice #s 12SM3214; 13SM0229; 13SM1992; 13SM4055; 14SM1204; 14SM2154;*
*14SM3717; 14SM4195; 15SM0499; 15SM2544; 15SM4075; 16SM0531; 16SM2083;*
*03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576; 05SM0033; 09SM2744;*
*09SM2784; 10SM0395; 10SM1166; 10SM2482; 12SM0958; 12SM0 )*

| | |
|---|---|
| Total of New Charges | $77,331.49 |

*(Invoice #16SM3050 Charges and Late Payment Interest)*

| | |
|---|---|
| **Total Due on Project** | **$3,021,539.49** |

*(Includes unpaid invoices and the amount noted above)*

Agreement Numbers (if applicable):

RP Copy

Exhibit A to Xiao Declaration

**STATEMENT OF ACCOUNT**
Page 1 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                   16SM3050
P.O. Box 806
Sacramento, CA  95812-0806                                     02/16/2017

14:26:27

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:** **100164  - SM**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (11/21/2016) | | $2,944,208.00 |
| Current Charges (10/2016 thru 12/2016): | $31,595.62 | |
| Advance Applied: | $0.00 | |
| Invoice #16SM3050     Subtotal | | $31,595.62 |
| Late Payment Interest | | $45,735.87 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $3,021,539.49 |

## BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 11/21/2016 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 2/16/2017 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $166.20 | $0.00 | $2.18 | $0.00 | $0.00 | $168.38 |
| 04SM0233 | 8/19/2004 | $38.37 | $0.00 | $0.34 | $0.00 | $0.00 | $38.71 |
| 04SM0973 | 11/2/2004 | $12,569.15 | $0.00 | $166.16 | $0.00 | $0.00 | $12,735.31 |
| 04SM1655 | 1/25/2005 | $3,388.62 | $0.00 | $44.94 | $0.00 | $0.00 | $3,433.56 |
| 04SM2576 | 4/27/2005 | $8,767.33 | $0.00 | $116.77 | $0.00 | $0.00 | $8,884.10 |
| 05SM0033 | 8/17/2005 | $7,089.10 | $0.00 | $95.02 | $0.00 | $0.00 | $7,184.12 |
| 09SM2744 | 3/26/2010 | $794,575.14 | $0.00 | $12,245.16 | $0.00 | $0.00 | $806,820.30 |
| 09SM2784 | 4/29/2010 | $46,587.77 | $0.00 | $718.31 | $0.00 | $0.00 | $47,306.08 |
| 10SM0395 | 9/9/2010 | $78,424.66 | $0.00 | $1,211.44 | $0.00 | $0.00 | $79,636.10 |
| 10SM1166 | 11/4/2010 | $38,461.87 | $0.00 | $594.57 | $0.00 | $0.00 | $39,056.44 |
| 10SM2482 | 3/22/2011 | $32,556.27 | $0.00 | $504.12 | $0.00 | $0.00 | $33,060.39 |
| 12SM0958 | 9/18/2012 | $29,211.96 | $0.00 | $454.95 | $0.00 | $0.00 | $29,666.91 |
| 12SM0959 | 9/18/2012 | $1,233,703.42 | $0.00 | $19,213.96 | $0.00 | $0.00 | $1,252,917.38 |
| 12SM1246 | 10/31/2012 | $53,772.37 | $0.00 | $837.78 | $0.00 | $0.00 | $54,610.15 |
| 12SM2478 | 2/11/2013 | $10,163.80 | $0.00 | $158.49 | $0.00 | $0.00 | $10,322.29 |
| 12SM3214 | 5/1/2013 | $7,878.40 | $0.00 | $122.94 | $0.00 | $0.00 | $8,001.34 |
| 13SM0229 | 9/11/2013 | $40,724.75 | $0.00 | $636.01 | $0.00 | $0.00 | $41,360.76 |
| 13SM1992 | 12/2/2013 | $9,662.64 | $0.00 | $150.98 | $0.00 | $0.00 | $9,813.62 |
| 13SM4055 | 6/2/2014 | $118,364.02 | $0.00 | $1,851.55 | $0.00 | $0.00 | $120,215.57 |
| 14SM1204 | 8/28/2014 | $87,508.31 | $0.00 | $1,369.58 | $0.00 | $0.00 | $88,877.89 |
| 14SM2154 | 11/26/2014 | $38,608.61 | $0.00 | $604.58 | $0.00 | $0.00 | $39,213.19 |
| 14SM3717 | 2/24/2015 | $24,836.08 | $0.00 | $389.13 | $0.00 | $0.00 | $25,225.21 |
| 14SM4195 | 5/5/2015 | $118,170.01 | $0.00 | $1,852.33 | $0.00 | $0.00 | $120,022.34 |
| 15SM0499 | 9/1/2015 | $46,430.33 | $0.00 | $728.41 | $0.00 | $0.00 | $47,158.74 |
| 15SM2544 | 3/8/2016 | $48,843.00 | $0.00 | $776.52 | $0.00 | $0.00 | $49,619.52 |
| 15SM4075 | 5/26/2016 | $6,277.13 | $0.00 | $101.26 | $0.00 | $0.00 | $6,378.39 |
| 16SM0531 | 9/15/2016 | $13,954.05 | $0.00 | $229.87 | $0.00 | $0.00 | $14,183.92 |
| 16SM2083 | 11/21/2016 | $33,474.64 | $0.00 | $558.52 | $0.00 | $0.00 | $34,033.16 |
| 16SM3050 | 2/16/2017 | $0.00 | $31,595.62 | $0.00 | $0.00 | $0.00 | $31,595.62 |
| | | $2,944,208.00 | $31,595.62 | $45,735.87 | $0.00 | $0.00 | $3,021,539.49 |

## ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 11/21/2016                                   $0.00

Exhibit A to Xiao Declaration

SER257

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

16SM3050
02/16/2017
14:26:27

**Project Name:** **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:** **100164  - SM**

| | |
|---|---|
| Advance Credits Applied to Current Period Charges | $0.00 |
| **Remaining Advance Payment/Credit Balance** | $0.00 |

**PAYMENTS (Since Last Statement)**

**No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

**No Activity Since Last Statement**

Exhibit A to Xiao Declaration
SER258

# STATEMENT OF ACCOUNT

Page 3 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

16SM3050
02/16/2017
14:26:27

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**    **100164  - SM**

### CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 11/22/2016 thru 2/16/2017 | $130.88 | | 7.000% / 365 | | 87 | | $2.18 |
| | **Subtotal for 03SM1391 | | | | | | | **$2.18** |
| 04SM0233 | 11/22/2016 thru 2/16/2017 | $20.41 | | 7.000% / 365 | | 87 | | $0.34 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.34** |
| 04SM0973 | 11/22/2016 thru 2/16/2017 | $9,958.98 | | 7.000% / 365 | | 87 | | $166.16 |
| | **Subtotal for 04SM0973 | | | | | | | **$166.16** |
| 04SM1655 | 11/22/2016 thru 2/16/2017 | $2,693.57 | | 7.000% / 365 | | 87 | | $44.94 |
| | **Subtotal for 04SM1655 | | | | | | | **$44.94** |
| 04SM2576 | 11/22/2016 thru 2/16/2017 | $6,998.59 | | 7.000% / 365 | | 87 | | $116.77 |
| | **Subtotal for 04SM2576 | | | | | | | **$116.77** |
| 05SM0033 | 11/22/2016 thru 2/16/2017 | $5,694.89 | | 7.000% / 365 | | 87 | | $95.02 |
| | **Subtotal for 05SM0033 | | | | | | | **$95.02** |
| 09SM2744 | 11/22/2016 thru 2/16/2017 | $733,905.42 | | 7.000% / 365 | | 87 | | $12,245.16 |
| | **Subtotal for 09SM2744 | | | | | | | **$12,245.16** |
| 09SM2784 | 11/22/2016 thru 2/16/2017 | $43,051.22 | | 7.000% / 365 | | 87 | | $718.31 |
| | **Subtotal for 09SM2784 | | | | | | | **$718.31** |
| 10SM0395 | 11/22/2016 thru 2/16/2017 | $72,607.04 | | 7.000% / 365 | | 87 | | $1,211.44 |
| | **Subtotal for 10SM0395 | | | | | | | **$1,211.44** |
| 10SM1166 | 11/22/2016 thru 2/16/2017 | $35,635.26 | | 7.000% / 365 | | 87 | | $594.57 |
| | **Subtotal for 10SM1166 | | | | | | | **$594.57** |
| 10SM2482 | 11/22/2016 thru 2/16/2017 | $30,213.99 | | 7.000% / 365 | | 87 | | $504.12 |
| | **Subtotal for 10SM2482 | | | | | | | **$504.12** |
| 12SM0958 | 11/22/2016 thru 2/16/2017 | $27,267.30 | | 7.000% / 365 | | 87 | | $454.95 |
| | **Subtotal for 12SM0958 | | | | | | | **$454.95** |
| 12SM0959 | 11/22/2016 thru 2/16/2017 | $1,151,575.50 | | 7.000% / 365 | | 87 | | $19,213.96 |
| | **Subtotal for 12SM0959 | | | | | | | **$19,213.96** |
| 12SM1246 | 11/22/2016 thru 2/16/2017 | $50,212.19 | | 7.000% / 365 | | 87 | | $837.78 |
| | **Subtotal for 12SM1246 | | | | | | | **$837.78** |
| 12SM2478 | 11/22/2016 thru 2/16/2017 | $9,499.25 | | 7.000% / 365 | | 87 | | $158.49 |
| | **Subtotal for 12SM2478 | | | | | | | **$158.49** |
| 12SM3214 | 11/22/2016 thru 2/16/2017 | $7,367.77 | | 7.000% / 365 | | 87 | | $122.94 |
| | **Subtotal for 12SM3214 | | | | | | | **$122.94** |
| 13SM0229 | 11/22/2016 thru 2/16/2017 | $38,118.83 | | 7.000% / 365 | | 87 | | $636.01 |
| | **Subtotal for 13SM0229 | | | | | | | **$636.01** |
| 13SM1992 | 11/22/2016 thru 2/16/2017 | $9,049.06 | | 7.000% / 365 | | 87 | | $150.98 |
| | **Subtotal for 13SM1992 | | | | | | | **$150.98** |
| 13SM4055 | 11/22/2016 thru 2/16/2017 | $110,971.90 | | 7.000% / 365 | | 87 | | $1,851.55 |
| | **Subtotal for 13SM4055 | | | | | | | **$1,851.55** |
| 14SM1204 | 11/22/2016 thru 2/16/2017 | $82,084.71 | | 7.000% / 365 | | 87 | | $1,369.58 |

152

**STATEMENT OF ACCOUNT**                                        Page 4 of 4

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                   16SM3050
P.O. Box 806                                                   02/16/2017
Sacramento, CA  95812-0806                                     14:26:27

**Project Name:**   **WICKES FOREST INDUSTRIES- SOLANO**
**Project Code:**   **100164  - SM**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Subtotal for 14SM1204 | | | | $1,369.58** |
| 14SM2154 | 11/22/2016 thru 2/16/2017 | $36,235.16 | 7.000% / 365 | 87 | $604.58 |
|  | **Subtotal for 14SM2154 | | | | $604.58** |
| 14SM3717 | 11/22/2016 thru 2/16/2017 | $23,322.40 | 7.000% / 365 | 87 | $389.13 |
|  | **Subtotal for 14SM3717 | | | | $389.13** |
| 14SM4195 | 11/22/2016 thru 2/16/2017 | $111,018.20 | 7.000% / 365 | 87 | $1,852.33 |
|  | **Subtotal for 14SM4195 | | | | $1,852.33** |
| 15SM0499 | 11/22/2016 thru 2/16/2017 | $43,656.31 | 7.000% / 365 | 87 | $728.41 |
|  | **Subtotal for 15SM0499 | | | | $728.41** |
| 15SM2544 | 11/22/2016 thru 2/16/2017 | $46,540.21 | 7.000% / 365 | 87 | $776.52 |
|  | **Subtotal for 15SM2544 | | | | $776.52** |
| 15SM4075 | 11/22/2016 thru 2/16/2017 | $6,068.80 | 7.000% / 365 | 87 | $101.26 |
|  | **Subtotal for 15SM4075 | | | | $101.26** |
| 16SM0531 | 11/22/2016 thru 2/16/2017 | $13,777.03 | 7.000% / 365 | 87 | $229.87 |
|  | **Subtotal for 16SM0531 | | | | $229.87** |
| 16SM2083 | 11/22/2016 thru 2/16/2017 | $33,474.64 | 7.000% / 365 | 87 | $558.52 |
|  | **Subtotal for 16SM2083 | | | | $558.52** |

**Total Interest Charges of this type for Project**                 $45,735.87

**Total New Interest Charges for Project :**                         $45,735.87

Exhibit A to Xiao Declaration
                                                               SER260

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)

P.O. Box 806

Sacramento, CA  95812-0806

16SM3050

02/16/2017

14:26:27

| Project Name: | **WICKES FOREST INDUSTRIES- SOLANO** | |
|---|---|---|
| Project Number: | **100164   - SM** | Reporting Period: 10/2016 thru 12/2016 |

---

**Direct Labor - 2016/2017**

*PCA - 11018  - PROJECT MANAGEMENT (CLEANUP)*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| D STANLEY | Engineering Geologist | | 10/2016 | 13.50 | 893.42 |
| E ALFARO | Assoc Govtl Prog Analyst | | 10/2016 | 0.75 | 39.88 |
| W BECKMAN | Supvng Hazardous Substnc Engr I | | 10/2016 | 1.00 | 91.97 |
| V MURAI | Attorney III-Spec | | 10/2016 | 9.25 | 881.67 |
| J PENG | Hazardous Substnc Engr | | 10/2016 | 1.50 | 76.25 |
| D STANLEY | Engineering Geologist | | 11/2016 | 16.50 | 1,042.34 |
| V MURAI | Attorney III-Spec | | 11/2016 | 1.25 | 112.91 |
| D STANLEY | Engineering Geologist | | 12/2016 | 14.00 | 884.40 |
| | **Subtotal for PCA - 11018** | | | **57.75** | **$4,022.84** |

*PCA - 17018  - PROJECT MANAGEMENT-ORPHAN/NPL*

| Name | Title | Adj. | Pay | Hours | Amount |
|---|---|---|---|---|---|
| E ALFARO | Assoc Govtl Prog Analyst | | 10/2016 | 0.75 | 39.88 |
| T PATENAUDE | Sr Hazardous Substnc Engr | | 11/2016 | 2.00 | 181.28 |
| E ALFARO | Assoc Govtl Prog Analyst | | 11/2016 | 3.75 | 190.27 |
| T PATENAUDE | Sr Hazardous Substnc Engr | | 12/2016 | 3.00 | 278.43 |
| E ALFARO | Assoc Govtl Prog Analyst | | 12/2016 | 3.75 | 190.11 |
| | **Subtotal for PCA - 17018** | | | **13.25** | **$879.97** |
| | **** Direct Labor - 2016/2017 Totals** | | | **71.00** | **$4,902.81** |

**Indirect Labor - 2016/2017**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|---|---|---|---|---|---|
| 2016 | Jul - Dec | TSCA 0557 | 1.5429 | $4,902.81 | 7,564.52 |
| | | **** Indirect Labor - 2016/2017 Totals** | | **$4,902.81** | **$7,564.52** |

**Contract Charges - 2016/2017**

| Fund | Ref. Document | Vendor | Invoice | Month | Amount |
|---|---|---|---|---|---|
| 0018 | | GEOCON CONSULTANTS INC | 2609004 | 10/2016 | 11,032.66 |
| 0018 | | GEOCON CONSULTANTS INC | 2611019 | 12/2016 | 8,095.63 |
| | **** Contract Charges - 2016/2017 Totals** | | | | **$19,128.29** |

**Travel Charges - 2016/2017**

| Fund | Amount |
|---|---|
| 0557 | 0.00 |
| **** Travel Charges - 2016/2017 Totals** | **$0.00** |

| **** Total - 2016/2017 Charges** | **$31,595.62** |
|---|---|

| **** Total Project 100164    Charges** | **$31,595.62** |
|---|---|

Exhibit A to Xiao Declaration

SER261

**Exhibit B**                                               **Cost Summary**

| Site or Project Code | Billing Period | Incurred Costs |
|---|---|---|
| 100164 | 7-1987 - 12/2016 | 0.00 |
| **Total Costs Incurred, Not Invoiced - December 31, 2016** | | **0.00** |

| Invoiced Costs | | |
|---|---|---|
| Total costs invoiced as of December 31, 2016 | | 3,134,681.97  * |
| Payments made by other defendants | - | (904,063.01) |
| Adjustments | - | (73,450.59) |
| Total outstanding invoiced costs as of December 31, 2016 | | 2,157,168.37 |

| Total CERCLA interest calculated as of December 31, 2016 | + | 207,265.73  ** |
|---|---|---|
| Total outstanding invoiced costs plus CERCLA interest as of December 31, 2016 | | **2,364,434.10** |

*Total costs invoiced includes bond interest.

**CERCLA interest imposed on site due to legal action.

1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  OLIVIA W. KARLIN, State Bar No. 150432
   LAURA J. ZUCKERMAN (Counsel for service)
4  State Bar No. 161896
   Deputy Attorneys General
5   1515 Clay Street, 20th Floor
    Oakland, CA 94612
6   Telephone: (510) 622-2174
    Fax: (510) 622-2270
7   E-mail: Laura.Zuckerman@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13

14  **CALIFORNIA DEPARTMENT OF TOXIC**      2:14-cv-00595-WBS-EFB
    **SUBSTANCES CONTROL and the TOXIC**
15  **SUBSTANCES CONTROL ACCOUNT,**         **DECLARATION OF PETER**
                                            **MACNICHOLL IN SUPPORT OF**
16                          Plaintiffs,     **PLAINTIFFS' MOTION FOR JUDICIAL**
                                            **APPROVAL OF CONSENT DECREE**
17                  v.                      **BETWEEN PLAINTIFFS AND**
                                            **DEFENDANT JIM DOBBAS, INC.**
18
    **JIM DOBBAS, INC., a California**       Date:       October 19, 2015
19  **corporation; CONTINENTAL RAIL, INC.,** Time:       2:00 p.m.
    **a Delaware corporation; DAVID VAN**   Place:      Courtroom 5, 14th Floor
20  **OVER, individually; PACIFIC WOOD**                501 I Street
    **PRESERVING, a dissolved California**               Sacramento, CA 95814
21  **corporation; WEST COAST WOOD**        Trial:      January 4, 2017
    **PRESERVING, LLC., a Nevada limited**
22  **liability company; and COLLINS &**    Action Filed: March 3, 2014
    **AIKMAN PRODUCTS, LLC, a Delaware**
23  **limited liability company,**

24                          Defendants.

25

26  **AND RELATED COUNTERCLAIMS AND**
    **CROSS CLAIMS**
27

28

---

Declaration of Peter MacNicholl In Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant Jim Dobbas, Inc. (2:14-cv-00595-WBS-EFB)

SER263

## DECLARATION OF PETER MACNICHOLL

I, Peter MacNicholl, declare as follows:

1. I make this declaration in support of the Motion for Judicial Approval of Consent Decree between Plaintiffs State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") and Defendant Jim Dobbas, Inc. ("Settling Defendant"). The facts stated in this declaration are based on my personal knowledge and on my review of files kept by DTSC. If called as a witness, I would and could competently testify hereto.

2. I have been employed with DTSC as a Project Manager for fourteen years, and in this capacity have overseen the cleanup process at many sites throughout the State. At DTSC, I am assigned to the National Priorities List Unit within the Brownfields and Environmental Restoration Program, and have worked in the Unit for over five years. The National Priorities List Unit conducts and oversees response actions at the former Wickes Industries Site, located at 147 A Street, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140 and 142-042-010 ("the Site"). As Project Manager, I have been actively involved with the Site since approximately March 2010. I am familiar with the Site's history, and I am knowledgeable about DTSC's work at the Site.

3. I have visited the Site on many occasions. I have participated in, among other things, Site inspections, oversight of groundwater sampling, preparation of the Removal Action Workplan ("RAW") in 2010, and implementation and oversight of the soil excavation activity in 2011, described in the RAW. I have obtained and reviewed historical documents concerning the Site from the files of the California Regional Water Control Board, Central Valley Region ("Regional Board"), and DTSC's files. As the Project Manager for the Site, I have also managed contracts and the staff of environmental engineering firms who have worked at the Site on behalf of DTSC.

### Site History

4. The Site is a former wood treatment and preserving facility where past operations have contaminated the soil and groundwater with arsenic, chromium, and copper. As a result of

1

Declaration of Peter MacNicholl In Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc. (2:14-cv-00595-WBS-EFB)

SER264

1    the wood preserving operations at the Site, hazardous substances have been, and continue to be,

2    released and/or threatened to be released into the environment at and from the Site.

3            5.      At different periods of time, each defendant in this action owned and/or operated

4    the Site.  From approximately 1972 to 1982, wood preserving operations were conducted at the

5    Site.  From 1997 to 2011, Settling Defendant owned an undivided fifty percent interest in the Site.

6                        **Response Actions and Response Costs at the Site**

7            6.      From the 1980's through 2005, the Wickes Corporation and its successor,

8    defendant Collins & Aikman Products, LLC ("C&A Products"), under the oversight of DTSC,

9    took various response actions to address environmental contamination at, around, and/or beneath

10   the Site.  Those actions included, among other things, soil excavation, installing an asphalt cap

11   over contaminated soils, constructing a building and a drainage system over another contaminated

12   area of the Site, installing and operating a groundwater extraction and treatment system, and

13   groundwater monitoring.  On or about March 20, 1997, C&A Products sold the Site to Settling

14   Defendant and Continental Rail, Inc. ("CRI").  On or about May 17, 2005, C&A Products filed a

15   Chapter 11 petition in the United States Bankruptcy Court for the Eastern District of Michigan,

16   Case No. 05-55932.  In November 2005, while in Chapter 11 bankruptcy proceedings, C&A

17   Products informed DTSC that it was unwilling to continue to perform response actions at the Site.

18           7.      In 2006, DTSC requested that Settling Defendant and CRI, the owners of the Site,

19   carry out response actions to address contamination at the Site.  Settling Defendant and CRI

20   refused.  As a result, DTSC issued an Imminent or Substantial Endangerment Determination on

21   November 9, 2006, and initiated state-funded contracts to evaluate response actions.

22           8.      In 2007, DTSC tried to resume operating the groundwater treatment system at the

23   Site, but the system would have required too many repairs to clean up the groundwater to

24   remediation goals in a timely manner.  Because of the treatment system failure, DTSC

25   reevaluated response actions for the Site.  In July 2010, DTSC finalized the RAW for the Site

26   calling for contaminated soil excavation, off-site disposal, backfilling, confirmation sampling,

27   demolition of the groundwater extraction and treatment system, and long-term groundwater

28   monitoring.  The RAW noted that contaminated groundwater had migrated from beneath the Site

                                                 2

Declaration of Peter MacNicholl In Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant Jim Dobbas, Inc. (2:14-cv-00595-WBS-EFB)

SER265

1   to the nearby residential area, which created the potential for private irrigation wells located in the

2   residential area to extract and distribute contaminated groundwater.

3        9.     On March 16, 2011, DTSC issued an Imminent or Substantial Endangerment

4   Determination Order and Remedial Action Order ("I/SE Order") ordering Settling Defendant,

5   CRI, and Van Over to conduct the response actions described in the RAW and to take additional

6   response actions at the Site.  Settling Defendant, CRI, and Van Over failed to comply with the

7   I/SE Order.

8        10.    DTSC has incurred costs for "response" as that term is defined in CERCLA

9   section 101(25), 42 U.S.C. § 9601(25), in taking actions related to the release and/or threatened

10   release of hazardous substances at, around, and/or beneath the Site.  DTSC's response actions

11   included, but were not limited to, the following activities:  efforts to repair and restart the

12   groundwater extraction and treatment system, completion of a removal investigation for site soils,

13   preparation of the RAW, implementation of the RAW, and monitoring of stormwater and

14   groundwater.

15        11.    Presently, DTSC is monitoring the condition of the asphalt cap at the Site, and is

16   conducting periodic stormwater monitoring and quarterly groundwater monitoring and reporting

17   to evaluate contaminant trends and ensure the protection of the off-site private irrigation wells.

18   Continued monitoring of stormwater and evaluating the condition of the asphalt cap is necessary

19   to make sure contaminants below the cap are not mobilized by storm water run-off, to prevent

20   discharges to the drainage ditches near the Site, and to block direct exposure of contaminated soil

21   to humans or environmental receptors.  Continued groundwater monitoring and reporting is

22   necessary to make certain that the Site is not causing further groundwater contamination and to

23   ensure that contaminant concentrations at the four off-site private irrigation wells do not exceed

24   drinking water standards.

25        12.    Continued stormwater and groundwater monitoring is also necessary to further

26   assess the performance of the 2011 soil excavation, and to assist with preparing a Five-Year

27   Review Report (preparation scheduled to begin in Fall 2016) that will evaluate the effectiveness

28   of the 2011 soil removal action conducted pursuant to the 2010 RAW.  It is premature to

Declaration of Peter MacNicholl In Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant Jim Dobbas, Inc. (2:14-cv-00595-WBS-EFB)

SER266

1   determine the efficacy of that 2011 removal action until the Five-Year Review process is

2   complete and DTSC receives and evaluates additional stormwater and groundwater monitoring

3   data.  Therefore, at this time, DTSC cannot conclude that all Site actions are finished and

4   complete, or that further response actions at the Site will not be necessary.

5          13.      As of May 5, 2015, DTSC's unreimbursed response costs related to the Site

6   exceeded $2.65 million, exclusive of interest.  DTSC is in the process of remediating the Site, and

7   continues to incur response costs related to the Site.  DTSC currently estimates that total

8   unreimbursed response costs for investigation and remediation of the contaminated soil, along

9   with stormwater and groundwater monitoring at the Site, could reach approximately $3.5 million

10   by 2025 if DTSC has to continue conducting all the response actions at the Site.

11                        **Settlement Negotiations**

12          14.      I have been informed of the settlement negotiations between the parties regarding

13   the liability of Settling Defendant for DTSC's response costs incurred and to be incurred at the

14   Site. Settling Defendant engaged in arms'-length settlement negotiations.  Settling Defendant was

15   represented by counsel throughout those negotiations.

16          15.      After arms'-length, good faith settlement negotiations, DTSC and Settling

17   Defendant reached a settlement resolving Settling Defendant's liability in this action.  The

18   settlement was incorporated into the Proposed Consent Decree.  DTSC and Settling Defendant

19   participated in drafting the proposed Consent Decree.  DTSC lodged the proposed Consent

20   Decree with the Court on July 15, 2015.

21                **Publication of Notice of Proposed Consent Decree**

22          16.      On July 17, 2015, DTSC published notice of the proposed Consent Decree in the

23   California Regulatory Notice Register (2015, Volume No. 29-Z), pages 1210-1211 ("Notice")

24   and invited the public to comment on the proposed Consent Decree.  The Notice requested that

25   comments on the proposed Consent Decree be submitted to DTSC no later than August 17, 2015.

26   A true and correct copy of the Notice is attached as Exhibit 1.  DTSC also published notice of the

27   Proposed Consent Decree in a local newspaper, the Dixon Tribune.

28

                                    4

Declaration of Peter MacNicholl In Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant Jim Dobbas, Inc. (2:14-cv-00595-WBS-EFB)

SER267

1   A true and correct copy of the Notice is attached as Exhibit 1.  DTSC also published notice of the

2   Proposed Consent Decree in a local newspaper, the Dixon Tribune.  A true and correct copy of

3   the newspaper publication is attached as Exhibit 2.  Additionally, on July 17, 2015, DTSC

4   informed all defendants and/or their counsel by e-mail about the execution of the proposed

5   Consent Decree and the commencement of the public comment period.  A true and correct copy

6   of this e-mail is attached at Exhibit 3.

7       17.     DTSC did not receive comments on, or objections to, the proposed Consent

8   Decree.

9       I declare under penalty of perjury that the foregoing is true and correct.

10  Executed on September 17, 2015, at Sacramento, California.

11

12                                    PETER MACNICHOLL, P.E.
                                      Project Manager
13                                    Brownfields and Environmental Restoration
14                                    Program

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Declaration of Peter MacNicholl In Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between
Plaintiffs and Defendant Jim Dobbas, Inc. (2:14-cv-00595-WBS-EFB)

# Exhibit 1

rail populations and overall population size is essential to recovery of the rail.

The Department intends to amend, under specified conditions, a Memorandum of Understanding (MOU) to authorize qualified professional wildlife researchers, with Mr. Zembal as the Principal Investigator, to carry out the proposed activities. The applicants are also required to have a valid federal recovery permit and federal bird banding lab permit for the rail, and a scientific collecting permit (SCP) to take other terrestrial species in California.

Pursuant to California Fish and Game Code (FGC) Section 3511(a)(1), the Department may authorize take of Fully Protected bird species after 30 days' notice has been provided to affected and interested parties through publication of this notice. If the Department determines that the proposed research is consistent with the requirements of FGC Section 3511 for take of Fully Protected birds, it would issue the authorization on or after August 17, 2015, amending a current MOU with an expiration date of January 1, 2016. The MOU may be subsequently renewed for a term of up to, but not to exceed four years. Contact: Nancy Frost, Nancy.Frost@wildlife.ca.gov, Phone (858) 467–4208.

## DEPARTMENT OF TOXIC SUBSTANCES CONTROL

### Former Wickes Forest Industries Site
### Proposed Consent Decree
### 147 A Street, Elmira, Solano County, California 91792
### NOTICE OF PUBLIC COMMENT PERIOD:
### July 17, 2015 through August 17, 2015

**Si usted desea informacion en espanol sobre este aviso, favor de llamar a Jesus Cruz sin costo al (866) 495–5651.**

The Department of Toxic Substances Control ("DTSC") invites you to review and comment on a proposed consent decree (the "Consent Decree") with Jim Dobbas, Inc. ("Dobbas") regarding the former Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California 91792 (the "Site"). The Consent Decree resolves DTSC's claims against Dobbas under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. section 9601, et seq., for the Site. DTSC filed a CERCLA lawsuit on March 3, 2014 against several parties, including Dobbas, to recover DTSC's costs of in-

vestigating and cleaning up hazardous substances releases at the Site. Dobbas co–owned the Site from approximately March 20, 1997 to February 11, 2011. Under the Consent Decree, Dobbas will pay $265,000 to reimburse DTSC for a portion of its cleanup and oversight costs, subject to certain conditions and reservations.

DTSC will consider comments received during the public comment period on the Consent Decree and file with the Court any written comments received and DTSC's responses thereto. The Court may then enter or approve the Consent Decree. DTSC also reserves the right to withdraw or withhold its consent to entry (approval) of the Consent Decree if comments regarding the Consent Decree disclose facts or considerations that indicate the Consent Decree is inappropriate, improper or inadequate.

### WHERE DO I SUBMIT MY COMMENTS?

DTSC will consider comments that are postmarked or received by August 17, 2015. Please submit comments by August 17, 2015 to:

Marilee Hanson
DTSC Office of Legal Counsel
P.O. Box 806
Sacramento, CA 95812
Marilee.Hanson@dtsc.ca.gov

**You may view documents at the following locations:**

The Consent Decree and background documents may be examined on the DTSC EnviroStor website at: https://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=48240001.

You may also review documents in the File Room at DTSC's Cal Center office (by appointment only) located at:

Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826–3200
Call (916) 255–3758 for an appointment

### For questions on the Wickes Forest Industries Site or the proposed Consent Decree:

Jesus Cruz
Department of Toxic Substances Control
Public Participation Specialist
8800 Cal Center Drive
Sacramento, CA 95826–3200
(916) 255–3315; 1–866–495–5651
Jesus.Cruz@dtsc.ca.gov

**CALIFORNIA REGULATORY NOTICE REGISTER 2015, VOLUME NO. 29-Z**

Peter MacNicholl, Project Manager
Department of Toxic Substances Control
Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826–3200
(916) 255-3657
Peter.MacNicholl@dtsc.ca.gov

## RULEMAKING PETITION DECISION

### DEPARTMENT OF PUBLIC HEALTH

June 23, 2015

David A. Lerman
Law Office of David A. Lerman
2600 Tenth Street, Suite 618
Berkeley, CA 94710

Re: Authorization Form for Medical Records Requests

Dear Mr. Lerman,

The California Department of Public Health (CDPH), Office of Regulations, received a request from you to adopt a single HIPAA–compliant medical records release authorization form to be accepted by every healthcare provider. Pursuant to Government Code (GC) section (§) 11340.6, CDPH is treating your request as a petition. You state that "when requesting records from numerous providers it seems unduly restrictive and burdensome to make patients obtain, sign, and submit a different form, drafted and approved by each provider, in order to get their own records." You indicate that healthcare providers should not be allowed to adopt a policy of accepting only their own mandatorily signed forms as this restricts patients' access to their own records.

CDPH's Center for Health Care Quality has given consideration to your request, and is unable to grant your petition. While your request has merit, CDPH has no specific authority in statute to develop and require that a single form be used by all health facilities licensed by CDPH for the release of medical records by a patient to a third party. Legislative authorization would be needed before regulations related to such a form could be adopted.

Your complaint against Sutter Health for refusing to provide records in response to the signed authorization from your client has been forwarded to Shannon Dillon at the CDPH, Office of Legal Services. She may be contacted at Shannon.Dillon@CDPH.ca.gov or (916) 440–7810.

In conclusion, it is the decision of CDPH to deny your petition to adopt and mandate a medical records release authorization form to be accepted by all healthcare providers. Please note, pursuant to GC §1340.7, you or any other interested person may request reconsideration of any part or all of the CDPH decision regarding this petition no later than 60 days after the date of this letter.

A copy of this letter will be sent to the Office of Administrative Law for publication in the California Regulatory Notice Register as required per GC §11340.7(d).

To obtain a copy of this petition or to discuss this matter further, please contact Cheryl Gordon, Chief, Policy and Enforcement Branch at Cheryl.Gordon@CDPH.ca.gov or (916) 552–8734.

Sincerely,
/s/
Alana McKinzie, Chief
Office of Regulations

Cc:    Karin Schwartz
Deputy Director & Chief Counsel
Office of Legal Services
Department of Public Health
1415 L Street, Suite 500
Sacramento, CA 95814

Belinda Whitsett
Assistant Chief Counsel
Office of Legal Services
Department of Public Health
1415 L Street, Suite 500
Sacramento, CA 95814

Shannon Dillon
Staff Counsel
Office of Legal Services
Department of Public Health
1415 L Street, Suite 500
Sacramento, CA 95814

Cheryl Gordon, Chief
Policy and Enforcement Branch
Licensing and Certification Program
Department of Public Health
P.O. Box 997377, MS 3000
Sacramento, CA 95899

Jean Iacino,
Deputy Director
Center for Health Care Quality
Department of Public Health
P.O. Box 97377, MS 0512
Sacramento, CA 95899

SER271

# Exhibit 2

# Community

## Dixon Police Department crime log: July 7-10, 2015

July 7-8 (0600hrs-0600hrs)
0909 Non-injury traffic collision on South Almond Dr. near Mayfair Dr.
0914 Follow up in the 1300 block of North First St.
1007 Follow up in the 100 block of Porter Rd.
1021 Follow up in the 500 block of West Broadway.
1059 Fireworks heard in the 500 block of Stern Way.
1134 Welfare check in the 200 block of East Dorset Dr.
1242 Follow up in the 300 block of South 8th St.
1323 Patrol request in the 100 block of Dove Dr.
1403 Non-injury traffic collision in the 800 block of North 1st St.
1417 Suspicious, occupied vehicle parked in the dirt field behind Wal-Mart.
1433 Domestic Violence in the 1400 block of Ingrid Dr.
1437 Theft of a license plate in the 1800 block of North Lincoln St.
1442 Citizens assist at the PD.
1841 Follow-up investigation in the 800 block of North Adams St.
1904 Suspicious vehicle on Mason Ct. near Watson Ranch Way.
1908 Agency Assist for Solano S.O. in the 8600 block of Diablo View Ln.
1957 Patrol request in the 100 block of Dorset Dr.
2037 Neighbor dispute in the 800 block of Ann Ct.
2107 Reckless motorcycle in the area of McKenna Ct.
2131 Fireworks in the area of Pitt School Rd and West H St.
2143 Welfare check for a female on the ground in the 800 block of North Adams St.
2204 Argument in the 200 block of Sycamore Dr.
2210 Agency assist for Dixon Fire in the 200 block of West H St.
2214 Welfare check in the 700 block of Park Dr.
2338 Fight in the area of I-80 at North 1st St.
2351 Suspicious circumstance in the 2100 block of Mariposa Dr. Kids doorbell ditching in the area.
0142 Patrol request in the 100 block of Doyle Ln.
0220 Dispute in the 600 block of Yacherman Dr.

July 8-9 (0600hrs-0600hrs)
0940 Follow up in the 1300 block of West H St.
0942 Follow up in the 100 block of Porter Rd.
0948 Parking complaint in the 600 block of West F St.
1007 Follow up in the 500 block of Dunn Ln.
1052 Follow up in the 600 block of North First St.
1116 Stolen vehicle from the 1400 block of Ferrero Dr.
1126 Disturbance in the 200 block of Archer Pl.

1135 Dog locked in a vehicle in the 1400 block of Ava Lane.
1155 Harassment in the 1500 block of West H St.
1333 Follow up in the 100 block of Doyle Ln.
1503 Wireless 911 in the area of East F St at North 1st St.
1609 Alarm in the 500 block of Evans Rd.
1706 Shoplift from the 200 block of East Dorset Drive, resulted in the arrest of Richard Melton. (DL) of Dixon for PC 488-Petty Theft after he was caught stealing clothing and approx 100 cans of spray paint. He was transported and booked into the Solano County Jail.
1747 Parking complaint in the area of Woodland Wy. at Evans Rd.
1756 Suspicious Circumstance in the 1500 block of Hannah Ct.
1913 Citizen assist in the 1300 block of Stratford Ave.
2031 Agency assist for the DOJ in the 200 block of Fernwood Ct.
2130 Security check in the 300 block of College Dr.
2308 Security check in the 100 block of Doyle Dr.
2312 Security check at Austin Dr. & Bell Dr.
0122 Disturbance at Folsom Fair Cir & Miller Glen Dr.
0135 Security check in the 100 block of Doyle Dr.
0203 Parking complaint at East H St. & North 1st St.
0300 Security check in the 100 block of Doyle Ln.

July 9-10 (0600hrs-1355hrs)
0820 Follow-up investigation conducted in the 300 blk of W. Chestnut St.
0825 Suspicious circumstances in the 600 blk of West D St.
0835 Narcotics violation reported in the 1400 blk of Ary Ln.
0900 Follow-up investigation conducted at the Dixon Police Dept.
1000 Citizen assist in the area of Pitt School Rd and Bello Dr.
1025 Abandoned vehicle cited in the area of Folsom Downs Cir and Bello Dr.
1125 Agency assist for the Solano County Sheriff's Dept in regards to an occupied stolen vehicle.
1145 Confidential mental health report taken.
1220 Stolen Auto report in the area of Stratford Ave / Aften Way.
1225 Agency assist for Child Protective Services.
1320 Agency assist for CHP responding to a hit & run that occurred on the freeway with both vehicle now present at the Valero Gas Station and the occupants involved in a physical altercation.
1345 Follow-up in the 300 blk of S. Jagbih St.
1350 Suspicious circumstances in the 360 blk of Calmace Dr
1355 Follow-up investigation conducted in the Dixon Police Dept.

## Neighborhood Christian School Honor Roll

*Gold Star Honor Roll: Students who qualified for scoring a 4.0 grade point average are:*

Eighth Grade - Connor Millard; Sixth Grade - Mia Russell; Fifth Grade - Hailey Chesmore, Antonella Fredericks, Abigayle Mercado, Casey Shehan, Abbi Stutheit and Kelsey Wayne; Fourth Grade - Malia Abrenica, Andrew Apaka, Brandon Buss, Matthew Landis, and Bella Miller; Third Grade - Elyse McKinney, Annie Roschen, Aiden Roaten, Jacob Russell, and Nathan Stutheit

*Silver Honor Roll: Students who qualified for scoring a 3.5-3.9 grade point average are:*

Eighth Grade - Hope Arana, Karen Ho, Carson Owens, Josh Quinones, Hunter Sumner, Andrew Swart, and Maya Taylor; Sixth Grade - Matthew Arana, Fifth Grade - Ella Gerlach, Carter Owens, Giselle Romero, and Trevin Seifert; Fourth Grade - Damien Baltazar, Aliyah Burns, Daniel Davanzo, Meagan Duarte, Elise Erickson, Emma Marsden, Amber McGuire, Brayden Orrock, Jesse Seville, Joe Smith, Caden Spurlock, Jada Taylor and Jasmine Taylor; Third Grade - Kari Clark,

Rhen DiMatteo, Ella Gutierrez, and James McCarthy

*Bronze Honor Roll: Students who qualified for scoring a 3.0-3.4 grade point average are:*

Eighth Grade - Cameron Duncan, Ryan Landis; and Alex Shehan; Seventh Grade - Jerzee Bingaman, Jordyn Bingaman, Trevor DeMatteo, and Maddie Seifert; Sixth Grade - Alyssa Chesmore and Matthew Folsom Zeke McKinneyAustin Soucy, Kayleigh Wayne; Fifth Grade - Angelo Trejo, Fourth Grade - Conner Nessen, Third Grade - Andrew Ballard, Evelyn Cano, and Selene Laysen

Neighborhood Christian School, serving grades Pre-K through 8th, is located at 655 South First Street on the Dixon May Fair grounds. It is in its thirty-fifth year of operation and is focusing on the character development and academic achievement of its students. For more information call 678-9336 or visit their website at www.NeighborhoodChristian.org. Neighborhood is currently accepting registration applications for the upcoming 2015-16 school year, for Preschool, all-day Kindergarten, and most lower and middle elementary grades.

## Help convert the Native Plant Nursery to drip irrigation

Davis - Putah Creek Council seeks volunteers to help grow and maintain native plants for local habitat restoration projects. Nursery events are held every other Thursday evening during summer in addition to the year-round alternating Saturday morning events.

The plants in the nursery are grown from cuttings and seeds taken from the Putah-Cache Creek watershed, and are propagated and cared for by community volunteers. Plants are installed along Putah Creek and its tributaries where they provide food, shelter, and cover to native wildlife, improve water quality, and enhance aesthetics for creek visitors.

Tasks vary for each event, but generally include transplanting seedlings into larger containers, weeding, organizing, and clean-up. Currently, the nursery is in the midst of an irrigation system transformation. The seven drought has prompted the installation of a highly water-efficient drip system.

"Not only does it save water, but it optimizes the amount of water delivered to each plant. Our trees and shrubs are already responding. More precise water delivery improves plant growth in addition to huge water savings." said Rich Marovich, Putah Creek Streamkeeper and CAL FIRE Native Plant Nursery Manager.

Summer events are scheduled for Thursday evenings from 6 - 8 p.m. (July 23, August 6, and August 20). Saturday mornings from 9:30 a.m - 12 p.m. (July 18, August 1, August 15, and August 29)

All events are held at Lewis Moran CAL FIRE Reforestation Center in south Davis. Directions are provided to volunteers upon registration.

All ages welcome, including supervised children over twelve. Putah Creek Council will provide all the gloves, tools, and supplies. For full event details and to register, visit www.putahcreek council.org, or call 530-795-3006.


**47th Anniversary Sale!**
**$300-$500** savings of up to

Valor · HearthStone

• Fireplaces • Mantels • Stoves • Accessories •

SACRAMENTO
5645 Auburn Blvd
916-331-2423

ELK GROVE
9267 Elk Grove Blvd
916-714-4423

www.customfireside.com

**Custom Fireside** SINCE 1968

American Legion Post 208 Dinner
Menu for July 17, 2015.
1305 N. 1st St. Dixon, Ca.
(707) 678-6308

American Legion Friday Night Dinner, July 17, 2015. All you can eat steak dinner $15. 6-8 p.m. Music by Roger Schuller, 24-hall bingo and full bar available.

 

**Ramtown Karate Summer Camp 2015**



Session 1
June 15th-19th
8am-12pm

Session 2
July 20th-24th
8am-12pm

Call now and reserve a spot for your child!
(707) 678-4899

**NEW IN TOWN?**
The Dixon Chamber of Commerce has a Newcomers Welcome Package for you. It is filled with coupons, a map, samples and lots of goodies.
Stop by the Chamber Office or give us a call for more information.
220 N. Jefferson St.
707-678-2650

## Public Notice

[Legal public notice text regarding NOTICE OF PUBLIC COMMENT PERIOD July 17, 2015 through August 17, 2015, Consent Decree, Department of Toxic Substances Control (DTSC), Former Wilbur Ferrell Industries Site, 147 A Street, Dixon, Solano County, California 95732...]

  

Exhibit 3

**Laura Zuckerman**

| | |
|---|---|
| **From:** | Hanson, Marilee@DTSC <Marilee.Hanson@dtsc.ca.gov> |
| **Sent:** | Friday, July 17, 2015 12:21 PM |
| **To:** | 'david.vanover@gmail.com'; 'ngleason@kwgattorneys.com'; 'jhartmanking@kwgattorneys.com'; 'lbrown@perkinscoie.com'; 'BRostocki@ReedSmith.com' |
| **Cc:** | Dennis Beck; Olivia W. Karlin; Laura Zuckerman |
| **Subject:** | Public Comment Period for Proposed DTSC Settlement with Jim Dobbas, Inc. re Former Wickes Forest Industries Site, Elmira, Solano County, California |
| **Attachments:** | Wickes  Dobbas CD Public Notice Final 7-7-15.pdf; Wickes Dobbas CD-Lodged 7-15-17.pdf |

Dear Counsel and Mr. Van Over:

Attached please find the public notice of DTSC's proposed Consent Decree with West Coast Wood Preserving, LLC (WCWP) regarding the former Wickes Forest Industries Site in Elmira, Solano County, California (the Consent Decree).  The notice was published today in the California Regulatory Notice Register at pages 1210-1211 and is available online at  http://www.oal.ca.gov/res/docs/pdf/notice/29z-2015.pdf.  A copy of the Consent Decree is also attached.
The public comment period runs from July 17, 2015 through August 17, 2015.

Thank you for your attention to this matter.

Sincerely,

Marilee Hanson
Senior Staff Counsel
Office of Legal  Counsel
Department of Toxic Substances Control
(o) 916-327-0979