# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 20-15029

**Case Name** California Department of Toxic, et al v. Century Indemnity Compan[y]

**Hearing Location** (*city*) San Francisco

**Your Name** Timothy Martin Thornton, Jr.,

List the sitting dates for the three sitting months you were asked to review:

> November 15-19, 2021
> December 6-10, 2021
> January 10-14, 2022

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes   ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> November 15-19, 2021 - Vacation
> December 10, 2021 - Afternoon only - Wedding that evening

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes   ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Timothy Martin Thornton, Jr.      **Date** July 15, 2021

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 32                                                                  *New 12/01/2018*