# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 20-15029<br>C.D. No. 2:14-cv-00595-WBS-EFB |
| Case Title | California Department of Toxic Substances Control v. Jim Dobbas, Inc. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 11/9/2021 | Time | 9:00 a.m. | Courtroom | 1 |

| | |
|---|---|
| Location | U.S. Court of Appeals for the Ninth Circuit, 125 South Grand Avenue, Pasadena, CA 91105 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Nicholas M. Gedo |
| Address | 505 N. Brand Blvd., Suite 1100 |
| City | Glendale |
| State | CA |
| Zip Code | 91203 |
| Phone | 213-842-2774 |
| Email Address | ngedo@wshblaw.com |
| Party/parties represented | Century Indemnity Company, Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Nicholas M. Gedo | Date | 10/22/21 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250