UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>JIM DOBBAS, INC., a California corporation; et al.,<br><br>        Defendants,<br><br> v.<br><br>CENTURY INDEMNITY COMPANY; et al.,<br><br>        Movants - Appellants. | No. 20-15029<br><br>D.C. No. 2:14-cv-00595-WBS-EFB<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

      The judgment of this Court, entered December 01, 2022, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7